UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

LEWIS STEIN, et al.,

              Plaintiff,

v.                                   Case No. **1:19-cv-00098**

U.S. XPRESS ENTERPRISES, INC., et al.,

              Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Plaintiffs**                          ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

☑   I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

  California; District of Colorado

☑   **AND** I am a member in good standing of another U.S. District Court.  <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C).  **NO FILING FEE REQUIRED.**

☐   An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  09/10/2020

*DBakshi* .
_____
(Signature–hand signed)

Name:  **Debashish Bakshi**

Firm:   Robbins Geller Rudman & Dowd, LLP

Address:

  655 W. Broadway #1900, San Diego, CA 92101

Email address:  DBakshi@rgrdlaw.com

Once your motion is granted, you must register as an E-Filer with this Court.  For instructions visit the Court's website.