# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TENNESSEE

## CHATTANOOGA DIVISION

| | | |
|---|---|---|
| LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. XPRESS ENTERPRISES, INC., et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:19-cv-00098-TRM-CHS<br><br><u>CLASS ACTION</u><br><br>Judge Travis R. McDonough<br>Magistrate Judge Christopher H. Steger |

## NOTICE OF MOTION FOR CLASS CERTIFICATION ORDER

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Plaintiffs Deirdre Terry, Charles Clowdis, and Bryan K. Robbins hereby move this Court for an Order certifying under Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure a class consisting of the following:

> All persons or entities who purchased or otherwise acquired Class A common stock of USX pursuant to and/or traceable to the Offering Documents filed with the United States Securities and Exchange Commission ("SEC") and who were damaged thereby (the "Class"). Excluded from the Class are Defendants and their immediate families, the officers and directors and affiliates of Defendants, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest.

Plaintiffs also seek an Order: (i) appointing themselves as Class Representatives; and (ii) appointing Robbins Geller Rudman & Dowd LLP and Levi & Korsinsky, LLP as Class Counsel.

This motion is supported by Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, and to Appoint Class Representatives and Class Counsel, the Declaration of Christopher M. Wood in Support of Plaintiffs' Motion for Class Certification, and to Appoint Class Representatives and Class Counsel filed herewith, the exhibits to the declaration, and such other evidence and argument as the Court may consider.

DATED:  September 11, 2020         ROBBINS GELLER RUDMAN
                                     & DOWD LLP
                                   CHRISTOPHER M. WOOD


                                   s/ Christopher M. Wood
                                   CHRISTOPHER M. WOOD

                                   414 Union Street, Suite 900
                                   Nashville, TN  37219
                                   Telephone:  615/244-2203
                                   615/252-3798 (fax)
                                   cwood@rgrdlaw.com

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
WILLOW E. RADCLIFFE (*pro hac vice*)
HADIYA K. DESHMUKH (*pro hac vice*)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
willowr@rgrdlaw.com
hdeshmukh@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
KEVIN S. SCIARANI (*pro hac vice*)
DEBASHISH BAKSHI (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ksciarani@rgrdlaw.com
dbakshi@rgrdlaw.com

LEVI & KORSINSKY, LLP
SHANNON L. HOPKINS (*pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT  06905
Telephone:  203/363-7500
866/367-6510 (fax)
shopkins@zlk.com

Lead Counsel for Lead Plaintiff

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
DAVID GARRISON, #24968
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2202
615/252-3798 (fax)
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com

Local Counsel

- 2 -

BRAGAR EAGEL & SQUIRE, P.C.
W. SCOTT HOLLEMAN (*pro hac vice*)
MARION C. PASSMORE (*pro hac vice*)
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: 646/860-9449
212/214-0506 (fax)
holleman@bespc.com
passmore@bespc.com

Additional Counsel for Plaintiffs Charles Clowdis
and Bryan K. Robbins

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 11, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of the CM/ECF participants in this case.

s/ Christopher M. Wood

CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  800/449-4900
615/252-3798 (fax)

E-mail:  cwood@rgrdlaw.com