# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TENNESSEE

## CHATTANOOGA DIVISION

LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

U.S. XPRESS ENTERPRISES, INC., et al.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:19-cv-00098-TRM-CHS

<u>CLASS ACTION</u>

Judge Travis R. McDonough
Magistrate Judge Christopher H. Steger

## DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND TO APPOINT CLASS REPRESENTATIVES AND CLASS COUNSEL

I, Christopher M. Wood, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1. I am a member of the Bar of the State of Tennessee, and I am admitted to practice in this District.

2. I am a partner in the firm of Robbins Geller Rudman & Dowd LLP, serving as co-Lead Counsel in this action. I submit this declaration to the Court in support of Plaintiffs' Motion for Class Certification, and to Appoint Class Representatives and Class Counsel.

3. Attached are true and correct copies of the following exhibits:

Exhibit A: Declaration of Deirdre Terry in Support of Plaintiffs' Motion for Class Certification.

Exhibit B: Declaration of Charles Clowdis in Support of Plaintiffs' Motion for Class Certification.

Exhibit C: Declaration of Bryan K. Robbins in Support of Plaintiffs' Motion for Class Certification.

Exhibit D: Firm resume of Robbins Geller Rudman & Dowd LLP.

Exhibit E: Firm resume of Levi & Korsinsky LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of September 2020, at Nashville, Tennessee.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

- 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on September 11, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of the CM/ECF participants in this case.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  800/449-4900
615/252-3798 (fax)

E-mail:  cwood@rgrdlaw.com