# EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

CHATTANOOGA DIVISION

| | |
|---|---|
| LEWIS STEIN, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) U.S. XPRESS ENTERPRISES, INC., et al., ) ) Defendants. ) ) ) | Civil Action No. 1: 19-cv-00098-TRM-CHS CLASS ACTION Judge Travis R. McDonough Magistrate Judge Christopher H. Steger |

DECLARATION OF DEIRDRE TERRY IN SUPPORT OF PLAINTIFF'S MOTION FOR
CLASS CERTIFICATION

1. I currently live in Oakland, California. As set forth in my certification previously filed with the Court, in August 2018, 31,500 shares of US Xpress, Inc. Class A common stock traceable to the Offering were purchased through my individual brokerage account (Account #XXXXXX38) at an average purchase price of $14.01 per share. *See* ECF No. 22-2, a true and correct copy of which is attached hereto as Exhibit A. In addition, US Xpress, Inc. Class A common stock traceable to the Offering was purchased through: UTMA Brokerage Accounts held in the names of my minor children, of which I am the custodian (Accounts #XXXXXX33, XXXXXX47), and accounts held by family and family-related entities, the litigation rights to which I have been assigned (Accounts #XXXXXX79, XXXXXX80, XXXXXX20, XXXXXX82).

2. On May 10, 2019, I asked to be appointed as Lead Plaintiff in this litigation. ECF No. 19. I selected Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel. On July 18, 2019, the Court appointed me as Lead Plaintiff and approved my selection of Robbins Geller and Levi & Korsinsky as Lead Counsel. ECF No. 44.

3. On October 8, 2019, I filed a complaint in the United States District Court for the Eastern District of Tennessee, alleging violations of the federal securities laws. ECF No. 57 (the "Complaint").

4. As a result of the conduct detailed and alleged in the Complaint, I (along with those individuals or entities for which I have custody or an assigned legal right) suffered significant losses from holdings of US Xpress, Inc. Class A common stock, which were acquired at artificially inflated prices.

5. I have stayed informed as to the status of this case throughout its prosecution. I have had communications with my attorneys about this litigation via correspondence, emails, and telephone conferences, including discussions regarding litigation strategy and my role as a Lead

- 1 -

Plaintiff. My attorneys have kept me abreast of all major developments in this matter, including the filing of the Complaint, Defendants' motions to dismiss, the opposition to Defendants' motions to dismiss, the Court's order denying the motions to dismiss in part and granting in part, and discovery. I received a draft of the Complaint before it was filed by my attorneys. I have also sent documents to my attorneys, including trading records. I receive regular updates from my attorneys regarding this litigation, and I remain in ongoing contact with my attorneys regarding this action.

6. I understand what my role would be as a class representative, and I am willing and able to represent the Class. I am prepared to participate in all significant court hearings and settlement negotiations. I am prepared to give a deposition, if requested by Defendants. I will also attend the trial in this action, and will testify, if called.

7. I will continue to take an active role and monitor the litigation for the best interest of the entire Class. Moreover, along with the other Plaintiffs, I will vigorously pursue the claims against Defendants to obtain the maximum possible recovery on behalf of the Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of September, 2020, at Oakland, California.

Deirdre Terry (Sep 11, 2020 10:57 PDT)

DEIRDRE TERRY

- 2 -

# Exhibit A

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, Deirdre Terry , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action(s).

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in U.S. Xpress Enterprises, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this March 13, 2019.

Name: Deirdre Terry

Signed:

**<u>Schedule A</u>**
Transactions of Deirdre Terry in U.S. Xpress Enterprises, Inc. (USX)

**Client Name**      Deirdre Terry
**Company Name**    U.S. Xpress Enterprises, Inc.
**Ticker Symbol**     USX
**IPO Date**       6/15/2018
**Federal Complaint Filed**  3/8/2019

Account #XXXXXX38

| Date of Transaction | Puchase or Sale | Quantity | Price per Security |
|---|---|---|---|
| 8/7/2018 Purchase | | 30,000 | $14.02123 |
| 8/16/2018 Purchase | | 1,500 | $13.85000 |
| 11/2/2018 Purchase | | 10,000 | $7.24000 |
| 12/24/2018 Purchase | | 10,000 | $5.03000 |
| 2/25/2019 Sale | | (400) | $9.60000 |
| 3/15/2019 Sale | | (100) | $8.75000 |
| 4/18/2019 Sale | | (11,000) | $7.25000 |
| 4/22/2019 Sale | | (10,000) | $7.26000 |
| 4/23/2019 Sale | | (10,000) | $7.27000 |

Account #XXXXXX79

| Date of Transaction | Puchase or Sale | Quantity | Price per Security |
|---|---|---|---|
| 8/6/2018 Purchase | | 1,200 | $13.50000 |
| 8/7/2018 Purchase | | 15,000 | $14.02143 |
| 8/30/2018 Purchase | | 8,000 | $14.76000 |
| 9/14/2018 Purchase | | 10,000 | $14.99000 |
| 11/2/2018 Purchase | | 2,000 | $7.10000 |
| 2/20/2019 Sale | | (16,200) | $9.35000 |
| 4/18/2019 Sale | | (20,000) | $7.17000 |

Account #XXXXXX80

| Date of Transaction | Puchase or Sale | Quantity | Price per Security |
|---|---|---|---|
| 8/7/2018 Purchase | | 20,000 | $14.01691 |
| 12/24/2018 Sale | | (12,800) | $5.00000 |
| 12/24/2018 Sale | | (7,200) | $5.05000 |

Account #XXXXXX33

| Date of Transaction | Puchase or Sale | Quantity | Price per Security |
|---|---|---|---|
| 9/13/2018 Purchase | | 550 | $14.90000 |
| 2/26/2019 Sale | | (550) | $9.40000 |

Account #XXXXXX20

| Date of Transaction | Puchase or Sale | Quantity | Price per Security |
|---|---|---|---|
| 9/13/2018 Purchase | | 10,000 | $15.06000 |
| 12/24/2018 Purchase | | 10,000 | $5.03000 |

|  |  |  | (2,530) | $9.35000 |
| 2/20/2019 Sale | | | | |
| 4/12/2019 Sale | | | (17,470) | $7.09000 |

### Account #XXXXXX47

| Date of Transaction | Puchase or Sale | Quantity | Price per Security |
|---|---|---|---|
| 9/13/2018 | Purchase | 3,400 | $15.06000 |
| 10/1/2018 | Purchase | 40 | $13.64000 |
| 2/25/2019 | Sale | (3,440) | $9.50000 |

### Account #XXXXXX82

| Date of Transaction | Puchase or Sale | Quantity | Price per Security |
|---|---|---|---|
| 8/17/2018 | Purchase | 4,000 | $13.90000 |
| 8/17/2018 | Purchase | 2,000 | $13.80000 |
| 4/1/2019 | Sale | (6,000) | $6.75000 |