# EXHIBIT C

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

CHATTANOOGA DIVISION

| | |
|---|---|
| LEWIS STEIN, Individually and on Behalf of All Others Similarly Situated, ) ) | Civil Action No. 1: 19-cv-00098-TRM-CHS |
| ) | CLASS ACTION |
| Plaintiff, ) ) | |
| vs. ) | Judge Travis R. McDonough |
| ) | Magistrate Judge Christopher H. Steger |
| U.S. XPRESS ENTERPRISES, INC., et al., ) ) | |
| Defendants. ) ) ) | |

DECLARATION OF BRYAN K. ROBBINS IN SUPPORT OF PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION

1. I currently live in Winter Haven, Florida. On June 15, 2018, I purchased 50 shares of US Xpress, Inc. Class A common stock traceable to the Offering at an average purchase price of $16.392 per share, as set forth in my certification previously filed with the Court. *See* ECF No. 57 at 73-74 (PageID 755-56), a true and correct copy of which is attached hereto as Exhibit A.

2. On October 8, 2019, I filed a complaint in the United States District Court for the Eastern District of Tennessee, alleging violations of the federal securities laws. ECF No. 57 (the "Complaint").

3. As a result of the conduct detailed and alleged in the Complaint, I suffered significant losses from my purchases of US Xpress, Inc. Class A common stock at artificially inflated prices.

4. I have stayed informed as to the status of this case throughout its prosecution. I have had numerous communications with my attorneys about this litigation, and via correspondence, emails, and telephone conferences, including discussions regarding litigation strategy. My attorneys have kept me abreast of all major developments in this matter, including the filing of the Complaint, Defendants' motions to dismiss, the opposition to defendants' motions to dismiss, the Court's order denying the motions to dismiss in part and granting in part, discovery, and class certification. I received a draft of the Complaint before it was filed by my attorneys. I have also sent documents to my attorneys, including trading records. I receive regular updates from my attorneys regarding this litigation, and I remain in ongoing contact with my attorneys regarding this action.

5. I understand what my role would be as a class representative, and I am willing and able to represent the Class. I am prepared to participate in all significant court hearings and settlement negotiations. I am prepared to give a deposition, if requested by defendants. I will also attend the trial in this action, and will testify, if called.

- 1 -

6.	I will continue to take an active role and monitor the litigation for the best interest of the entire Class. Moreover, along with the other Plaintiffs, I will vigorously pursue the claims against Defendants to obtain the maximum possible recovery on behalf of the Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day of September, 2020, at Winter Haven, Florida.

*Bryan K Robbins*
Bryan K Robbins (Sep 11, 2020 11:22 EDT)
BRYAN K. ROBBINS

- 2 -

# EXHIBIT A

I, the undersigned Bryan K. Robbins, certify that:

1.      I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my U.S. Xpress Enterprises, Inc. securities (NYSE: USX) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __Oct 6, 2019__

_Bryan K. Robbins_
Bryan K. Robbins (Oct 6, 2019)
                    Bryan K. Robbins

1

# SCHEDULE A

Class Period Transactions of Bryan K. Robbins in U.S. Xpress Enterprises, Inc. securities (NYSE: USX).

| <u>Transaction</u> | <u>Date</u> | <u>Quantity</u> | <u>Price Per Share</u> |
|---|---|---|---|
| Purchase | 6/15/2018 | 20 | $16.56 |
| Purchase | 6/15/2018 | 30 | $16.28 |

Case 1:19-cv-00098-HSM-CHS   Document 57   Filed 10/08/19   Page 74 of 75   PageID #: 756