| | |
|---|---|
| LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. XPRESS ENTERPRISES, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:19-cv-00098-TRM-CHS

CLASS ACTION

Judge Travis R. McDonough
Magistrate Judge Christopher H. Steger

DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO U.S. XPRESS ENTERPRISES, INC.'S
MOTION TO QUASH RULE 45 SUBPOENAS

I, Christopher M. Wood, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.      I am a member of the Bar of the State of Tennessee, and I am admitted to practice in this District.

2.      I am a member of the law firm Robbins Geller Rudman & Dowd LLP, serving as co-Lead Counsel in this action.  I submit this declaration to the Court in support of Plaintiffs' Opposition to U.S. Xpress Enterprises, Inc.'s Motion to Quash Rule 45 Subpoenas.

3.      On Friday, October 2, 2020, I received an e-mail from counsel for FedEx Express, a subsidiary of FedEx Corporation, who asked to discuss the scope of the subpoena and response date. On Monday, October 5, 2020, I met and conferred with counsel for FedEx Express, explained the nature of the action and the requested documents, and agreed to counsel for FedEx Express' request for an extension to respond to the subpoena until October 31, 2020.  I also told counsel for FedEx Express that I was happy to set up additional discussions to discuss the scope of the subpoena if FedEx Express had any concerns about the burden associated with its response.

4.      On Saturday, October 3, 2020, I received responses and objections to the subpoena from Target Corporation, which objected to producing any documents responsive to the subpoena.  I am scheduled to discuss the scope of Target's potential response to the subpoena on Friday, October 9, 2020.

5.      Attached is a true and correct copy of the following exhibit:

Exhibit A:      Plaintiffs' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)

I declare under penalty of perjury under the laws of the State of Tennessee that the foregoing is true and correct.  Executed this 6th day of October, 2020, at Nashville, Tennessee.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 6, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses of the CM/ECF participants in this case.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
      & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)

E-mail: cwood@rgrdlaw.com