UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

CHATTANOOGA DIVISION

| | | |
|---|---|---|
| LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. XPRESS ENTERPRISES, INC., et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:19-cv-00098-TRM-CHS<br><br>CLASS ACTION<br><br>Judge Travis R. McDonough<br>Magistrate Judge Christopher H. Steger |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Come the parties, through their undersigned counsel, pursuant to Rule 26(c), Federal Rules of

Civil Procedure, and Local Rule 26.2, and respectfully move the Court for entry of the attached

"Stipulated Protective Order" in this action.

Respectfully submitted this 20th day of October, 2020.

  s/ CHRISTOPHER M. WOOD
Christopher M. Wood
**ROBBINS GELLER RUDMAN
& DOWD LLP**
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615-244-2203
cwood@rgrdlaw.com

Willow E. Radcliffe (*pro hac vice*)
Hadiya K. Deshmukh (*pro hac vice*)
**ROBBINS GELLER RUDMAN
& DOWD LLP**
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415-288-4545
willowr@rgrdlaw.com
hdeshmukh@rgrdlaw.com

Kevin S. Sciarani (*pro hac vice*)
Debashish Bakshi (*pro hac vice*)
**ROBBINS GELLER RUDMAN
& DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
ksciarani@rgrdlaw.com
dbakshi@rgrdlaw.com

Shannon L. Hopkins (*pro hac vice*)
Sebastian Tornatore (*pro hac vice*)
**LEVI & KORSINSKI, LLP**
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: 203-363-7500
shopkins@zlk.com

*Lead Counsel for Lead Plaintiff*

Jerry E. Martin (BPR # 20193)
David Garrison (BPR # 24968)
**BARRETT, JOHNSTON, MARTIN &
GARRISON, LLC**
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615-244-2202
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com

*Local Counsel for Plaintiffs*

**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore (*pro hac vice*)
W. Scott Holleman (*pro hac vice*)
885 Third Avenue, Suite 3040
New York, NY  10022
Telephone:  646/860-9449
212/214-0506 (fax)
passmore@bespc.com
holleman@bespc.com

*Counsel for Plaintiffs Charles Clowdis
and Bryan K. Robbins*

**ORDER CONSENTED TO BY:**

  s/ JESSICA P. CORLEY
Jessica P. Corley (*pro hac vice*)
Brandon R. Keel (*pro hac vice*)
Logan R. Hobson (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
Telephone: 404-572-4600
jpcorley@kslaw.com
bkeel@kslaw.com
lhobson@kslaw.com

- 1 -

Lisa R. Bugni (*pro hac vice*)
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: 415-318-1234
lbugni@kslaw.com

K. Stephen Powers TN BPR # 007088
Philip Whitaker, TN BPR 0013999
**BAKER DONELSON BEARMAN**
**CALDWELL & BERKOWITZ, PC**
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450
spowers@bakerdonelson.com
pwhitaker@bakerdonelson.com

*Counsel for U.S. Xpress Enterprises, Inc.,*
*Eric Fuller, Eric Peterson, Jason Grear, Max*
*Fuller, and Lisa Quinn Pate*

 s/ JONATHAN ROSENBERG
Jonathan Rosenberg (*pro hac vice*)
William J. Sushon (*pro hac vice*)
Redwan Saleh (*pro hac vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, New York 10036
Telephone:  212-326-2000
jrosenberg@omm.com
wsushon@omm.com
rsaleh@omm.com

C. Crews Townsend (BPR # 12274)
**MILLER & MARTIN, PLLC**
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402
Telephone:  423-785-8297
Crews.townsend@millermartin.com

*Counsel for Merrill Lynch, Pierce, Fenner &*
*Smith Incorporated, Morgan Stanley & Co.*
*LLC, J.P. Morgan Securities LLC, Wells*
*Fargo Securities, LLC, Stephens Inc.; WR*
*Securities LLC, and Stifel, Nicolaus &*
*Company, Incorporated*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 20, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of the CM/ECF participants in this case.

s/ CHRISTOPHER M. WOOD
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
      & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)

E-mail: cwood@rgrdlaw.com