UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

CHATTANOOGA DIVISION

| | | |
|---|---|---|
| LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 1:19-cv-00098-TRM-CHS |
| Plaintiffs, | ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) | Judge Travis R. McDonough Magistrate Judge Christopher H. Steger |
| U.S. XPRESS ENTERPRISES, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

SUPPLEMENTAL DECLARATION OF CHRISTOPHER M. WOOD
IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION,
AND TO APPOINT CLASS REPRESENTATIVES AND CLASS COUNSEL

I, Christopher M. Wood, declare under penalty of perjury pursuant to 23 U.S.C. §1746 as follows:

1. I am a member of the Bar of the State of Tennessee, and I am admitted to practice in this District.

2. I am a partner in the firm of Robbins Geller Rudman & Dowd LLP, serving as co-Lead Counsel in this action. I submit this Supplemental Declaration to the Court in support of Plaintiffs' Motion for Class Certification, and to Appoint Class Representatives and Class Counsel.

3. Attached is a true and correct copy of the following exhibit:

Exhibit 1: Supplemental Declaration of Deirdre Terry in Further Support of Plaintiff's Motion for Class Certification, dated October 28, 2020.

I declare under penalty of perjury under the laws of the State of Tennessee that the foregoing is true and correct. Executed this 28th day of October, 2020, at Nashville, Tennessee.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 28, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of the CM/ECF participants in this case.

s/ Christopher M. Wood

CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)

E-mail: cwood@rgrdlaw.com