# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

CHATTANOOGA DIVISION

LEWIS STEIN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

U.S. XPRESS ENTERPRISES, INC., et al.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1: 19-cv-00098-TRM-CHS

CLASS ACTION

Judge Travis R. McDonough
Magistrate Judge Christopher H. Steger

SUPPLEMENTAL DECLARATION OF DEIRDRE TERRY IN FURTHER SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, DEIRDRE TERRY, declare as follows:

1.      I make this declaration as a supplement to the Declaration of Deirdre Terry in Support of Plaintiff's Motion for Class Certification, dated September 11, 2020 (the "First Declaration") (ECF No. 106-1) and submitted to the Court as Exhibit A to the Declaration of Christopher M. Wood in Support of Plaintiffs' Motion for Class Certification, and to Appoint Class Representatives and Class Counsel (ECF No. 106).

2.      Attached as Exhibit A to the First Declaration is the Certification of Plaintiff Pursuant to Federal Securities Laws previously signed by me and previously submitted to the Court in connection with my request for appointment as lead plaintiff in the above-captioned action (the "First PSLRA Certification") (ECF No. 22-2).

3.      During the course of my deposition related to the above-captioned action, it was brought to my attention that the First PSLRA Certification is dated March 13, 2019, but the Schedule of transactions attached thereto includes several transactions entered into after this date.

- 1 -

In order to eliminate any ambiguity, I offer this declaration and the updated PSLRA Certification attached hereto as Exhibit A as clarifying or correcting supplements to both my First PSLRA Certification and my First Declaration.

4. In anticipation of my Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion for Appointment") (ECF No. 19), I executed the First PSLRA Certification on March 13, 2019 with the understanding that my counsel would file the First PSLRA Certification and the Motion for Appointment at a later date.

5. Following March 13, 2019, but before the filing of my Motion for Appointment on May 10, 2019, several transactions related to U.S. Xpress Enterprises, Inc. ("USX") securities were made in various accounts either held in my name or in which I believed I had an interest and/or the authority to represent. Information related to these transactions was provided to my counsel for inclusion in the Schedule A of transactions that was to accompany my First PSLRA Certification, in order to ensure it was up-to-date and current at the time the Motion for Appointment was filed.

6. On May 8, 2019, and in anticipation of the filing of my Motion for Appointment, I had a teleconference with my counsel at Levi & Korsinsky, LLP. On this call, I authorized my counsel to use the First PSLRA Certification dated March 13, 2019, to be submitted with a schedule of transactions that included the most up-to-date information (*i.e.* those trades executed between March 13, 2019 and May 10, 2019). As a result, the First PSLRA Certification that I authorized to be filed was dated on March 13, 2019, yet included transactions in USX securities up until May 10, 2019.

7. As of May 10, 2019, when the First PSLRA Certification was filed as part of my Motion for Appointment, each of provisions of the First PSLRA Certification remained true and

correct and I would have otherwise certified under penalty of perjury under the laws of the United States of America to their veracity on that date.

8. I remain willing and able to represent the Class as a Class Representative.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28 day of October, 2020, at Oakland, California.

Deirdre Terry (Oct 28, 2020 15:03 PDT)

DEIRDRE TERRY

# EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

CHATTANOOGA DIVISION

| | |
|---|---|
| LEWIS STEIN, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>U.S. XPRESS ENTERPRISES, INC., et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1: 19-cv-00098-TRM-CHS<br><br><u>CLASS ACTION</u><br><br>Judge Travis R. McDonough<br>Magistrate Judge Christopher H. Steger |

AMENDED CERTIFICATION OF DEIRDRE TERRY
PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Deirdre Terry, duly certify and say, as to the claims asserted under the federal securities laws, that:

1.      Prior to making my Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion for Appointment") (ECF No. 19), I reviewed the complaint filed against U.S. Xpress Enterprises, Inc. ("USX"), members of its management and board of directors, and the underwriters in USX's initial public offering, and authorized counsel to pursue the Motion for Appointment and this action on my behalf.

2.      Following my appointment as lead plaintiff, I reviewed and authorized the filing of Lead Plaintiff's Complaint for Violation of the Federal Securities Laws (ECF No. 57).

3.      I did not purchase any USX securities at the direction of my counsel or any counsel, or in order to participate in this private action.

4.      To the best of my knowledge, no USX securities that are the subject of this action, and purchased in accounts either held in my name or in accounts over which I believe I have an

interest and/or the authority to represent, were purchased at the direction of any counsel or in order to participate in this private action.

5.   I, along with Charles Clowdis and Bryan Robbins, have filed a motion to certify a class of USX investors who purchased or otherwise acquired Class A common stock of USX pursuant and/or traceable to certain offering documents issued in connection with USX's initial public offering (the "Class") (*see* ECF No. 104).

6.   I remain willing to serve as a representative party on behalf of the Class. I have provided deposition testimony in this action and will provide testimony at trial, if necessary.

7.   All transactions in USX securities that are the subject of this action and made in accounts either held in my name or in which I believe I have an interest and/or authority to represent, are set forth in the Schedule A attached thereto.

8.   In the three years prior to March 13, 2019, I had not sought to serve as a class representative in any federal securities case. From March 13, 2019 to the date of this certification, the only federal securities matter in which I have sought appointment as a class representative is the above-captioned action.

9.   I have not accepted, nor will I accept in the future, any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery for the transactions set forth on the attached Schedule A, except as ordered or approved by the Court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

Executed this  28  day of October, 2020, at Oakland, California.

<span>Deirdre Terry (Oct 28, 2020 15:03 PDT)</span>

Deirdre Terry

2

<u>**Schedule A**</u><br>
Transactions in U.S. Xpress Enterprises, Inc. (USX)

| | |
|---|---|
| **Lead Plaintiff** | Deirdre Terry |
| **Company Name** | U.S. Xpress Enterprises, Inc. |
| **Ticker Symbol** | USX |
| **IPO Date** | 6/15/2018 |
| **Federal Complaint Filed** | 3/8/2019 |

### Account #XXXXXX38

| Date of Transaction | Puchase or Sale | Quantity | Price per Security |
|---|---|---|---|
| 8/7/2018 | Purchase | 30,000 | $14.02123 |
| 8/16/2018 | Purchase | 1,500 | $13.85000 |
| 11/2/2018 | Purchase | 10,000 | $7.24000 |
| 12/24/2018 | Purchase | 10,000 | $5.03000 |
| 2/25/2019 | Sale | (400) | $9.60000 |
| 3/15/2019 | Sale | (100) | $8.75000 |
| 4/18/2019 | Sale | (11,000) | $7.25000 |
| 4/22/2019 | Sale | (10,000) | $7.26000 |
| 4/23/2019 | Sale | (10,000) | $7.27000 |
| 10/18/2019 | Sale | (10,000) | $5.0000 |
| 10/24/2019 | Sale | (10,000) | $5.4000 |

### Account #XXXXXX79

| Date of Transaction | Puchase or Sale | Quantity | Price per Security |
|---|---|---|---|
| 8/6/2018 | Purchase | 1,200 | $13.50000 |
| 8/7/2018 | Purchase | 15,000 | $14.02143 |
| 8/30/2018 | Purchase | 8,000 | $14.76000 |
| 9/14/2018 | Purchase | 10,000 | $14.99000 |
| 11/2/2018 | Purchase | 2,000 | $7.10000 |
| 2/20/2019 | Sale | (16,200) | $9.35000 |
| 4/18/2019 | Sale | (20,000) | $7.17000 |

### Account #XXXXXX80

| Date of Transaction | Puchase or Sale | Quantity | Price per Security |
|---|---|---|---|
| 8/7/2018 | Purchase | 20,000 | $14.01691 |
| 12/24/2018 | Sale | (12,800) | $5.00000 |
| 12/24/2018 | Sale | (7,200) | $5.05000 |

### Account #XXXXXX33

| Date of Transaction | Puchase or Sale | Quantity | Price per Security |
|---|---|---|---|
| 9/13/2018 | Purchase | 550 | $14.90000 |
| 2/26/2019 | Sale | (550) | $9.40000 |

### Account #XXXXXX20

| Date of Transaction | Puchase or Sale | Quantity | Price per Security |
|---|---|---|---|
| 9/13/2018 | Purchase | 10,000 | $15.06000 |
| 12/24/2018 | Purchase | 10,000 | $5.03000 |
| 2/20/2019 | Sale | (2,530) | $9.35000 |
| 4/12/2019 | Sale | (17,470) | $7.09000 |

### Account #XXXXXX47

| Date of Transaction | Puchase or Sale | Quantity | Price per Security |
|---|---|---|---|
| 9/13/2018 | Purchase | 3,400 | $15.06000 |
| 10/1/2018 | Purchase | 40 | $13.64000 |
| 2/25/2019 | Sale | (3,440) | $9.50000 |

### Account #XXXXXX82

| Date of Transaction | Puchase or Sale | Quantity | Price per Security |
|---|---|---|---|
| 8/17/2018 | Purchase | 4,000 | $13.90000 |
| 8/17/2018 | Purchase | 2,000 | $13.80000 |
| 4/1/2019 | Sale | (6,000) | $6.75000 |