# Exhibit 5

This document is being provided for the exclusive use of SOLEBURY COMMUNICATIONS at PNC BANK NATIONAL ASSOCIATION

# J.P.Morgan

North America Equity Research
03 August 2018

# U.S. Xpress

## Inaugural Earnings Off to a Solid Start, but USX Cannot Avoid Multiple Compression Across the Group

We are updating estimates for U.S. Xpress following the company's inaugural earnings release, which came in above expectations despite a drag in the quarter from dedicated. Management indicated the underperforming contracts were re-priced as of the end of July, and we would not be surprised to see another favorable adjustment given the company's dedicated margin targets and current freight market strength. Over-the-road trucking supported dedicated during the quarter but still managed to boost utilization and drive a strong margin versus expectations. In fact, the OTR group generated these results without any gain on sale of vehicles—unlike peers. We still view USX as an undervalued transformation story in trucking (full initiation found here) and remain Overweight, but we trim our price target in order to be consistent with our TL valuation framework. In our view, continued operating improvements and de-levering of the balance sheet should narrow the valuation gap with peers, which currently stands at -47% below the group and -41% below closest comp WERN based on 2019 consensus P/E.

- **Dedicated woes should reverse course in 2H18.** During 2Q18 the restructuring of certain dedicated accounts negatively impacted OTR utilization by ~150bps. USX instituted rate increases on underperforming accounts effective at the end of July, and it believes utilization and revenue per tractor per week will increase in 3Q and 4Q. The challenge appeared to be centered on changing shipping patterns, which impaired productivity at a few large customer locations.

- **2Q beat carried by strong operations.** Adj. operating income of $26.5M was 33% above consensus and 19% above JPMe excluding one-time IPO-related costs. Improved operations were driven by the successful rollout of management initiatives as well as continued strong truck market fundamentals. Notably, truckload adjusted operating ratio of 93.4% improved 508bps YoY and 100bps ahead of our expectations.

- **$19 Dec 2018 target, remain OW.** We are trimming our price target to $19 from $20, reflecting a lower multiple utilized on 2019 EPS which is consistent with the rest of our truckload coverage. USX trades at a significant discount to peers and closest comp WERN, and we expect the valuation gap will narrow with continued operating improvements and further de-leveraging of the balance sheet.

## Overweight

**USX, USX US**

Price: $13.48

▼ **Price Target: $19.00**
Previous: $20.00

**Airfreight and Surface Transportation**

**Brian P. Ossenbeck, CFA** AC
(1-212) 622-1023
brian.p.ossenbeck@jpmorgan.com
**Bloomberg** JPMA OSSENBECK <GO>
J.P. Morgan Securities LLC

**Lacey-Ann Wisdom**
(1-212) 622-9566
lacey-ann.wisdom@jpmchase.com
J.P. Morgan Securities LLC

**Sanket P Parab**
(91-22) 6157-3342
sanket.p.parab@jpmorgan.com
J.P. Morgan India Private Limited

**Price Performance**



| | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | -15.7% | -11.3% | -15.7% | -15.7% |
| Rel | -24.2% | -12.9% | -23.9% | -34.8% |

**U.S. Xpress Enterprises, Inc. (USX;USX US)**

| FYE Dec | 2018E (Prev) | 2018E (Curr) | 2019E (Prev) | 2019E (Curr) | 2020E (Prev) | 2020E (Curr) |
|---|---|---|---|---|---|---|
| Analyst Adjusted Diluted EPS ($) | | | | | | |
| Q1 (Mar) | 0.06A | 0.18A | 0.39 | 0.37 | 0.45 | 0.41 |
| Q2 (Jun) | 0.22A | 0.78A | 0.47 | 0.49 | 0.53 | 0.60 |
| Q3 (Sep) | 0.20 | 0.39 | 0.48 | 0.52 | 0.60 | 0.64 |
| Q4 (Dec) | 0.41 | 0.39 | 0.54 | 0.52 | 0.63 | 0.60 |
| FY | 0.90 | 1.74 | 1.88 | 1.90 | 2.21 | 2.25 |

Source: Company data, Bloomberg, J.P. Morgan estimates.

**Company Data**

| | |
|---|---|
| Price ($) | 13.48 |
| Date Of Price | 02 Aug 18 |
| 52-week Range ($) | 16.94-12.61 |
| Market Cap ($ mn) | 667.22 |
| Fiscal Year End | Dec |
| Shares O/S (mn) | 49 |
| Price Target ($) | 19.00 |
| Price Target End Date | 31-Dec-18 |

**See page 4 for analyst certification and important disclosures, including non-US analyst disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

www.jpmorganmarkets.com

This document is being provided for the exclusive use of SOLEBURY COMMUNICATIONS at PNC BANK NATIONAL ASSOCIATION

Brian P. Ossenbeck, CFA
(1-212) 622-1023
brian.p.ossenbeck@jpmorgan.com

J.P.Morgan

# Investment Thesis, Valuation and Risks

## U.S. Xpress *(Overweight; Price Target: $19.00)*

**Investment Thesis**

We believe USX is a self-help story with the company making structural improvements to both operations and technology that will help to drive OR gains. Strong freight market fundamentals and significant leverage to the truckload cycle support the company's forward momentum, while the company's cheap valuation and potential for re-rating make it even more attractive in comparison to industry peers.

**Valuation**

Our December 2018 price target of $19 reflects our 2019E EPS and a 10x target multiple, which represents a significant discount to the peer group. We believe USX will partially close the multiple gap with its peers as the company de-levers post-IPO.

**Risks to Rating and Price Target**

U.S. Xpress's significant insider ownership lowers the amount of shares outstanding publicly traded below 40%. A low float can inhibit active trading, which may reduce investor activity and cause the stock to underperform as a result of perceived illiquidity. While a high degree of family control is standard for a trucking company, it could also manifest in a discount to peers if insider interests are deemed contrarian to those of outside shareholders. The company also has significant financial leverage compared to its peers, which could negatively affect cash flow and balance sheet metrics if managed inefficiently.

The company also recently underwent a significant overhaul of its management suite and has changed technological systems for load matching. Company operations and performance depend on the successful rollout of these programs and implementation of new management strategies. Difficulty integrating the aforementioned could negatively affect margins.

This document is being provided for the exclusive use of SOLEBURY COMMUNICATIONS at PNC BANK NATIONAL ASSOCIATION

Brian P. Ossenbeck, CFA
(1-212) 622-1023
brian.p.ossenbeck@jpmorgan.com

North America Equity Research
03 August 2018

J.P.Morgan

# U.S. Xpress: Summary of Financials

| Income Statement - Annual | FY15A | FY16A | FY17A | FY18E | FY19E |
|---|---|---|---|---|---|
| Revenue | 1,541 | 1,451 | 1,555 | 1,827 | 1,933 |
| Adj. EBITDA | 122 | 99 | 122 | 202 | 248 |
| D&A | (74) | (72) | (93) | (97) | (98) |
| Adj. EBIT | 48 | 28 | 29 | 105 | 150 |
| Net Interest | (48) | (48) | (50) | (35) | (17) |
| Adj. PBT | 4 | (24) | (21) | 70 | 132 |
| Tax | 0 | 8 | 17 | (18) | (37) |
| Minority Interest | (1) | (1) | (0) | (1) | (1) |
| Adj. Net Income | 4 | (17) | (4) | 51 | 94 |
| Reported EPS | 0.64 | (2.59) | (0.63) | 1.37 | 1.90 |
| Adj. EPS | 0.64 | (2.59) | (0.63) | 1.74 | 1.90 |
| DPS | - | - | - | - | - |
| Payout ratio | - | - | - | - | - |
| Shares outstanding | - | - | - | - | - |

| Income Statement - Quarterly | 1Q18A | 2Q18A | 3Q18E | 4Q18E |
|---|---|---|---|---|
| Revenue | 426A | 450A | 471 | 480 |
| Adj. EBITDA | 39A | 51A | 56 | 56 |
| D&A | (24)A | (24)A | (24) | (24) |
| Adj. EBIT | 15A | 26A | 32 | 32 |
| Net Interest | (13)A | (12)A | (5) | (5) |
| Adj. PBT | 2A | 14A | 27 | 27 |
| Tax | (1)A | (2)A | (8) | (8) |
| Minority Interest | (0)A | (0)A | (0) | (0) |
| Adj. Net Income | 1A | 11A | 19 | 19 |
| Reported EPS | 0.18A | 0.04A | 0.39 | 0.39 |
| Adj. EPS | 0.18A | 0.78A | 0.39 | 0.39 |
| DPS | - | - | - | - |
| Payout ratio | - | - | - | - |
| Shares outstanding | - | - | - | - |

| Balance Sheet & Cash Flow Statement | FY15A | FY16A | FY17A | FY18E | FY19E |
|---|---|---|---|---|---|
| Cash and cash equivalents | 2 | 3 | 9 | 11 | 3 |
| Accounts receivable | 268 | 192 | 208 | 238 | 247 |
| Inventories | - | - | - | - | - |
| Other current assets | 26 | 30 | 31 | 41 | 41 |
| Current assets | 296 | 225 | 249 | 289 | 291 |
| PP&E | 370 | 310 | 464 | 545 | 606 |
| LT investments | - | - | - | - | - |
| Other non current assets | 110 | 105 | 108 | 107 | 105 |
| Total assets | 777 | 639 | 821 | 942 | 1,002 |
| | | | | | |
| Short term borrowings | - | - | - | - | - |
| Payables | 48 | 61 | 81 | 75 | 80 |
| Other short term liabilities | 151 | 145 | 86 | 87 | 87 |
| Current liabilities | 199 | 205 | 166 | 162 | 167 |
| Long-term debt | 488 | 373 | 606 | 432 | 357 |
| Other long term liabilities | 108 | 95 | 87 | 97 | 132 |
| Total liabilities | 795 | 673 | 858 | 691 | 656 |
| Shareholders' equity | (20) | (36) | (40) | 248 | 342 |
| Minority interests | 2 | 2 | 2 | 3 | 3 |
| Total liabilities & equity | 777 | 639 | 821 | 942 | 1,002 |
| BVPS | - | - | - | - | - |
| y/y Growth | - | - | - | - | - |
| Net debt/(cash) | 486 | 370 | 596 | 421 | 354 |
| | | | | | |
| Cash flow from operating activities | 79 | 77 | 85 | 119 | 224 |
| o/w Depreciation & amortization | 74 | 72 | 93 | 94 | 98 |
| o/w Changes in working capital | 3 | 34 | 15 | (20) | (3) |
| Cash flow from investing activities | (36) | (11) | (211) | (185) | (157) |
| o/w Capital expenditure | (202) | (55) | (240) | (240) | (226) |
| as % of sales | 13.1% | 3.8% | 15.5% | 13.1% | 11.7% |
| Cash flow from financing activities | (44) | (65) | 132 | 67 | (75) |
| o/w Dividends paid | 0 | 0 | 0 | 0 | 0 |
| o/w Net debt issued/(repaid) | (11) | (4) | 33 | (33) | 0 |
| Net change in cash | (0) | 1 | 6 | 2 | (8) |
| Adj. Free cash flow to firm | 60 | 131 | (33) | (25) | 92 |
| y/y Growth | - | 119.2% | (124.9%) | (23.3%) | (468.1%) |

| Ratio Analysis | FY15A | FY16A | FY17A | FY18E | FY19E |
|---|---|---|---|---|---|
| EBITDA margin | 7.9% | 6.8% | 7.8% | 11.1% | 12.8% |
| EBIT margin | 3.1% | 1.9% | 1.8% | 5.8% | 7.7% |
| Net profit margin | 0.3% | (1.1%) | (0.3%) | 2.8% | 4.9% |
| | | | | | |
| ROE | (41.2%) | 58.9% | 10.6% | 48.8% | 31.9% |
| ROA | 1.1% | (2.3%) | (0.6%) | 5.8% | 9.7% |
| ROCE | 19.4% | 9.3% | 11.5% | 12.6% | 15.6% |
| Net debt/equity | (2658.3%) | (1086.0%) | (1576.5%) | 167.5% | 102.5% |
| | | | | | |
| P/E (x) | 21.0 | NM | NM | 7.8 | 7.1 |
| P/BV (x) | - | - | - | - | - |
| EV/EBITDA (x) | 9.5 | 10.5 | 10.4 | 5.4 | 4.1 |
| Dividend Yield | - | - | - | - | - |
| | | | | | |
| Sales/Assets (x) | 4.0 | 2.0 | 2.1 | 2.1 | 2.0 |
| Interest cover (x) | 2.6 | 2.1 | 2.5 | 5.7 | 14.4 |
| Operating leverage | - | 715.9% | 44.4% | 1537.4% | 725.3% |
| | | | | | |
| Revenue y/y Growth | - | (5.8%) | 7.2% | 17.4% | 5.8% |
| EBITDA y/y Growth | - | (18.6%) | 22.8% | 65.8% | 22.5% |
| Tax rate | 4.7% | (34.6%) | (81.4%) | 25.8% | 28.0% |
| Adj. Net Income y/y Growth | - | (503.0%) | (75.5%) | (1354.2%) | 85.1% |
| EPS y/y Growth | - | (503.0%) | (75.5%) | (373.6%) | 9.5% |
| DPS y/y Growth | - | - | - | - | - |

Source: Company reports and J.P. Morgan estimates.

Note: $ in millions (except per-share data).Fiscal year ends Dec. o/w - out of which

This document is being provided for the exclusive use of SOLEBURY COMMUNICATIONS at PNC BANK NATIONAL ASSOCIATION

Brian P. Ossenbeck, CFA
(1-212) 622-1023
brian.p.ossenbeck@jpmorgan.com

J.P.Morgan

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

## Important Disclosures

- **Market Maker/ Liquidity Provider:** J.P. Morgan Securities plc and/or an affiliate is a market maker and/or liquidity provider in securities issued by U.S. Xpress.

- **Lead or Co-manager:** J.P. Morgan acted as lead or co-manager in a public offering of equity and/or debt securities for U.S. Xpress within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: U.S. Xpress.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: U.S. Xpress.

- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: U.S. Xpress.

- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: U.S. Xpress.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from U.S. Xpress.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from U.S. Xpress.

- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from U.S. Xpress.

- **Other Significant Financial Interests:** J.P. Morgan owns a position of 1 million USD or more in the debt securities of U.S. Xpress.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

This document is being provided for the exclusive use of SOLEBURY COMMUNICATIONS at PNC BANK NATIONAL ASSOCIATION

Brian P. Ossenbeck, CFA
(1-212) 622-1023
brian.p.ossenbeck@jpmorgan.com

**North America Equity Research**
03 August 2018

J.P.Morgan

**U.S. Xpress (USX, USX US) Price Chart**



| Date | Rating | Share Price ($) | Price Target ($) |
|------|--------|-----------------|------------------|
| 09-Jul-18 | OW | 15.77 | 20.00 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Jul 09, 2018.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Ossenbeck, Brian P**: C.H. Robinson (CHRW), CSX (CSX), Canadian National Railway (CNR.TO), Canadian Pacific Railway (CP.TO), Echo Global (ECHO), FedEx Corporation (FDX), Genesee & Wyoming (GWR), Heartland Express (HTLD), Hub Group (HUBG), J.B. Hunt (JBHT), Kansas City Southern (KSU), Knight-Swift (KNX), Norfolk Southern (NSC), Ryder System, Inc. (R), Schneider (SNDR), U.S. Xpress (USX), Union Pacific (UNP), United Parcel Service (UPS), Werner Enterprises (WERN), XPO Logistics (XPO)

**J.P. Morgan Equity Research Ratings Distribution, as of July 02, 2018**

| | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 47% | 41% | 13% |
| IB clients* | 54% | 48% | 40% |
| JPMS Equity Research Coverage | 45% | 42% | 13% |
| IB clients* | 74% | 66% | 58% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary

This document is being provided for the exclusive use of SOLEBURY COMMUNICATIONS at PNC BANK NATIONAL ASSOCIATION

Brian P. Ossenbeck, CFA
(1-212) 622-1023
brian.p.ossenbeck@jpmorgan.com

J.P.Morgan

models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Registration of non-US Analysts:** Unless otherwise noted, the non-US analysts listed on the front of this report are employees of non-US affiliates of JPMS, are not registered/qualified as research analysts under NASD/NYSE rules, may not be associated persons of JPMS, and may not be subject to FINRA Rule 2241 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at https://www.theocc.com/components/docs/riskstoc.pdf

**Private Bank Clients:** Where you are a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is issued to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including but not limited to the J.P. Morgan corporate and investment bank and its research division.

**Legal Entities Disclosures**

**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Australia Limited (JPMAL) (ABN 52 002 888 011/AFS Licence No: 238188) is regulated by ASIC and J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231), the Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Securities Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 099/04/2018 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 059/09/2017], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities

This document is being provided for the exclusive use of SOLEBURY COMMUNICATIONS at PNC BANK NATIONAL ASSOCIATION

Brian P. Ossenbeck, CFA
(1-212) 622-1023
brian.p.ossenbeck@jpmorgan.com

J.P.Morgan

and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. J.P. Morgan's research coverage universe spans listed securities across the ASX All Ordinaries index, securities listed on offshore markets, unlisted issuers and investment products which Research management deem to be relevant to the investor base from time to time. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all GIC sectors as well as across a range of market capitalisation sizes. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: Research relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil**: Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or

This document is being provided for the exclusive use of SOLEBURY COMMUNICATIONS at PNC BANK NATIONAL ASSOCIATION

Brian P. Ossenbeck, CFA
(1-212) 622-1023
brian.p.ossenbeck@jpmorgan.com

**North America Equity Research**
03 August 2018

J.P.Morgan

announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised June 30, 2018.

**Copyright 2018 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

Completed    03 Aug 2018 12:54 AM EDT                                Disseminated 03 Aug 2018 12:54 AM EDT