# Exhibit 6

**Brad Delco, Analyst**
501-377-8057, brad.delco@stephens.com

**Scott Schoenhaus, Associate**

| Changes | Previous | Current |
|---|---|---|
| Rating | -- | Overweight(Vol) |
| Target Price | -- | $19.00 |
| Price: | | $13.48 |
| Fully Diluted Shares Out (mil.): | | 32.81 |
| 52-Week High: | | $16.94 |
| 52-Week Low: | | $12.61 |
| Market Cap (mil.): | | $442.3 |
| Fiscal Year End: | | Dec |
| Average Daily Volume: | | 366,708 |
| Float (mil.): | | 63.0 |
| Debt/Cap: | | 107.0 |
| Cash/Shr: | | $0.13 |
| Dividend/Yield: | | $0.00/0.0% |
| Book Value/Shr: | | $(0.85) |

| EPS | 2017A | 2018E | 2019E |
|---|---|---|---|
| **Mar** | NE | $0.03A | $0.38 |
| *Prev.* | -- | -- | *$0.39* |
| **Jun** | NE | $0.04A | $0.48 |
| *Prev.* | -- | *$0.13* | *$0.43* |
| **Sep** | NE | $0.31 | $0.47 |
| *Prev.* | -- | -- | *$0.52* |
| **Dec** | NE | $0.43 | $0.61 |
| *Prev.* | -- | *$0.42* | -- |
| **FY** | ($0.08)A | $0.79 | $1.95 |
| *Prev.* | -- | *$0.90* | -- |
| **P/E** | NM | 17.1x | 6.9x |

| Oper. EPS | 2017A | 2018E | 2019E |
|---|---|---|---|
| **Mar** | NE | $0.06A | $0.38 |
| *Prev.* | -- | -- | *$0.39* |
| **Jun** | NE | $0.24A | $0.48 |
| *Prev.* | -- | *$0.19* | *$0.43* |
| **Sep** | NE | $0.31 | $0.47 |
| *Prev.* | -- | -- | *$0.52* |
| **Dec** | NE | $0.43 | $0.61 |
| *Prev.* | -- | *$0.42* | -- |
| **FY** | ($0.08)A | $1.00 | $1.95 |
| **P/E** | NM | 13.5x | 6.9x |
| **Rev.** | $1.56B | $1.80B | $1.89B |
| *Prev.* | -- | *$1.82B* | *$1.93B* |

**U.S. Xpress**, headquartered in Chattanooga, TN is a large U.S. truckload carrier that provides over-the-road (both solo and team-expedited), dedicated and non-asset based services on a nation-wide network.

## U.S. Xpress
USX – NYSE

**Overweight (Volatile)**
**Reason for Report:** Estimate Changes, Analysis of Sales/Earnings

## 2Q Results Beat Our Estimates; We See Large Valuation Disparity as Unwarranted

**INVESTMENT CONCLUSION:**
We reiterate our **OW/Vol.** rating and $19 target price on shares of USX following 2Q'18 results that beat our bottom line expectations. In short, USX was able to improve the Operating Ratio by 510bps yoy despite seeing utilization challenges related to network disruptions from some larger Dedicated contracts. While we believe management is actively addressing these issues, we believe there remains plenty of additional opportunities to drive significant earnings growth given mgmt's metric-driven strategic plan. With shares down 15.7% since the IPO on June 14, USX is now trading at 8.5x our NTM Oper. EPS est., a ~700bps discount to the TL average. We believe this steep discount is unwarranted as the company continues to execute on strategic plan and reinvests in the business to drive operational improvements. Our $19 target price is predicated off shares trading at ~10.0x our FY'19 Oper. EPS of $1.95 one year from now.

**KEY POINTS:**
**Maintaining Estimates.** We are maintaining our FY'18 Oper. EPS of $1.00, which is in line with current Street estimate of $1.01. For FY'19, we also maintained our Oper. EPS of $1.95 vs. the Street of $1.85. We note that Consensus estimates are likely reflecting various sharecounts given the recent IPO and would look for Street numbers to reset with the guided pro-forma shares in coming days in order to get a more accurate consensus outlook. See our GAAP EPS estimates at left.

**2Q'18 Results Summary.** USX reported adj. net income of $11.3 mil. vs. our $9.7 mil. estimate. Top line revenue of $449.8 mil. came in just short of our $454.2 mil. as stronger rates (rev./loaded mile) in both Dedicated and Over-the-Road (OTR) were offset by weaker than expected utilization (avg. miles/ tractor) vs. our model. Specifically, OTR rates were up 13.3% vs. our +12.0% est. while Dedicated rates were up 8.2% vs. our +6.5% est. On the utilization side, OTR avg. miles/ tractor was up 5.8% vs. our +7.2% and Dedicated was down 9.8% vs. our -5.4% as a result of some network/ shipping pattern changes in certain Dedicated accounts. USX noted that these accounts were given rate increases effective in July to account for the disruptions (we outline 2H'18 impacts further below). Despite these utilization headwinds, adj. Operating Ratio of 93.4% improved 510bps yoy and came in better than our 93.6% estimate.

**Expectations for Back Half and into 2019.** During the conference call, management addressed concerns surrounding a couple of Dedicated contracts that are causing utilization pressures/ network disruptions. Importantly, USX noted that these customers are receiving additional rate increases (effective July) that would result in rev./loaded mile to be up 3.5% sequentially in its Dedicated segment. Additionally, the

See important disclosures and analyst certification on pages 4 - 5 of this report. To access current disclosures for other Stephens Inc. covered companies, clients may refer to https://stephens2.bluematrix.com/sellside/Disclosures.action.

© 2018 Stephens Inc.
111 Center Street    Little Rock, AR 72201    501-377-2000    800-643-9691    www.stephens.com    Member NYSE, SIPC

Company expects Operating Ratio improvement for the next 6 quarters given 1) the strong rate increases 2) sequential improvement in utilization levels in OTR segment 3) lower insurance & claims expense as a result of investments in safety technology and 4) onboarding of new equipment which should reduce maintenance / fuel costs. Below the line, USX noted that they expect consolidated interest expense to be $5.0 mil. in 3Q'18 (vs. the $12.3 mil. reported in 2Q'18) as a result of debt paydown w/ proceeds from the recent IPO. Net net, we are now modeling OR improvement of ~350bps in 2H'18 and ~270bps in 2019.

**Valuation and Thoughts on the Stock.** USX currently trades at 8.5x our NTM Oper. EPS estimates vs. the public TL average of 15.7x. We believe USX should benefit in the current tight freight environment given its scale and focus on metric-driven strategic plan to drive significant earnings growth in the out-years. While we acknowledge USX's valuation multiple should be discounted to the peer group as a "controlled" company under dual class voting structure, we believe the current discount is unwarranted, particularly as the company executes on strategic plan, further deleverages balance sheet and reinvests in the business. Our $19 target price is predicated off shares trading at ~10.0x our FY'19 Oper. EPS of $1.95 one year from now.

Case 1:19-cv-00098-TRM-CHS    Document 122-6    Filed 10/30/20    Page 3 of 6
PageID #: 2506

**U.S. Xpress**
*Historical and Projected Earnings Model*
*(In Millions, Except per Share)*

| | FYE 2015 | FYE 2016 | FYE 2017 | For The Fiscal Year Ended Dec. 31, 2018 | | | | FYE 2018E | For The Fiscal Year Ended Dec. 31, 2019 | | | | FYE 2019E |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 3/31/18 | 6/30/18 | 9/30/18E | 12/31/18E | | 3/31/19E | 6/30/19E | 9/30/19E | 12/31/19E | |
| **Trucking Revenue (in millions)** | | | | | | | | | | | | | |
| Trucking Revenue (in millions) | $ 1,106.7 | $ 1,106.3 | $ 1,150.5 | $ 300.3 | $ 313.0 | $ 318.3 | $ 332.1 | $ 1,263.7 | $ 318.6 | $ 330.4 | $ 336.0 | $ 351.8 | $1,336.8 |
| Other Revenue (in millions) | 120.2 | 92.1 | 93.7 | 28.1 | 31.4 | 31.7 | 31.1 | 122.2 | 28.1 | 31.4 | 31.7 | 31.1 | 122.2 |
| **Other Revenue** | | | | | | | | | | | | | |
| Brokerage Revenue | 169.6 | 149.6 | 173.0 | 54.5 | 58.4 | 57.7 | 61.7 | 232.3 | 57.0 | 61.0 | 60.3 | 64.5 | 242.8 |
| Fuel Surcharge Revenue (in millions) | 144.7 | 103.2 | 138.2 | 42.9 | 47.0 | 46.7 | 47.2 | 183.7 | 45.2 | 45.8 | 46.6 | 47.9 | 185.4 |
| **Total Operating Revenue** | $ 1,541.1 | $ 1,451.2 | $ 1,555.4 | $ 425.7 | $ 449.8 | $ 454.3 | $ 472.1 | $ 1,801.9 | $ 448.8 | $ 468.6 | $ 474.4 | $ 495.3 | $1,887.2 |
| | | | | | | | | | | | | | |
| **Operating Expenses:** | | | | | | | | | | | | | |
| Salaries, Wages, and Benefits | $ 508.8 | $ 510.6 | $ 543.7 | $ 132.9 | $ 133.3 | $ 138.5 | $ 142.1 | $ 546.8 | $ 133.8 | $ 139.1 | $ 144.8 | $ 149.4 | $ 567.0 |
| Fuel Cost | 227.4 | 186.3 | 211.1 | 58.4 | 57.7 | 57.4 | 57.8 | 231.3 | 55.5 | 56.3 | 57.2 | 58.9 | 227.9 |
| Vehicle Rents | 102.9 | 109.5 | 74.4 | 20.0 | 19.4 | 21.0 | 20.9 | 81.3 | 19.7 | 19.8 | 21.5 | 21.6 | 82.6 |
| Depreciation & Amortization, Net of (Gain) Loss on Sale of Proper | 74.5 | 71.6 | 93.4 | 24.7 | 24.1 | 23.9 | 24.0 | 96.8 | 23.6 | 24.4 | 24.3 | 24.6 | 96.9 |
| Purchased Transportation | 304.3 | 275.7 | 308.6 | 101.8 | 118.7 | 118.0 | 123.8 | 462.3 | 116.3 | 121.8 | 121.8 | 126.3 | 486.2 |
| Operating Expense & Supplies | 127.5 | 124.1 | 126.7 | 29.8 | 29.1 | 28.9 | 28.7 | 116.5 | 29.9 | 30.9 | 30.8 | 30.8 | 122.4 |
| Insurance and Claims Expense | 74.2 | 69.7 | 77.4 | 20.2 | 19.2 | 19.2 | 19.1 | 77.6 | 14.9 | 15.6 | 15.8 | 16.6 | 63.0 |
| Operating Taxes & Licenses Expense | 13.6 | 13.4 | 13.8 | 3.4 | 3.5 | 3.4 | 3.4 | 13.8 | 3.4 | 3.5 | 3.4 | 3.4 | 13.7 |
| Communications & Utilities Expense | 8.4 | 8.6 | 7.7 | 2.5 | 2.4 | 2.3 | 2.3 | 9.5 | 2.4 | 2.4 | 2.3 | 2.3 | 9.4 |
| General and Other Operating | 52.0 | 54.0 | 61.6 | 17.2 | 15.9 | 14.8 | 14.8 | 62.7 | 17.5 | 16.3 | 15.2 | 15.2 | 64.2 |
| **Total Operating Expenses** | $ 1,493.5 | $ 1,423.5 | $ 1,518.4 | $ 410.9 | $ 423.3 | $ 427.5 | $ 437.0 | $ 1,698.6 | $ 417.1 | $ 430.1 | $ 437.0 | $ 449.0 | $1,733.2 |
| | | | | | | | | | | | | | |
| **Adj. EBITDA** | $ 135.4 | $ 107.3 | $ 139.6 | $ 39.8 | $ 50.4 | $ 51.3 | $ 59.9 | $ 201.4 | $ 56.0 | $ 62.7 | $ 61.7 | $ 70.6 | $ 250.9 |
| Total Operating Income | 47.6 | 27.7 | 37.0 | 14.9 | 26.5 | 26.9 | 35.1 | 103.3 | 31.7 | 38.5 | 37.5 | 46.3 | 154.0 |
| Operating Ratio | 96.9% | 98.1% | 97.6% | 96.5% | 94.1% | 94.1% | 92.6% | 94.3% | 92.9% | 91.8% | 92.1% | 90.6% | 91.8% |
| **Operating Ratio (Excl. FSC)** | **96.6%** | **97.9%** | **97.4%** | **96.1%** | **93.4%** | **93.4%** | **91.7%** | **93.6%** | **92.1%** | **90.9%** | **91.2%** | **89.6%** | **91.0%** |
| Interest Expense (Income) | 47.8 | 48.2 | 49.8 | 12.7 | 12.3 | 5.0 | 5.0 | 35.0 | 5.1 | 5.0 | 4.6 | 4.2 | 19.0 |
| Other Expense (Income) | 0.6 | 0.8 | (1.4) | (0.1) | 0.2 | (0.1) | (0.1) | (0.0) | (0.1) | (0.1) | (0.1) | (0.1) | (0.4) |
| Equity in (Income) / Loss of Affiliated Companies | 1.6 | 3.2 | 1.4 | 0.3 | (0.1) | 0.2 | 0.2 | 0.6 | 0.1 | 0.1 | 0.1 | 0.1 | 0.4 |
| Pretax Income | (2.4) | (24.4) | (12.7) | 2.0 | 14.0 | 21.8 | 30.0 | 67.8 | 26.6 | 33.4 | 32.8 | 42.1 | 135.0 |
| Provision for Taxes | (0.2) | (8.4) | (15.4) | 0.6 | 2.3 | 6.1 | 8.4 | 17.4 | 7.4 | 9.4 | 9.2 | 11.8 | 37.8 |
| Tax Rate | | | | 30.0% | 16.6% | 28.0% | 28.0% | 25.7% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% |
| Net Income | (2.2) | (16.0) | 2.7 | 1.4 | 11.7 | 15.7 | 21.6 | 50.4 | 19.1 | 24.1 | 23.6 | 30.3 | 97.2 |
| **Oper. EPS** | -- | -- | $ 0.05 | $ 0.02 | $ 0.24 | $ 0.31 | $ 0.43 | $ 1.00 | $ 0.38 | $ 0.48 | $ 0.47 | $ 0.61 | $ 1.95 |
| GAAP EPS | | | $ (0.08) | $ 0.13 | $ 0.04 | $ 0.31 | $ 0.43 | $ 0.79 | $ 0.38 | $ 0.48 | $ 0.47 | $ 0.61 | $ 1.95 |
| Basic Shares Outstanding | - | - | 45.9 | 46.0 | 46.0 | 46.0 | 46.0 | 46.0 | 46.0 | 46.0 | 46.0 | 46.0 | 46.0 |
| Diluted Shares Outstanding | - | - | 47.8 | 47.7 | 49.5 | 49.5 | 49.5 | 49.0 | 49.5 | 49.5 | 49.5 | 49.5 | 49.5 |

Source: Company documents and Stephens Inc. estimates

Brad Declo, Sr. Analyst, 501-377-8057
Scott Schoenhaus, Associate, 212-891-1707

## APPENDIX A

### ANALYST CERTIFICATION

The analyst primarily responsible for the preparation of the content of this report certifies that (i) all views expressed in this report accurately reflect the analyst's personal views about the subject company and securities, and (ii) no part of the analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the analyst in this report.

## REQUIRED DISCLOSURES

The research analyst principally responsible for preparation of this report has received compensation that is based on the firm's overall revenue which includes investment banking revenue.

Stephens Inc. maintains a market in the common stock of U.S. Xpress as of the date of this report and may act as principal in these transactions.

Stephens Inc. managed or co-managed a public offering of securities for U.S. Xpress within the past 12 months.

Stephens Inc. received compensation for investment banking services from U.S. Xpress in the past 12 months.

U.S. Xpress is or has been a client of Stephens Inc. for investment banking services within the past 12 months.

Stephens Inc. expects to receive or intends to seek compensation for investment banking services from U.S. Xpress in the next three months.



Rating and Price Target History for: U.S. Xpress (USX) as of 08-02-2018

Created by BlueMatrix

## Valuation Methodology for U.S. Xpress

- In valuing the shares of our covered companies we primarily focus on P/E and book value analyses.
- We determine our price target for USX by applying a multiple to its tangible book value and/or forward EPS estimates. We tend to focus on forward P/E multiples when earnings are positive, and revert to book value multiples when negative, as we think it most accurate measure of asset values.
- When we use P/E multiples (when USX is profitable), it is based on the stock's recent trading and a comparison to its truckload peers, as well as our view of the Company's long-term growth prospects, its ROIC, margin improvement potential and cash flow generation.

## Risks to Achievement of Target Price for U.S. Xpress

- A near-term downturn in economic activity could have a significant negative impact on freight volumes and thus have a material adverse effect on the business, financial condition and results of operations.
- Driver recruitment and retention remain two of the biggest barriers to growth for the trucking industry. If U.S. Xpress cannot find drivers to seat its tractors, then utilization and/or labor cost levels could be negatively impacted, which may result in an earnings disappointment.
- If Class-8 truck population combined with driver availability rises, this would increase truck capacity which could put pressure on pricing / rates.
- U.S. Xpress retains high deductibles on a significant portion of claims exposure, which could significantly increase the volatility of, and decrease the amount of earnings and adversely affect results of operations.

Case 1:19-cv-00098-TRM-CHS    Document 122-6    Filed 10/30/20    Page 5 of 6
PageID #: 2508

- If the independent contractors used by U.S. Xpress are deemed by regulators or judicial process to be employees, the Company's financial condition and results of operations could be adversely affected.
- A depressed market for used equipment could require the Company to trade equipment at depressed values /record losses on disposal or impairments charges. If there is a deterioration of resale prices, it could have a material adverse effect on the business, financial condition and results of operations.

## Ratings Definitions

OVERWEIGHT (O) - The stock's total return is expected to be greater than the total return of the company's industry sector, on a risk-adjusted basis, over the next 12 months. EQUAL-WEIGHT (E) - The stock's total return is expected to be equivalent to the total return of the company's industry sector, on a risk-adjusted basis, over the next 12 months. UNDERWEIGHT (U) - The stock's total return is expected to be less than the total return of the company's industry sector, on a risk-adjusted basis, over the next 12 months. VOLATILE (V) - The stock's price volatility is potentially higher than that of the company's industry sector. The company stock ratings may reflect the analyst's subjective assessment of risk factors that could impact the company's business.

## Distribution of Stephens Inc. Ratings

| Rating | Count | Percent | IB Serv./Past 12 Mos. Count | Percent |
|--------|-------|---------|-------|---------|
| **BUY [OW]** | 286 | 55.86 | 76 | 26.57 |
| **HOLD [EW]** | 222 | 43.36 | 26 | 11.71 |
| **SELL [UW]** | 4 | 0.78 | 0 | 0.00 |

## OTHER DISCLOSURES

Certain investment programs offered by Stephens to clients sometimes engage in purchases or sales of securities that are consistent or inconsistent with Research Analyst recommendations. These programs are managed on a discretionary basis, or provide investment recommendations, by program managers in the exercise of their independent judgment and analysis. Stephens' directors, officers and employees are allowed to participate in these programs subject to established account minimums and applicable compliance restrictions.

This report has been prepared solely for informative purposes as of its stated date and is not a solicitation, or an offer, to buy or sell any security. It does not purport to be a complete description of the securities, markets or developments referred to in the material. Information included in the report was obtained from internal and external sources which we consider reliable, but we have not independently verified such information and do not guarantee that it is accurate or complete. Such information is believed to be accurate on the date of issuance of the report, and all expressions of opinion apply on the date of issuance of the report. No subsequent publication or distribution of this report shall mean or imply that any such information or opinion remains current at any time after the stated date of the report. We do not undertake to advise you of any changes in any such information or opinion. Additional risk factors as identified by the Subject Company and filed with the Securities and Exchange Commission may be found on EDGAR at www.sec.gov. Prices, yields, and availability are subject to change with the market. Nothing in this report is intended, or should be construed, as legal, accounting, regulatory or tax advice. Any discussion of tax attributes is provided for informational purposes only, and each investor should consult his/her/its own tax advisors regarding any and all tax implications or tax consequences of any investment in securities discussed in this report. From time to time, our research reports may include discussions about potential short-term trading opportunities or market movements that may or may not be consistent with Stephens' long-term investment thesis, rating, or price target. Please note that we provide supplemental news and analysis in Quick Take blogs available to clients on our website. *If applicable, when reading research on Business Development Companies, you should consider carefully the investment objectives, charges, risks, fees and expenses of the investment company before investing. The prospectus, and, if available, the summary prospectus, contain this and other information about the investment company. You can obtain a current prospectus, and, if available, a summary prospectus, by calling your financial consultant. Please read the prospectus, and, if available, the summary prospectus, carefully before investing as it contains information about the previous referenced factors and other important information. Also, please note other reports filed with the Securities and Exchange Commission by the relevant investment company at www.sec.gov.* Please also note that the report may include one or more links to external or third-party websites. Stephens Inc. has not independently verified the information contained on such websites and can provide no assurance as to the reliability of such information, and there can be no assurance that any opinions expressed on such websites reflect the opinions of Stephens Inc. or its management. Additional information available upon request.

Case 1:19-cv-00098-TRM-CHS     Document 122-6     Filed 10/30/20     Page 6 of 6
PageID #: 2509