# Exhibit 7

UNITED STATES DISTRICT COURT

EASTERN DIVISION OF TENNESSEE

CHATTANOOGA DIVISION

_____
                                  )
                                  )
LEWIS STEIN, Individually and     )
on Behalf of All Others           )
Similarly Situated,               )
                                  )
            Plaintiff,            )
                                  )
    vs.                           ) Case No.
                                  ) 1:19-cv-00098
U.S. XPRESS ENTERPRISES, INC.,    )
et al.,                           )
                                  )
            Defendants.           )
                                  )
_____)

CONFIDENTIAL

REMOTE VIDEOTAPED DEPOSITION OF DEIRDRE TERRY

Oakland, California

Wednesday, October 14, 2020

Volume I

Reported by:
CHRIS TE SELLE
CSR No. 10836
Job No. 4287741

PAGES 1 - 71

Page 1

Case 1:19-cv-00098-TRM-CHS    Document 122-7    Filed 10/30/20    Page 2 of 13
PageID #: 2511

A.   Okay.                                                09:51:43

Q.   If you signed the certification on March 13, 2019, and reviewed the schedule before signing, how is it that the schedule also reflects sales dated after March 13, 2019?        09:51:55

A.   I don't know.

Q.   Schedule A lists a bunch of different accounts, correct?

A.   Yes.

Q.   Only one of these accounts was your        09:52:17 personal account; is that correct?

MR. TORNATORE:  Objection.

THE WITNESS:  Yes, one is, is my account, is my account.

BY MS. BUGNI:                                             09:52:27

Q.   And only one is your personal account, correct?

MR. TORNATORE:  Objection.

THE WITNESS:  Well, two of them would be my kids' accounts, which I'm the custodian.  There's        09:52:38 also, I believe, accounts for Mardin and Comeragh, which are corporations that my brother and I jointly own, so, I guess, one is my, my personal money, and one is the other, the other ones that I over-, the others are ones that I oversee.                        09:53:00

Page 22

BY MS. BUGNI:                                    09:53:06

Q.   And so as of March 13, 2019, when you signed the certification, only one of the accounts on schedule A had stock that you personally owned; is that correct?                          09:53:19

MR. TORNATORE:  Objection.

THE WITNESS:  Again, it's hard to, so, the, like, Mardin and Comeragh, my brother and I own those, so, I own them through Mardin and Comeragh, right?                                        09:53:37

You know, in the case of my children's, you know, I trade those accounts.  Those are, so, you know, I, I'm just not, I need to make sure I understand what, what it is that you want to know.

BY MS. BUGNI:                                    09:54:01

Q.   There are seven accounts listed on schedule A; is that correct?

A.   Yes.

Q.   One of those accounts you personally owned, correct?                                   09:54:16

MR. TORNATORE:  Objection.

THE WITNESS:  I -- yes.

BY MS. BUGNI:

Q.   One of those accounts is in the name of Mardin LLC, in which you and your brother hold    09:54:36

Page 23

Case 1:19-cv-00098-TRM-CHS    Document 122-7    Filed 10/30/20    Page 4 of 13
PageID #: 2513

membership interests; is that correct?                09:54:40

    MR. TORNATORE:  Objection.  She's testified to
this already, so, I think, twice already now, so I'm
going to instruct --

BY MS. BUGNI:                                          09:54:53

    Q.   You can answer.

    A.   You know, I actually don't know the, the
account numbers of the accounts, and so, you know,
being as I'm trying to make sure I only say stuff
that I know for certain, like, I can't tell you now    09:55:07
which one of these is, is Mardin, and so I feel odd
saying that one of them is Mardin, you know what I'm
saying?

    Q.   Sure.  I was trying to make this a little
bit more efficient, but we can go through each of      09:55:20
the accounts.

        So, I am loading what has previously been
marked as Exhibit 8.  If you would please let me
know when that appears in your queue.

    A.   Okay, let me go back in again, refresh it.   09:55:55
There we go.  Okay.

    Q.   So accounts that, document that's
previously been introduced as Exhibit 8 is for an
individual brokerage account ending in account
number 38, and it is in the name of Deirdre A.         09:56:09

                                            Page 24

Terry; is that correct?　　09:56:16

A. That's right.

Q. And so the account that ended in 38 on the certification, which was Exhibit 7, is for your personal account; is that correct?　　09:56:24

A. Yes.

Q. I have loaded what has previously been marked as Exhibit 9, if you could please let me know when that appears in your queue.

A. Yes.　　09:57:07

Q. Exhibit 9 is an account statement for an account ending in 79, which is for the John J. Terry rollover IRA brokerage account, correct?

A. That's right, yeah.

Q. And as of March 13, 2019, when you signed 09:57:20 the certification, this account ending in account number 79 was not your account; is that correct?

MR. TORNATORE: Objection.

THE WITNESS: My father's assigned his interests in this lawsuit to me, and it is, it is 09:57:37 not my account, but I do, I am consulted on, on, on investments in that account.

BY MS. BUGNI:

Q. When was the assignment given from your father to you, related to this account?　　09:57:57

Page 25

Case 1:19-cv-00098-TRM-CHS    Document 122-7    Filed 10/30/20    Page 6 of 13
PageID #: 2515

A.   I don't recall.                                    09:58:01

MR. TORNATORE:  Objection.

THE WITNESS:  I mean, that, you know, you could look on the document.  It has a date.

BY MS. BUGNI:                                           09:58:10

Q.   Was it before or after you signed the certification in March of 2019?

A.   The documents will have the date.  I don't recall.

Q.   I am loading what has previously been          09:58:40 marked as Exhibit 15.

Will you please let me know when that appears.

A.   Yes, I see it now.

Q.   Is Exhibit 15 the assignment that you          09:59:08 referenced in your testimony?

A.   Yes.

Q.   And the date of Exhibit 15 is May 3, 2019, correct?

MR. TORNATORE:  Objection.                          09:59:19

BY MS. BUGNI:

Q.   You may answer.

A.   Yes, that's the date on it.

Q.   Okay.  So, going back to Exhibit 9, for the John J. Terry rollover IRA account, as of         09:59:32

Page 26

March 2019, when you signed the certification, this    09:59:36

account was not your account, correct?

        MR. TORNATORE:  Objection.

        THE WITNESS:  So, again, based on what you've

told me, that the assignment hadn't been executed as    09:59:52

of that time, but it was an account that I have

interest in and say over and, and consulted on.

BY MS. BUGNI:

        Q.   What interest do you have in the John J.

Terry rollover IRA account?                             10:00:07

        A.   My, I may have used, interests, I used

interest in a nonlegal sense, not in, you know, but,

my father and I consult on investments for the whole

family that includes that rollover IRA account, as

well as, you know, the kids' accounts, and Mardin,     10:00:35

Comeragh, all, kind of, we think of them as one.

        Q.   Did you consult with your father on the

U.S. XPress investment in the IRA rollover account?

        MR. TORNATORE:  Objection.

        THE WITNESS:  You mean the, when we originally   10:00:53

made it?

BY MS. BUGNI:

        Q.   Yes, ma'am.

        A.   The investment?  We talk about kind of all

the investments that we make, but I, I do not recall    10:01:03

Page 27

Case 1:19-cv-00098-TRM-CHS    Document 122-7    Filed 10/30/20    Page 8 of 13
PageID #: 2517

our conversations about U.S. XPress for the, for the   10:01:08
investment.

Q.   As of March 2019, did you have any legal
interests in the John J. Terry rollover IRA account?

MR. TORNATORE:  Objection.                            10:01:25

THE WITNESS:  Yeah, what is a legal interest?

BY MS. BUGNI:

Q.   You had used that phrase earlier, so, what
did you mean by that phrase?

A.   When I used it, I meant I was interested   10:01:33
in it, in the nonlegal sense.

Q.   Right.  So, what would be the legal sense,
in your understanding?

A.   I don't know.

Q.   Okay.                                            10:01:46

A.   But you said, legal interest, so, that's
what I'm, I'm asking you.

Q.   Other than consultation that you had with
your father about investments, but not the U.S.
XPress investment, what other interests did you have   10:01:57
in the John J. Terry rollover IRA account?

MR. TORNATORE:  Objection.  Misstates her
testimony.

THE WITNESS:  On the whole, we try and make
sure that our family's investments are balanced, so    10:02:15

Page 28

that, for example, we, we, you know, so that we're

not, you know, so it doesn't matter if, say, a

particular real estate investment is, is held by me

or my brother.  What matters is that, is that

overall, we're, we're balanced between various kinds

of investments.

So, in making that investment, or real estate

investment we have now, we consider the, the, the

whole picture.  So, I guess that's, in, in making

the U.S. XPress investment, my father would,

actually, I don't want to say for U.S. XPress,

because that, if, if my father had a stock right now

that he wanted us to buy, he would buy it in the

account that had either liquidity or some stock that

he wished to sell, which might be different at

different times.

Does that make sense?

BY MS. BUGNI:

Q.   As of March 2019, if you had called

Vanguard for instructions for the John J. Terry

rollover IRA account, is it your understanding that

they would have to follow your instructions?

MR. TORNATORE:  Objection.  Incomplete

hypothetical.

BY MS. BUGNI:

Page 29

Case 1:19-cv-00098-TRM-CHS    Document 122-7    Filed 10/30/20    Page 10 of 13
PageID #: 2519

Q. You can answer. 10:04:07

A. No. I think they would probably have to fax me something for him to sign, for them to take my instructions on this one, because this, I don't think this is one of the ones that appears on, I 10:04:20 know it's not one of the ones that appears on my access, you know, on my, on the website, when I log in.

So, they, when we, they just like send us a form, and we sign the form and send it back to 10:04:33 them when there's something like that comes up.

Q. So your, for the John J. Terry rollover account, as of March 2019, it would require your father's signature for Vanguard to take action?

MR. TORNATORE: Objection. Misstates the 10:04:50 testimony.

THE WITNESS: So, I don't know exactly what it would take in that hypothetical.

BY MS. BUGNI:

Q. Could you make the decision to buy stock 10:05:04 for the John J. Terry rollover IRA account with your signature only?

A. I do not believe so.

Q. I have loaded what has previously been marked as Exhibit 14. If you would please let me 10:05:50

Page 30

know when that appears in your marked exhibits. 10:05:54

A. Okay, I have Exhibit 14.

Q. And this is for an account statement that is in the name of the John J. Terry and Terese M. Terry trust; is that correct? 10:06:18

A. Yes.

Q. For the trust's account that is held at Vanguard, could you authorize purchase of stock as of March 2019?

MR. TORNATORE: Objection. Vague. 10:06:29

THE WITNESS: You mean directly with Vanguard?

BY MS. BUGNI:

Q. Yes, ma'am.

MR. TORNATORE: I caution the witness not to speculate. If you know the answer, you can answer 10:06:42 it, but don't speculate.

THE WITNESS: Sorry. I'm trying to answer but not speculate. I don't believe so. I'm sorry, that's probably speculation.

BY MS. BUGNI: 10:07:05

Q. You mentioned when you log into Vanguard, you have access to certain accounts.

Is this account for the trust an account that you have access to?

A. It's not. 10:07:13

Page 31

MR. TORNATORE: Objection. 10:07:14

BY MS. BUGNI:

Q. Do you have access to Comeragh Corporation's account?

A. I easily could get it, but I don't have 10:07:25 that on the -- that would be a separate login.

Q. How about for Mardin LLC? Do you have access to that account when you log into Vanguard?

A. I have the login information for those, in the event that my father should become 10:07:45 incapacitated, or just ask me to do something, but I don't regularly log into it.

Q. Why did you decide to file a lawsuit against U.S. XPress and its officers and directors?

A. Well, the loss was quite substantial for 10:08:04 our family.

Q. Anything else?

A. No.

Q. Go ahead.

A. No. No. That was it. 10:08:19

Q. When did you decide to file a lawsuit against U.S. XPress and its officers and directors?

A. Let's see. The, it was the fall of 2018, maybe, verging on, I don't know, it was December, fall, or winter was when we started talking about 10:08:43

Page 32