# Exhibit 8

Case 1:19-cv-00098-TRM-CHS    Document 122-8    Filed 10/30/20    Page 1 of 16
PageID #: 2523

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

CHATTANOOGA DIVISION

---oOo---

LEWIS STEIN, Individually

and on behalf of All Others

Similarly Situated,

                Plaintiff,

vs.                  No. 1:19-CV-00098

U.S. XPRESS ENTERPRISES,

INC., et al.,

                Defendants.

                        /

VIDEOTAPED DEPOSITION OF JOHN TERRY

Taken before KIMBERLY R. HENDERSHOTT, RPR, CRR

CSR NO. 12552

October 12, 2020

Aiken Welch Court Reporters

One Kaiser Plaza, Suite 250

Oakland, California 94612

(510) 451-1580/(877) 451-1580

Fax: (510) 451-3797

www.aikenwelch.com

Page 1

MS. BUGNI: Sure. No problem.

Bill, do you have it as well?

MR. SUSHON: Yes, I have it now. Thank you.

MS. BUGNI: Perfect. 10:08

MR. SUSHON: Excuse my technoidiocy.

MS. BUGNI: We'll get used to it at some point.

BY MS. BUGNI:

Q. So for the record, Exhibit 8 is a document 10:08 that is Bates stamped Terry 2205, and it is a Vanguard statement dated August 7th, 2018.

Mr. Terry, the document here indicates that it's an individual -- that account number 2638 is for an individual brokerage account in the name 10:08 of Deirdre Terry; is that right?

A. Deirdre Terry.

Q. Deirdre. Okay.

And do you -- did you make the investment decisions for this account? 10:09

A. Yes.

Q. And who owns this stock that is in this account?

A. Deirdre owns it. Deirdre Terry.

Q. Does Ms. Terry make -- make any of the 10:09

Page 33

investment decisions or are they 100 percent made by you?

MR. TORNATORE: Objection.

THE WITNESS: She makes any she wants to make. But I don't think she has ever actually made any. She may have. I don't know. 10:09

BY MS. BUGNI:

Q. With respect to the U.S. Xpress investment for purchases and sales that were made on this account ending in 2638, did you make those investment decisions? 10:09

A. Yes, I did.

MS. BUGNI: And I'm going to mark another exhibit. It will be Exhibit 9.

THE WITNESS: Let's see what happens here. 10:10

MS. BUGNI: And, sir, if you could let me know when Exhibit 9 appears.

(Defendants' Exhibit 9 marked for
identification.)

THE WITNESS: Coming very slowly. Boy, 10:10
let's see what's going on here.

Ah, there we are. Okay.

Okay. I see -- I think it's -- I see a different exhibit. It begins by U.S. Xpress Inc. CLA; is that the one there? 10:10

Page 34

Veritext Legal Solutions
866 299-5127
Case 1:19-cv-00098-TRM-CHS   Document 122-8   Filed 10/30/20   Page 4 of 16
PageID #: 2526

BY MS. BUGNI:

Q. Yes, sir.

So for the record, Exhibit 9 is a document Bates stamp Terry 2204, and it is a transaction history detail for U.S. Xpress made for the John J. Terry rollover IRA brokerage account with the account ending in 79; is that right?

A. Yes.

Q. Okay. And the John J. Terry rollover IRA brokerage account, are you familiar with that account?

A. Yes.

Q. Do you make the investment decisions for this account?

A. Yes.

Q. And who owns the stock that is in this account?

A. I do.

Q. All right. Are there any beneficiaries for the stock that is in this account?

A. The -- it -- well, how would I say that? The -- the account -- typically with an account, you have a -- with -- with Vanguard you have instructions, so it goes to my estate, but -- that's the real beneficiary. Part of my estate are

Page 35

Case 1:19-cv-00098-TRM-CHS    Document 122-8    Filed 10/30/20    Page 5 of 16
PageID #: 2527

charitable contributions.  But other than the charitable contributions, they would all accrue to my estate, you know.

Q.  Understood, sir.

MS. BUGNI:  Let me mark the next exhibit.  10:12
This is going to be Exhibit 10.  Still loading.

(Defendants' Exhibit 10 marked for
identification.)

BY MS. BUGNI:

Q.  If you can let me know when Exhibit 10 has  10:12
appeared in your folder, please.

A.  Okay.  I've got it.

Q.  Okay.  Exhibit 10, for the record, is a
document Bates stamp Terry 2207, and it is for a --
it's a Vanguard statement for a brokerage account  10:12
for Mardin LLC, with account number ending in 1980;
is that correct, sir?

A.  Yes.

Q.  Who makes the investment decisions for
this account?  10:13

A.  I do.

Q.  And who owns the stock that is in this
account?

A.  Mardin LLC.

Q.  What is the Mardin LLC?  10:13

Page 36

A. It's a limited liability company.

Q. What is its business?

A. Say again, please.

Q. What is the business of Mardin LLC?

A. Mardin owns property. 10:13

Q. What types of property?

A. Real estate.

Q. And -- and stock, I assume?

A. Yes. Yes. The excess -- excess funds are in stock. 10:13

Q. And where is Mardin LLC incorporated?

A. It's a Delaware LLC.

Q. And who are the members of Mardin LLC?

A. As we sit here today, Deirdre Terry, Michael Terry, my son, and me. But at the time of 10:14 this, my wife was alive, and she was the other member. I have it by virtue of her death. I don't really have -- her estate isn't -- she died in May, so it's conceivable I could refuse to accept her estate, and it would go to Mike and Deirdre, but -- 10:14 that -- that's who was family, just the family.

Q. Understood. I'm sorry for your -- for your loss.

A. Thanks. It's a real loss. It's a terrible time. 10:14

Page 37

Q. I'm sorry to hear that, sir.

Who is the manager of Mardin LLC?

A. I am.

MR. TORNATORE: Objection.

THE WITNESS: I'm sorry. I answered it 10:15
wrong too. Deirdre is shown as the managing
member.

BY MS. BUGNI:

Q. And has Ms. Terry always been the managing
member? 10:15

A. I don't -- I'm not sure.

Q. Do you know when Mardin LLC was formed?

A. In the '90s. It was in the '90s.

Q. And so Mardin LLC owned the stock in this
account. Is there -- what is the agreement at 10:15
Mardin with respect to if Mardin LLC is ever
dissolved or winded down as to who will get the
assets of the LLC?

MR. TORNATORE: Objection.

THE WITNESS: Right. Well, I -- I'm not 10:16
sure. I know -- I know the percentage ownerships.
But LLCs, you know, are -- I'm not sure. You know,
I think it would be in proportion to the percentage
ownerships.

///

Page 38

BY MS. BUGNI:

Q. And what are the percentage ownerships?

A. Well, roughly, Deirdre and Michael own a 43 percent, and I have the remainder amount now. And Terese, my wife, did while she was alive.          10:16

MS. BUGNI: Okay. I'm going to mark the next exhibit.

(Defendants' Exhibit 11 marked for identification.)

BY MS. BUGNI:                                          10:07

Q. I have marked Exhibit 11, sir, if you could please let me know when that appears in your folder.

A. I've got it.

Q. Exhibit 11 is a document Bates stamped          10:17 Terry 2212. And it is a transaction history detail for the ███████████████ and Deirdre A. Terry, UTMA brokerage account with account number ending in 1833; is that correct?

A. Yes.                                          10:17

Q. What is the ███████████████, Deirdre A. Terry as custodian account.

A. That's -- that's -- ██████ is my granddaughter. She Terry's daughter. She's Deirdre's daughter, and so she -- it's a custodian,          10:18

Page 39

a typical parent/child custodian account.  She's a minor child.

Q.  And who makes the investment decisions for this account?

A.  Oh, I made this one, but Deirdre could 10:18 make any she wanted, I assume.

Q.  And with respect to all of the transactions in U.S. Xpress that were made in this account, did you make those decisions?

A.  Yes.  10:18

Q.  And who owns the stock that is in this account?

A.  I guess ▓▓▓▓ does.

MS. BUGNI:  Okay.  I'm going to mark another exhibit, and I've just marked Exhibit 12.  10:18

            (Defendants' Exhibit 12 marked for

            identification.)

BY MS. BUGNI:

Q.  If you could please let me know when that appears in your folder, sir.  10:18

A.  Okay.  I have it.

Q.  Exhibit 12 is a document Bates stamped Terry 2210, and it is a transaction history detail for the Comeragh Corporation; is that right, sir?

A.  Yes.  10:19

Veritext Legal Solutions
866 299-5127
Case 1:19-cv-00098-TRM-CHS    Document 122-8    Filed 10/30/20    Page 10 of 16
PageID #: 2532

Q. And did I say the name of the corporation correct?

A. Yes, Comeragh.

Q. Comeragh. Thank you, sir.

And the account number for the Comeragh Corporation account ends in 5620; is that correct?

A. Yes.

Q. Who makes the investment decisions for this account?

A. Generally, I do.

Q. And who owns the stock that is in this account?

A. It's in equal amounts owned by my son, Michael, and my daughter, Deirdre.

Q. And what is the Comeragh Corporation?

A. It's a company that owns real estate.

Q. And -- and stock, I assume?

A. And -- plus a stock portfolio, yeah, for the excess cash.

Q. And who are the shareholders of the Comeragh Corporation?

A. Yeah, as I said, it's Michael and Deirdre in equal amounts.

Q. Do you have any involvement in the Comeragh Corporation other than making investment

Page 41

Case 1:19-cv-00098-TRM-CHS   Document 122-8   Filed 10/30/20   Page 11 of 16
PageID #: 2533

decisions for this account?

A. Yeah, I do the work on the real estate too.

Q. Who is on the board of the Comeragh Corporation?

A. Well, it was my son and daughter and -- perhaps my wife. I don't know. I wasn't on the board.

Q. Are you an employee of the Comeragh Corporation?

A. No. No.

Q. Who was the -- what is the executive team of the Comeragh Corporation?

MR. TORNATORE: Objection.

THE WITNESS: It's -- it's really me. Comeragh owns just rental real estate, so there's not much work involved.

BY MS. BUGNI:

Q. And where is the Comeragh Corporation located?

A. It's a Georgia corporation.

Q. And what is the connection to Georgia?

A. Well, the first property we owned was in Georgia, and it still owns some property in Georgia. I wish I had made it a Delaware, to be

Page 42

Case 1:19-cv-00098-TRM-CHS    Document 122-8    Filed 10/30/20    Page 12 of 16
PageID #: 2534

honest, but I didn't.

Q.  And where else does the Comeragh Corporation own property?

A.  Hold on.  Let me -- I don't know how I can get rid of this call.  You're going to have to listen to a little ringing there.     10:22

I'm sorry.  Ask me again.

Q.  Sure.  If you need to take a break to answer the phone, that's fine.

A.  No, it was -- forget about it.  It looks like one of those calls about -- that you get too.     10:22

Q.  Yes.

A.  Comeragh owns today.  It owns a truck terminal in Raleigh, North Carolina.  It owns another truck terminal in Wilson, North Carolina.  And it owns a piece of undeveloped land in the port of Savannah, Georgia.     10:22

Q.  I'm just going to wait for that message to complete, for the record.

A.  Yeah, this darn thing.  I'm sorry about that.     10:22

(Phone message left in the background.)

THE WITNESS:  Whoever it was said God bless me, and I could use that.

Okay.  Go ahead.     10:23

Page 43

Case 1:19-cv-00098-TRM-CHS     Document 122-8     Filed 10/30/20     Page 13 of 16
PageID #: 2535

BY MS. BUGNI:

Q. Does -- for any of the truck terminals that Comeragh Corporation owns, does U.S. Xpress use those truck terminals?

A. No.                                              10:23

Q. Other than the real estate you mentioned already in Georgia, Raleigh, Wilson, and Savannah, are there any other real estate holdings that Comeragh Corporation has?

A. No.                                              10:23

MR. TORNATORE: John, is that your phone? Is it off the hook? I'm hearing like a beep, beep, beep.

THE WITNESS: Okay. There, I got rid of it. Sorry about that.                              10:23

MS. BUGNI: No problem. All right. I'm going to mark the next exhibit. I just marked Exhibit 13.

(Defendants' Exhibit 13 marked for
identification.)                                    10:24

BY MS. BUGNI:

Q. Sir, if you could please let me know when that document is available in your folder.

A. One that's coming very slowly.

Okay. I've got it.                                  10:24

Page 44

Q. Exhibit 13 is a document Bates stamped Terry 2211. And it's a transaction history detail for the ████████████ and Deirdre A. Terry as custodian account number ending in 7547; is that correct, sir? 10:25

A. Yes.

Q. And who -- who owns this account?

A. I gather -- I expect ██████ owns it. ████████ is my grandson. He's Deirdre's son.

Q. And who makes the investment decisions for this account? 10:25

A. Well, I made this one.

Q. And with respect to other transactions in U.S. Xpress for this account, did you similarly make those decisions? 10:25

A. Yes.

MS. BUGNI: I'm going mark the next exhibit.

(Defendants' Exhibit 14 marked for

identification.) 10:26

BY MS. BUGNI:

Q. I've just marked Exhibit 14. If you could please let me know when it is in your folder, sir.

A. It's coming up now. I've got it. Okay.

Q. Exhibit 14 is a document Bates stamped 10:26

Page 45

Case 1:19-cv-00098-TRM-CHS     Document 122-8     Filed 10/30/20     Page 15 of 16
PageID #: 2537

Terry 2209.  It is a transaction history detail for the account that is John J. Terry and Terese M. Terry for the trust account, and the account number ends in 4882.

Is that correct, sir?  10:26

A.  Yes.

Q.  What is the trust that is reflected on this page?

A.  It is a typical estate planning trust. You know, the -- the -- one of those -- due to  10:26 avoid probate kind of trusts that our estate lawyer had us create.

Q.  And who makes the investment decisions for this account?

A.  I do.  10:26

Q.  And who owns the stock that is in this account?

A.  Well, it's the trust.  My wife and I.

Q.  And who manages the trust?

A.  I do.  10:27

Q.  Who are the beneficiaries of the trust?

A.  Oh, our -- I think it's our estate.

Q.  Okay.  Did you have any involvement in this decision to file a lawsuit against U.S. Xpress and its officers and directors?  10:27

Page 46

Case 1:19-cv-00098-TRM-CHS    Document 122-8    Filed 10/30/20    Page 16 of 16
PageID #: 2538