# Exhibit 10

Case 1:19-cv-00098-TRM-CHS    Document 122-10    Filed 10/30/20    Page 1 of 4
PageID #: 2549

# I. ASSIGNMENT

John J. Terry, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to Deirdre A. Terry all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever, including those stemming from the UA 06-01-2015 John J. Terry and Terese M. Terry Trust for which the Assignor is a trustee, which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of the publicly traded securities of U.S. Xpress Enterprises, Inc. (USX). Further, the Assignor hereby appoints Deirdre A. Terry as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Deidre A. Terry agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without written consent.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

Signed this 3rd day of May, 2019.

Signed:

*John J Terry*

John J. Terry

EXHIBIT
0015

CONFIDENTIAL - ATTORNEYS' EYES ONLY                TERRY_000001

# I. ASSIGNMENT

Terese Terry, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to Deirdre A. Terry all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever, including those stemming from the UA 06-01-2015 John J. Terry and Terese M. Terry Trust for which the Assignor is a trustee and from the Assignor's partial ownership of Mardin LLC and the Comeragh Corporation, which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of the publicly traded securities of U.S. Xpress Enterprises, Inc. (USX). Further, the Assignor hereby appoints Deirdre A. Terry as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Deidre A. Terry agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without written consent.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

Signed this 3rd day of May, 2019.

Signed:

Terese Terry

CONFIDENTIAL - ATTORNEYS' EYES ONLY                TERRY_000002

# I. ASSIGNMENT

Michael Terry, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to Deirdre A. Terry all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever, including stemming from the Assignor's partial ownership of Mardin LLC and the Comeragh Corporation, which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of the publicly traded securities of U.S. Xpress Enterprises, Inc. (USX). Further, the Assignor hereby appoints Deirdre A. Terry as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Deidre A. Terry agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without written consent.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

Signed this 3rd day of May, 2019.

Signed:

Michael Terry

EXHIBIT

0016

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    TERRY_000003