UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

CHATTANOOGA DIVISION

| | |
|---|---|
| LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. XPRESS ENTERPRISES, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:19-cv-00098-TRM-CHS <br><br> <u>CLASS ACTION</u> <br><br> Judge Travis R. McDonough <br> Magistrate Judge Christopher H. Steger |

DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF REPLY IN FURTHER
SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

4846-9084-0532.v1

I, CHRISTOPHER M. WOOD, declare under penalty of perjury pursuant to 23 U.S.C. §1746 as follows:

1.      I am a member of the Bar of the State of Tennessee, and I am admitted to practice in this District.

2.      I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, serving as co-lead counsel in this action.  I submit this declaration to the Court in support of the Reply in Further Support of Plaintiffs' Motion for Class Certification.

3.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Deposition Transcript of Deirdre Terry, dated October 14, 2020.

Exhibit B:      Deposition Transcript of John Terry, dated October 12, 2020

Exhibit C:      Deposition Transcript of Charles Clowdis, dated October 8, 2020.

Exhibit D:      Deposition Transcript of Bryan Keith Robbins, dated October 21, 2020.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 10, 2020, at Nashville, Tennessee.

s/ CHRISTOPHER M. WOOD
CHRISTOPHER M. WOOD

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 10, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e- mail addresses of the CM/ECF participants in this case.

s/ CHRISTOPHER M. WOOD
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)

E-mail: cwood@rgrdlaw.com