# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TENNESSEE

## CHATTANOOGA DIVISION

| | |
|---|---|
| LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                       Plaintiffs,<br><br>    vs.<br><br>U.S. XPRESS ENTERPRISES, INC., et al.,<br><br>                       Defendants. | Civil Action No. 1:19-cv-00098-TRM-CHS<br><br>CLASS ACTION<br><br>Judge Travis R. McDonough<br>Magistrate Judge Christopher H. Steger |

## PLAINTIFFS' MOTION TO REPLACE INCORRECTLY FILED DOCUMENTS

4828-7847-0100.v1

Plaintiffs Deirdre Terry, Charles Clowdis and Bryan K. Robbins, Individually and on Behalf of All Others Similarly Situated (collectively "Plaintiffs"), respectfully move this Court to grant an order to replace ECF Nos. 128-2 and 128-3 with corrected versions of those docket entries (attached hereto as Exhibits 1 and 2). In support of this Motion, Plaintiffs state the following:

1. On December 10, 2020, in support of the Reply in Further Support of Plaintiffs' Motion for Class Certification (ECF No. 127), Plaintiffs filed the Declaration of Christopher M. Wood (ECF No. 128), which in turn included four deposition transcripts as attached exhibits. ECF Nos. 128-1, 128-2, 128-3, 128-4.

2. Plaintiffs inadvertently filed incorrect versions of two of those transcripts, namely ECF No. 128-2 ("Exhibit B: Deposition Transcript of John Terry, dated October 12, 2020") and ECF No. 128-3 ("Exhibit C: Deposition Transcript of Charles Clowdis, dated October 8, 2020"), which should have contained very limited redactions.

3. The inadvertently filed transcript of Mr. Terry's deposition testimony at ECF No. 128-2 includes the unredacted names of minor children, which should have been changed to initials pursuant to Fed. R. Civ. P. 5.2(a)(3). The inadvertently filed transcript of Mr. Clowdis's deposition at ECF No. 128-3 includes testimony identifying the name of his personal attorney, and confidential information regarding his consulting business. This information has no relation to the motion for class certification pending before the Court. Furthermore, no party has relied upon such testimony in any class certification brief.

4. Once made aware of these inadvertent filings, counsel for Plaintiffs promptly prepared this motion.

5. Plaintiffs therefore respectfully request that these filings be removed from the docket and replaced with corrected versions of these transcripts, attached hereto as Exhibits 1 and 2.

- 1 -

6. Plaintiffs' counsel has conferred with counsel for all Defendants. Defendants do not oppose the relief requested herein.

7. A proposed order granting this relief is being submitted to Chambers in accordance with the Court's Electronic Case Filing Rules and Procedures of the United States District Court for the Eastern District of Tennessee.

DATED: December 16, 2020   Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD, #032977


     s/ Christopher M. Wood
     CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
WILLOW E. RADCLIFFE (*pro hac vice*)
HADIYA K. DESHMUKH (*pro hac vice*)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
willowr@rgrdlaw.com
hdeshmukh@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
KEVIN S. SCIARANI (*pro hac vice*)
DEBASHISH BAKSHI (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ksciarani@rgrdlaw.com
dbakshi@rgrdlaw.com

- 2 -

LEVI & KORSINSKY, LLP
SHANNON L. HOPKINS (*pro hac vice*)
SEBASTIANO TORNATORE (*pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: 203/363-7500
866/367-6510 (fax)
shopkins@zlk.com
stornatore@zlk.com

*Co-Lead Counsel for Lead Plaintiff*

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
DAVID GARRISON, #24968
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com

*Local Counsel*

BRAGAR EAGEL & SQUIRE, P.C.
W. SCOTT HOLLEMAN (*pro hac vice*)
MARION C. PASSMORE (*pro hac vice*)
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone: 646/860-9449
212/214-0506 (fax)
holleman@bespc.com
passmore@bespc.com

*Additional Counsel for Plaintiffs Charles Clowdis
and Bryan K. Robbins*

- 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on December 16, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e mail addresses of the CM/ECF participants in this case.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
& DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)
Email: cwood@rgrdlaw.com

- 4 -