# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TENNESSEE

## CHATTANOOGA DIVISION

| | |
|---|---|
| LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. XPRESS ENTERPRISES, INC., et al., <br><br> Defendants. | Civil Action No. 1:19-cv-00098-TRM-CHS <br><br> <u>CLASS ACTION</u> <br><br> Judge Travis R. McDonough <br> Magistrate Judge Christopher H. Steger |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REPLACE INCORRECTLY FILED DOCUMENTS

4814-8478-1524.v1

Plaintiffs Deirdre Terry, Charles Clowdis and Bryan K. Robbins, Individually and on Behalf of All Others Similarly Situated (collectively "Plaintiffs") have moved for an order (1) to remove ECF Nos. 128-2, 128-3 from the docket and (2) replace them with corrected versions of those docket entries. The Court, having considered all materials and arguments submitted in support of the Motion and for good cause shown, IT IS HEREBY ORDERED THAT:

1.     The Clerk of Court is directed to permanently remove ECF Nos. 128-2, 128-3 from the public docket of this action.

2.     Plaintiffs shall promptly refile corrected versions of ECF Nos. 128-2, 128-3.


IT IS SO ORDERED.


DATED: _____     _____
                                       THE HONORABLE TRAVIS R. MCDONOUGH
                                       UNITED STATES DISTRICT JUDGE

- 1 -