UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Lewis Stein, et al., Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

U.S. Xpress Enterprises, Inc, et al.

    Defendant.

Case No. 1:19-cv-00098-TRM-CHS

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Plaintiffs Deirdre Terry, Charles Clowdis and Bryan K. Robbins, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

Florida

[✓] AND I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 11, 2021

(Signature–hand signed)

Name: Jack Reise
Firm: Robbins Geller Rudman & Dowd LLP
Address:
    120 East Palmetto Park Road, Suite 500, Boca Raton, FL 33432

Email address: jreise@rgrdlaw.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Jack Reise**, Florida Bar # **58149**, was duly admitted to practice in this Court

on **January 19, 1996**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on February 26, 2021.



**Angela E. Noble**
*Court Administrator • Clerk of Court*