| | |
|---|---|
| LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. XPRESS ENTERPRISES, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:19-cv-00098-TRM-CHS<br><br><u>CLASS ACTION</u><br><br>Judge Travis R. McDonough<br>Magistrate Judge Christopher H. Steger |

**UNOPPOSED MOTION OF CLASS REPRESENTATIVES TO APPROVE
THE FORM AND MANNER OF CLASS NOTICE AND NOTICE PLAN**

Plaintiffs and Class Representatives Deirdre Terry, Charles Clowdis and Bryan Robbins ("Class Representatives"), individually and on behalf of all others similarly situated, respectfully move the Court for approval of: (i) the form of the Notice of Pendency of Class Action (the "Notice") (attached hereto as Exhibit A); (ii) the form of the Summary Notice of Pendency of Class Action (the "Summary Notice") (attached hereto as Exhibit B); and (iii) the method of notice (the "Notice Plan") (attached hereto as Exhibit C) (collectively, the "Unopposed Motion"). Defendants U.S. Xpress Enterprises, Inc. ("USX"), Eric Fuller, Max Fuller, Eric Peterson, Jason Grear, Lisa Quinn Pate, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Wells Fargo Securities, LLC, Stephens Inc., Stifel, Nicolaus & Company, Incorporated and WR Securities LLC (collectively, "Defendants," and, with Class Representatives, the "Parties") do not oppose[1] this Unopposed Motion and entry of the [Proposed] Order, filed concurrently herewith. In support of this Unopposed Motion, Class Representatives state as follows:

1.      "For any class certified under Rule 23(b)(3) . . . the court must direct to class members the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort." Fed. R. Civ. P. 23(c)(2)(B).

> The notice must clearly and concisely state in plain, easily understood language: (i) the nature of the action; (ii) the definition of the class certified; (iii) the class claims, issues, or defenses; (iv) that a class member may enter an appearance through an attorney if the member so desires; (v) that the court will exclude from the class any member who requests exclusion; (vi) the time and manner for requesting exclusion; and (vii) the binding effect of a [later] class judgment on [class] members under Rule 23(c)(3).

---

[1]    Although Defendants do not oppose this Motion, they do maintain that the class should not be certified for the reasons set forth in Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification. ECF No. 122.

*Id.*; *see also Does 1-2 v. Déjà Vu Servs., Inc.*, 925 F.3d 886, 900 (6th Cir. 2019). "To comport with the requirements of due process, notice must be 'reasonably calculated to reach interested parties.'" *Fidel v. Farley*, 534 F.3d 508, 514 (6th Cir. 2008).[2]

2.      On February 12, 2021, the Court certified this action as a class action under Rule 23(b)(3) of the Federal Rules of Civil Procedure.  ECF No. 134.  The Class is defined as follows:

> All persons or entities who purchased or otherwise acquired Class A common stock of USX pursuant to and/or traceable to the Offering Documents filed with the United States Securities and Exchange Commission ("SEC") and who were damaged thereby (the "Class").  Excluded from the Class are Defendants and their immediate families, the officers and directors and affiliates of Defendants, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest.[3]

*Id.*

3.      Defendants have reviewed the forms of Notice and Summary Notice and, as stated above, do not oppose this Motion for approval of the Notice, Summary Notice and Notice Plan. USX has produced the stock transfer records for its Class A common stock for the period of time between June 14, 2018 and December 11, 2018, inclusive.

---

[2]    All citations and footnotes omitted and emphasis added unless otherwise indicated.

[3]    For the avoidance of doubt, the Notice makes clear that this exclusion does not extend to: (1) any investment company or pooled investment fund in which an Underwriter Defendant may have a direct or indirect interest, or as to which its affiliates may act as an advisor, but of which an Underwriter Defendant or its respective affiliates is not a majority owner or does not hold a majority beneficial interest; or (2) any employee benefit plan as to which an Underwriter Defendant or its affiliates acts as an investment advisor or otherwise may be a fiduciary; provided, however, that membership in the Class by such investment company, pooled investment fund or employee benefit plan is limited to transactions in USX Securities made on behalf of, or for the benefit of, persons other than persons that are excluded from the Class by definition.  In other words, the Underwriter Defendants cannot make a claim on their own behalf for their ownership share in any of the above entities.

4. Class Representatives submit that the Notice, the Summary Notice and the Notice Plan comply with the requirements of due process and with Rule 23 of the Federal Rules of Civil Procedure.

5. The enclosed form of Notice does not provide a specific deadline for exclusion requests to be filed. The deadline, which will be indicated in the final Notice, will be 45 calendar days after the date the Notice is mailed.

6. Class Representatives request the appointment of Gilardi & Co. LLC to serve as Notice Administrator.

WHEREFORE, pursuant to Rule 23 of the Federal Rules of Civil Procedure, Class Representatives request that the Notice and the Notice Plan be approved by the Court.

DATED: June 30, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD, #032977

      s/ Christopher M. Wood
CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
WILLOW E. RADCLIFFE (*pro hac vice*)
HADIYA K. DESHMUKH (*pro hac vice*)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
willowr@rgrdlaw.com
hdeshmukh@rgrdlaw.com

- 3 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
KEVIN S. SCIARANI (*pro hac vice*)
DEBASHISH BAKSHI (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ksciarani@rgrdlaw.com
dbakshi@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
rrobbins@rgrdlaw.com

LEVI & KORSINSKY, LLP
SHANNON L. HOPKINS (*pro hac vice*)
SEBASTIANO TORNATORE (*pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: 203/363-7500
866/367-6510 (fax)
shopkins@zlk.com
stornatore@zlk.com

*Co-Lead Counsel for Lead Plaintiff*

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
DAVID GARRISON, #24968
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com

*Local Counsel*

- 4 -

BRAGAR EAGEL & SQUIRE, P.C.
W. SCOTT HOLLEMAN (*pro hac vice*)
MARION C. PASSMORE (*pro hac vice*)
810 Seventh Avenue, Suite 620
New York, NY  10019
Telephone:  646/860-9449
212/214-0506 (fax)
holleman@bespc.com
passmore@bespc.com

*Additional Counsel for Plaintiffs Charles Clowdis
and Bryan K. Robbins*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on June 30, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)


E-mail: cwood@rgrdlaw.com