# EXHIBIT B

# SUMMARY NOTICE OF PENDENCY OF CLASS ACTION

**TO:** **ALL PERSONS WHO PURCHASED OR ACQUIRED U.S. XPRESS ENTERPRISES, INC. CLASS A COMMON STOCK PURSUANT TO AND/OR TRACEABLE TO THE PUBLIC OFFERING THAT COMMENCED ON JUNE 14, 2018**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an order of the United States District Court for the Eastern District of Tennessee (referred to as the "District Court"), that you may be a member of a class action pending in the District Court.

The lawsuit captioned *Stein v. U.S. Xpress Enterprises, Inc., et al.*, Case No. 1:19-cv-98, has been certified by the District Court as a class action; Deirdre Terry, Charles Clowdis and Bryan Robbins were appointed as representatives for the Class.

The Class Representatives allege that, in connection with US Xpress Enterprises, Inc.'s ("USX") initial public offering ("IPO") in June 2018, USX, certain of its senior executives and the underwriters of the IPO violated the Securities Act of 1933 by making false and misleading statements and omissions as to whether: (1) USX would expand its fleet in order to capitalize on the then-favorable trucking environment; (2) USX had a sufficient number of drivers to meet dedicated demand without cannibalizing the time of over the road drivers to the detriment of USX; and (3) USX was able to prioritize growth in dedicated contract services. Defendants deny all of the claims asserted in the action and deny any liability to any members of the Class.

At this time, Class Members are not required to take any action to remain in the Class. If any benefits are eventually obtained for the Class as a result of this lawsuit, eligible Class Members may be entitled to a payment.

Class Members may choose to exclude themselves from the Class. If you exclude yourself, you will not be entitled to a payment if any benefits are eventually obtained for the Class. If you

do not exclude yourself, you will be bound by any judgment in this litigation, whether favorable or unfavorable.  To remain a Class Member and eligible for a payment if any benefits are eventually obtained, you are not required to do anything at this time.  To request exclusion, you must submit a request in writing that contains the information described in more detail in the full Notice of Pendency of Class Action that is available at www.USXSecuritiesLitigation.com or can be obtained by calling 877-216-9819.  The deadline to exclude yourself is [INSERT DATE THAT IS 45 DAYS AFTER MAILING OF NOTICE].

For a full description of the litigation, including identification of Defendants and Class Counsel, and the allegations of securities fraud, as well as related District Court documents, please visit:

www.USXSecuritiesLitigation.com

4836-2884-8353.v1