# EXHIBIT C

# NOTICE PLAN

Notice will issue in the following manner:

1.      The firm of Gilardi & Co. LLC ("Notice Administrator") is appointed and authorized to supervise and administer the Notice procedure.

2.      The Notice Administrator shall compile a list of names and addresses of persons who purchased or otherwise acquired U.S. Xpress Enterprises, Inc. ("USX") Class A common stock between June 14, 2018 and December 11, 2018, inclusive, that USX will have provided.

3.      The Notice Administrator shall, not later than 35 calendar days from receipt of the USX transfer records, send through the United States mail, by First-Class Mail, the form of Notice of Pendency of Class Action ("Notice"), substantially in the form attached as Exhibit A to the Unopposed Motion of Class Representatives to Approve the Form and Manner of Class Notice and Notice Plan ("Unopposed Motion"), to each record holder identified on the list (the date on which this mailing is postmarked, the "Notice Date").

4.      Brokerage firms, banks, institutions, investment funds, investment companies, investment advisors, investment portfolios, mutual fund trusts, mutual investment funds, investment managers, and any other persons who are or who claim to be nominees that acquired USX Class A common stock for the benefit of another person between June 14, 2018 and December 11, 2018, inclusive, shall be requested to: (a) send the Notice to all such beneficial owners of USX Class A common stock within ten calendar days after receipt thereof; or (b) send a list of the names and addresses of such beneficial owners to the Notice Administrator within ten calendar days thereof, in which case the Notice Administrator shall promptly mail the Notice to such beneficial owners.

- 1 -

5.	The Notice Administrator shall cause to be published on one occasion in the national edition of *Investor's Business Daily* and over the *Business Wire* the Summary Notice of Pendency of Class Action, substantially in the form attached as Exhibit B to the Unopposed Motion, not later than 14 days after the mailing of the Notice.

6.	The Notice shall provide an address for the purpose of receiving requests for exclusion from the Class.  After the period allowed for Class Members to request exclusion has expired, Class Counsel shall promptly file all such requests for exclusion and serve copies of the same on all parties.

7.	The deadline for exclusion from the Class shall be 45 calendar days after the Notice Date.

8.	Other than the costs of providing the transfer records to the Notice Administrator, the costs of the Notice process shall be borne by Class Counsel.

- 2 -