| | |
|---|---|
| LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>   vs.<br><br>U.S. XPRESS ENTERPRISES, INC., et al.,<br><br>          Defendants. | Civil Action No. 1:19-cv-00098-TRM-CHS<br><br>CLASS ACTION<br><br>Judge Travis R. McDonough<br>Magistrate Judge Christopher H. Steger |

[PROPOSED] ORDER GRANTING CLASS REPRESENTATIVES'
UNOPPOSED MOTION TO APPROVE
THE FORM AND MANNER OF CLASS NOTICE AND NOTICE PLAN

This matter comes before the Court on the Unopposed Motion of Class Representatives to Approve the Form and Manner of Class Notice and Notice Plan (the "Unopposed Motion").

Upon consideration of the Unopposed Motion, the papers submitted in support and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. The Unopposed Motion is GRANTED.

2. The firm of Gilardi & Co. LLC is appointed as Notice Administrator to provide the Notice and Summary Notice of this litigation to the Class.

3. Class Representatives Deirdre Terry, Charles Clowdis and Bryan Robbins, through the Notice Administrator, shall provide mailed Notice to the Class in substantially the form as submitted as Exhibit A to the Unopposed Motion and publish a Summary Notice in substantially the form as submitted as Exhibit B to the Unopposed Motion, in accordance with the Notice Plan submitted as Exhibit C to the Unopposed Motion.

IT IS SO ORDERED.

DATED: _____     _____
                                    THE HONORABLE TRAVIS R. McDONOUGH
                                    UNITED STATES DISTRICT JUDGE

- 1 -