# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| LEWIS STEIN, Individually and on Behalf of All Others Similarly Situated, *et al.*, | ) ) ) | Case No. 1:19-cv-98 |
| *Plaintiffs*, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge Christopher H. Steger |
| U.S. XPRESS ENTERPRISES, INC., *et al.*, | ) ) | |
| *Defendants*. | ) ) ) | |

---

## ORDER

---

Before the Court is the unopposed motion of the class representatives to approve the form and manner of class notice and notice plan (Doc. 143). Pursuant to Federal Rule of Civil Procedure 23(c)(2)(B), the Court hereby **GRANTS** the motion and **APPROVES** the proposed class notice and notice plan. The firm of Gilardi & Co. LLC is **APPOINTED** as Notice Administrator to provide the Notice and Summary Notice of this litigation to the class. Class representatives Deirdre Terry, Charles Clowdis, and Bryan Robbins, through the Notice Administrator, **SHALL** provide mailed Notice to the Class in substantially the form as submitted as Exhibit B to the motion, in accordance with the Notice Plan submitted as Exhibit C to the motion.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**