UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

CHATTANOOGA DIVISION

| | | |
|---|---|---|
| LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:19-cv-00098-TRM-CHS |
| Plaintiffs, | ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) ) | Judge Travis R. McDonough Magistrate Judge Christopher H. Steger |
| U.S. XPRESS ENTERPRISES, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPEL THE USX DEFENDANTS TO
PRODUCE TEXT MESSAGES AND RELEVANT DOCUMENTS FROM
SIX KEY PERCIPIENT WITNESSES AND DESIGNATE A RULE 30(b)(6) WITNESS

I, CHRISTOPHER M. WOOD, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.     I am a member of the Bar of the State of Tennessee, and I am admitted to practice in this District.

2.     I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, serving as co-lead and class counsel in this action. I submit this declaration to the Court in support of Plaintiffs' Motion to Compel Defendants to Produce Text Messages, Relevant Documents From Six Key Percipient Witnesses and Designate a Rule 30(b)(6) Witness.

3.     Attached are true and correct copies of the following exhibits:

Exhibit 1:     Excerpts of Transcript of Deposition of Justin Harness, dated January 14, 2021 **[FILED UNDER SEAL]**;

Exhibit 2:     Email from Eric Fuller to USX Everybody, dated January 4, 2018 (Bates No. USX0077619-USX0077620) **[FILED UNDER SEAL]**;

Exhibit 3:     Email from Justin Harness to Paul Bowman, dated June 7, 2018 (Bates No. USX0148588-USX0148590) **[FILED UNDER SEAL]**;

Exhibit 4:     Email from Michael Graham to Shane Weeks, Justin Harness et al., dated June 20, 2018 (Bates No. USX0148681-USX0148683) **[FILED UNDER SEAL]**;

Exhibit 5:     Email from Justin Harness to Eric Fuller, dated June 11, 2018 (Bates No. USX0153961-USX0153963) **[FILED UNDER SEAL]**;

Exhibit 6:     Email from Eric Peterson to Lisa Pate, dated May 14, 2018 (Bates No. USX0164068-USX0164069) **[FILED UNDER SEAL]**;

Exhibit 7:     Email from Lisa Pate to Danna Bailey, dated May 8, 2018 (Bates No. USX0165961-USX0165962) **[FILED UNDER SEAL]**;

Exhibit 8:     Email from Brian Baubach to Lee Stettner and Eric Peterson, dated April 18, 2018 (Bates No. USX0172149-USX0172150) **[FILED UNDER SEAL]**;

Exhibit 9:     Email from Justin Harness to Caroline Williams and David McBride, dated July 2, 2018 (Bates No. USX0191511-USX0191515) **[FILED UNDER SEAL]**;

Exhibit 10: Email from Max Fuller to Eric Fuller and Eric Peterson, dated March 16, 2018 (Bates No. USX0198195) **[FILED UNDER SEAL]**;

Exhibit 11: Email from Jason Grear to Lillian Un, dated February 20, 2018 (Bates No. USX0202771) **[FILED UNDER SEAL]**;

Exhibit 12: Email from Steve Phillips to Ajay Rupramka, Lee Thigpen and John White, dated June 15, 2018 (Bates No. USX0223064-USX0223152) **[FILED UNDER SEAL]**;

Exhibit 13: Email from Eric Peterson to Richard Wagoner, dated December 17, 2018 (Bates No. USX0258382) **[FILED UNDER SEAL]**;

Exhibit 14: Supplemental Declaration of Justin Swidler in Support of Plaintiff's Motion for Partial Summary Judgment with Exhibit A, *Ayala v. U.S. Xpress Enterprises, Inc.*, No. 5:16-cv-00137-GW-KK (C.D. Cal.) (ECF No. 184-2), dated December 6, 2018;

Exhibit 15: Email from Don Devendorf to Lauren Garcia Belmonte, Nelson Walsh, et al., dated June 11, 2018 (Bates No. MS0031745-MS0031746) **[FILED UNDER SEAL]**;

Exhibit 16: Email from Eric Fuller to Don Devendorf et al., dated June 6, 2018 (Bates No. USX0171624-USX0171626) **[FILED UNDER SEAL]**;

Exhibit 17: Email from Eric Fuller to Tracey Rosser, dated September 17, 2018 (Bates No. USX0197939-USX0197940) **[FILED UNDER SEAL]**;

Exhibit 18: Email from Eric Peterson to Lisa Pate and Danna Bailey, dated October 18, 2018 (Bates No. USX0168302-USX0168303) **[FILED UNDER SEAL]**;

Exhibit 19: Errata Sheet for Transcript of Deposition of Justin Harness, dated March 2, 2021;

Exhibit 20: Email from Stephenie Jackson to Shannon Bigner, dated December 8, 2018 (Bates No. USX0122612) **[FILED UNDER SEAL]**;

Exhibit 21: USX Workshop slide deck, dated October 25, 2017 (Bates No. USX0004403-USX0004411) **[FILED UNDER SEAL]**;

Exhibit 22: Email from Aquanis Johnson to Joseph O'Neal, Stephenie Jackson, Shane Weeks and Walmart Hammond, dated November 12, 2018 (Bates No. USX0124019) **[FILED UNDER SEAL]**;

Exhibit 23: U.S. Xpress Load Planner job posting, lensa.com/load-planner-jobs/chattanooga/jd/b35235e08fa84dccfe5078d4693ca977 (last visited on Dec. 28, 2021);

Exhibit 24: Email from Mark Hamm to Aquanis Johnson, Joseph O'Neal et al., dated November 13, 2018 (Bates No. USX0124123-USX0124124) **[FILED UNDER SEAL]**;

Exhibit 25: Email from Michael Cowen to Walmart Gordonsville, dated November 13, 2018 (Bates No. USX0124091-USX0124096) **[FILED UNDER SEAL]**;

Exhibit 26: Email from Rebecca Lofton to Antonio Benavides, Michael Cowen, Walmart Gordonsville, Brandlyn Bell and Shane Weeks, dated November 8, 2018 (Bates No. USX0123715-USX0123716) **[FILED UNDER SEAL]**;

Exhibit 27: Email from Shannon Bigner to Walmart Hammond, Shane Weeks and Stephenie Jackson, dated November 16, 2018 (Bates No. USX0119826) **[FILED UNDER SEAL]**;

Exhibit 28: Email from Michael Cowen to Kelly Kirby and Michael Larson, dated July 16, 2018 (Bates No. USX0008998-USX0009000) **[FILED UNDER SEAL]**;

Exhibit 29: Email from Julie Van de Kamp to Jane Kennedy, dated January 25, 2018 (Bates No. USX0185719-USX0185722) **[FILED UNDER SEAL]**;

Exhibit 30: Email from Catherine Stephas to Julie Van de Kamp, Brian Killian et al., dated January 4, 2018 (Bates No. USX0232021-USX0232022) **[FILED UNDER SEAL]**;

Exhibit 31: USX 2018 Pre-Bid slide deck (Bates No. USX0088697-USX0088702) **[FILED UNDER SEAL]**;

Exhibit 32: Email from Julie Van de Kamp to Mark Pfuehler, dated January 22, 2018 (Bates No. USX0232377) **[FILED UNDER SEAL]**;

Exhibit 33: New Mountain Lake Holdings, LLC, Minutes of the Board of Directors Meeting Held November 14, 2017 (Bates No. USX0126240- USX0126245) **[FILED UNDER SEAL]**;

Exhibit 34: U.S. Xpress Pricing Analyst job posting, https://usxpressdevelopment. csod.com/ux/ats/careersite/4/home/requisition/1415?c=usxpress development&electronic_ referral=indeed (last visited Dec. 28, 2021);

Exhibit 35: Letter from Lisa R. Bugni, counsel for Defendants, to Kevin Sciarani, counsel for Plaintiffs, dated November 23, 2021; and

Exhibit 36: Email from Jason Grear to Eric Peterson, dated November 6, 2017 (Bates No. USX0215305) **[FILED UNDER SEAL]**.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of December, 2021, at Nashville, Tennessee.

s/Christopher M. Wood
CHRISTOPHER M. WOOD
