# EXHIBIT 3
# [Filed Under Seal]

Case 1:19-cv-00098-TRM-CHS    Document 150-4    Filed 12/29/21    Page 1 of 1
PageID #: 3820