# EXHIBIT 8
# [Filed Under Seal]

Case 1:19-cv-00098-TRM-CHS    Document 150-9    Filed 12/29/21    Page 1 of 1 PageID #: 3825