# EXHIBIT 15
# [Filed Under Seal]

Case 1:19-cv-00098-TRM-CHS   Document 150-16   Filed 12/29/21   Page 1 of 1 PageID #: 3853