# EXHIBIT 19

ERRATA SHEET FOR TRANSCRIPT OF **DEPOSITION OF JUSTIN HARNESS (30(b)(6))**

Deposition Date: **January 14, 2021**

***Stein v. U.S. Xpress Enterprises, Inc.***
Case No. 1:19-cv-00098 (E.D. Tenn.)

      I, the undersigned, Justin Harness, do hereby certify that I have read the foregoing deposition and find it to be a true and accurate transcription of my testimony, with the following corrections:

| Page/Line | Change | Reason |
|---|---|---|
| 15:15-16 | "and Russell Eucataine was" to "was" | Correction |
| 52:16 | "back-to-soil" to "accessorial" | Correction |
| 59:9 | "soil" to "accessorial" | Correction |
| 59:24 | "adversarial" to "accessorial" | Correction |
| 75:15 | "for it was" to "it was for" | Correction |
| 81:11 | "protractor" to "per tractor" | Correction |

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of March, 2021.

                                    _____
                                      JUSTIN HARNESS