# EXHIBIT 23

# Load Planner job

lensa.com/load-planner-jobs/chattanooga/jd/b35235e08fa84dccfe5078d4693ca977

U.S. Xpress   Chattanooga, TN

220

Load Planner

jobs
show me

126

jobs in
Chattanooga, TN

show me

11

jobs at
U.S. Xpress

show me

Find out how you match this company

## Job

## Company

## Description

## Skills

### Company Description

Chattanooga, Tennessee-based truckload carrier U.S. Xpress runs offices throughout the U.S. and across North America, and offers regional, national and international solo driver and team driver group freight services, with 3,500 drivers on the road. The firm spans all aspects of the industry including operations, brokerage, maintenance and administrative support staff. U.S. Xpress was awarded twice the SmartWay Environmental Excellence Award for reducing pollution and greenhouse gasses. The firm seeks people with a problem-solving

attitude. With its student trucking jobs, U.S. Xpress supports non-CDL grads to start the training with the company. If you join the team, you will receive reliable load assignments, Advanced Rate of Pay program if you are a veteran, medical, dental, vision benefits, and several other.

## Job Description

Date Posted:10 / 07 / 2019

Requisition Number:12537

City:Chattanooga

Shift:Weekday - Days

Shift Details:Monday - Friday 0800-1800 may vary depending on business needs.

Full/Part Time Status:Full Time

State:TN

Load Planner

Description:

Summary

To assign freight loads to OTR drivers in the manner that optimizes USX profitability and minimizes empty miles while servicing customer requirements for delivery and pick up times and meeting the needs of drivers.

Duties & Responsibilities

- Match freight loads with the optimal driver based on review of available loads and available drivers

- Prioritize loads by time schedule, special characteristics such as high value product or hazardous materials, and customer priority. Review list of drivers available to accept each load for proximity to pick up location, available hours under DOT regulations, home time and training requirements, and factors impacting driver retention.

- Review ratio of available loads to available trucks for assigned region, area or customer and report the load balance to management daily.

- Monitor AS400 and XPM system for new loads and monitor status of loads assigned to drivers using the AS400 system.

- Coordinate with Fleet Management to resolve driver issues en route to prevent service failure to the customer.

- Unassign loads, reassign loads and locate equipment to prevent service failure or minimize service failure impact.

- Find equipment for drivers that break down and inform drivers where to drop trailers after delivery.

- Respond to inquiries about available loads from Fleet Management. Respond to inquiry about load assignments and load status from Customer Service.

- Search for missing trailers at customer locations and drop yards using the AS400 system.

Qualifications

Education

High school diploma or equivalent required.

Experience

- Minimum of 2 years in Operations including Customer Service, Fleet Management, or Load Planning required.

- Knowledge of DOT hours of service and how they apply to a driver.

- AS-400, XPM and Microsoft Outlook Experience required.

Skills/Certifications

- Ability to be a self-starter

- Ability to work in stressful situations

- Work in a deadline driven environment preferred

Supervisory Responsibility:none

Work Environment:this job operates in a normal professional office environment and routinely uses standard office equipment such as computers, phones, photocopiers and fax machines, and filing cabinets.

Physical Requirements:while performing the duties of this job the employee is regularly required to talk or hear; frequently stands, walks, uses hands to finger, handle or feel; and reaches with hands and arms.

This is an Exempt Salary position with a paygrade of ES12

This job was posted on Wed Oct 09 2019 and expired on Tue Oct 15 2019.

Similar jobs in the area

Supply Planner
🏢 Mars 📍 Chattanooga, TN
First experience in Supply Chain, including experience in inventory management or materials planning roles. The Inventory Planning/Control Specialist works as... Read more
Material Planner
🏢 Sese Industrial Services US Corp 📍 Chattanooga, TN
Previous experience of materials planning ideally in the automotive or manufacturing environment. Knowledge and experience of using MRP (Material Requirements... Read more
Strategic Material Planner
🏢 Sanofi Group 📍 Chattanooga, TN
**Title** Strategic Material Planner **Location** Chattanooga, TN **Business Unit** Sanofi Consumer Healthcare US (formerly Chattem) is a leading marketer and manufacturer of a broad portfolio of branded over-the-counter (OTC) healthcare products, in such categories as allergy, upper and lower... Read more
Material Planner
🏢 Haier 📍 La Fayette, GA
Job LocationUSA, LaFayette, GAJob Posting TitleMaterial PlannerThe ChallengeAs a Material Planner at GE Appliances, your role is heavily focused on managing raw and purchased component management. You will directly work with the supply base on timely shipment and receipt of material to support a... Read more

Commodity Buyer Sr
🏢 Volkswagen Group of America, Inc. 📍 Chattanooga, TN
The Commodity Buyer Sr assists the Commodity Manager in leading the Commodity Team. Responsible for leading assigned Buyers in achieving all team business plan commitments. Leads and implements all commodity localization and hidden cost activities. A Commodity, Buyer, Business, Global, Activities Read more
Material Buyer/Planner
🏢 Komatsu America Corp 📍 Chattanooga, TN
Komatsu is an indispensable partner to the construction, mining, forestry, forklift, and industrial machinery markets, maximizing value for customers through innovative solutions. With a diverse line of products supported by our advanced IoT technologies, regional distribution channels, and a... Read more
Production Planner
🏢 Yanfeng Automotive 📍 Chattanooga, TN
United States - TN - Chattanooga Job Description Bachelor's degree in Logistics, Business Administration or similar. *Equivalent work experience may also be considered. 3-5 years of

experience in the field, 1-3 years in automotive. Must be able and willing to travel and work at customer sites,... Read more

Production Planner

▦ GEDIA GEORGIA LLC 📍 Dalton, GA

We are seeking systematic and structured person way with a "hands-on" mentality at GEDIA Georgia, LLC. If you are a solid communicator who thrives in areas of process, this could be the job for you! The key assignments in this role will include but are not limited to: Production capacity planning.... Read more

Buyer / Planner

▦ Artech LLC 📍 Jasper, TN

We are seeking a Buyer/Planner to work in Kimball, TN (30 minutes north of Chattanooga, TN). This person would help champion the starting of a new plant. You must have at least a bachelor s degree Excellent with Microsoft Excel and JDEdwards. This is a full-time, direct-hire position. This position... Read more

Buyer/Planner

▦ Mueller Water Products 📍 Kimball, TN

This position will act as the liaison between the operation and the supply market performing critical functions managing the supply chain. The Buyer / Planner for the Kimball, TN facility will work daily with supply chain, strategic sourcing and manufacturing to support lean inventory and... Read more

Remote Supply Chain Materials Buyer Specialist

▦ VirtualVocations 📍 Chattanooga, TN

A healthcare company is seeking a Remote Supply Chain Materials Buyer Specialist. Core Responsibilities of this position include: Driving accountability and on-time delivery with vendors, both internal and external Working with customer solutions to resolve backorders, expedite supply as necessary... Read more

Supply Chain Planner III

▦ BASF Corporation 📍 Chattanooga, TN

Leveraging your educational and professional background in Supply Chain, Logistics, Engineering, Operations, or a related field, you will manage production... Read more

Demand Planner

▦ Randstad 📍 Chattanooga, TN

Demand Planner **job details:** + location:Chattanooga, TN (remote) + salary:$40 - $45 per hour + date posted:Tuesday, March 30, 2021 + experience:Experienced + job type:Temporary + industry:manufacturer of pharmaceuticals + reference:AB_3607494 + questions:jared.glenn@randstadusa.com423-855-3779... Read more

Material Planner

▦ GE Appliances 📍 La Fayette, GA

Description Job Location USA, LaFayette, GA Job Posting Title Material Planner The Challenge As a Material Planner at GE Appliances, your role is heavily focused on managing raw and purchased component management. You will directly work with the supply base on timely shipment and receipt of... Read more

Procurement Specialist

🏢 <u>Mesa Associates, Inc.</u> 📍 Chattanooga, TN

Mesa seek a Procurement Specialist who will prepare, review, negotiate, and administer contract documents and purchase orders for a variety of materials and services. This will include Master Service Agreements and scope of work documented on specific task orders in addition to purchase orders.... <u>Read more</u>

Replenishment Manager

🏢 <u>Michaels</u> 📍 Fort Oglethorpe, GA

Store - FT. OGLETHORPE, GA We're here for the Makers! Come be a part of the team where innovation and teamwork come together to support the most exciting missions in the world! Michaels is an Equal Opportunity Employer. We are here for all Team Members and all Makers to create, innovate and be... <u>Read more</u>

Supply Chain Specialist - East Supply Chain Operations - Full-time

🏢 <u>Erlanger Health</u> 📍 Chattanooga, TN

Job Summary: Job Summary: Works under the supervision of the Capital Acquisitions Manager and is a member Supply Chain Management Team. Responsible for the overall management of Capital ordering in assigned unit(s) as it relates to capital equipment ordering, maximizing quality, minimizing costs... <u>Read more</u>

Planner, External Manufacturing Supply Chain

🏢 Sanofi 📍 Chattanooga, TN

Knowledge of SAP and/or JDE systems preferred. Minimum 2-3 years' experience in Supply chain or Materials Management. 401(k) + employer matching. <u>Read more</u>

Sr. Buyer/Planner

🏢 Affordable Personnel Services 📍 Chattanooga, TN

Ensure proper credit and/or quality restitution is received from suppliers. LOCAL CANDIDATES TO THE AREA - SOME POSSIBLE RELO HELP COULD BE POSSIBLE FOR THE... <u>Read more</u>

Scheduler / Planner, Chattanooga TN

🏢 ZEUS INDUSTRIAL PRODUCTS 📍 Chattanooga, TN

2 or 4 year degree in business administration or related field. In addition, as urgent orders/jobs arise the planner shifts jobs within the plant or back to the... <u>Read more</u>

Logistics Coordinator

🏢 FitzMark 📍 Chattanooga, TN

About the job WE ARE GROWING, ready to start your career? Imagine being excited to come to work each morning, knowing your potential is uncapped. Imagine working for a company that focuses on its employees' overall well-being and career growth. We don't just offer jobs; we offer unlimited, unmatched opportunities! Type: Full-Time, Non - Exempt Office Location: Chattanooga About FitzMark: At FitzMark, providing best-in-class logistics services is a top priority for our customers and carriers. By fostering these relationships based on trust and reliability, we can compete among the most prominent companies while maintaining an enthusiastic small business atmosphere. As a result, we have achieved enormous growth in recent years, and we were named one of Inc. 5000's fastest-growing

private companies in America with a 258% 3-year revenue growth. Our mission at FitzMark is to create significant customer value by delivering reliability in customer goods flow and providing creative and technologically advanced solutions. Headquartered in Indianapolis, Indiana; With additional offices located in Chattanooga, Birmingham, Omaha, Buffalo, and Detroit. What does a typical day look like? The central mission of a Logistics Coordinator is to maintain and ensure service is being met for all orders in carrier sales team. Goals will be monthly, quarterly, and annual. The production will come by executing against the company s defined sales process to develop a strategy for ongoing growth and development of carriers. This role works with the carrier sales, customer sales, account management and customer service rep teams to define success and ensure our customers receive the best possible experience. Demonstrate solid understanding of logistics and transportation with ability to foresee potential service issues Work with team manager to understand all customer information and needs to accurately provide the best service for each order accepted by the team Work closely with broker under assigned orders to accurately insure each load is being picked up and delivered on time as scheduled and meeting customer requirements Input and process accurate shipment data in our systems. Quickly and proactively resolve any questions/issues that occur while Work with each customer assigned to the team to provide valuable and superior service. Help team manager maintain a strong relationship with each carrier Track/trace each order assigned to the team to provide accurate updates to the team and customers Understand all customer website portals to accurately work with assigned freight for each order and trace all assigned loads Work with carrier rep or team manager to provide carrier requests concerning any questions or issues Flexibility to change to provide the best office structure to meet business needs Meet operational metrics Other duties or responsibilities as assigned according to the team and/or country specific requirements Education and Experience High School Diploma Required Associate's or equivalent experience highly preferred Minimum 1-year sales experience preferred Work Environment Ability to sit for extended periods of time, talk, hear, use hands and fingers to operate computer and telephone In-office setting Benefits and Perks Medical, Vision, Dental Insurance, and Life Insurance 401(k) with Company Match Gradifi Student Loan Repayment Assistance Employee Assistance Program (EAP) Health and Wellness Program Unlimited PTO on your 1-year Anniversary On-Site Gym Casual dress-code FitzMark provides equal employment opportunities to all employees and applicants for employment and prohibits discrimination and harassment of any type without regard to race, color, religion, age, sex, national origin, disability status, genetics, protected veteran status, sexual orientation, gender identity or expression, or any other characteristic protected by federal, state, or local laws. This policy applies to all terms and conditions of employment , including recruiting, hiring, placement, promotion, termination, layoff, recall, transfer, leaves of absence, compensation, and training. Read more

Demand Planner II - Remote

▦ Adecco  📍 Chattanooga, TN
Adecco is assisting a leading pharmaceutical company in recruiting for a REMOTE SUPPLY CHAIN PLANNER job for their location in Chattanooga, TN. REMOTE SUPPLY CHAIN

PLANNER is responsible for the 24 months operations (demand) forecast for assigned brands; driving the Supply Chain to meet Sales and Customer Service metrics; provide commentary, metrics, and documentation to support the Sales & Operations Planning process; and lead the consensus dialogue each month with counterparts from Marketing, Sales, Finance, and the Supply Chain. Role Specific Responsibilities Develop the 24-month operations (demand) forecast; including commentary for the gained and lost distribution, risk and opportunities, and YOY media impact Review historical sales trends, research demand drivers, prepare forecast data and evaluate forecast variances versus actual demand Monitor key forecast metrics with the objective to continuously reduce forecast error Coordinate cross-functional research activities to reconcile significant variances and then refine the forecast to reflect updated Sales and Marketing assumptions. Interact with Sales and Marketing to understand demand forecast drivers Utilize a collaborative and consensus approach by working with Sales, Marketing, Finance, Supply Chain and Customer Service to obtain and ensure that current and accurate information is used for demand inputs into the operations (demand) forecast Use and maintain the operations (demand) forecast in (TM1) Provide timely and accurate item level forecast changes to the production planners Liaison to Finance Department in updating the Long Range Plan (LRP) assumptions Continuous improvement for demand planning processes and systems This description is representative but not inclusive of all position responsibilities. Associate may be asked from time to time to complete tasks not listed within the contents of this document, but that are relative to the goals of the business The Supply Chain Planner will possess these attributes Bachelor's Degree in supply chain, Business, or directly related field is required Intermediate to advanced skills and experience in Excel is required Ability to effectively communicate with all levels of team members withing the organization. (Verbal, and electronic) is required Consumer goods experience is required Strong attention to detail and understand processes are task oriented is required What's in this for you? Pay rate= $47/hour Weekly PAY DAY on Fridays REMOTE OFFICE Long-term project up to 1 year or more Comprehensive benefits after 1 week - medical, dental, vision, options available Click on " Apply Now " to be considered for this Supply Chain Planner! This particular client requires proof of COVID-19 vaccination at time of hire. Accommodations will be considered for those with disability/medical conditions or because of a sincerely-held religious belief who, in narrow circumstances, cannot get vaccinated due to such reasons. IMPORTANT : This Supply Chain Planner position is being recruited for by Adecco's National Recruitment Team, not your local Adecco Branch Office. To be considered for this position, you must use the "Apply with Adecco" button to submit your resume. Equal Opportunity Employer/Veterans/Disabled To read our Candidate Privacy Information Statement, which explains how we will use your information, please navigate to The Company will consider qualified applicants with arrest and conviction records Read more

Load Coordinator

▦ Manco Logistics  ◉ Chattanooga, TN

The Logistics Coordinator is responsible for the booking and tracking of shipments on an individual level. They will build and maintain carrier relationships, act as the carrier's

primary contact during the movement of a load, and report any issues to the shipment's respective Account Manager. The Logistics Coordinator is also responsible for answering the phones in a timely manner and assisting a wide array of different callers. Logistics Coordinators are expected to maintain high call volumes every day and will be held to performance metrics based on call volumes and the amount of loads booked. Job Responsibilities: -Speaking with carrier partners and pitching available loads -Building and maintaining good carrier relationships -Negotiating rates and assigning loads to carrier partners -Sending rate confirmations to carriers and ensuring the confirmations are signed and returned -Tracking shipments throughout the life of the load, from booking with a carrier to the delivery of the shipment -Communicating all issues to the shipment's respective Account Manager -Answering phones and assisting callers in a timely manner Requirements: -At least 18 years of age -High School Diploma or GED -Good multitasking skills -Basic knowledge of US Geography -Basic computer skills -Being a good team player Reports to: assigned Account Manger Job Type: Full-time Pay: $16.00 - $18.00 per hour Benefits: Health insurance Paid time off Schedule: Monday to Friday Supplemental Pay: Commission pay Experience: Dispatching: 1 year (Preferred) Work Location: One location Read more

Maintenance Planner

🏢 M&M Industries 📍 Chattanooga, TN

O High school diploma or GED. High school or equivalent (Preferred). O Minimum two (1) year experience in mechanical repair work on facilities or manufacturing... Read more

Maintenance Planner

🏢 MARS 📍 Chattanooga, TN

High school diploma or GED. The planner/scheduler is responsible for the planning and scheduling of all maintenance activities performed in the area to which... Read more

Amazon Sortation Center Warehouse Associate

🏢 Amazon 📍 Chattanooga, TN

Amazon Sortation Center Warehouse AssociatePay rate: Up to $17.50Job OverviewYou ll be part of the dedicated Amazon team that is the first stop on Read more

Maintenance Scheduler

🏢 Mueller Water Products 📍 Chattanooga, TN

Acquiring contract labor or equipment support as necessary. Forward required template changes to maintenance planner for updating. Read more

Experienced Receiving Clerk for the Warehouse at 42nd St. location

🏢 Gold Bond INC 📍 Chattanooga, TN

... allow for strategic planning and effective utilization of the supply chain process ... load /unload trucks as necessary. * Other duties as assigned Qualifications: To perform this job ... Read more

Amazon Seasonal Full Time Warehouse Team Member

🏢 Amazon 📍 Chattanooga, TN

New hires who show proof of their Covid-19 vaccination earn a $100 bonus their first day. Warehouse Team Member (Seasonal, Full-Time) Shifts: Day, Overnight, Weekend Location: Chattanooga, TN Job opportunities vary by location. We update postings daily with open

positions. Hourly pay rate: Up to $16/hr Become part of the dedicated team that gets orders ready for people relying on Amazon s service. From flexible part-time roles to full-time set schedules with health care benefits, Amazon has a variety of jobs. Find the right Amazon opportunity for you today. Amazon remains open as an essential business to serve our communities delivering critical supplies directly to the doorsteps of people who need them. Find out what Amazon is doing to provide a safe environment for employees at this time on our COVID-19 FAQ page. Candidates must be 18 years or older with ability to read and speak English for safety. Reasons you ll love working here: Health and safety are a top priority with all of our roles and sites. We continue to consult with medical and health experts, and take all recommended precautions in our buildings and stores to keep people healthy. Earn more: You can expect a competitive wage and reliable paycheck when you work for Amazon. Career development: Many of our entry-level employees become leaders in operations, HR, and other areas. See where your Amazon journey can take you. Benefits: Our range of benefits can include health care starting on day one, employee discounts, 401(k) savings plans, paid time off and more! Find out which benefits you'll get after you choose your role with us. Stay active: You ll be on the move for your whole shift in our fast-paced environments. Check out what some of our employees have to say about their jobs: Amazon is hiring for the following types of roles in your area: Fulfillment Centers Work inside an Amazon warehouse, selecting, packing and shipping customer orders. If you like a fast-paced, physical position that gets you up and moving, then come help bring orders to life. Work a set, full-time schedule. Shift options include overnight and days, and usually at least one weekend day. FIXFEEDS Direct CB1 SAJ DHCHA OPDIRECT Read more

500+ more jobs