# EXHIBIT 34

Sign In    Create Profile    English (US) ▼

# Pricing Analyst

CHATTANOOGA, TN, United States   |   req1415

[Apply Now]    [Share ▼]    [🔖 Save Job]

❮ Back to Search

**Pricing Analyst**
CHATTANOOGA, TN
8:00 AM - 5:00 PM
Position open to remote:  Yes

***Who We Are:***
**Relentlessly Delivering Big Ideas.** U.S. Xpress is one of the nation's largest asset-based trucking companies. But the most valuable asset we offer isn't tractors, trailers, or even our exclusive, cutting-edge technology. It's the collective brainpower of thousands of visionaries and problem-solvers. Together, we are revolutionizing the transportation industry by providing innovative, custom solutions. And, here, we believe in the sanctity of a promise—both to our customers, and our people. When we focus our varied talents on reshaping the future of transportation, that's what we call the **POWER OF** *U.S.*

***Why U.S. Xpress?***
Right Role. Right Tools. Right People. We invest in our talent starting on day one. You will be provided with personal and professional development opportunities that complement your interests and encourage you to build a career you're passionate about. Whether it is employee stock options, profit-sharing, 401K, professional development, or our competitive pay, we help prepare you for the future. Be part of an organization that values out-of-the-box thinking and rewards employees for going above and beyond. Curious about the other benefits of working with us? Check out other perks below!

- Medical, Dental and Vision
- Vacation, Sick, & Personal time
- Paid Holidays
- Paid Parental Leave
- Tuition Reimbursement
- On-site work out facility

***What You'll Do:***
Responsible for providing support to our Sales and Marketing Group through analysis and computation of pricing rates for USX customers and potential customers.  This position works to obtain information needed and calculate rates for pricing of lanes and/or accounts for new and existing lanes and/or accounts.

- Work with Sales and Marketing, Customer Service, Operations, and other departments to determine new rates and evaluate existing rates for a specified account base and/or territory.
- Communicate with Sales Representatives as well as customers to obtain information necessary to determine pricing.
- Calculate rates for freight based on available data using resources such as MS Dynamic CRM, MS Excel, online pricing tools, and approved/historical rates.
- Respond to bids, pricing requests, and customer RFPs in a timely fashion, including inputting data in customer reports and customer-specified formats.
- Evaluate new and existing pricing rates through analysis of various factors such as company costs, customer profile, and other logistical and operational considerations.
- Respond to daily inquiries from customers regarding spot rate pricing.
- Analyze and identify lane and utilization opportunities.
- Manage the pricing process through maintaining accurate records and updates in CRM.
- Communicate rates and related information to management (including executives) and customers.
- Prepare and modify reports of pricing and activity for management.
- Analyze current business to insure adequate yield.
- Research billing and data integrity issues related to pricing and/or billing.
- Ensure all rates are entered properly into USX systems and reflect properly on customers' invoices.

Case 1:19-cv-00098-TRM-CHS     Document 150-35     Filed 12/29/21     Page 2 of 3
PageID #: 3884

***What We're Looking For:***
Education

- Any combination of education or experience equivalent to a BS/BA degree in Economics, Finance, Business Administration, Accounting, Math, or Transportation.

Extensive technical experience with the below essential applications:

- Microsoft Office, with a focus on MS Excel, MS Access, and MS Word.
- Database utilities (i.e. Showcase).
- IBM/AS400
- CRM Experience (i.e. MS Dynamic CRM)

Skills/Certifications

- Strong analytical skills, problem solving capabilities and interpersonal skills (both written & verbal).
- Ability to work in a fast paced environment; ability to that take on numerous projects simultaneously with tight deadlines.
- Ability to work and communicate effectively with members of all levels of our organization, including executive staff.

**Supervisory Responsibility:** none

***Work Environment / Physical Requirements – Normal office settings.***

This job description indicates the general nature and level of work expected for this position. It is not designed to cover or contain a comprehensive listing of activities, duties or responsibilities. Employees performing this job may be asked to perform other duties as required and the responsibilities of the position may change. Reasonable accommodations will be made to enable individuals with disabilities to perform the essential functions.

U.S. Xpress is an Equal Opportunity Employer committed to creating and maintaining a diverse workforce.

| Apply Now | Share ▼ | 🔖 Save Job |

# Don't see what you're looking for? No problem.

Go ahead and submit your resume and we'll reach out if we have an opening that fits your skill set.

Need help? Email us at mycareer@usxpress.com

^

Case 1:19-cv-00098-TRM-CHS    Document 150-35    Filed 12/29/21    Page 3 of 3
PageID #: 3885