LEWIS STEIN, individually and on behalf )
of all others similarly situated, )
　 )　　　Case No. 1:19-cv-00098
　　　　*Plaintiffs*, )
　 )　　　Judge McDonough / Steger
v. )
　 )
U.S. XPRESS ENTERPRISES, INC., *et al.*, )
　 )
　　　　*Defendants*. )

## ORDER

On December 29, 2021, Plaintiffs filed a motion to seal [Doc. 151] their Memorandum in support of a motion to compel discovery [Doc. 152, filed as a proposed sealed document], along with 31 accompanying exhibits [Docs. 152-1 through 152-31]. In support of their motion to seal, Plaintiffs state:

> Pursuant to the parties' Protective Order, Plaintiffs must file the Confidential Documents under seal because they reference or contain information designated as CONFIDENTIAL by Defendants (the "Designating Parties") under the Protective Order. At this time, Plaintiffs take no position as to whether the Confidential Documents are appropriately designated as CONFIDENTIAL.

[Doc. 151, Plaintiffs' Motion to Seal at 2, Page ID # 3895].

On April 4, 2019, at the inception of this action, the Court entered its "Order Governing Sealing Confidential Information." [Doc. 7]. This Order sets forth the very high standard that must be met to file any papers under seal in the Court record. It also sets forth certain procedures that must be followed when seeking to seal or redact "confidential" information including:

> 2. In the event a party moves to file under seal information which has been designated as confidential by someone else (e.g., another party or a non−party), the party who has designated the information as confidential

will have fourteen days from service of the motion to seal to file: (a) a response indicating whether that party supports the motion to seal, and (b) if the response is in the affirmative, any declarations or other papers supporting such response.

[Doc. 7, Order Governing Filing Confidential Information at 3, Page ID # 54].

Defendants not filed a response indicating whether they support Plaintiffs' motion to seal. In the absence of such a response, the Court finds that neither Plaintiffs nor Defendants have offered any reason that the Memorandum [Doc. 152] or the attached exhibits [Docs. 152-1 through 152-31] should be filed under seal.

For the foregoing reasons, it is hereby **ORDERED** that:

1. the Motion to Seal [Doc. 151] is **DENIED**.

2. Plaintiffs have **seven days from entry of this Order** to file, unredacted and in the public record, their Memorandum in Support of their Motion to Compel the USX Defendants to Produce Text Messages and Relevant Documents from Six Key Percipient Witnesses and Designate a Rule 30(B)(6) Witness [Doc. 152] and the accompanying 31 exhibits [Docs. 152-1 through 152-31].

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE