UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

CHATTANOOGA DIVISION

| | | |
|---|---|---|
| LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:19-cv-00098-TRM-CHS |
| Plaintiffs, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge Travis R. McDonough Magistrate Judge Christopher H. Steger |
| U.S. XPRESS ENTERPRISES, INC., et al., | ) ) ) | DATE: February 8, 2022 TIME: 3:00 p.m. ET |
| Defendants. | ) ) ) | |

DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE USX DEFENDANTS TO PRODUCE TEXT MESSAGES AND RELEVANT DOCUMENTS FROM SIX KEY PERCIPIENT WITNESSES AND DESIGNATE A RULE 30(b)(6) WITNESS

I, CHRISTOPHER M. WOOD, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1. I am a member of the Bar of the State of Tennessee, and I am admitted to practice in this District.

2. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, serving as Co-Lead and Class Counsel in this action. I submit this Declaration to the Court in support of the Reply in Support of Plaintiffs' Motion to Compel the USX Defendants to Produce Text Messages and Relevant Documents from Six Key Percipient Witnesses and Designate a Rule 30(b)(6) Witness.

3. Attached are true and correct copies of the following exhibits:

Exhibit 37: Separation Agreement and Release between U.S. Xpress, Inc. and John W. White, dated November 12, 2018;

Exhibit 38: U.S. Xpress Press Release, "U.S. Xpress Enterprises Reports Third Quarter 2021 Results," dated October 21, 2021; and

Exhibit 39: Letter from Lisa R. Bugni, counsel for Defendants, to Hadiya Deshmukh, counsel for Plaintiffs, dated April 15, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of February, 2022, at Nashville, Tennessee.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

- 1 -