# EXHIBIT 2

**From:** Eric Fuller [efuller@usxpress.com]
**Sent:** 1/4/2018 8:45:15 AM
**To:** USX Everybody [USXEverybody@usxpress.com]
**Subject:** A 2017 Recap & 2018 Forecast from CEO Eric Fuller

2017 was a tale of two halves.

The 1st half of 2017 saw a weak freight market. Industry experts predicted that demand for truckload freight services would rebound by March, but unfortunately that didn't happen.

Rates and volumes deteriorated through May. At the same time, we also had driver turnover and driver hiring get worse as the country moved closer to 4% unemployment. More opportunities opened up in desirable trade jobs.

All of these factors, along with some ballooning costs at U.S. Xpress, lead to much weaker performances in the 1st and 2nd quarters versus our forecast. In fact, we barely broke even in the 1st half. Our performance at the time was the worst the company has experienced in years.

The 2nd half could not have been more different.

Freight demand started picking up early in the summer and it seemed to get better every single week, which led to a historically strong spot market that is still going on now. We were able to be more selective with our freight selection and opportunities as the market tightened.

Then, in late summer, the two hurricanes in Texas and Florida pushed demand through the roof. The market saw freight volumes and daily spot charges at their highest since Hurricane Katrina hit in 2005. Though there has been some slight pullback in demand and rates since those few weeks preceding the storms, we are still at historical levels in regards to freight demand and spot rates.

Many people ask what happened to cause the market to flip so quickly.

Truckload rates and volumes are dictated by a traditional supply versus demand curve. When demand is weak (freight hauling needs from customers are low) and supply is stronger (available trucks with a driver are high), then rates are weak and there's often not enough freight to keep all of our trucks busy, at least with rates that we would be happy with.

In early 2017, demand was weak because retailers had weak sales, primarily due to a changing retail environment (i.e. new participants like Amazon changing the traditional retail market; manufacturing remaining in a recession dating back to early 2015). Supply was higher than usual.

By mid-summer 2017, retailers finally saw sales begin to improve and a decrease in-store inventory levels, which lead to increased demand for the type of services we provide. We also saw a very pro-US manufacturing administration and a more relaxed regulatory environment, which provided a resurgence in manufacturing. At the same time, many carriers reduced trucking capacity by selling excess equipment and there was a lack of available drivers for the entire industry.

Accelerating demand, coupled with reduced supply, gave us the market we saw in the 2nd half that lead to an increase in demand for truckload shipping.

Our 2nd half of 2017 was two of the best operating quarters at U.S. Xpress within the last 10 years, but it was not just a market driven story.

As the market tightened during the 1st half of 2017, we concurrently made significant improvements and changes to our operations, allowing for improved operational effectiveness in the fall. In fact, we had three weeks in a row in December with the best tractor utilization that

CONFIDENTIAL

USX0077619

the company has seen in over 20 years. We also saw our driver turnover improve by late 3rd quarter. This led to more seated tractors generating revenue than we typically see this time of year. Both of these examples are due to the changes that we made in operations.

We also went through some significant cost cutting measurements in late summer that were painful but unfortunately necessary. More revenue at a better rate with lower overall costs gave us very strong performances in the 3rd and 4th quarters of this year.

With all this said, performance is largely evaluated on an annual calendar basis, and because of our weak 1st and 2nd quarters, 2017 wasn't as great as we anticipated.

However, we have great expectations for 2018, both for strong industry dynamics and company fundamentals.

Our forecast in 2018 is to have the best performance that the company has had in over 20 years. I understand it may seem unrealistic, but I have very high confidence in the 2018 forecast because of market metrics and our operational/company changes that are sustainable long term. I strongly believe these changes will lead to more improvement in our metrics as we go in to 2018, even more so than the 2nd half of 2017. I would estimate that we have only felt 30% of the potential impact of all of our changes and improvements.

I also believe the market fundamentals will stay in our favor throughout 2018. Retail and manufacturing should stay strong, particularly with the new tax bill that was passed recently. Also there is little concern that supply will be built back quickly, as such low unemployment will make it difficult for the industry to find enough drivers to add to truck capacity.

All of these factors lead an exciting 2018 for U.S. Xpress! Not just a good year in my opinion, but a record breaking strong year. Get ready because this is going to be an amazing year!

Eric Fuller
Chief Executive Officer


Eric Fuller | U.S. Xpress Enterprises, Inc.
CEO
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423 510 6500
Cell 423 240 5878
efuller@usxpress.com<mailto:efuller@usxpress.com> | www.usxpress.com<http://www.usxpress.com/>

CONFIDENTIAL

USX0077620