# EXHIBIT 3

**From:** Justin Harness
**Sent:** Thursday, June 7, 2018 5:43 PM
**To:** Paul Bowman
**Subject:** Fwd: Walmart Terrell pop up

As info.......

Justin Harness
SVP, Dedicated Operations
423-618-7432

Begin forwarded message:

> **From:** John White <jwhite@usxpress.com>
> **Date:** June 7, 2018 at 4:41:29 PM CDT
> **To:** Justin Harness <jcharness@usxpress.com>
> **Cc:** Steve Phillips <slphillips@usxpress.com>
> **Subject: RE: Walmart Terrell pop up**
>
> Again not being critical and just trying to figure out how in the short term we develop the results we need – I know your plight and just need to work together to discuss how we drive more improvements – I agree about Walmart and believe that thing is going to get nasty – Gordonsville, Tour fleet and then if we see the schedule and window changes effect truck count and utility like others have seen  it will mean rate increases almost immediately.
>
> Relax, enjoy vacation as these problems will still be here when you return.
>
>
> **John White | U.S. Xpress, Inc.**
> Chief Marketing Officer
> 4080 Jenkins Road | Chattanooga, TN 37421
> Office: 423 510 3618 l Cell: 423 298 4738
> jwhite@usxpress.com | www.usxpress.com
>
> _____
>
> **Solo | Team | Dedicated | TOFC | Brokerage | Logistics| Expedite| LTL| International**

**From:** Justin Harness
**Sent:** Thursday, June 07, 2018 5:32 PM
**To:** John White <jwhite@usxpress.com>
**Cc:** Steve Phillips <slphillips@usxpress.com>
**Subject:** Re: Walmart Terrell pop up

John, we would be happy to release every OTR truck supporting WalMart which is 85% of the trucks in Dedicated. If we as an organization are willing to understand and live with the consequences we have no issue whatsoever taking advantage of the current environment.

1

CONFIDENTIAL                                                                                           USX0148588

WalMart Dedicated is a drain on this entire organization and the margins don't support what we do for them.

The one offs supporting other locations are by and large more profitable locations and the support is generally periodic and short term in nature.

Yes, Dedicated rev per truck is down as a unit heavily burdened with all of the start up units as well as the 70 or so day cabs against the fence with no revenue due to Terrell and Pageland going away. Gordonsville was expected to be producing much stronger by now and isn't because of the hiring market. Likewise, mix is quite different YOY with 60 less teams and significantly more trucks pulling customer trailers with less revenue per tractor.

All aside, we are not satisfied with our current performance and driving our team to provide better results than we are seeing as we we know we are capable of more.

Justin Harness
SVP, Dedicated Operations
423-618-7432

On Jun 7, 2018, at 4:00 PM, John White <jwhite@usxpress.com> wrote:

> I hear what you are saying but maybe we need to discuss priority – this makes money day 1 but Hobby Lobby, Glister Mary Lee – teams – precious and likely DT and FD will not make money out of the gate
>
> Just don't want to lose guaranteed margin between now and October
>
> I suspect we are going to hear a lot about Rate and Revenue per truck when Eric and Eric return based upon CVTI stating they are up 15 % Y o Y and we are showing 8.3 % total in May with Dedicated showing down and Solo and team up almost 18 % measuring revenue per truck per week- I am not being critical but overall and solo and team could be up even more if we did not have to support dedi with so many trucks on a daily basis.
>
> The is a broader discussion for another day
>
> Steve let me know if you think we have an OTR resource that would go to TX – we can raise rate and generate the extra money for hotel and airfare – only $10 per day would equate to $2100 per week which should cover food, lodging and airfare
>
> **John White | U.S. Xpress, Inc.**
> Chief Marketing Officer
> 4080 Jenkins Road | Chattanooga, TN 37421
> Office: 423 510 3618 I Cell: 423 298 4738
> jwhite@usxpress.com | www.usxpress.com
>
> ---
>
> **Solo | Team | Dedicated | TOFC | Brokerage | Logistics| Expedite| LTL| International**
>
> **From:** Justin Harness
> **Sent:** Thursday, June 07, 2018 4:51 PM

2

CONFIDENTIAL                                                                 USX0148589

**To:** John White <jwhite@usxpress.com>
**Cc:** Steve Phillips <slphillips@usxpress.com>
**Subject:** Re: Walmart Terrell pop up

If none of our prior Terrell folks are available we would have to hire someone. We have Hammond still requiring start up resources along with Gordonsville and now these others on the heels of that:
DT Watrensburg
FD Morehead
Michaels TX, FL and Pa
Gilster Mary Lee
Hobby Lobby

We are already stretched very thin on resources available to flex for support.

Justin Harness
SVP, Dedicated Operations
423-618-7432

On Jun 7, 2018, at 3:31 PM, John White <jwhite@usxpress.com> wrote:

> Walmart is saying to continue in Terrell with the pop up trucks we need to have someone on site – I believe a lot of this is driven by the fact that we transferred management from Dedicated to OTR and OTR was not prepared for the requirements of Grocery versus our standard GMT buildings. I think many calls have been had and we hopefully now have a clear understanding what will be required of our drivers – I believe Shawn Lance has shared details on number of trucks per day at specific times based upon Walmart's expectations.
>
> Regardless, I spoke today with Bob Welsh and he has said if we cannot provide an onsite rep they will likely go another way with someone else – 30 trucks , $1150 per day to October – personally we need to figure this out and if necassry I can ask for a little more per day to support travel, hotel etc.
>
> Shane Weeks is looking at our old staff but has yet to find a solution – Can we agree to finding a resource ?
>
> Bob is looking for an answer asap.
>
>
> **John White | U.S. Xpress, Inc.**
> Chief Marketing Officer
> 4080 Jenkins Road | Chattanooga, TN 37421
> Office: 423 510 3618 I Cell: 423 298 4738
> jwhite@usxpress.com | www.usxpress.com
>
> _____
> **Solo | Team | Dedicated | TOFC | Brokerage | Logistics| Expedite| LTL| International**

3

CONFIDENTIAL

USX0148590