# EXHIBIT 4

| From: | Michael Graham |
|---|---|
| **Sent:** | Wednesday, June 20, 2018 12:52 PM |
| **To:** | Shane Weeks; Justin Harness; John White; Ajay Rupramka; Paul Bowman; Shawn Lance; Eric Holcomb |
| **Subject:** | RE: Walmart Meeting Prep |

I'll be at your desk in ten – I think the confusion lies in your referencing current state vs. the awarded/expected truck/driver counts after negotiations.

Thank you,

**Michael Graham | U.S. Xpress, Inc.**
Director, Dedicated Pricing
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423 510 5562 | Mobile: 614 735 2809
mggraham@usxpress.com | www.usxpress.com

---

**From:** Shane Weeks
**Sent:** Wednesday, June 20, 2018 12:40 PM
**To:** Justin Harness <jcharness@usxpress.com>; Michael Graham <mggraham@usxpress.com>; John White <jwhite@usxpress.com>; Ajay Rupramka <arupramka@usxpress.com>; Paul Bowman <pbowman@usxpress.com>; Shawn Lance <slance@usxpress.com>; Eric Holcomb <eholcomb@usxpress.com>
**Subject:** RE: Walmart Meeting Prep

1) Where are we getting 140 tractors and 196 drivers? Does this include the full complement of continuous move activity? Our actual right now is 95 tractors running 200k to 220k miles per week. However, future state will include a necessary increase to tractor count up to 103. We have experienced situations where we had 5-12 drivers in the breakroom waiting on tractors. Waiting on tractors presses risk of delivering late. I received a call from the Walmart TM at New Caney asking when we would increase the tractor count as it was necessary.
   a. Our average Weekly miles have been 200,000. Before continuous moves, we need 103 trucks running an average of 200,000 miles per week, for an 1,941 utility. This is necessary to guarantee LOS to a 10% same day increase over projection. If freight increased 10% to 220,000 miles in a week, we would hit 2000 miles per tractor.
   b. Average Length of Haul is 175, 40 miles below bid expectation.

Michael and I can get together and go through the numbers again so we are seeing the same data and results.

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com

1

CONFIDENTIAL    USX0148681



**From:** Justin Harness
**Sent:** Wednesday, June 20, 2018 11:51 AM
**To:** Michael Graham <mggraham@usxpress.com>; John White <jwhite@usxpress.com>; Shane Weeks <szweeks@usxpress.com>; Ajay Rupramka <arupramka@usxpress.com>; Paul Bowman <pbowman@usxpress.com>; Shawn Lance <slance@usxpress.com>; Eric Holcomb <eholcomb@usxpress.com>
**Subject:** RE: Walmart Meeting Prep

Comments/Questions:

1. New Caney we are showing utilization higher than we expected based upon the award.  Our current 12 week utility is showing 2181 and our post award expectation is showing 1848.  How are we going to sell through the fact that current won't be future state and we expect a reduction to 1848?
2. Auburn, we need to figure out how to better represent tractor count compared to driver count and corresponding utilization.  The tractor count showing 11 higher than driver count is going to create questions/comments that we can avoid.

**Justin Harness | U.S. Xpress, Inc.**
SVP, Dedicated Operations
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423 510 3279
Cell: 423 618 7432
www.usxpress.com | www.usxjobs.com
**SERVICE THAT MATTERS – DRIVEN BY INNOVATION**



**From:** Michael Graham
**Sent:** Wednesday, June 20, 2018 10:36 AM
**To:** John White <jwhite@usxpress.com>; Shane Weeks <szweeks@usxpress.com>; Ajay Rupramka <arupramka@usxpress.com>; Paul Bowman <pbowman@usxpress.com>; Justin Harness <jcharness@usxpress.com>; Shawn Lance <slance@usxpress.com>; Eric Holcomb <eholcomb@usxpress.com>
**Subject:** RE: Walmart Meeting Prep

Gents,

Please review the3 attached and provide final critiques – Shane & Ajay I would ask that you guys double check all of the current state and after award stats for accuracy.

Current state utility is based off of the last 12 week average. Note: Gordonsville, utility is miles/drivers otherwise it would reflect <800 miles/truck.

Thank you,

**Michael Graham | U.S. Xpress, Inc.**
Director, Dedicated Pricing
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423 510 5562 | Mobile: 614 735 2809

2

CONFIDENTIAL                                                                                      USX0148682

mggraham@usxpress.com | www.usxpress.com

-----Original Appointment-----
**From:** Michael Graham
**Sent:** Monday, June 18, 2018 10:52 AM
**To:** Michael Graham; John White; Shane Weeks; Ajay Rupramka; Paul Bowman; Justin Harness; Shawn Lance
**Subject:** Walmart Meeting Prep
**When:** Tuesday, June 19, 2018 1:30 PM-2:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Justin's Office

CONFIDENTIAL                                                                                       USX0148683