# EXHIBIT 5

| | |
|---|---|
| **From:** | Justin Harness |
| **Sent:** | Monday, June 11, 2018 1:41 PM |
| **To:** | Eric Fuller |
| **Subject:** | RE: Last Week |

Hope all is going well out there.  Here is a little commentary for your review when you have a few minutes on the plane.

1. Dedicated utilization – in short, we have some work to do to drive improvements across a number of businesses to squeeze out better utility and retain the rate uptick we've been seeing.  However, I will give you some additional commentary on a few of the major players negatively impacting utilization.
    a. Walmart – with Terrell and Pageland going away and us starting up Hammond and Gordonsville, we are seeing an approximate degradation to the entire SBU of about 80 miles per truck.  Prior to the transition we had about 475 trucks in Walmart running at 2100 miles/week.  Throughout the transition period, we've seen that portfolio drop to 1600-1700 miles/truck/week with all of the unseating and hiring up at the two new sites.  That is about a 215,000 mile per week or 80 mile/truck/week impact to the SBU that we have not yet recovered from.  Hammond is well on its way to getting up to 2,000 miles/truck and north.  However, Gordonsville along with Auburn and Gas City continue to struggle, primarily due to shortage of drivers to seat the trucks and generate revenue & miles.
    b. Dollar Tree – they have realigned some stores in their network and it has had a sizable impact to our utilization at Berwick, Joliet and even Savannah to an extent.  On a positive note here, we are picking it up on the other side of the equation in rate.  With the exception of last week, we are seeing revenue per tractor on that business up 8-10%.
    c. P&G – This is a sore spot for us and we are addressing it aggressively.  Utilization on the Mehoopany PA and Shippensburg fleets combined are coming in at about 1450 miles/truck/week now compared to 1650-1750 last year in the 2nd quarter.  This is exclusively due to the Mehoopany business not operating as we had assumed in the model.  We have a 15% rate increase in front of them on the Mehoopany lanes and a 9% increase in front of them on the Shippensburg lanes to offset the utilization shortfalls.  Along with the 15% increase for Mehoopany, we have demanded some additional inbound lanes which would generate revenue on the return legs where we run empty 100% of the time today.
2. Seated Count – Clayton, Ajay and I are meeting with David McBride at 3 pm today to layout our needs and priorities for him so he can give his team the right direction and focus.  To summarize, we have about 500 open positions.
    a. Approximately 300 of those open positions are for new business or current business that we have where we are not fulfilling obligations to the customer.
    b. Approximately 200 of those open positions are for existing or new business where we are using OTR support or the customer is procuring 3rd party support to fill the gap between our staffing levels and their demand.
    ****This 500 number is a bit fluid but directionally accurate as I look across the large needs we have.
        1. Dollar Tree Warrensburg MO (new business)  – 40
        2. Family Dollar Morehead KY (new business) – 30
        3. Walmart Gordonsville – 120
        4. Walmart Auburn – 40
        5. Walmart Gas City – 25
        6. Walmart Henderson NC – 15
        7. Transplace (new business) – 20
        8. Family Dollar Ashley IN – 20
        9. Gilster Mary Lee (new business) – 5 teams
        10. Hobby Lobby (new business) – 5 teams

1

CONFIDENTIAL                                                                                          USX0153961

**Justin Harness | U.S. Xpress, Inc.**
SVP, Dedicated Operations
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423 510 3279
Cell: 423 618 7432
www.usxpress.com | www.usxjobs.com
**SERVICE THAT MATTERS – DRIVEN BY INNOVATION**



---

**From:** Eric Fuller
**Sent:** Sunday, June 10, 2018 2:03 PM
**To:** Eric Peterson <epeterson@usxpress.com>
**Cc:** Max Fuller <mfuller@usxpress.com>; Lisa Pate <lpate@usxpress.com>; John White <jwhite@usxpress.com>; Paul Bowman <pbowman@usxpress.com>; Brian Quinn <bquinn@usxpress.com>; Jeff Seibenhener <jeffs@usxpress.com>; Mike Hamill <mhamill@usxpress.com>; Amanda Thompson <athompson@usxpress.com>; Leigh Anne Battersby <lbattersby@usxpress.com>; Mike Morrissey <morrisseym@usxpress.com>; Dave Dulaney <ddulaney@usxpress.com>; Gregory McQuagge <gmcquagge@usxpress.com>; Justin Harness <jcharness@usxpress.com>; Lee Thigpen <lthigpen@usxpress.com>; Julie Van de Kamp <jvandekamp@usxpress.com>; Steve Phillips <slphillips@usxpress.com>; Danna Bailey <dbailey@usxpress.com>; David McBride <dmcbride@usxpress.com>; Clayton Kibler <ckibler@usxpress.com>; Shaun Sadler <ssadler@usxpress.com>
**Subject:** Re: Last Week

Please ignore the OR number below because it is largely a mechanism of fuel. And thank goodness because the truck count and utilization were far behind forecast. Our model calls for $22 minion a week in revenue. We fell short by over $1.5 million. This has to change immediately

Sent from my iPhone

On Jun 10, 2018, at 10:57 AM, Eric Peterson <epeterson@usxpress.com> wrote:

Quick Notes:

- Average seated tractors of 5,107 – down 33 from last week  -- we are starting the week with 32 fewer seated tractors than last week
- Rate per total mile of $1.95 – same as last week
- Revenue miles per tractor per week of 1,871
- Deadhead 8.6%
- Net fuel costs of $.14 per mile – down $.027 from last week
- Operating Ratio of 93.9 or $1.3 million in nominal dollars

<image001.png>

**Eric Peterson | U.S. Xpress Enterprises, Inc.**
Chief Financial Officer
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423 510 3275 | Mobile: 423 280 6073

2

CONFIDENTIAL                                                                                USX0153962

**epeterson@usxpress.com** | **www.usxpress.com**

**SERVICE THAT MATTERS – DRIVEN BY INNOVATION**

3

CONFIDENTIAL

USX0153963