# EXHIBIT 6

| | |
|---|---|
| **From:** | Eric Peterson |
| **Sent:** | Monday, May 14, 2018 6:39 PM |
| **To:** | Lisa Pate |
| **Subject:** | Re: Last Week |

I agree. Starting point to cut back from.

Sent from my iPhone

On May 14, 2018, at 5:35 PM, Lisa Pate <lpate@usxpress.com> wrote:

> I will prepare an initial blackout list inclusive of these people, but please consider whether you want people such as Nick, Chris Smallwood and Chris Jones and Harold to continue receiving.
>
> **Lisa Pate**
> **U.S. Xpress Enterprises, Inc.**
> **Chief Administrative Officer**
> **4080 Jenkins Road | Chattanooga, TN 37421**
> **Office: 423.510.3241 | Mobile: 423.667.7543**
> **Fax: 423.510.6314**
> lpate@usxpress.com | www.usxpress.com
>
> ---
>
> **From:** Eric Peterson
> **Sent:** Monday, May 14, 2018 11:35 AM
> **To:** Lisa Pate <lpate@usxpress.com>; Eric Fuller <efuller@usxpress.com>
> **Subject:** Fwd: Last Week
>
> This entire list as well as starting point
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** Eric Peterson <epeterson@usxpress.com>
> > **Date:** May 12, 2018 at 9:27:12 AM EDT
> > **To:** Lori Bonneau <lbonneau@usxpress.com>, Billy Stewart <bstewart@usxpress.com>, Brian Baubach <bbaubach@usxpress.com>, Ian Pfeiffer <ipfeiffer@usxpress.com>, Tina Doud <tdoud@usxpress.com>, Emily Holesinger <eholesinge@usxpress.com>, Josh Morin <jamorin@usxpress.com>, Nick Lemm <Nlemm@usxpress.com>, Chris Smallwood <csmallwood@usxpress.com>, Chris Jones <cjones@usxpress.com>, Steve Kalick <skalick@usxpress.com>, Harold McAlister <hmcalister@usxpress.com>, Joe Doster <jdoster@usxpress.com>, Jason Grear <jgrear@usxpress.com>, Andy Pirie <apirie@usxpress.com>
> > **Subject: Last Week**
> >
> > Quick Notes:
> >
> > - Average seated tractors of 5,174 – up 1 from last week

1

CONFIDENTIAL    USX0164068

- Revenue miles per tractor per week of 1,889
- Rate per total mile of $1.893
- Deadhead constant at 8.7%
- Net fuel of $.14 per mile
- Operating Ratio of 95.7 or $870,000 in nominal dollars

Overall comments:

- Potential noise in seated tractors in conjunction of Wal-Mart accounts going away – end of the day revenue volumes are correct so potential overstatement of seated tractors and understatement of utilization but the net result is the same
- Revenue volumes down for second straight week

<image001.png>

**Eric Peterson | U.S. Xpress Enterprises, Inc.**
Chief Financial Officer
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423 510 3275 | Mobile: 423 280 6073
**epeterson@usxpress.com** | **www.usxpress.com**

**SERVICE THAT MATTERS – DRIVEN BY INNOVATION**

Case 1:19-cv-00098-TRM-CHS    Document 162-7    Filed 02/03/22    Page 3 of 3
PageID #: 4369

CONFIDENTIAL

USX0164069