# EXHIBIT 7

| | |
|---|---|
| **From:** | Lisa Pate |
| **Sent:** | Tuesday, May 8, 2018 9:38 AM |
| **To:** | Danna Bailey |
| **Subject:** | RE: how does this sit with you? |

Woo hoo- looks good!

**Lisa Pate**
**U.S. Xpress Enterprises, Inc.**
**Chief Administrative Officer**
**4080 Jenkins Road | Chattanooga, TN 37421**
**Office: 423.510.3241 | Mobile: 423.667.7543**
**Fax: 423.510.6314**
lpate@usxpress.com| www.usxpress.com

**From:** Danna Bailey
**Sent:** Tuesday, May 8, 2018 9:28 AM
**To:** Lisa Pate <lpate@usxpress.com>
**Subject:** FW: how does this sit with you?

Call security. Someone has stolen John's computer and sent a nice email from it.

**From:** John White
**Sent:** Tuesday, May 8, 2018 9:27 AM
**To:** Danna Bailey <dbailey@usxpress.com>; Lisa Pate <lpate@usxpress.com>
**Subject:** RE: how does this sit with you?

Fine by me – good summary

**John White | U.S. Xpress, Inc.**
Chief Marketing Officer
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423 510 3618 I Cell: 423 298 4738
jwhite@usxpress.com | www.usxpress.com

**Solo | Team | Dedicated | TOFC | Brokerage | Logistics| Expedite| LTL| International**

**From:** Danna Bailey
**Sent:** Tuesday, May 08, 2018 9:26 AM
**To:** Lisa Pate <lpate@usxpress.com>; John White <jwhite@usxpress.com>
**Subject:** how does this sit with you?

Is my commentary on rate and teamwork adding any value? I'm on the fence. Would appreciate your feedback on the summary below.

1

Case 1:19-cv-00098-TRM-CHS    Document 162-8    Filed 02/03/22    Page 2 of 3
PageID #: 4371

CONFIDENTIAL

USX0165961

###

What happened last week? Check out our results by each Big Five category:

Cost Management – as you know, Cost Management comes down to several metrics such  coaching Eve events in a timely fashion and driver wages. Overall, **we won the week in Cost Management!**

Maintenance Efficiency – this is all about the cost per mile of maintaining our fleet and, in this category **we won the week!**

Rate – Winning the week in rate means that we both get the rates we want in three categories (contract, spot and dedicated) and that we have the right mix of the same categories. Like all of the Big 5 categories, winning the week in rate takes teamwork. In this case, most of the teamwork is between Sales/Marketing Customer Service and Brokerage to match the best freight with the right resources. For last week, we did well in dedicated and contract rate but were off in spot and also missed the mark in the category mix. So for last week, **we lost the week in rate.**

Driver First - last week was really tough in this category. We had trouble hiring drivers, we had trouble retaining drivers and we had trouble upgrading drivers. In fact, for last week we didn't meet any of our goals related to Driver First. Because of this, **we lost the week in Driver First**. As we mention frequently, continuing to **focus on driver retention** may be **more important now than ever**.

Utilization - This week we came up short in utilization for Dedicated (still due in part to WalMart business transition) but we nailed it in OTR for both solo and team, so for that Big Five metric, **we won the week!**

Let's continue to focus on the Big 5, especially Driver First!

**Danna Bailey | U.S. Xpress, Inc.**
Vice President, Corporate Communications
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423 510 3810
dbailey@usxpress.com | www.usxpress.com

CONFIDENTIAL

USX0165962