# EXHIBIT 8

| From: | /o=u.s. xpress enterprises/ou=usxent/cn=recipients/cn=bbaubach |
|---|---|
| Sent: | Wednesday, April 18, 2018 7:33 PM |
| To: | Stettner, Lee S; Eric Peterson |
| Subject: | FW: US Xpress Financial Model |

Lee, Can we catch up on your thoughts on Ken's request in the morning (specifically quarterly for 2019)? Any additional credit they give us on Q1 or Q2 of 2019 could be supportive of valuation, but not sure of precedent or reasoning for one way or ther other.

Thanks, Brian

**Brian Baubach, CTP | U.S. Xpress Enterprises, Inc.**
Senior Vice President, Corporate Finance
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423.510.3424 | Mobile: 423.667.4781
bbaubach@usxpress.com | www.usxpress.com

**SERVICE THAT MATTERS – DRIVEN BY INNOVATION**

**From:** Hoexter, Ken - RSCH AMRS <ken.hoexter@baml.com>
**Sent:** Wednesday, April 18, 2018 1:04 PM
**To:** O'Connell, Ryan <rpo@solecap.com>; Rosa, Ariel L - RSCH AMRS <ariel.rosa@baml.com>; Shieh, Melvin - RSCH AMRS <melvin.shieh@baml.com>
**Cc:** Eric Peterson <epeterson@usxpress.com>; Brian Baubach <bbaubach@usxpress.com>; Stettner, Lee S <lss@solecap.com>; Parish, Stephen M <smp@solecap.com>; Hatem, Alexander <anh@solecap.com>; Lillis, Jamie M <jlillis@soleburytrout.com>; Pelzar, Alexander <apelzar@soleburytrout.com>; Bank, Michael <mbank@soleburytrout.com>
**Subject:** RE: US Xpress Financial Model

Thanks Ryan.  Appreciate the detail.

Will you be providing quarterly as well for the past 2-3 years, or only annuals?

Regards,

Ken

**From:** O'Connell, Ryan [mailto:rpo@solecap.com]
**Sent:** Wednesday, April 18, 2018 12:43 PM
**To:** Hoexter, Ken - RSCH AMRS; Rosa, Ariel L - RSCH AMRS; Shieh, Melvin - RSCH AMRS; Ravi.Shanker@morganstanley.com; Brian.p.ossenbeck@jpmorgan.com; matthew.troy@wellsfargo.com; Casey.Deak@wellsfargo.com; dross@stifel.com; brad.delco@stephens.com; scott.schoenhaus@stephens.com; SGroup@wolferesearch.com
**Cc:** Eric Peterson; bbaubach@usxpress.com; Stettner, Lee S; Parish, Stephen M; O'Connell, Ryan; Hatem, Alexander; Lillis, Jamie M; Pelzar, Alexander; Bank, Michael
**Subject:** US Xpress Financial Model

All –

CONFIDENTIAL                                        USX0172149

Thanks again for a great Analyst Day session with the group. As promised, please see attached for the company's financial projections model. Please let us know of any questions you may have regarding the model. In order to be efficient with everyone's time, we ask that all questions be submitted by tomorrow close of business. The company plans to hold a call on Monday the 23rd at 2pm in order to address those questions in a group setting. We will follow up with a planner for the call.

Thereafter, we will offer up 1-on-1 model Q&A calls with the team as needed ahead of submissions of initial draft models by Monday, 4/30.

Please let us know if you have any questions.

Thanks,
Ryan


Ryan O'Connell
400 South River Road | New Hope, PA 18938
rpo@solecap.com | (o): 215-862-7234 | (m): 215-588-9002

This communication is from Solebury Capital Group LLC or one of its affiliates and is for the exclusive use of the intended recipient(s).  The e-mail text or attachments may contain information which is confidential and may also be privileged.   You are hereby notified that any copying of this e-mail or attachments or dissemination to parties other than the intended recipient(s) is strictly prohibited. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, and you have received this communication in error, please return it with the title "received in error" to gyi@solecap.com, and then delete the email and destroy any copies of it.

This communication is from Solebury Capital LLC or one of its affiliates and is for the exclusive use of the intended recipient(s). The e-mail text or attachments may contain information which is confidential and may also be privileged. You are hereby notified that any copying of this e-mail or attachments or dissemination to parties other than the intended recipient(s) is strictly prohibited. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, and you have received this communication in error, please return it with the title "received in error" to gyi@solecap.com, and then delete the email and destroy any copies of it.

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer. If you are not the intended recipient, please delete this message.

CONFIDENTIAL

USX0172150