# EXHIBIT 9

| | |
|---|---|
| **From:** | Justin Harness |
| **Sent:** | Monday, July 2, 2018 8:52 AM |
| **To:** | Caroline Williams; David McBride |
| **Cc:** | Clayton Kibler; Ajay Rupramka; Paul Bowman |
| **Subject:** | Dedicated Needs - High Priority |

Morning guys,

I want to update the list below but first call out that we are on notice with several pieces of business as of last week. These customers have formally informed us that if we cannot reach the required staffing levels and show immediate signs of progress, they will remove us from the business.

Target Denton - $8.0 million annually at 10-12% margin
Hobby Lobby – $1.8 million annually for brand new customer at 18% margin
Gilster Mary Lee - $2.0 million annually for brand new customer at 18% margin

Updated Tier 1 and Tier 2 priorities:

Tier 1:
- a. Start-ups:
    - i. Hobby Lobby Teams
    - ii. Gilster Mary Lee
    - iii. DT Warrensburg
    - iv. DT Joliet (replace 14 drivers moving to Warrensburg)
    - v. FD Morehead
- b. Existing
    - i. Kroger Delaware
    - ii. WM Auburn
    - iii. WM Gordonsville
    - iv. WM Gas City
    - v. Target Denton (Hiring Solo or Teams)
    - vi. DG Janesville (implemented 20% rate increase from customer in June)

Tier 2:
1. Tier 2: Still extremely high priority
    - a. Ashley
    - b. Quad Graphic
    - c. CEVA teams
    - d. Kroger Shelbyville
    - e. Walmart Tour – implementing 20% driver pay increase and 15% rate increase from the customer this week

1

CONFIDENTIAL USX0191511

**Justin Harness | U.S. Xpress, Inc.**
SVP, Dedicated Operations
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423 510 3279
Cell: 423 618 7432
www.usxpress.com | www.usxjobs.com

**SERVICE THAT MATTERS – DRIVEN BY INNOVATION**



---

**From:** Ajay Rupramka
**Sent:** Monday, June 11, 2018 4:58 PM
**To:** Caroline Williams <cgeathers@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Cc:** Clayton Kibler <ckibler@usxpress.com>
**Subject:** RE: Dedicated Needs

Caroline,

I'll swing by to connect with you in person regarding the list below. In short, it is a priority list, which, obviously like most things, is subject to change depending on account/site needs. Please note, recruiting needs for tier 3 accounts (not listed; would be the rest of the accounts that aren't in tiers 1 and 2), while not listed, are still very important and, in some cases, still have a large need.

In addition to providing you a priority list, Clayton and I will work together to clean up some of the driver need counts listed below. We are finding a few to not be completely accurate (some inaccurate, some inflated) – couple of examples are Marianna and Meijers.

Here is the priority list:
1.  Tier 1: evenly split up between new accounts/ sites and existing business
    a.  Start-ups:
        i.   Hobby Lobby Teams
        ii.  Gilster Mary Lee
        iii. DT Warrensburg
        iv.  FD Morehead
    b.  Existing
        i.   Delaware
        ii.  WM Auburn
        iii. WM Gordonsville
        iv.  Target Denton
2.  Tier 2: Still extremely high priority
    a.  Ashley
    b.  Quad Graphix
    c.  CEVA teams
    d.  L Brands teams (please make sure we change the name from Limited to L Brands to limit confusion)
    e.  Transplace PA
3.  Tier 3: Important; the rest

Let me know if you have any questions.

**Ajay Rupramka | U.S. Xpress, Inc.**
4080 Jenkins Road | Chattanooga, TN 37421

2

CONFIDENTIAL                                                                USX0191512

Vice President, Dedicated Operations
Office: 423 510 4724 | Mobile: 801 201 5732
arupramka@usxpress.com | www.usxpress.com

**From:** Caroline Williams
**Sent:** Monday, June 11, 2018 8:23 AM
**To:** Justin Harness <jcharness@usxpress.com>
**Cc:** Clayton Kibler <ckibler@usxpress.com>; Ajay Rupramka <arupramka@usxpress.com>
**Subject:** RE: Dedicated Needs

Good morning guys – please see below - all highlighted accounts are offering a SOB ( we do have the 10K SOB for teams but I did not highlight those accounts) – out of 64 accounts listed below 14 of them are offering a SOB.

| Dedicated Account | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account | Target | Last weeks current | Last weeks active drivers | Current driver count | Active Company Drivers | Lease Drivers | Driver need | |
| Meijers | 140 | 126 | 122 | 124 | 120 | 0 | 20 | |
| Formica Teams | 6 | 4 | 4 | 4 | 4 | 0 | 1 | |
| Formica SOLO | | | | | | | | |
| Kroger Delaware | 90 | 80 | 77 | 80 | 78 | 0 | 12 | |
| Kroger Shelbyville | 65 | 63 | 62 | 64 | 62 | 0 | 1 INT | |
| Kroger Seymour | 20 | 19 | 18 | 18 | 17 | 0 | 1 | 1 routir ro |
| Kroger Blue Ash | 70 | 70 | 65 | 70 | 66 | 0 | 4 | |
| Alder Creek NY | 4 | 4 | 4 | 4 | 4 | 0 | 0 | |
| Marmaxx | 16 | 13 | 13 | 13 | 13 | 0 | 2 INT | Remov |
| Pratt IN | 6 | 5 | 5 | 5 | 5 | 0 | 1 | |
| Tractor Supply Guilderland NY | 17 | 17 | 17 | 17 | 17 | 0 | 0 | |
| Dupree Teams | 12 | 12 | 12 | 12 | 12 | 0 | 0 | |
| Limited Teams | 16 | 16 | 16 | 12 | 12 | 0 | 4 | |
| UPS | 12 | 12 | 12 | 12 | 12 | 0 | 0 | |
| Hobby Lobby Teams | 5 | | | | | | 5 | |
| Gilster Mary Lee | 5 | | | | | | 5 | |
| Quad Graphics | 25 | 15 | 14 | 15 | 14 | 1 | 10 | |
| Total | | | | | | | 62 | |
| Dollar Tree Joliet | 130 | 123 | 78 | | 78 | 39 | 13 | |
| Dollar Tree Berwick | 75 | 73 | 69 | 72 | 68 | 17 | 7 | |
| Dollar Tree Cowpens | 110 | 107 | 68 | 115 | 72 | 43 | 0 | |
| DT Savannah | 125 | 129 | 55 | 128 | 56 | 75 | 0 | |
| DT Warrensburg | 40 | | 3 | | | | 40 | open |
| FD Morehead | 33 | | 2 | | 2 | 0 | 30 | |
| FD Ashley | 55 | 36 | 34 | 36 | 35 | 3 | 20 | |
| FD Marianna | 100 | 86 | 82 | 91 | 87 | 5 | 13 | |

3

CONFIDENTIAL                                                                          USX0191513

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FD Duncan | 100 | 97 | 83 | 105 | 88 | 18 | 12 | |
| FD West Memphis | 38 | 45 | 43 | 41 | 32 | 7 | 0 | |
| FD Matthews | 22 | 17 | 13 | 17 | 13 | 4 | 5 | no more recruiti |
| Dal-Tile | 20 | | | | | | 5 | |
| Yusen | | | | | | | 0.5 | |
| Total | | | | | | | 145.5 | |
| Ceva Teams | 35 | | 28 | 31 | 31 | 0 | 3 | |
| Ceva Solos | 10 | 11 | 11 | | | | 0 | |
| Libby Glass | 5 | | | | | | 0 | |
| Dr Pepper | 41 | 42 | 39 | 40 | 39 | 0 | 3 | |
| P & G Shippensburg | 64 | 68 | 66 | 68 | 65 | 0 | 0 | studen |
| P&G Tunk | 36 | 33 | 30 | 33 | 32 | 0 | 2 | m |
| Target Suffolk | 25 | 25 | 25 | 24 | 24 | 0 | 1 | |
| Target Madison | 27 | 26 | 23 | 27 | 18 | 8 | 0 | |
| Target Newton | 32 | 29 | 27 | 30 | 27 | 3 | 0 | |
| Target Lugoff | 40 | 45 | 33 | 48 | 47 | 14 | 0 | |
| Target Lake City | 40 | 70 | 69 | 74 | 73 | 0 | 3 | |
| Target Denton | 40 | 50 | 50 | 48 | 48 | 0 | 4 | |
| Walmart Tour | 110 | 97 | 97 | 99 | 99 | 0 | 11 | |
| Whirlpool Southeast | 65 | 70 | 55 | 55 | 62 | 0 | 0 | |
| Whirlpool Teams | 6 | 8 | 8 | | | | 2 | One team team mem teams |
| Total | | | | | | | 29 | |
| Dollar General Zanesville | 80 | 74 | 68 | 77 | 71 | 3 | 6 | |
| Dollar General Marion | 70 | 63 | 58 | 68 | 48 | 15 | 7 | |
| DG Bethel | 95 | 91 | 83 | 90 | 85 | 9 | 10 | |
| DG Jonesville | 100 | 105 | 83 | 103 | 84 | 19 | 10 | |
| DG Bessemer | 60 | 63 | 56 | | | | 0 | closing |
| DG Janesville | 45 | 28 | 27 | 32 | 26 | 3 | 19 | |
| Transplace Midwest | 25 | | 16 | | 18 | 0 | 7 INT | |
| Transplace MI | 15 | | 19 | | 9 | 0 | 6 | increas o |
| Transplace Memphis | 20 | | 20 | | 16 | 0 | 4 INT | |
| Transplace TX | 25 | | | | | 0 | 0 | |

4

Case 1:19-cv-00098-TRM-CHS    Document 162-10    Filed 02/03/22    Page 5 of 6 PageID #: 4380

CONFIDENTIAL

USX0191514

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transplace PA | 20 | | 5 | | 5 | 0 | 10 | c |
| Flex Fleet | 45 | 22 | 2 | | 22 | 0 | 23 | |
| Total | | | | | | | 91 | |
| Wal-Mart Auburn | 120 | 77 | 73 | 78 | 73 | 0 | 45 | |
| Wal-Mart Gas City | 80 | 62 | 62 | 63 | 63 | 0 | 17 | |
| Walmart New Caney | 140 | 142 | 137 | 139 | 136 | 0 | 4 | |
| Walmart Henderson | 115 | 98 | 95 | 99 | 96 | 0 | 19 | |
| Walmart Hammond | 150 | 121 | 121 | 120 | 119 | 0 | 30 | |
| Walmart Gordonsville | 175 | 21 | 18 | 18 | 17 | 4 | 153 | |
| Home Depot Baytown TX | 10 | 10 | 10 | 10 | 10 | 0 | 0 | |
| Total | | | | | | | 268 | |
| | | | | | | | **596** | |

**Caroline Williams | U.S. Xpress, Inc.**
Supervisor Dedicated Accounts / Internal Transfers
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423.510.3877| Mobile: 423.402.1563
Fax: 423.485.6856
cgeathers@usxpress.com | dedicatedopportunities@usxpress.com

**From:** Justin Harness
**Sent:** Monday, June 11, 2018 8:14 AM
**To:** Caroline Williams <cgeathers@usxpress.com>
**Cc:** Clayton Kibler <ckibler@usxpress.com>; Ajay Rupramka <arupramka@usxpress.com>
**Subject:** Dedicated Needs

Caroline, can you send me a list of every site and needs by site before lunch today?  Just use last week's reporting please.

Also, detail out any locations with a sign on bonus currently being offered.

**Justin Harness | U.S. Xpress, Inc.**
SVP, Dedicated Operations
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423 510 3279
Cell: 423 618 7432
www.usxpress.com | www.usxjobs.com

**SERVICE THAT MATTERS – DRIVEN BY INNOVATION**

Inbound Logistics G75
Green Supply Chain Partner

5

CONFIDENTIAL

USX0191515