# EXHIBIT 10

| | |
|---|---|
| **From:** | Max Fuller |
| **Sent:** | Friday, March 16, 2018 3:39 AM |
| **To:** | Eric Fuller; Eric Peterson |
| **Subject:** | Driver shortages are part of everything: JB Hunt speaks |

https://www-freightwaves-com.cdn.ampproject.org/c/s/www.freightwaves.com/news/jbhunt-driver-shortage?format=amp

Sent via the Samsung Galaxy Tab S2, an AT&T 4G LTE tablet

1

CONFIDENTIAL     USX0198195