# EXHIBIT 11

| | |
|---|---|
| **From:** | Jason Grear |
| **Sent:** | Saturday, February 10, 2018 11:13 AM |
| **To:** | Lillian Un (US - Assurance) |
| **Subject:** | FW: Relief from Rule 3-09 of Regulation S-X letter |
| **Attachments:** | Relief from Rule 3-09 of Regulation S-X letter.pdf |

**From:** Jason Grear
**Sent:** Saturday, February 10, 2018 11:09 AM
**To:** 'DCAOLetters@sec.gov' <DCAOLetters@sec.gov>
**Cc:** Eric Peterson <epeterson@usxpress.com>; Eric Fuller <efuller@usxpress.com>; 'Drew Wagoner (US - Assurance)' <drew.wagoner@pwc.com>; 'hscherr@scudderlaw.com' <hscherr@scudderlaw.com>; 'wayne.carnall@pwc.com' <wayne.carnall@pwc.com>
**Subject:** Relief from Rule 3-09 of Regulation S-X letter

Attention Christy Adams:

Please see attached our request for relief from Rule 3-09 of Regulation S-X related to our expected confidential S-1 filing in the near future.

Best regards,

**Jason Grear, CPA | U.S. Xpress Enterprises, Inc.**
Chief Accounting Officer
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423 510 5661 | Mobile: 901 412 2259
jgrear@usxpress.com | www.usxpress.com

1

Case 1:19-cv-00098-TRM-CHS    Document 162-12    Filed 02/03/22    Page 2 of 2
PageID #: 4385

CONFIDENTIAL                                                              USX0202771