# EXHIBIT 12

| | |
|---|---|
| **From:** | Steve Phillips |
| **Sent:** | Friday, June 15, 2018 2:30 PM |
| **To:** | Ajay Rupramka; Lee Thigpen; John White |
| **Cc:** | Justin Harness; Shane Weeks; Kyle Schrader |
| **Subject:** | RE: Transition Update |

Unless we get a shot in the arm soon with truck count we will not be able to commit to any additional trucks to serve temp Dedicated. If you want to propose some horse trading that shifts current commitments to where they are more needed, we can take a look at it.

**Steve Phillips | U.S. Xpress, Inc.**
Sr. VP of OTR Operations
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423-510-4844 | Cell: 402-630-6174
slphillips@usxpress.com

## SERVICE THAT MATTERS – DRIVEN BY INNOVATION



**From:** Ajay Rupramka
**Sent:** Friday, June 15, 2018 11:45 AM
**To:** Lee Thigpen <lthigpen@usxpress.com>; Steve Phillips <slphillips@usxpress.com>; John White <jwhite@usxpress.com>
**Cc:** Justin Harness <jcharness@usxpress.com>; Shane Weeks <szweeks@usxpress.com>
**Subject:** RE: Transition Update

Something to consider – since this is a location that we own/manage, setting up a true pop-up may be a little challenging. In taking with Shane, we would recommend that we price @ capitalization + rate of load. Example: $700 + rate of the load.

By doing that, we may even be able to take advantage of the fact that we can run more than 1 load per day. We may be able to get $1100-$1500/day (assuming $700 extra per truck/day) by doing that.

**Ajay Rupramka | U.S. Xpress, Inc.**
4080 Jenkins Road | Chattanooga, TN 37421
Vice President, Dedicated Operations
Office: 423 510 4724 | Mobile: 801 201 5732
arupramka@usxpress.com | www.usxpress.com

**From:** Ajay Rupramka
**Sent:** Friday, June 15, 2018 11:40 AM
**To:** Lee Thigpen <lthigpen@usxpress.com>; Steve Phillips <slphillips@usxpress.com>; John White <jwhite@usxpress.com>
**Cc:** Justin Harness <jcharness@usxpress.com>; Shane Weeks <szweeks@usxpress.com>
**Subject:** FW: Transition Update

Gentlemen,

CONFIDENTIAL

USX0223064

I just got off the phone with Doug and we made it clear that he cannot support with any additional OTR capacity. His response back to us was, "let me know what it will cost us to move additional OTR assets in." Based on his tone and what was mentioned, I suspect he is somewhat desperate and is willing to entertain additional pop-up solutions (cost within reason).

If you suspect freight is going to be relatively light this weekend, we could/should use this as a means to move assets while capitalizing at the same time. Let me know your thoughts on whether you'd like to put more OTR assets in and what it would cost. As info, based on what was communicated to us, it appears our friends across town have committed to 50-75 trucks in Gordonsville. We haven't been able to confirm their rates, but Justin and John may have more info/feedback on that.

Thank you.

**Ajay Rupramka | U.S. Xpress, Inc.**
4080 Jenkins Road | Chattanooga, TN 37421
Vice President, Dedicated Operations
Office: 423 510 4724 | Mobile: 801 201 5732
arupramka@usxpress.com | www.usxpress.com

---

**From:** Doug Estrada
**Sent:** Friday, June 15, 2018 9:57 AM
**To:** Shane Weeks <szweeks@usxpress.com>; Tommy Ferguson <Tommy.Ferguson@walmart.com>; Gary Delperdang <gary.delperdang@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; Bryan Most <Bryan.Most@walmart.com>; Bob Welsh <Robert.Welsh@walmart.com>; Ken Braunbach <Ken.Braunbach@walmart.com>; Geno Bell <geno.Bell@walmart.com>
**Subject:** RE: Transition Update

Shane and Justin,
Is there a time we can have a phone call to discuss what USX is doing differently to bring in more capacity to Gordonsville?

Currently USX is roughly 70 drivers short of being able to cover its workload in Gordonsville and the local leadership says that USX is not going to send in any additional support to help this location.
The customer is suffering with the capacity failures on service.
We also need to re-look at the training of the drivers that are now in Gordonsville... the number of daily driver errors and mistakes causing missed LOS on the workload that USX is covering again is impacting the customer negatively as well.

Please let me know when we can discuss.
Thank you

**Doug Estrada**
**Senior Director - Regional Transportation - Logistics**
**Wal-Mart Private Fleet**
**Walmart Stores, Inc.**
**Bentonville, AR 72712**
**Ofc- 479-277-9133**
**Cell- 479- 899-4700**

2

CONFIDENTIAL

USX0223065

**From:** Shane Weeks <szweeks@usxpress.com>
**Sent:** Thursday, June 14, 2018 4:26 PM
**To:** Tommy Ferguson <Tommy.Ferguson@walmart.com>; Kelly Kruse <Kelly.Kruse@walmart.com>; Joe Cordasco Jr <joe.cordasco.jr@walmart.com>; Doug Estrada <Doug.Estrada@walmart.com>; Gary Delperdang <Gary.Delperdang@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; Jeff Hammonds <Jeff.Hammonds@walmart.com>; Tracy Rosser <Tracy.Rosser@walmart.com>; Tim Johnson <Tim.Johnson1@walmart.com>; Vince Biondo <Vince.Biondo@walmart.com>; Bob Welsh <Robert.Welsh@walmart.com>; Ken Braunbach <Ken.Braunbach@walmart.com>; Geno Bell <Geno.Bell@walmart.com>
**Subject:** EXT: RE: Transition Update

Good Afternoon,

While not at full volume in Gordonsville, and working to continue increasing our driver count, we did run 100% on time controllable for the loads we serviced yesterday. Since we are ramping up at a slower pace, our expectation is that we should see faster improvement in service. We will continue to push this goal as we do have more time to work with each driver and staff member right now.

Hammond is continuing to increase freight volume, and today is over 50% of the dry on a total of 144 loads carried by USX. We will have a plan to reach 73% complete tomorrow and Stephenie will be submitting it to Kelly and Joe.

**Gordonsville Update:**
        Current Week Driver Requirement – 141
        Dedicated Drivers – 39
        OTR Drivers – 44
        Hired Pending On-Site Orientation – 4
        Schedule for Corporate Orientation – 3 hired, 1 pending, 15 scheduled next week

        Fleet has covered – 101 Dry, 4 FDD
        Schneider has covered – 14 Dry, 28 FDD
        USX has covered –  0 Dry, 16 FDD
        MP Projection – 47 MP
        Capacity – 47 MP
Forecast based on USX Percentage this week:
        Friday –  Projection 135 Capacity 70
        Saturday – Projection 146 Capacity 70
        Sunday --  Projection 156 Capacity 70

Next Week Driver Requirement – 160
        Next Week Anticipated Driver Count – 56 + 45 OTR for 101 total

**Hammond Update:**
        Current Week Driver Requirement – 150
        Dedicated Drivers – 127
        OTR Drivers – 18
        Hired Pending On-Site Orientation – 8
        Schedule for Corporate Orientation – 6 remain on the scheduled for this week, 18 on the schedule next week

        Fleet has covered – 47 Dry
        USX has covered –  86 (31 Dry, 55 FDD)

3

CONFIDENTIAL

USX0223066

MP Projection – 58
Capacity – 58
Forecast based on USX Percentage this week:
Friday – Projection 144 capacity 142
Saturday – projection 140 capacity 143
Sunday – projection 141 capacity 138

Next Week Driver Requirement – 150
Next Week Anticipated Driver Count – 140 + 15 OTR = 155


**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Wednesday, June 13, 2018 11:25 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang <gary.delperdang@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; 'Jeff Hammonds' <Jeff.Hammonds@walmart.com>; 'Tracy Rosser' <Tracy.Rosser@walmart.com>; 'Tim Johnson-Transportation' <Tim.Johnson1@walmart.com>; 'Vince Biondo' <Vince.Biondo@walmart.com>; 'Bob Welsh' <Robert.Welsh@walmart.com>; 'Ken.Braunbach@walmart.com' <Ken.Braunbach@walmart.com>; Geno Bell <geno.Bell@walmart.com>
**Subject:** RE: Transition Update

Good Morning,

We have hired 3 for Gordonsville this week, 2 O/O trucks and 1 company driver. We do have one 3PL running and working to increase this count. We have cycled a number of Dedi Fleet drivers in and out and continue to work to increase this count.

Hammond service from last night is being reviewed and will be a continuing focus going forward. Recruiting is at a good pace, now we just have to build the fleet that can handle the work.

**Gordonsville Update:**
Current Week Driver Requirement – 141
Dedicated Drivers – 37
OTR Drivers – 44
Hired Pending On-Site Orientation – 4
Schedule for Corporate Orientation – 3 hired, 1 pending, 11 scheduled next week

4

CONFIDENTIAL                                                                    USX0223067

Fleet has covered – 111 Dry, 3 FDD
Schneider has covered – 16 Dry, 35 FDD
USX has covered – 7 Dry, 16 FDD
MP Projection – 45 MP
Capacity – 45 MP
Forecast based on USX Percentage this week:
Thursday – Projection 135 Capacity 70
Friday – Projection 135 Capacity 70
Saturday – Projection 146 Capacity 70
Sunday -- Projection 156 Capacity 70

Next Week Driver Requirement – 160
Next Week Anticipated Driver Count – 56 + 45 OTR for 101 total

**Hammond Update:**
Current Week Driver Requirement – 150
Dedicated Drivers – 124
OTR Drivers – 19
Hired Pending On-Site Orientation – 8
Schedule for Corporate Orientation – 7 remain on the scheduled for this week, 13 on the schedule next week

Fleet has covered – 55 Dry
USX has covered – 79 (29 Dry, 50 FDD)
MP Projection – 54
Capacity – 54
Forecast based on USX Percentage this week:
Thursday – Projection 146 Capacity 138
Friday – Projection 144 capacity 142
Saturday – projection 140 capacity 143
Sunday – projection 141 capacity 138

Next Week Driver Requirement – 150
Next Week Anticipated Driver Count – 140 + 15 OTR = 155

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Tuesday, June 12, 2018 3:48 PM

5

CONFIDENTIAL                                                                    USX0223068

**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang <gary.delperdang@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; 'Jeff Hammonds' <Jeff.Hammonds@walmart.com>; 'Tracy Rosser' <Tracy.Rosser@walmart.com>; 'Tim Johnson-Transportation' <Tim.Johnson1@walmart.com>; 'Vince Biondo' <Vince.Biondo@walmart.com>; 'Bob Welsh' <Robert.Welsh@walmart.com>; 'Ken.Braunbach@walmart.com' <Ken.Braunbach@walmart.com>; Geno Bell <geno.Bell@walmart.com>
**Subject:** RE: Transition Update

Good Afternoon,

Does anyone have an objection to dropping Hammond from these daily updates after Friday?

Hammond is very close to where we need to be, and the chase now is to get the Gordonsville driver count up.

As we increase capacity at Gordonsville, our immediate goal is to pull 100% of the perishable freight. We have 9 still on board for this week and 9 scheduled for next week. We may want to consider pulling more off of the Dedi fleet for a short time to boost our count as recruiting catches up.

**Gordonsville Update:**
Current Week Driver Requirement – 141
Dedicated Drivers – 36
OTR Drivers – 45
Hired Pending On-Site Orientation – 1
Schedule for Corporate Orientation – 9 scheduled this week, one failed out

Fleet has covered – 112 Dry
Schneider has covered – 19 Dry, 36 FDD
USX has covered – 10 Dry, 16 FDD
MP Projection – 45 MP
Capacity – 45 MP
Forecast based on USX Percentage this week:
Thursday – Projection 135 Capacity 70
Friday – Projection 135 Capacity 70
Saturday – Projection 146 Capacity 57
Sunday -- Projection 156 Capacity 57

Next Week Driver Requirement – 160
Next Week Anticipated Driver Count – 56 + 45 OTR for 101 total

**Hammond Update:**
Current Week Driver Requirement – 150
Dedicated Drivers – 124
OTR Drivers – 15
Hired Pending On-Site Orientation – 8
Schedule for Corporate Orientation – 9 remain on the scheduled for this week

Fleet has covered – 57 Dry
USX has covered – 73 (30 Dry, 43 FDD)
MP Projection – 58
Capacity – 60

6

CONFIDENTIAL                                                    USX0223069

Forecast based on USX Percentage this week:

> Thursday – Projection 146 Capacity 138
> Friday – Projection 144 capacity 142
> Saturday – projection 140 capacity 143
> Sunday – projection 141 capacity 138

> Next Week Driver Requirement – 150
> Next Week Anticipated Driver Count – 140 + 15 OTR = 155

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Monday, June 11, 2018 11:35 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang <gary.delperdang@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; 'Jeff Hammonds' <Jeff.Hammonds@walmart.com>; 'Tracy Rosser' <Tracy.Rosser@walmart.com>; 'Tim Johnson-Transportation' <Tim.Johnson1@walmart.com>; 'Vince Biondo' <Vince.Biondo@walmart.com>; 'Bob Welsh' <Robert.Welsh@walmart.com>; 'Ken.Braunbach@walmart.com' <Ken.Braunbach@walmart.com>; Geno Bell <geno.Bell@walmart.com>
**Subject:** RE: Transition Update

Good Morning,

Our primary recruiting focus continues to be Gordonsville. In addition to the OTR and Dedi fleet trucks we have added, we have begun securing additional 3rd party sources to assist as well. All combined, we are looking to break 100 drivers next week.

Hammond is getting very close to our target driver counts. This team is working hard to correct the service issues as fast as possible. We did receive pushback regarding late warehouse issues over the weekend. This will be reviewed with the local transportation and warehouse teams today.

**Gordonsville Update:**

> Current Week Driver Requirement – 141
> Dedicated Drivers – 32 (6 More Enroute)
> OTR Drivers – 45

7

CONFIDENTIAL                                                                          USX0223070

Hired Pending On-Site Orientation – 1
Schedule for Corporate Orientation – 10 scheduled this week

Fleet has covered – 129 Dry
Schneider has covered – 12 Dry, 27 FDD
USX has covered – 8 Dry, 8 FDD
MP Projection – 41 MP
Capacity – 41 MP
Forecast based on USX Percentage this week:
Thursday – Projection 135 Capacity 70
Friday – Projection 135 Capacity 70
Saturday – Projection 146 Capacity 57
Sunday -- Projection 156 Capacity 57

Next Week Driver Requirement – 160
Next Week Anticipated Driver Count – 56 + 45 OTR for 101 total

**Hammond Update:**
Current Week Driver Requirement – 150
Dedicated Drivers – 123
OTR Drivers – 17
Hired Pending On-Site Orientation – 8
Schedule for Corporate Orientation – 17 scheduled for this week

Fleet has covered – 51 Dry
USX has covered – 76 (30 Dry, 46 FDD)
MP Projection – 49
Capacity – 58
Forecast based on USX Percentage this week:
Thursday – Projection 146 Capacity 138
Friday – Projection 144 capacity 142
Saturday – projection 140 capacity 143
Sunday – projection 141 capacity 138

Next Week Driver Requirement – 150
Next Week Anticipated Driver Count – 140 + 15 OTR = 155

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



8

CONFIDENTIAL                                                                USX0223071

**From:** Shane Weeks
**Sent:** Friday, June 08, 2018 11:08 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang <gary.delperdang@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; 'Jeff Hammonds' <Jeff.Hammonds@walmart.com>; 'Tracy Rosser' <Tracy.Rosser@walmart.com>; 'Tim Johnson-Transportation' <Tim.Johnson1@walmart.com>; 'Vince Biondo' <Vince.Biondo@walmart.com>; 'Bob Welsh' <Robert.Welsh@walmart.com>; 'Ken.Braunbach@walmart.com' <Ken.Braunbach@walmart.com>; Geno Bell <geno.Bell@walmart.com>
**Subject:** RE: Transition Update

Good Morning,

To start out this days update, a positive sign: We have 18 drivers scheduled for orientation next week and slated for Gordonsville. Eighteen is not a typo. Our advertising costs for Gordonsville right now exceeds our total advertising costs for all of OTR. At the moment, this is providing results. A Covenant rep did arrive in Gordonsville this morning and informed us that they have a 2-year contract, expected to hire 75 drivers, and would be working out of Gordonsville and other areas. I spoke with Tommy on this and he is expecting 50 drivers with Covenant only having to hire a small piece of the 50. We will see what pay package and advertising Covenant produces as this will diminish our hiring rate and retention rate.

A second note of excitement: We have 21 on the schedule under Hammond for corporate orientation next week. It will take 2 weeks to get them trained and running, but we are getting very close to the 150 goal. We will be keeping track of opportunities and challenges that arise each day with Hammond. Collectively, this DC is struggling with service between both the controllable and non-controllable errors. We have an incredible sense of partnership and teamwork at this location. It is difficult to convey in email the sense of urgency and conviction to perfection being demonstrated by our team at Hammond. I believe if we received feedback from Mark relating to our team members training this team, he would confirm that Jessica and Jamie are relentless.

**Gordonsville Update:**
>   Current Week Driver Requirement – 125
>   Dedicated Drivers – 25 (5 Dedi drivers have arrived so far)
>   OTR Drivers – 45
>   Hired Pending On-Site Orientation – 1
>   Schedule for Corporate Orientation – 4 at orientation, 18 scheduled next week

>   Fleet has covered – 86 Dry, 7 FDD
>   Schneider has covered – 4 Dry, 32 FDD
>   USX has covered –  3 Dry, 12 FDD
>   MP Projection – 42 MP
>   Capacity – 40 MP

Forecast based on USX Percentage this week:
>   Friday –  Projection 96 Capacity 57
>   Saturday – Projection 132 Capacity 57
>   Sunday --  Projection 139 Capacity 57

Next Week Driver Requirement – 141
>   Next Week Anticipated Driver Count – 31 + 45 OTR for 77 total

**Hammond Update:**

9

CONFIDENTIAL                                                                                              USX0223072

Current Week Driver Requirement – 150
Dedicated Drivers – 122
OTR Drivers – 16
Hired Pending On-Site Orientation – 4
Schedule for Corporate Orientation – 8 in orientation, 21 scheduled for next week

Fleet has covered – 46 Dry
USX has covered – 83 (35 Dry, 48 FDD)
MP Projection – 58
Capacity – 51
Forecast based on USX Percentage this week:
Friday – Projection 141 capacity 134
Saturday – projection 139 capacity 142
Sunday – projection 137 capacity 137

Next Week Driver Requirement – 150
Next Week Anticipated Driver Count – 134 + 20 OTR

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



---

**From:** Shane Weeks
**Sent:** Tuesday, June 05, 2018 3:36 PM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'David Simmons GTM 6872'
<David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr'
<joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang
<gary.delperdang@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; 'Jeff Hammonds'
<Jeff.Hammonds@walmart.com>; 'Tracy Rosser' <Tracy.Rosser@walmart.com>; 'Tim Johnson-Transportation'
<Tim.Johnson1@walmart.com>; 'Vince Biondo' <Vince.Biondo@walmart.com>; 'Bob Welsh'
<Robert.Welsh@walmart.com>; 'Ken.Braunbach@walmart.com' <Ken.Braunbach@walmart.com>; Geno Bell
<geno.Bell@walmart.com>
**Subject:** RE: Transition Update

Good Afternoon,

We have many calls, meetings, and moving parts going on today. Our Terrell support will get straightened out and
stabilized. We have a call in an hour where we will review and get our teams back in sync.

Case 1:19-cv-00098-TRM-CHS    Document 162-13    Filed 02/03/22    Page 11 of 90
PageID #: 4396

CONFIDENTIAL    USX0223073

The process has begun to shift at least 25 trucks from our Tour (Dedi) fleet over to Gordonsville. The goal is to start pulling 100% of the perishable, depending on actual volume, by next Tuesday. I did review the plan again with our local manager, Brandlyn, and we may not be able to take on the dry at the same time next week due to the length of haul. Brandlyn and Larry will work on this as we can haul if the loads allow us to double up off MP or into FDD.

Office support arrived in Hammond today and we anticipate seeing an improvements occur quickly. At one time, this region was ramping up Hammond, support Terrell for extended periods, and rapidly increasing freight at New Caney. Our team has demonstrated our commitment to Walmart from this region and all others, and will continue to turn our front-loaded efforts into refinement for results.

**Gordonsville Update:**
Current Week Driver Requirement – 125
Dedicated Drivers – 22
OTR Drivers – 47
Hired Pending On-Site Orientation – 1
Schedule for Corporate Orientation – 8 scheduled this week (1 show yesterday with 6 scheduled tomorrow), 11 scheduled next week

Fleet has covered – 77 Dry, 9 FDD
Schneider has covered – 35 Dry, 11 FDD
USX has covered – 7 Dry, 26 FDD
MP Projection – 22 MP
Capacity – 25 MP
Forecast based on USX Percentage this week:
Thursday – Projection 97 Capacity 57
Friday – Projection 96 Capacity 57
Saturday – Projection 132 Capacity 57
Sunday -- Projection 139 Capacity 57

Next Week Driver Requirement – 141
Next Week Anticipated Driver Count – 30 + 47 OTR for 77 total

**Hammond Update:**
Current Week Driver Requirement – 150
Dedicated Drivers – 120
OTR Drivers – 22
Hired Pending On-Site Orientation – 4
Schedule for Corporate Orientation – 9 scheduled this week (5 showed yesterday), 11 scheduled for next week

Fleet has covered – 48 Dry
USX has covered – 71 (31 Dry, 40 FDD)
MP Projection – 43
Capacity – 64
Forecast based on USX Percentage this week:
Thursday – Projection 152 Capacity 138
Friday – Projection 146 capacity 143
Saturday – projection 139 capacity 142
Sunday – projection 137 capacity 137

Next Week Driver Requirement – 150
Next Week Anticipated Driver Count – 129 + 20 OTR

CONFIDENTIAL USX0223074

Regards,

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Monday, June 04, 2018 11:56 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'David Simmons GTM 6872'
<David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr'
<joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang
<gary.delperdang@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; 'Jeff Hammonds'
<Jeff.Hammonds@walmart.com>; 'Tracy Rosser' <Tracy.Rosser@walmart.com>; 'Tim Johnson-Transportation'
<Tim.Johnson1@walmart.com>; 'Vince Biondo' <Vince.Biondo@walmart.com>; 'Bob Welsh'
<Robert.Welsh@walmart.com>; 'Ken.Braunbach@walmart.com' <Ken.Braunbach@walmart.com>; Geno Bell
<geno.Bell@walmart.com>
**Subject:** RE: Transition Update

Team,

We saw a large increase to recruiting activity last week, and this week we should begin to see the new hire rate increase.
Seventeen scheduled between both sites for this week, and 20 scheduled thus far for next week.

We have two strong operators inbound to Hammond right now and one of our Regional Managers will be in
Gordonsville later today. Service and staffing are receiving an extreme amount of effort and attention at both sites.

**Gordonsville Update:**
       Current Week Driver Requirement – 125
       Dedicated Drivers – 22
       OTR Drivers – 47
       Hired Pending On-Site Orientation – 1
       Schedule for Corporate Orientation – 8 scheduled this week

       Fleet has covered – 40 Dry, 7 FDD
       Schneider has covered – 42 Dry, 16 FDD
       USX has covered – 7 Dry, 26 FDD
       MP Projection – 22 MP
       Capacity – 25 MP
Forecast based on USX Percentage this week:
       Thursday – Projection 97 Capacity 57
       Friday – Projection 96 Capacity 57

12

CONFIDENTIAL                                           USX0223075

Saturday – Projection 132 Capacity 57
Sunday -- Projection 139 Capacity 57

Next Week Driver Requirement – 141
Next Week Anticipated Driver Count – 30 + 47 OTR for 77 total

**Hammond Update:**
Current Week Driver Requirement – 150
Dedicated Drivers – 120
OTR Drivers – 19
Hired Pending On-Site Orientation – 4
Schedule for Corporate Orientation – 9 scheduled this week

Fleet has covered – 53 Dry
USX has covered – 74 (30 Dry, 44 FDD)
MP Projection – 46
Capacity – 61
Forecast based on USX Percentage this week:
Thursday – Projection 152 Capacity 138
Friday – Projection 146 capacity 143
Saturday – projection 139 capacity 142
Sunday – projection 137 capacity 137

Next Week Driver Requirement – 150
Next Week Anticipated Driver Count – 129 + 20 OTR

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



---

**From:** Shane Weeks
**Sent:** Thursday, May 31, 2018 2:13 PM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'David Simmons GTM 6872'
<David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr'
<joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang
<gary.delperdang@walmart.com>; ''Kevin.Dyer@walmart.com' (Kevin.Dyer@walmart.com)'
<Kevin.Dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>;
'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; 'Jeff Hammonds'
<Jeff.Hammonds@walmart.com>; 'Tracy Rosser' <Tracy.Rosser@walmart.com>; 'Tim Johnson-Transportation'
<Tim.Johnson1@walmart.com>; 'Vince Biondo' <Vince.Biondo@walmart.com>; 'Bob Welsh'

13

CONFIDENTIAL     USX0223076

**Subject:** RE: Transition Update

Good Afternoon,

I'll will be following up today regarding plans for Gordonsville with Gary. We are going to take a look at shifting more of the MP to USX.

We have the projections for Hammond going into the next three weeks. We will have a specific plan by COB relative to increasing the dry freight. I do believe we will be able to haul 70% of the dry beginning next week, based on the current projections, and certainly by week 20.

**Gordonsville Update:**
- Current Week Driver Requirement – 81
- Dedicated Drivers – 20
- OTR Drivers – 47
- Hired Pending On-Site Orientation – 0
- Schedule for Corporate Orientation – 2 in orientation, 12 scheduled for next week

- Fleet has covered – 34 Dry, 8 FDD
- Schneider has covered – 60 Dry, 14 FDD
- USX has covered – 7 Dry, 24 FDD
- MP Projection – 17 MP
- Capacity – 25 MP

Forecast based on USX Percentage this week:
- Friday – Projection 74 Capacity 57
- Saturday – Projection 76 Capacity 57
- Sunday -- Projection 80 Capacity 57

Next Week Driver Requirement – 95
- Next Week Anticipated Driver Count – 23 + 48 OTR for 71 total

**Hammond Update:**
- Current Week Driver Requirement – 150
- Dedicated Drivers – 121
- OTR Drivers – 23
- Hired Pending On-Site Orientation – 3
- Schedule for Corporate Orientation – 5 in orientation, 8 scheduled for next week

- Fleet has covered – 50 Dry
- USX has covered – 70 (22 Dry, 48 FDD)
- MP Projection – 58
- Capacity – 65

Forecast based on USX Percentage this week:
- Friday – Projection 144 capacity 149
- Saturday – projection 141 capacity 148
- Sunday – projection 127 capacity 145

- Next Week Driver Requirement – 150
- Next Week Anticipated Driver Count – 129 + 20 OTR

14

CONFIDENTIAL                                                                          USX0223077

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Wednesday, May 30, 2018 11:16 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'David Simmons GTM 6872'
<David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr'
<joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang
<gary.delperdang@walmart.com>; "Kevin.Dyer@walmart.com' (Kevin.Dyer@walmart.com)'
<Kevin.Dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>;
'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; 'Jeff Hammonds'
<Jeff.Hammonds@walmart.com>; 'Tracy Rosser' <Tracy.Rosser@walmart.com>; 'Tim Johnson-Transportation'
<Tim.Johnson1@walmart.com>; 'Vince Biondo' <Vince.Biondo@walmart.com>; 'Bob Welsh'
<Robert.Welsh@walmart.com>; 'Ken.Braunbach@walmart.com' <Ken.Braunbach@walmart.com>; Geno Bell
<geno.Bell@walmart.com>
**Subject:** RE: Transition Update

Team,

We have seen an increase to Gordonsville call volume and number of applications this last two weeks. Our recruiting team has Gordonsville as the number 1 priority in the company and will be aggressively working all applications.

Capacity is solid in Hammond and we will continue to recruit. As our numbers increase, we will intensify training and accountability so service lines up with expectation.

**Gordonsville Update:**
  Current Week Driver Requirement – 81
  Dedicated Drivers – 20
  OTR Drivers – 47
  Hired Pending On-Site Orientation – 0
  Schedule for Corporate Orientation – 3 in orientation, 11 scheduled for next week

   Fleet has covered – 38 Dry, 8 FDD
  Schneider has covered – 55 Dry, 20 FDD
  USX has covered –  7 Dry, 24 FDD
  MP Projection – 17 MP
  Capacity – 25 MP
Forecast based on USX Percentage this week:
  Thursday – Projection  74  Capacity 57

15

CONFIDENTIAL

USX0223078

Friday – Projection 74 Capacity 57
Saturday – Projection 76 Capacity 57
Sunday -- Projection 80 Capacity 57

Next Week Driver Requirement – 95
Next Week Anticipated Driver Count – 23 + 48 OTR for 71 total

**Hammond Update:**
Current Week Driver Requirement – 150
Dedicated Drivers – 121
OTR Drivers – 24
Hired Pending On-Site Orientation – 5
Schedule for Corporate Orientation – 6 in orientation, 6 scheduled for next week

Fleet has covered – 46 Dry
USX has covered – 74 (24 Dry, 50 FDD)
MP Projection – 48
Capacity – 62
Forecast based on USX Percentage this week:
Thursday – Projection 155 Capacity 145
Friday – Projection 144 capacity 149
Saturday – projection 141 capacity 148
Sunday – projection 127 capacity 145

Next Week Driver Requirement – 150
Next Week Anticipated Driver Count – 131 + 20 OTR

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



................................................................................................................

**From:** Shane Weeks
**Sent:** Tuesday, May 29, 2018 11:29 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'David Simmons GTM 6872'
<David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr'
<joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang
<gary.delperdang@walmart.com>; ''Kevin.Dyer@walmart.com' (Kevin.Dyer@walmart.com)'
<Kevin.Dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>;
'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; 'Jeff Hammonds'
<Jeff.Hammonds@walmart.com>; 'Tracy Rosser' <Tracy.Rosser@walmart.com>; 'Tim Johnson-Transportation'

16

CONFIDENTIAL                                                                                 USX0223079

<Tim.Johnson1@walmart.com>; 'Vince Biondo' <Vince.Biondo@walmart.com>; 'Bob Welsh' <Robert.Welsh@walmart.com>; 'Ken.Braunbach@walmart.com' <Ken.Braunbach@walmart.com>; Geno Bell <geno.Bell@walmart.com>
**Subject:** RE: Transition Update

Good Morning,

We will begin moving the remaining Dedicated tractors off the yard at Terrell and Pageland this week. Beginning the 1st of June, only OTR trucks will remain. We do have a few with dead batteries, and will be asking the local shop to assist with a jump start to get them moving.

Gordonsville and Hammond both finished the holiday weekend, 5/24 through 5/28, below 99% controllable on-time. Gordonsville had one big hit with 5 on 5/25, and Hammond is struggling with FDD lates (66% of lates occurred on FDD). The focus on service and developing our team will persist. We are staying on top of our performance and investing in our teams to help them generate the proper results.

Hammond is starting off behind today after the wrong load information was sent to the DC. This may not be a perfectly accurate description of the situation, but the local teams are working through the mix-up.


**Gordonsville Update:**
    Current Week Driver Requirement – 81
    Dedicated Drivers – 19
    OTR Drivers – 48
    Hired Pending On-Site Orientation – 0
    Schedule for Corporate Orientation – 4 schedule for this week

    Fleet has covered – 41 Dry, 6 FDD
    Schneider has covered – 48 Dry, 11 FDD
    USX has covered – 7 Dry, 25 FDD
    MP Projection – 38 MP
    Capacity – 25 MP
Forecast based on USX Percentage this week:
    Thursday – Projection 74 Capacity 57
    Friday – Projection 74 Capacity 57
    Saturday – Projection 76 Capacity 57
    Sunday -- Projection 80 Capacity 57

Next Week Driver Requirement – 95
    Next Week Anticipated Driver Count – 23 + 48 OTR for 71 total

**Hammond Update:**
    Current Week Driver Requirement – 150
    Dedicated Drivers – 124
    OTR Drivers – 19
    Hired Pending On-Site Orientation – 13
    Schedule for Corporate Orientation – 3 in orientation, 3 scheduled for next week

    Fleet has covered – 46 Dry
    USX has covered – 62 (31 Dry, 31 FDD)
    MP Projection – 49
    Capacity – 63

17

Case 1:19-cv-00098-TRM-CHS   Document 162-13   Filed 02/03/22   Page 18 of 90 PageID #: 4403

CONFIDENTIAL                                USX0223080

Forecast based on USX Percentage this week:

      Thursday – Projection 155 Capacity 145

      Friday – Projection 144 capacity 149

      Saturday – projection 141 capacity 148

      Sunday – projection 127 capacity 145

      Next Week Driver Requirement – 150

      Next Week Anticipated Driver Count – 137 + 20 OTR

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Friday, May 25, 2018 10:42 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang <gary.delperdang@walmart.com>; "Kevin.Dyer@walmart.com' (Kevin.Dyer@walmart.com)' <Kevin.Dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; 'Jeff Hammonds' <Jeff.Hammonds@walmart.com>; 'Tracy Rosser' <Tracy.Rosser@walmart.com>; 'Tim Johnson-Transportation' <Tim.Johnson1@walmart.com>; 'Vince Biondo' <Vince.Biondo@walmart.com>; 'Bob Welsh' <Robert.Welsh@walmart.com>; 'Ken.Braunbach@walmart.com' <Ken.Braunbach@walmart.com>; Geno Bell <geno.Bell@walmart.com>
**Subject:** RE: Transition Update

Good Morning,

Processes for both Terrell and Pageland are running much better this week and much improved from where we started the month. We have one more week with the Dedicated trucks running and will pull them at the end of the month. We will use those drivers to shuttle trucks off of the yard.

Today, we will be giving attention to both Gordonsville and Hammond with a focus on decisiveness. Lates occurred last night that we could have prevented by being ahead of situations and redirecting our plan.

**Gordonsville Update:**

      Current Week Driver Requirement – 54

      Dedicated Drivers – 22

      OTR Drivers – 33 with 14 assigned

18

CONFIDENTIAL                        USX0223081

Hired Pending On-Site Orientation – 4
Schedule for Corporate Orientation – 5 schedule for next week

Fleet has covered – 47 Dry, 6 FDD
Schneider has covered – 44 Dry, 22 FDD
USX has covered – 7 Dry, 18 FDD
MP Projection – 43 MP
Capacity – 25 MP
Forecast based on USX Percentage this week:
Thursday – Projection 57 Capacity 44
Friday – Projection 57 Capacity 35
Saturday – Projection 57 Capacity 35
Sunday -- Projection 57 Capacity 35

Next Week Driver Requirement – 74
Next Week Anticipated Driver Count – 27 + 43 OTR for 70 total

**Hammond Update:**
Current Week Driver Requirement – 150
Dedicated Drivers – 117
OTR Drivers – 20
Hired Pending On-Site Orientation – 7
Schedule for Corporate Orientation – 6 in orientation, 5 scheduled for next week

Fleet has covered – 50 Dry
USX has covered – 76 (30 Dry, 46 FDD)
MP Projection – 64
Capacity – 62
Forecast based on USX Percentage this week:
Thursday – Projection 141 Capacity 146
Friday – Projection 149 capacity 138
Saturday – projection 134 capacity 140
Sunday – projection 136 capacity 137

Next Week Driver Requirement – 150
Next Week Anticipated Driver Count – 130 + 20 OTR

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



19

CONFIDENTIAL

USX0223082

**From:** Shane Weeks
**Sent:** Thursday, May 24, 2018 12:33 PM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang <gary.delperdang@walmart.com>; 'Kevin.Dyer@walmart.com' (Kevin.Dyer@walmart.com) <Kevin.Dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; 'Jeff Hammonds' <Jeff.Hammonds@walmart.com>; 'Tracy Rosser' <Tracy.Rosser@walmart.com>; 'Tim Johnson-Transportation' <Tim.Johnson1@walmart.com>; 'Vince Biondo' <Vince.Biondo@walmart.com>; 'Bob Welsh' <Robert.Welsh@walmart.com>; 'Ken.Braunbach@walmart.com' <Ken.Braunbach@walmart.com>; Geno Bell <geno.Bell@walmart.com>
**Subject:** RE: Transition Update

Good Afternoon,

Many of the drivers intended for Gordonsville have started to arrive. We have a single objective for this team: hire drivers. All focus and efforts continue to revolve around this goal.

We will be placing two operators, Jessica Cory and Jamie Warden, in Hammond for two straight weeks. Jessica will be coming down from the Garrett DC. Stephenie Jackson, our TM for Gas City, will be handling both Indiana locations.

I will keep Kevin, Sam, Ann, and Ryan on these updates until the end of the month when our Dedicated trucks reposition out of Terrell and Pageland.

**Gordonsville Update:**
    Current Week Driver Requirement – 54
    Dedicated Drivers – 20
    OTR Drivers – 36 with 7 assigned
    Hired Pending On-Site Orientation – 3
    Schedule for Corporate Orientation – 5 schedule for next week

    Fleet has covered – 68 Dry, 9 FDD
    Schneider has covered – 51 Dry, 28 FDD
    USX has covered – 7 Dry, 14 FDD
    MP Projection – 43 MP
    Capacity – 23 MP
Forecast based on USX Percentage this week:
    Thursday – Projection  57  Capacity 44
    Friday –  Projection 57 Capacity 35
    Saturday – Projection 57 Capacity 35
    Sunday --  Projection 57 Capacity 35

Next Week Driver Requirement – 74
    Next Week Anticipated Driver Count – 27 + 43 OTR for 70 total

**Hammond Update:**
    Current Week Driver Requirement – 150
    Dedicated Drivers – 117
    OTR Drivers – 22
    Hired Pending On-Site Orientation – 8

20

CONFIDENTIAL    USX0223083

Schedule for Corporate Orientation – 6 in orientation, 4 scheduled for next week

Fleet has covered – 59 Dry
USX has covered –  86 (33 Dry, 53 FDD)
MP Projection – 57
Capacity – 60

Forecast based on USX Percentage this week:
Thursday – Projection 141 Capacity 146
Friday – Projection 149 capacity 142
Saturday – projection 134 capacity 140
Sunday – projection 136 capacity 137

Next Week Driver Requirement – 150
Next Week Anticipated Driver Count – 130 + 20 OTR

Regards,

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Wednesday, May 23, 2018 11:53 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'David Simmons GTM 6872'
<David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr'
<joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang
<gary.delperdang@walmart.com>; 'Kevin.Dyer@walmart.com' (Kevin.Dyer@walmart.com)
<Kevin.Dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>;
'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; 'Jeff Hammonds'
<Jeff.Hammonds@walmart.com>; 'Tracy Rosser' <Tracy.Rosser@walmart.com>; 'Tim Johnson-Transportation'
<Tim.Johnson1@walmart.com>; 'Vince Biondo' <Vince.Biondo@walmart.com>; 'Bob Welsh'
<Robert.Welsh@walmart.com>; 'Ken.Braunbach@walmart.com' <Ken.Braunbach@walmart.com>; Geno Bell
<geno.Bell@walmart.com>
**Subject:** RE: Transition Update

Team,

Gearing up for a big weekend, we are pushing all of our available capacity to each of our locations.

We did add the pay increase for Gordonsville and began communicating this to the local drivers last night.

21

CONFIDENTIAL                                                    USX0223084

**Gordonsville Update:**

    Current Week Driver Requirement – 54

    Dedicated Drivers – 22

    OTR Drivers – 29 with 13 assigned

    Hired Pending On-Site Orientation – 2

    Schedule for Corporate Orientation – 3 in orientation, 5 schedule for next week

    Fleet has covered – 72 Dry, 8 FDD

    Schneider has covered – 37 Dry, 33 FDD

    USX has covered –  5 Dry, 14 FDD

    MP Projection – 60 MP

    Capacity – 25 MP

Forecast based on USX Percentage this week:

    Thursday – Projection  57  Capacity 35

    Friday –  Projection 57 Capacity 35

    Saturday – Projection 57 Capacity 35

    Sunday --  Projection 57 Capacity 35

Next Week Driver Requirement – 74

    Next Week Anticipated Driver Count – 28 + 43 OTR for 71 total

**Hammond Update:**

    Current Week Driver Requirement – 150

    Dedicated Drivers – 116

    OTR Drivers – 23

    Hired Pending On-Site Orientation – 9

    Schedule for Corporate Orientation – 8 in orientation, 3 scheduled for next week

    Fleet has covered – 51 Dry

    USX has covered –  85 (23 Dry, 39 FDD)

    MP Projection – 60 (today bumped to an expectation of 660

    Capacity – 65

Forecast based on USX Percentage this week:

    Thursday – Projection 141 Capacity 139

    Friday – Projection 149 capacity 142

    Saturday – projection 134 capacity 140

    Sunday – projection 136 capacity 137

    Next Week Driver Requirement – 138

    Next Week Anticipated Driver Count – 130 + 20 OTR

**Shane Weeks | U.S. Xpress, Inc.**

Director, Dedicated Operations

4080 Jenkins Rd | Chattanooga, TN 37421

Office: 423 510 4833 | Cell: 423 682 2173

szweeks@usxpress.com | www.usxpress.com

CONFIDENTIAL     USX0223085



**From:** Shane Weeks
**Sent:** Tuesday, May 22, 2018 12:38 PM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang <gary.delperdang@walmart.com>; 'Kevin.Dyer@walmart.com' (Kevin.Dyer@walmart.com) <Kevin.Dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; 'Jeff Hammonds' <Jeff.Hammonds@walmart.com>; 'Tracy Rosser' <Tracy.Rosser@walmart.com>; 'Tim Johnson-Transportation' <Tim.Johnson1@walmart.com>; 'Vince Biondo' <Vince.Biondo@walmart.com>; 'Bob Welsh' <Robert.Welsh@walmart.com>; 'Ken.Braunbach@walmart.com' <Ken.Braunbach@walmart.com>
**Subject:** RE: Transition Update

Good Afternoon,

We will have follow up calls to discuss Terrell and separate conversations are occurring now regarding Pageland.

Gordonsville will be adding bonus options and, as Justin identified last week, we will increase our current pay package. Our target was $1,000 per driver and last week we averaged above our target.

Hammond does have a solid number of drivers, we continue to recruit, and now need to correct the controllable errors.

**Gordonsville Update:**
     Current Week Driver Requirement – 54
     Dedicated Drivers – 22
     OTR Drivers – 29 with 19 assigned
     Hired Pending On-Site Orientation –
     Schedule for Corporate Orientation – 12 in orientation, 5 schedule for next week

     Fleet has covered – 59 Dry, 11 FDD
     Schneider has covered – 44 Dry, 21 FDD
     USX has covered – 8 Dry, 13 FDD
     MP Projection – 20 MP
     Capacity – 16 MP
Forecast based on USX Percentage this week:
     Thursday – Projection  57  Capacity 35
     Friday –  Projection 57 Capacity 35
     Saturday – Projection 57 Capacity 35
     Sunday --  Projection 57 Capacity 35

Next Week Driver Requirement – 74
     Next Week Anticipated Driver Count – 27 + 47 OTR for 74 total

23

CONFIDENTIAL           USX0223086

**Hammond Update:**

    Current Week Driver Requirement – 150
    Dedicated Drivers – 116
    OTR Drivers – 25
    Hired Pending On-Site Orientation – 11
    Schedule for Corporate Orientation – 13 in orientation, 1 scheduled for next week

    Fleet has covered – 59 Dry
    USX has covered – 67 (23 Dry, 39 FDD)
    MP Projection – 58
    Capacity – 58 (If we could get MP adjustments to dock times on short loads we could cover far more MP)
Forecast based on USX Percentage this week:
    Thursday – Projection 141 Capacity 139
    Friday – Projection 149 capacity 142
    Saturday – projection 134 capacity 140
    Sunday – projection 136 capacity 137

    Next Week Driver Requirement – 138
    Next Week Anticipated Driver Count – 130 + 20 OTR

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



---

**From:** Shane Weeks
**Sent:** Monday, May 21, 2018 2:10 PM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang <gary.delperdang@walmart.com>; 'Kevin.Dyer@walmart.com' (Kevin.Dyer@walmart.com) <Kevin.Dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; 'Jeff Hammonds' <Jeff.Hammonds@walmart.com>; 'Tracy Rosser' <Tracy.Rosser@walmart.com>; 'Tim Johnson-Transportation' <Tim.Johnson1@walmart.com>; 'Vince Biondo' <Vince.Biondo@walmart.com>; 'Bob Welsh' <Robert.Welsh@walmart.com>; 'Ken.Braunbach@walmart.com' <Ken.Braunbach@walmart.com>
**Subject:** RE: Transition Update

Team,

24

CONFIDENTIAL    USX0223087

The number of OTR in Gordonsville will continue to climb through the week. We have 46 total drivers assigned to move to Gordonsville this week. The adjustments have not occurred as fast as anticipated, so we do not have the full complement in Gordonsville right now. These drivers will be moved this week. We do expect all of these drivers to be done with loads for Sutherland and Mt Crawford today. Though we directed drivers to begin moving to Gordonsville, some miscommunication occurred and drivers continued to receive load assignments at these locations.

Hammond driver count is tracking well. We will review details tomorrow with Kelly, and our main area for continued growth will fall on service. We have a number of areas identified where we must improve so that our LOS gets on par with expectation.

**Gordonsville Update:**
> Current Week Driver Requirement – 54
> Dedicated Drivers – 20
> OTR Drivers – 19 with 27 assigned
> Hired Pending On-Site Orientation –
> Schedule for Corporate Orientation – 7 in orientation, 4 schedule for next week
>
> Fleet has covered – 44 Dry, 5 FDD
> Schneider has covered – 36 Dry, 32 FDD
> USX has covered – 13 Dry, 10 FDD
> MP Projection – 15 MP
> Capacity – 9 MP

Forecast based on USX Percentage this week:
> Thursday – Projection  57  Capacity 35
> Friday –  Projection 57 Capacity 35
> Saturday – Projection 57 Capacity 35
> Sunday --  Projection 57 Capacity 35

Next Week Driver Requirement – 74
> Next Week Anticipated Driver Count – 27 + 47 OTR for 74 total

**Hammond Update:**
> Current Week Driver Requirement – 138
> Dedicated Drivers – 117
> OTR Drivers – 21
> Hired Pending On-Site Orientation – 13
> Schedule for Corporate Orientation – 13 in orientation, 2 scheduled for next week
>
> Fleet has covered – 50 Dry
> USX has covered –  67 (22 Dry, 45 FDD)
> MP Projection – 48
> Capacity – 53

Forecast based on USX Percentage this week:
> Thursday – Projection 141 Capacity 139
> Friday – Projection 149 capacity 142
> Saturday – projection 134 capacity 140
> Sunday – projection 136 capacity 137
>
> Next Week Driver Requirement – 138
> Next Week Anticipated Driver Count – 130 + 20 OTR

25

CONFIDENTIAL
USX0223088

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Thursday, May 17, 2018 11:26 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang <gary.delperdang@walmart.com>; 'Kevin.Dyer@walmart.com' (Kevin.Dyer@walmart.com) <Kevin.Dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; 'Jeff Hammonds' <Jeff.Hammonds@walmart.com>; 'Tracy Rosser' <Tracy.Rosser@walmart.com>; 'Tim Johnson-Transportation' <Tim.Johnson1@walmart.com>; 'Vince Biondo' <Vince.Biondo@walmart.com>; 'Bob Welsh' <Robert.Welsh@walmart.com>; 'Ken.Braunbach@walmart.com' <Ken.Braunbach@walmart.com>
**Subject:** RE: Transition Update

Team,

We have a high number of moves occurring right now across the business. With each piece, separate conversations continue and the majority of key details will be contained in those smaller group conversations.

I will be in the air for the next few hours and arriving in Gordonsville this evening. Please contact myself and Ajay and we will respond as soon as possible.

**Gordonsville Update:**
> Current Week Driver Requirement – 36
> Dedicated Drivers – 19
> OTR Drivers – 17 (20 will be added next week for a total of 35-40)
> Hired Pending On-Site Orientation – 4
> Schedule for Corporate Orientation – 1 in orientation, 5 schedule for next week

> Fleet has covered – 58 Dry, 5 FDD
> Schneider has covered – 39 Dry, 31 FDD
> USX has covered – 6 Dry, 10 FDD
> MP Projection – 10 MP
> Capacity – 8 MP
Forecast based on USX Percentage this week:
> Thursday – Projection 37 Capacity 27

CONFIDENTIAL   USX0223089

Friday – Projection 37 Capacity 27
Saturday – Projection 37 Capacity 27
Sunday -- Projection 37 Capacity 27

Next Week Driver Requirement – 53
Next Week Anticipated Driver Count – 23 + 36 OTR for 59 total

**Hammond Update:**
Current Week Driver Requirement – 138
Dedicated Drivers – 114
OTR Drivers – 26
Hired Pending On-Site Orientation – 9
Schedule for Corporate Orientation – 12 in orientation, 13 scheduled for next week

Fleet has covered – 52 Dry
USX has covered – 79 (30 Dry, 49 FDD)
MP Projection – 50
Capacity – 61
Forecast based on USX Percentage this week:
Thursday – Projection 135 Capacity 140
Friday – Projection 141 capacity 138
Saturday – projection 138 capacity 138
Sunday – projection 144 capacity 137

Next Week Driver Requirement – 138
Next Week Anticipated Driver Count – 125 + 20 OTR

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Tuesday, May 15, 2018 12:00 PM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'David Simmons GTM 6872'
<David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr'
<joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang
<gary.delperdang@walmart.com>; 'Kevin.Dyer@walmart.com' (Kevin.Dyer@walmart.com)
<Kevin.Dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>;
'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; 'Jeff Hammonds'
<Jeff.Hammonds@walmart.com>; 'Tracy Rosser' <Tracy.Rosser@walmart.com>; 'Tim Johnson-Transportation'

27

CONFIDENTIAL

USX0223090

<Tim.Johnson1@walmart.com>; 'Vince Biondo' <Vince.Biondo@walmart.com>; 'Bob Welsh' <Robert.Welsh@walmart.com>; 'Ken.Braunbach@walmart.com' <Ken.Braunbach@walmart.com>
**Subject:** RE: Transition Update

Good Morning,

Drivers from New Caney arrived in Terrell yesterday and required Walmart ID's and orientation. We then had 4 more drivers that did not receive a load last night and were told no freight was available. In total, 8 trucks sat last night.

Gordonsville is receiving a high amount of attention relative to the driver recruiting pace. We all knew this would be a challenge, and we will continue to face it. I feel confident in all other items pertaining to Gordonsville, but this one will continue to be a challenge. Our OTR group will be our primary source to fill the gap. From there, we will discuss what next steps must be taken to get quick results.

Hammond had a good night relative to driver errors, but the late releases last night are pushing driver availability out as a result. The team is working now on maximizing capacity and will try to get FDD loads started early if possible so drivers return for a second late FDD load.


**Gordonsville Update:**
> Current Week Driver Requirement – 36
> Dedicated Drivers – 12
> OTR Drivers – 16
> Hired Pending On-Site Orientation – 0
> Schedule for Corporate Orientation – 8 in orientation, 4 scheduled for tomorrow, 3 schedule for next week
>
> Fleet has covered – 57 Dry
> Schneider has covered – 32 Dry, 34 FDD
> USX has covered –  14 Dry, 9 FDD
> MP Projection – 8 MP
> Capacity – 6 MP

Forecast based on USX Percentage this week:
> Thursday – Projection  37  Capacity 27
> Friday –  Projection 37 Capacity 27
> Saturday – Projection 37 Capacity 27
> Sunday --  Projection 37  Capacity 27

Next Week Driver Requirement – 35
> Next Week Anticipated Driver Count – 25 + 15 OTR

**Hammond Update:**
> Current Week Driver Requirement – 138
> Dedicated Drivers – 112
> OTR Drivers – 22
> Hired Pending On-Site Orientation – 10
> Schedule for Corporate Orientation – 4 in orientation (6 failed or left voluntarily) and 9 scheduled for 5/16
>
> Fleet has covered – 52 Dry
> USX has covered –  63 (23 Dry, 40 FDD)
> MP Projection – 47
> Capacity – 60

Forecast based on USX Percentage this week:

28

CONFIDENTIAL

Case 1:19-cv-00098-TRM-CHS    Document 162-13    Filed 02/03/22    Page 29 of 90
PageID #: 4414

USX0223091

Thursday – Projection 135 Capacity 138
Friday – Projection 141 capacity 138
Saturday – projection 138 capacity 138
Sunday – projection 144 capacity 137

Next Week Driver Requirement – 138
Next Week Anticipated Driver Count – 125 + 20 OTR

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Monday, May 14, 2018 12:35 PM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'David Simmons GTM 6872'
<David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr'
<joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang
<gary.delperdang@walmart.com>; 'Kevin.Dyer@walmart.com' (Kevin.Dyer@walmart.com)
<Kevin.Dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>;
'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; 'Jeff Hammonds'
<Jeff.Hammonds@walmart.com>; 'Tracy Rosser' <Tracy.Rosser@walmart.com>; 'Tim Johnson-Transportation'
<Tim.Johnson1@walmart.com>; 'Vince Biondo' <Vince.Biondo@walmart.com>; 'Bob Welsh'
<Robert.Welsh@walmart.com>; 'Ken.Braunbach@walmart.com' <Ken.Braunbach@walmart.com>
**Subject:** RE: Transition Update

Team,

We will have 5 drivers headed to Terrell today and 1 will be added on Wednesday. Tony will be working from Terrell
beginning tomorrow. We continue to strengthen the process between OTR, Ded, and Walmart's local team.

The same gaps in performance we have seen in Terrell occurred in Pageland over the weekend. Today, we had a call
with our entire team and will be following up with direct calls to each driver for review. Many of our drivers have
become accustomed to an on-site USX rep, and both Terrell and Pageland have never run USX pop-up over the years.
Teamwork will get the results we all desire.

Gordonsville is on our radar relative to recruiting at this time. We have added one Lease Purchase driver to orientation
and will continue to focus on this option, in conjunction with our normal recruiting process. Our team would like to
mimic the process we put in place for Hammond weeks ago. Our local manager will be working with the Walmart team
and Swift to see if we can increase our capacity.

29

Case 1:19-cv-00098-TRM-CHS    Document 162-13    Filed 02/03/22    Page 30 of 90
PageID #: 4415

CONFIDENTIAL                                                                                          USX0223092

Hammond looks solid today. Recruiting continues and we increased the OTR presence. A light week will help us turn time and attention to the finer details of the operation. I will be looking to see an improvement on our drier errors this week.

**Gordonsville Update:**

Current Week Driver Requirement – 25
Dedicated Drivers – 11
OTR Drivers – 15
Hired Pending On-Site Orientation – 0
Schedule for Corporate Orientation – 8 in orientation

Fleet has covered – 51 Dry, 2 FDD
Schneider has covered – 32 Dry, 35 FDD
USX has covered –  14 Dry, 7 FDD
MP Projection – 10 MP
Capacity – 8 MP

Forecast based on USX Percentage this week:
Thursday – 35
Friday – 30
Saturday – 30
Sunday – 30

Next Week Driver Requirement – 35
Next Week Anticipated Driver Count – 25 + 15 OTR

**Hammond Update:**

Current Week Driver Requirement – 138
Dedicated Drivers – 109
OTR Drivers – 21
Hired Pending On-Site Orientation – 10
Schedule for Corporate Orientation – 10 in orientation and 6 scheduled for 5/16

Fleet has covered – 50 Dry
USX has covered –  60 (14 Dry, 46 FDD)
MP Projection – 39
Capacity – 64

Forecast based on USX Percentage this week:
Thursday – Projection 135 Capacity 138
Friday – Projection 141 capacity 138
Saturday – projection 138 capacity 138
Sunday – projection 144 capacity 137

Next Week Driver Requirement – 138
Next Week Anticipated Driver Count – 125 + 20 OTR

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com

Case 1:19-cv-00098-TRM-CHS    Document 162-13    Filed 02/03/22    Page 31 of 90
PageID #: 4416

CONFIDENTIAL

USX0223093



**From:** Shane Weeks
**Sent:** Friday, May 11, 2018 1:42 PM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang <gary.delperdang@walmart.com>; 'Kevin.Dyer@walmart.com' (Kevin.Dyer@walmart.com) <Kevin.Dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; 'Jeff Hammonds' <Jeff.Hammonds@walmart.com>; 'Tracy Rosser' <Tracy.Rosser@walmart.com>; 'Tim Johnson-Transportation' <Tim.Johnson1@walmart.com>; 'Vince Biondo' <Vince.Biondo@walmart.com>; 'Bob Welsh' <Robert.Welsh@walmart.com>; 'Ken.Braunbach@walmart.com' <Ken.Braunbach@walmart.com>
**Subject:** RE: Transition Update

Good Afternoon,

At least 5 drivers will be headed for Terrell on Monday. We are also pushing our OTR team to get Terrell up to goal. Tony will be back on site next week to continue helping with the adjustments as well.

Gordonsville is progressing well and will have enough drivers coming through orientation to cover the next two weeks. We should not have any capacity concerns this weekend.

Hammond continues to inch ever closer with staffing to meet the current freight volume. Two OTR sit about 4 hours out and we will continue pushing in more support over the weekend. The goal is an additional ten OTR over our original 15 for 25. Hammond will have errors through the weened but will cover every possible route and make certain our drivers are committed to our success.

**Gordonsville Update:**
Current Week Driver Requirement - 15
Dedicated Drivers – 15
OTR Drivers – 15
Hired Pending On-Site Orientation – 0
Schedule for Corporate Orientation –11 scheduled for next week and 5 the week after

Fleet has covered – 65 Dry, 5 FDD
Schneider has covered – 22 Dry, 34 FDD
USX has covered – 11 Dry, 7 FDD
MP Projection – 5 MP
Capacity – 16 MP
Forecast based on USX Percentage this week:
Friday – 30
Saturday – 30
Sunday – 30

Next Week Driver Requirement – 25

31

Case 1:19-cv-00098-TRM-CHS    Document 162-13    Filed 02/03/22    Page 32 of 90
PageID #: 4417

CONFIDENTIAL    USX0223094

Next Week Anticipated Driver Count – 15 + 15 OTR

**Hammond Update:**
Current Week Driver Requirement – 138
Dedicated Drivers – 104
OTR Drivers – 8
Hired Pending On-Site Orientation – 12
Schedule for Corporate Orientation – 5 in orientation and 19 scheduled for next week

Fleet has covered – 40 Dry, 4 FDD
Swift has covered – 0
USX has covered – 79 (26 Dry, 53 FDD)
MP Projection – 65
Capacity – 59
Forecast based on USX Percentage this week:
Friday – Projection 178 capacity 138
Saturday – projection 160 capacity 114
Sunday – projection 169 capacity 111

Next Week Driver Requirement – 138
Next Week Anticipated Driver Count – 116 + 10 OTR

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Thursday, May 10, 2018 11:02 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'David Simmons GTM 6872'
<David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr'
<joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang
<gary.delperdang@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; 'Jeff Hammonds'
<Jeff.Hammonds@walmart.com>; 'Tracy Rosser' <Tracy.Rosser@walmart.com>; 'Tim Johnson-Transportation'
<Tim.Johnson1@walmart.com>; 'Vince Biondo' <Vince.Biondo@walmart.com>; 'Bob Welsh'
<Robert.Welsh@walmart.com>; 'Ken.Braunbach@walmart.com' <Ken.Braunbach@walmart.com>
**Subject:** RE: Transition Update

Good Morning,

Case 1:19-cv-00098-TRM-CHS   Document 162-13   Filed 02/03/22   Page 33 of 90
PageID #: 4418

CONFIDENTIAL

USX0223095

With a high number of lates in Hammond, we continuing to push more capacity over to this DC. While we are at the target presented during the bid last year, we are short of the new target. As we work to move more trucks in place, we would like to see if we can secure a rate from Swift, similar to what we are doing in Pageland? I'll follow up on this request separately. At the same time, we will be working to reposition trucks over from the southeast into Louisiana to support Hammond.

I would like to observe some data for perspective. Below is the comparison from bid data to actual:

**Bid Daily Miles** – 28,775 (201,000 per week; 10.47 million per year)
  **Actual** on USX 5/10 – 28157
**Bid Routes** – 128 per day
  **Actual** on USX 5/10 – 129
**Bid Average LOH** – 224 miles
  **Actual** on USX 5/10 – 219

The actual numbers do not include the routes pulled last night by the fleet or Swift. We are right on target; the gap is an increase to business, which is a great thing! Also, store delivery windows have changed and many have tighten since last year. With the continued efforts in recruiting, we will be at goal within the next two weeks. Also, we will get short term capacity secured.

We will assess the Gordonsville operation as well to determine changes since the bid.

**Gordonsville Update:**
  Current Week Driver Requirement - 15
  Dedicated Drivers – 15
  OTR Drivers – 12
  Hired Pending On-Site Orientation – 1
  Schedule for Corporate Orientation – 1 in orientation and 10 scheduled for next week

  Fleet has covered – 2 Dry, 68 FDD
  Schneider has covered – 30 Dry, 44 FDD
  USX has covered – 9 Dry, 7 FDD
  MP Projection – 5 MP
  Capacity – 16 MP
Forecast based on USX Percentage this week:
  Thursday – 19
  Friday – 19
  Saturday – 20
  Sunday – 20

Next Week Driver Requirement – 20
  Next Week Anticipated Driver Count – 18 + 14 OTR

**Hammond Update:**
  Current Week Driver Requirement – 138
  Dedicated Drivers – 104
  OTR Drivers – 18
  Hired Pending On-Site Orientation – 8
  Schedule for Corporate Orientation – 6 in orientation and 12 scheduled for next week

  Fleet has covered – 40 Dry, 4 FDD
  Swift has covered – 10 (0 Dry, 10 FDD)

33

CONFIDENTIAL  USX0223096

USX has covered – 75 (29 Dry, 46 FDD)
MP Projection – 66
Capacity – 30
Forecast based on USX Percentage this week:
Thursday – Projection 179 capacity 105
Friday – Projection 178 capacity 112
Saturday – projection 160 capacity 114
Sunday – projection 169 capacity 111

Next Week Driver Requirement – 138
Next Week Anticipated Driver Count – 112 + 10 OTR

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Wednesday, May 09, 2018 9:11 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'David Simmons GTM 6872'
<David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr'
<joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang
<gary.delperdang@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>; Jeff Hammonds
<Jeff.Hammonds@walmart.com>; Tracy Rosser <Tracy.Rosser@walmart.com>; Tim Johnson-Transportation
<Tim.Johnson1@walmart.com>; Vince Biondo <Vince.Biondo@walmart.com>; Bob Welsh
<Robert.Welsh@walmart.com>; 'Ken.Braunbach@walmart.com' <Ken.Braunbach@walmart.com>
**Subject:** RE: Terrell/Pageland Update

Team,

I have changed the update distribution group to include just those focused on Hammond and Gordonsville. I will provide a second daily update before 1700 as well.

We are going to focus heavily on the capacity concerns in Hammond. We are running 1.2 to 1.3 loads per day per driver and generally only utilizing 8 hours of each drivers 14. Our first effort to correct this will aim at improving driver pace and urgency. Last week, we were running 100% MP and as we have pulled more FDD, our MP capacity has deteriorated. We did not add many drivers over the last week: 3 Dedicated drivers. I will suggest to my team that we discuss capacity locally. If my team is requiring capacity support, I would prefer that we handle MP. As we increase driver count, we then increase FDD pull.

The Gordonsville team is on track for this week and next. Weeks 17 and 18 are the focus right now for this team.

34

CONFIDENTIAL

USX0223097

**Gordonsville Update:**

Current Week Driver Requirement - 15
Dedicated Drivers – 15
OTR Drivers – 14
Hired Pending On-Site Orientation – 0
Schedule for Corporate Orientation – 4 in orientation and 6 scheduled for next week

Fleet has covered – 2 Dry, 48 FDD
Schneider has covered – 30 Dry, 35 FDD
USX has covered – 9 Dry, 10 FDD
MP Projection – 5 MP
Capacity – 8 MP

Forecast based on USX Percentage this week:
Thursday – 19
Friday – 19
Saturday – 20
Sunday – 20

Next Week Driver Requirement – 20
Next Week Anticipated Driver Count – 19 + 14 OTR

**Hammond Update:**

Current Week Driver Requirement – 138
Dedicated Drivers – 99
OTR Drivers – 10
Hired Pending On-Site Orientation – 4
Schedule for Corporate Orientation – 13 in orientation and 10 scheduled for next week

Fleet has covered – 40 Dry, 4 FDD
Swift has covered – 11 (2 Dry, 9 FDD)
USX has covered – 79 (34 Dry, 45 FDD)
MP Projection – 58
Capacity – 28

Forecast based on USX Percentage this week:
Thursday – Projection 179 capacity 112
Friday – Projection 178 capacity 112
Saturday – projection 160 capacity 114
Sunday – projection 169 capacity 111

Next Week Driver Requirement – 135
Next Week Anticipated Driver Count – 106 + 10 OTR

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com

35

CONFIDENTIAL

USX0223098



**From:** Shane Weeks
**Sent:** Friday, May 04, 2018 10:15 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang <gary.delperdang@walmart.com>; 'Angel Ortiz' <Angel.Ortiz@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

We are reaching out to our OTR team to determine if we can pull 10 additional trucks into Pageland. I will do all I can to ensure we get you the requested capacity.

We will have OTR showing in Gordonsville beginning Monday. I will be in touch with Gary to work on a Plan B in the event our recruiting pace does not increase and we cannot get OTR in place.

System issues delayed routing this morning and we did not have the route pack until after 0800. Once we have the morning piece planned, we will get an MP capacity communicated to the local team.

**Gordonsville Update:**
  Current Week Driver Requirement - 0
  Dedicated Drivers – 14
  OTR Drivers – 0
  Hired Pending On-Site Orientation – 2
  Schedule for Corporate Orientation – 9

  Fleet has covered – 5 FDD
  Schneider has covered – 38 FDD
  USX has covered – 7 FDD
  MP Projection – N/A
  Capacity – 5 MP
Forecast based on USX Percentage this week:

Next Week Driver Requirement – 15
  Next Week Anticipated Driver Count – 20

**Hammond Update:**
  Current Week Driver Requirement – 138
  Dedicated Drivers – 96
  OTR Drivers – 11

36

CONFIDENTIAL

USX0223099

Hired Pending On-Site Orientation – 8
Schedule for Corporate Orientation – 11 scheduled for orientation this week

Fleet has covered – 40 Dry, 4 FDD
Swift has covered – 25 (6 Dry, 19 FDD)
USX has covered – 47 (20 Dry, 27 FDD)
MP Projection – 56
Capacity – Working on capacity as system issues delayed routing this morning
Forecast based on USX Percentage this week:
Thursday – Projection 148 capacity 92
Friday – Projection 146 capacity 99
Saturday – projection 141 capacity 101
Sunday – projection 140 capacity 96

Next Week Driver Requirement – 135
Next Week Anticipated Driver Count – 115 + 10 OTR

**Terrell Update:**
Dedicated Drivers – 15
OTR Drivers – 25

Fleet has covered –
USX has covered –
MP Projection –

**Pageland Update:**
Dedicated Drivers – 3
OTR Drivers – 15

Fleet has covered –
USX has covered –
MP Projection –

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



---

**From:** Shane Weeks
**Sent:** Thursday, May 03, 2018 12:35 PM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>;

Case 1:19-cv-00098-TRM-CHS    Document 162-13    Filed 02/03/22    Page 38 of 90
PageID #: 4423

CONFIDENTIAL                                                                    USX0223100

'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang <gary.delperdang@walmart.com>; 'Angel Ortiz' <Angel.Ortiz@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

I apologize for missing the update yesterday and delay today. I am in Terrell now working with the Walmart team to ensure we are providing the best support we can. I have been speaking with drivers all morning as we get this process worked out.

We have been talking with the Pageland popup drivers as well. This is pretty new to many on our team and we are experiencing some growing pains. We will get it corrected and service in place.

**Gordonsville Update:**
   Current Week Driver Requirement - 0
   Dedicated Drivers – 14
   OTR Drivers – 0
   Hired Pending On-Site Orientation – 2
   Schedule for Corporate Orientation – 9

   Fleet has covered – 5 FDD
   Schneider has covered – 38 FDD
   USX has covered – 7 FDD
   MP Projection – N/A
   Capacity – 5 MP
Forecast based on USX Percentage this week:

Next Week Driver Requirement – 15
   Next Week Anticipated Driver Count – 19

**Hammond Update:**
   Current Week Driver Requirement – 138
   Dedicated Drivers – 96
   OTR Drivers – 11
   Hired Pending On-Site Orientation – 8
   Schedule for Corporate Orientation – 11 scheduled for orientation this week

   Fleet has covered – 33 Dry, 5 FDD
   Swift has covered – 25 (7 Dry, 18 FDD)
   USX has covered – 61 (33 Dry, 28 FDD)
   MP Projection – 55
   Capacity – Can cover 55
Forecast based on USX Percentage this week:
   Thursday – Projection 148 capacity 92
   Friday – Projection 146 capacity 99
   Saturday – projection 141 capacity 101
   Sunday – projection 140 capacity 96

Case 1:19-cv-00098-TRM-CHS    Document 162-13    Filed 02/03/22    Page 39 of 90 PageID #: 4424

CONFIDENTIAL                                                                              USX0223101

Next Week Driver Requirement – 135
Next Week Anticipated Driver Count – 115 + 10 OTR

**Terrell Update:**
Dedicated Drivers – 15
OTR Drivers – 25

Fleet has covered –
USX has covered –
MP Projection –

**Pageland Update:**
Dedicated Drivers – 3
OTR Drivers – 15

Fleet has covered –
USX has covered –
MP Projection –

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



From: Shane Weeks
Sent: Tuesday, May 01, 2018 1:57 PM
To: 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang <gary.delperdang@walmart.com>; 'Angel Ortiz' <Angel.Ortiz@walmart.com>
Cc: Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
Subject: RE: Terrell/Pageland Update

Team,

Terrell and Pageland have ceased standard Dedicated operations. We do have drivers still on the road with loads from last night, and we will keep an eye on them until they make it back to the DC. Those drivers that will be staying through May have begun orientations and some have started running freight already. We will continue to include them on this update each day, though today will not include their activity.

39

Case 1:19-cv-00098-TRM-CHS    Document 162-13    Filed 02/03/22    Page 40 of 90
PageID #: 4425

CONFIDENTIAL

USX0223102

**Gordonsville Update:**

Current Week Driver Requirement - 0
Dedicated Drivers – 13
OTR Drivers – 0
Hired Pending On-Site Orientation – 3
Schedule for Corporate Orientation – 1 showed yesterday and 2 scheduled for tomorrow with 3 scheduled for next week

Fleet has covered – 5 FDD
Schneider has covered – 31 FDD
USX has covered – 6 FDD
MP Projection – N/A
Capacity – 8 MP
Forecast based on USX Percentage this week:

Next Week Driver Requirement – 15
Next Week Anticipated Driver Count – 14

**Hammond Update:**

Current Week Driver Requirement – 138
Dedicated Drivers – 92
OTR Drivers – 12
Hired Pending On-Site Orientation – 13
Schedule for Corporate Orientation – 13 scheduled for orientation this week

Fleet has covered – 46 Dry
Swift has covered – 23 (7 Dry, 16 FDD)
USX has covered – 36 (19 Dry, 17 FDD)
MP Projection – 46
Capacity – Can cover 57
Forecast based on USX Percentage this week:
Thursday – Projection 148 capacity 92
Friday – Projection 146 capacity 99
Saturday – projection 141 capacity 101
Sunday – projection 140 capacity 96

Next Week Driver Requirement – 135
Next Week Anticipated Driver Count – 118 + 10 OTR

**Terrell Update:**

Dedicated Drivers – 15
OTR Drivers – 25

Fleet has covered –
USX has covered –
MP Projection –

**Pageland Update:**

Dedicated Drivers – 3
OTR Drivers – 15

40

CONFIDENTIAL                                                                                    USX0223103

Fleet has covered –
USX has covered –
MP Projection –

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Monday, April 30, 2018 11:25 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang <gary.delperdang@walmart.com>; Angel Ortiz <Angel.Ortiz@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

On our final day for Pageland and Terrell, we are checking details to ensure we have the process established for the trucks that will remain through May. We have received conflicting guidance relative to these drivers.

Do we need them to receive Walmart ID's and conduct an orientation with Walmart? They would need to call in and update the local trans team with stop times, so I believe it would be best to bring them in for an orientation at one time. We will have a Dedicated contact in Chattanooga to build the loads each day.

Tractors will move as quickly as we can off the yards in Terrell and Pageland, though it will not be immediate. If Ceva and NFI can handle larger portions of freight, we can have the remaining USX drivers move tractors off the yard. Fifteen will remain in Terrell and 3 will remain for Pageland, along with the OTR.

**Gordonsville Update:**
Current Week Driver Requirement - 0
Dedicated Drivers – 13
OTR Drivers – 0
Hired Pending On-Site Orientation – 3
Schedule for Corporate Orientation – 4/30 3 scheduled 5/2 1 scheduled 5/7 3 scheduled

Fleet has covered – 5 FDD

CONFIDENTIAL

USX0223104

Schneider has covered – 37 FDD
USX has covered –  5 FDD
MP Projection – N/A
Capacity – 4 MP
Forecast based on USX Percentage this week:
Saturday – n/a
Sunday – n/a

Next Week Driver Requirement – 0
Next Week Anticipated Driver Count – 20

**Hammond Update:**
Current Week Driver Requirement – 135
Dedicated Drivers – 92
OTR Drivers – 12
Hired Pending On-Site Orientation – 13
Schedule for Corporate Orientation – 27 scheduled for orientation this week

Fleet has covered – 42 Dry
Swift has covered – 36 (13 Dry, 23 FDD)
USX has covered –  36 (23 Dry, 13 FDD)
MP Projection – 40
Capacity – Can cover 54
Forecast based on USX Percentage this week:
Thursday – Projection 148 capacity 92
Friday – Projection 146 capacity 99
Saturday – projection 141 capacity 101
Sunday – projection 140 capacity 96

Next Week Driver Requirement – 135
Next Week Anticipated Driver Count – 110 + 10 OTR

**Terrell Update:**
Dedicated Drivers – 34
OTR Drivers – 27

Fleet has covered – 25 FDD
NFI has covered – 26 FDD
USX has covered – 14 FDD
MP Projection – 21 + 5 MP Next Day

**Pageland Update:**
Dedicated Drivers – 52
OTR Drivers – 16

Fleet has covered 0 FDD and 62 Dry
Ceva has covered – 17 FDD and 16 Dry
USX has covered 21 FDD and 12 DRY
MP Projection – 37

Case 1:19-cv-00098-TRM-CHS   Document 162-13   Filed 02/03/22   Page 43 of 90
PageID #: 4428

CONFIDENTIAL

USX0223105

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Friday, April 27, 2018 2:17 PM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang <gary.delperdang@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Good Afternoon,

Beginning 5/1, we will have a total of 40 trucks running pop up for Terrell (25 OTR, 15 Dedicated) and 18 in Pageland (15 OTR, 3 Dedicated). These will all run as pop up and direct bill just as any other pop up support USX provides. The only difference will be the rate. OTR trucks will run at $1150 per truck, and Dedicated trucks will run at $900 per truck. We did attempt to keep a local USX presence while running the Dedicated trucks, but were not able to get an employee to stay.

**Gordonsville Update:**
 Current Week Driver Requirement - 0
 Dedicated Drivers – 13
 OTR Drivers – 0
 Hired Pending On-Site Orientation – 3
 Schedule for Corporate Orientation – 4/30 7 scheduled 5/2 1 scheduled 5/7 1 scheduled

 Fleet has covered –
 Schneider has covered –
 USX has covered – 2 SDD, 4 NDD
 MP Projection – N/A
 Capacity – 4 MP
Forecast based on USX Percentage this week:
 Saturday – n/a
 Sunday – n/a

Next Week Driver Requirement – 0

43

CONFIDENTIAL

USX0223106

Next Week Anticipated Driver Count – 20

**Hammond Update:**
 Current Week Driver Requirement – 86
Dedicated Drivers – 91
OTR Drivers – 12
Hired Pending On-Site Orientation – 16
Schedule for Corporate Orientation – 19 scheduled for orientation next week

Fleet has covered – 35 Dry
Swift has covered – 46 (13 Dry, 33 FDD)
USX has covered –  36 (23 Dry, 13 FDD)
MP Projection – 48
Capacity – Can cover 60
Forecast based on USX Percentage this week:
Saturday – projection 141 capacity 93
Sunday – projection 139 capacity 88

Next Week Driver Requirement – 138
Next Week Anticipated Driver Count – 103 + 10 OTR

**Terrell Update:**
Dedicated Drivers – 51
OTR Drivers – 26

Fleet has covered – 24 FDD
NFI has covered – 19 FDD
USX has covered – 11 FDD
MP Projection – 45 + 12 MP Next Day
Capacity – Will cover with no standby options
Forecast based on 15 to Walmart and at least 16 to NFI:
Saturday – 2 over
Sunday – 2 short

**Pageland Update:**
Dedicated Drivers – 52
OTR Drivers – 17

Fleet has covered 0 FDD and 57 Dry
Ceva has covered – 22 FDD and 33 Dry
USX has covered 23 FDD and 14 DRY
MP Projection – 49
Capacity – Capacity is getting tight as drivers shift over and begin their process with Ceva

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD. Ceva not included:
Saturday – 6 short
Sunday – 8 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421

44

CONFIDENTIAL                                                                                                          USX0223107

Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Thursday, April 26, 2018 1:14 PM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang <gary.delperdang@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Good Afternoon,

I apologize for the delay. We gave both Terrell and Pageland a list of tasks to complete and it ate up their morning.

We are working this half of the day on contacting drivers to stay running Dedicated trucks with USX through May.

**Gordonsville Update:**
 Current Week Driver Requirement - 0
 Dedicated Drivers – 9
 OTR Drivers – 0
 Hired Pending On-Site Orientation – 4
 Schedule for Corporate Orientation – 4/30 5 scheduled 5/2 1 scheduled 5/7 1 scheduled

 Fleet has covered – 2 FDD
 Schneider has covered – 44 FDD
 USX has covered – 3 ( 2 FDD)
 MP Projection – N/A
 Capacity – 3 MP
Forecast based on USX Percentage this week:
 Thursday – n/a
 Friday – n/a
 Saturday – n/a
 Sunday – n/a

Next Week Driver Requirement – 0
 Next Week Anticipated Driver Count – 12 (2 and 2 transfers) in orientation will start rolling in this weekend but may not be pulling freight till mid to next week)

**Hammond Update:**

45

CONFIDENTIAL                  USX0223108

Current Week Driver Requirement – 86
Dedicated Drivers – 90
OTR Drivers – 15
Hired Pending On-Site Orientation – 15
Schedule for Corporate Orientation – 23 scheduled for orientation next week

Fleet has covered – 32 Dry
Swift has covered – 49 (15 Dry, 34 FDD)
USX has covered – 38 (30 Dry, 8 FDD)
MP Projection – 50
Capacity – Can cover 57
Forecast based on USX Percentage this week:
Thursday –projection 92 Capacity 86
Friday – projection 91 capacity 90
Saturday – projection 141 capacity 93
Sunday – projection 139 capacity 88

Next Week Driver Requirement – 138
Next Week Anticipated Driver Count – 105 + 10 OTR

**Terrell Update:**
Dedicated Drivers – 51
OTR Drivers – 24

Fleet has covered – 33 FDD
NFI has covered – 23 FDD
USX has covered – 5 FDD
MP Projection – 47 + 13 MP Next Day
Capacity – Will cover with no standby options
Forecast based on 15 to Walmart and at least 16 to NFI:
Friday – 7 short
Saturday – 2 over
Sunday – 2 short

**Pageland Update:**
Dedicated Drivers – 52
OTR Drivers – 18

Fleet has covered 0 FDD and 47 Dry
Ceva has covered – 21 FDD and 20 Dry
USX has covered 22 FDD and 14 DRY
MP Projection – 46
Capacity – Capacity is getting tight as drivers shift over and begin their process with Ceva

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD. Ceva not included:
Friday – 10 short
Saturday – 6 short
Sunday – 8 short

**Shane Weeks | U.S. Xpress, Inc.**

46

CONFIDENTIAL                                                                 USX0223109

Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Wednesday, April 25, 2018 11:30 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang <gary.delperdang@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

Great progress with Hammond and more capacity than what we are currently running. As our driver count gets closer to goal, we will feather out OTR, and continue addressing service. It will help once the final members of Swift come over to USX so our office staff can reduce the hours per week being worked.

**Gordonsville Update:**
    Current Week Driver Requirement - 0
    Dedicated Drivers – 2
    OTR Drivers – 0
    Hired Pending On-Site Orientation – 6
    Schedule for Corporate Orientation –4/23 2 in orientation 4/30 5 scheduled 5/2 1 scheduled 5/7 1 scheduled

    Fleet has covered – N/A
    Schneider has covered – 44 FDD
    USX has covered – 2 ( 2 FDD)
    MP Projection – N/A
    Capacity – 6/8 Depending on ride along training
Forecast based on USX Percentage this week:
    Thursday – n/a
    Friday – n/a
    Saturday – n/a
    Sunday – n/a

Next Week Driver Requirement – 0
    Next Week Anticipated Driver Count – 12 (2 (and 2 transfers) in orientation will start rolling in this weekend but may not be pulling freight till mid to next week)

47

Case 1:19-cv-00098-TRM-CHS     Document 162-13     Filed 02/03/22     Page 48 of 90
PageID #: 4433

CONFIDENTIAL     USX0223110

**Hammond Update:**

    Current Week Driver Requirement – 86
    Dedicated Drivers – 84
    OTR Drivers – 13
    Hired Pending On-Site Orientation – 12
    Schedule for Corporate Orientation – 24 scheduled for orientation this week and 12 scheduled for next week

    Fleet has covered – 44 Dry
    Swift has covered – 48 (19 Dry, 29 FDD)
    USX has covered – 31 (18 Dry, 13 FDD)
    MP Projection – 50
    Capacity – Can cover 50
Forecast based on USX Percentage this week:
    Thursday –projection 92 Capacity 100
    Friday – projection 91 capacity 82
    Saturday – projection 141 capacity 82
    Sunday – projection 139 capacity 82

    Next Week Driver Requirement – 138
    Next Week Anticipated Driver Count – 96 + 10 OTR

**Terrell Update:**

    Dedicated Drivers – 51
    OTR Drivers – 22

    Fleet has covered – 15 FDD
    NFI has covered – 10 FDD
    USX has covered – 19 FDD
    MP Projection – 27 + 6 MP Next Day with NFI taking 14 MP
    Capacity – Will cover with no standby options
Forecast based on 15 to Walmart and at least 16 to NFI:
    Thursday – 18 short
    Friday – 7 short
    Saturday – 2 over
    Sunday – 2 short

**Pageland Update:**

    Dedicated Drivers – 52
    OTR Drivers – 18

    Fleet has covered 0 FDD and 49 Dry
    Ceva has covered – 12 FDD and 29 Dry
    USX has covered 27 FDD and 0 DRY
    MP Projection – 41
    Capacity – Capacity is getting tight as drivers shift over and begin their process with Ceva

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD. Ceva not included:
    Thursday – 10 short
    Friday – 10 short
    Saturday – 6 short

48

CONFIDENTIAL    USX0223111

Sunday – 8 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



---

**From:** Shane Weeks
**Sent:** Tuesday, April 24, 2018 10:32 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>; Doug Estrada <doug.estrada@walmart.com>; Gary Delperdang <gary.delperdang@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

We are slow starting the Gordonsville operation. Ahead of the official start to the ramp up in two weeks, we have the manager and office staff, as well as a few drivers, beginning to get set up. We did discuss utilizing each Monday as the day to increase (decrease for Schneider) freight commitments, and will be kicking off May 7th in full swing.

In Hammond, we will have a big jump in freight next week. Swift will continue to pull 25 loads, which will help, as we get the final couple classes through orientation and account specific training.

Right now, we are working with 22 drivers in Terrell to determine how many we can retain into May for continued assistance with the transition. We will have updates on this item by COB today.

We do anticipate tractors remaining in Pageland as we conclude next week. Do we foresee any concerns with us working those out as we hire drivers for Gordonsville?

**Hammond Update:**
 Current Week Driver Requirement – 86
 Dedicated Drivers – 84
 OTR Drivers – 13
 Hired Pending On-Site Orientation – 12
 Schedule for Corporate Orientation – 27 scheduled for orientation this week and 7 scheduled for next week

 Fleet has covered – 44 Dry

49

CONFIDENTIAL       USX0223112

Swift has covered – 50 (19 Dry, 31 FDD)
USX has covered –  22 (15 Dry, 7 FDD)
MP Projection – 50
Capacity – Can cover 44

Forecast based on USX Percentage this week:
Thursday –projection 92 Capacity 100
Friday – projection 91 capacity 82
Saturday – projection 141 capacity 82
Sunday – projection 139 capacity 82

Next Week Driver Requirement – 138
Next Week Anticipated Driver Count – 96 + 10 OTR

**Terrell Update:**
Dedicated Drivers – 54
OTR Drivers – 25

Fleet has covered – 15 FDD
NFI has covered – 10 FDD
USX has covered – 14 FDD
MP Projection – 42 + 9 MP Next Day with NFI taking 12 MP
Capacity – Will cover with no standby options

Forecast based on 15 to Walmart and at least 16 to NFI:
Thursday – 18 short
Friday – 7 short
Saturday – 2 over
Sunday – 2 short

**Pageland Update:**
Dedicated Drivers – 54
OTR Drivers – 15

Fleet has covered 0 FDD and 54 Dry
Ceva has covered – 15 FDD and 29 Dry
USX has covered 25 FDD and 17 DRY
MP Projection – 44
Capacity – All will be covered

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD. Ceva not included:
Thursday – 10 short
Friday – 10 short
Saturday – 6 short
Sunday – 8 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com

50

CONFIDENTIAL

USX0223113



**From:** Shane Weeks
**Sent:** Monday, April 23, 2018 10:56 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

We have our startup crew in Gordonsville today. We will work to begin hauling our first loads this week, with a plan to be at 10% on May 5th. I will add Gordonsville to the updates as soon as we begin hauling our first load.

**Hammond Update:**
    Current Week Driver Requirement – 86
    Dedicated Drivers – 84
    OTR Drivers – 10
    Hired Pending On-Site Orientation – 16
    Schedule for Corporate Orientation – 30 scheduled for orientation this week and 5 scheduled for next week

    Fleet has covered – 28 Dry
    Swift has covered – 48 (17 Dry, 31 FDD)
    USX has covered – 23 (15 Dry, 8 FDD)
    MP Projection – 44
    Capacity – Can cover 44
Forecast based on USX Percentage this week:
    Thursday –projection 91 Capacity 100
    Friday – projection 74 capacity 82
    Saturday – projection 87 capacity 82
    Sunday – projection 86 capacity 82

    Next Week Driver Requirement – 86
    Next Week Anticipated Driver Count – 82 + 10 OTR (We have had a couple terms, reducing the driver count)

**Terrell Update:**
    Dedicated Drivers – 63
    OTR Drivers – 24

    Fleet has covered – 17 FDD
    NFI has covered – 16 FDD
    USX has covered – 16 FDD

51

CONFIDENTIAL    USX0223114

MP Projection – 38 + 11 MP Next Day
Capacity – Can Cover 4 over Projection
Forecast based on 15 to Walmart and at least 16 to NFI:
Thursday – 18 short
Friday – 7 short
Saturday – 2 over
Sunday – 2 short

**Pageland Update:**
Dedicated Drivers – 54
OTR Drivers – 15

Fleet has covered 0 FDD and 51 Dry
Ceva has covered – 18 FDD and 26 Dry
USX has covered 23 FDD and 16 DRY
MP Projection – 34
Capacity – All will be covered

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD. Ceva not included:
Thursday – 10 short
Friday – 10 short
Saturday – 6 short
Sunday – 8 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Friday, April 20, 2018 11:05 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

Case 1:19-cv-00098-TRM-CHS     Document 162-13     Filed 02/03/22     Page 53 of 90
PageID #: 4438
CONFIDENTIAL                                                                            USX0223115

We are continuing to add capacity for Hammond.

Last night, we did run into a capacity concern with Pageland. So far, 18 drivers have left for Ceva. We do need them to carry a larger portion of freight relative to the number of drivers that have moved over. As a result of those leaving, we are having difficulty in covering our portion of freight. This concern was communicated to Ceva before they began pulling drivers over.

Next week, we will be on-site in Gordonsville. We have one office staff position remaining to hire.

**Hammond Update:**
 Current Week Driver Requirement – 69
 Dedicated Drivers – 83
 OTR Drivers – 12
 Hired Pending On-Site Orientation – 12
 Schedule for Corporate Orientation – 30 scheduled for next week

 Fleet has covered – 42 Dry
 Swift has covered – 33 (13 Dry, 20 FDD)
 USX has covered – 41 (15 Dry, 26 FDD)
 MP Projection – 27
 Capacity – Can cover 34
Forecast based on USX Percentage this week:
 Saturday – projection 87 capacity 82
 Sunday – projection 86 capacity 82

 Next Week Driver Requirement – 86
 Next Week Anticipated Driver Count – 85 + 10 OTR

**Terrell Update:**
 Dedicated Drivers – 62
 OTR Drivers – 23

 Fleet has covered – 15 FDD
 NFI has covered – 25 FDD
 USX has covered – 17 FDD
 MP Projection – 38 + 11 MP Next Day
 Capacity – 6 over for MP
Forecast based on 30 to Walmart and at least 10 to NFI:
 Saturday – 20 over
 Sunday – 25 over

**Pageland Update:**
 Dedicated Drivers – 69
 OTR Drivers – 16

 Fleet has covered 0 FDD and 56 Dry
 Ceva has covered – 11 FDD and 25 Dry
 USX has covered 30 FDD and 20 DRY
 MP Projection – 45
 Capacity – Even with projection

Case 1:19-cv-00098-TRM-CHS Document 162-13 Filed 02/03/22 Page 54 of 90
PageID #: 4439

CONFIDENTIAL USX0223116

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD. Ceva not included:

 Saturday – 7 short
 Sunday – 3 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Thursday, April 19, 2018 1:20 PM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

We will aim to pull 100% of MP in Hammond beginning next Monday. All new hires this week will complete training and cycle over to MP over the course of a week. Drivers hired last week are now being transitioned over to MP. The local managers did discuss safeguards to ensure we have MP covered in the event we fall short of this goal.

Along those lines, and just my opinion, but I believe Ceva and NFI should begin aligning drivers to a greater MP presence. We know the importance of MP deliveries, and if they wait, it will be tough to get drivers rotated over to MP sleep schedules.

**Hammond Update:**
 Current Week Driver Requirement – 69
 Dedicated Drivers – 81
 OTR Drivers – 11
 Hired Pending On-Site Orientation – 0
 Schedule for Corporate Orientation – 14 at orientation and 22 scheduled for next week

 Fleet has covered – 41 Dry
 Swift has covered – 41 (13 Dry, 28 FDD)
 USX has covered – 36 (14 Dry, 22 FDD)
 MP Projection – 25

54

CONFIDENTIAL                                                                                   USX0223117

Capacity – Can cover 35
Forecast based on USX Percentage this week:
Friday – projection 74 capacity 82
Saturday – projection 87 capacity 82
Sunday – projection 86 capacity 82

Next Week Driver Requirement – 86
Next Week Anticipated Driver Count – 85 + 10 OTR

**Terrell Update:**
Dedicated Drivers – 64
OTR Drivers – 27

Fleet has covered – 15 FDD
NFI has covered – 25 FDD
USX has covered – 15 FDD
MP Projection – 48 + 11 MP Next Day
Capacity – 4 short for MP
Forecast based on 30 to Walmart and at least 10 to NFI:
Friday – 15 over
Saturday – 20 over
Sunday – 25 over

**Pageland Update:**
Dedicated Drivers – 71
OTR Drivers – 15

Fleet has covered 0 FDD and 49 Dry
Ceva has covered – 15 FDD and 22 Dry
USX has covered 30 FDD and 16 DRY
MP Projection – 45
Capacity – All will be covered

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD. Ceva not included:
Friday – 10 short
Saturday – 7 short
Sunday – 3 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



55

CONFIDENTIAL

USX0223118

**From:** Shane Weeks
**Sent:** Wednesday, April 18, 2018 1:39 PM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

Apologies for the delayed update. We are able to cover over 70 loads today in Hammond and should still have standby drivers available. We are on track with staffing going forward in Hammond. We will see a large jump from 90 or so routes in week 13 (next week) to over 140 per day in week 14. Our driver count will be in place, as well as tractors, though I do believe we will see service issues as we train and develop the staff.

Gordonsville will be on pace for week 15 (official start) and week 16, though we are currently behind recruiting pace for week 17 and beyond. We will be watching this closely and communicating with all parties.

No issues with Pageland. As discussed on the call, we will get with our OTR group and identify potential solutions for Terrell beyond April 30th in the event a request is presented.

**Hammond Update:**
     Current Week Driver Requirement – 69
     Dedicated Drivers – 70
     OTR Drivers – 10
     Hired Pending On-Site Orientation – 12
     Schedule for Corporate Orientation – 15 at orientation and 22 scheduled for next week

     Fleet has covered – 43 Dry
     Swift has covered – 42 (15 Dry, 27 FDD)
     USX has covered – 39 (16 Dry, 23 FDD)
     MP Projection – 25
     Capacity – Can cover 30 or more
Forecast based on USX Percentage this week:
     Thursday –projection 75 capacity 82
     Friday – projection 74 capacity 82
     Saturday – projection 87 capacity 82
     Sunday – projection 86 capacity 82

     Next Week Driver Requirement – 86
     Next Week Anticipated Driver Count – 82 + 10 OTR (We have had a couple terms, reducing the driver count)

**Terrell Update:**
     Dedicated Drivers – 64
     OTR Drivers – 27

     Fleet has covered – 20 FDD
     NFI has covered – 24 FDD

CONFIDENTIAL    USX0223119

USX has covered – 17 FDD
MP Projection – 36 + 15 MP Next Day
Capacity – Can Cover 7 over Projection

Forecast based on 30 to Walmart and at least 10 to NFI:
Thursday – 9 over
Friday – 15 over
Saturday – 20 over
Sunday – 25 over

**Pageland Update:**
Dedicated Drivers – 71
OTR Drivers – 15

Fleet has covered 0 FDD and 51 Dry
Ceva has covered – 18 FDD and 11 Dry
USX has covered 27 FDD and 31 DRY
MP Projection – 43
Capacity – All will be covered

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD. Ceva not included:
Thursday – 6 short
Friday – 10 short
Saturday – 7 short
Sunday – 3 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Tuesday, April 17, 2018 10:31 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Case 1:19-cv-00098-TRM-CHS    Document 162-13    Filed 02/03/22    Page 58 of 90
PageID #: 4443

CONFIDENTIAL                                                                USX0223120

Good Morning,

Relative to freight, all sites are going well. We have begun to see errors in Hammond with the new staff. Items include mismanagement of HOS, communication, and route planning (time management). Our team will be working to improve LOS continuously.

**Hammond Update:**
Current Week Driver Requirement – 69
Dedicated Drivers – 70
OTR Drivers – 16
Hired Pending On-Site Orientation – 12
Schedule for Corporate Orientation – 10 at orientation and 24 scheduled for next week

Fleet has covered – 40 Dry
Swift has covered – 39 (16 Dry, 23 FDD)
USX has covered – 42 (19 Dry, 23 FDD)
MP Projection – 26
Capacity – Can cover 33
Forecast based on USX Percentage this week:
Thursday –projection 75 capacity 82
Friday – projection 74 capacity 82
Saturday – projection 87 capacity 82
Sunday – projection 86 capacity 82

Next Week Driver Requirement – 86
Next Week Anticipated Driver Count – 85 + 10 OTR

**Terrell Update:**
Dedicated Drivers – 65
OTR Drivers – 27

Fleet has covered – 20 FDD
NFI has covered – 10 FDD
USX has covered – 12 FDD
MP Projection – 36 + 9 MP Next Day
Capacity – Can Cover 7 over Projection
Forecast based on 30 to Walmart and at least 10 to NFI:
Thursday – 9 over
Friday – 20 over
Saturday – 30 over
Sunday – 29 over

**Pageland Update:**
Dedicated Drivers – 71
OTR Drivers – 15

Fleet has covered 0 FDD and 55 Dry
Ceva has covered – 12 FDD and 14 Dry
USX has covered 28 FDD and 31 DRY
MP Projection – 40
Capacity – All will be covered

58

Case 1:19-cv-00098-TRM-CHS    Document 162-13    Filed 02/03/22    Page 59 of 90
PageID #: 4444

CONFIDENTIAL

USX0223121

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD. Ceva not included:

> Thursday – 6 short
> Friday – 10 short
> Saturday – 7 short
> Sunday – 3 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



.................................................................................................

**From:** Shane Weeks
**Sent:** Monday, April 16, 2018 11:42 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

Off to a great start for the week. Hammond freight share is increasing, and I believe we can cover all MP tonight.

No issues or concerns with Pageland or Terrell.

**Hammond Update:**
> Current Week Driver Requirement – 69
> Dedicated Drivers – 69
> OTR Drivers – 14
> Hired Pending On-Site Orientation – 512
> Schedule for Corporate Orientation – 31 Next Week
>
> Fleet has covered – 35 Dry
> Swift has covered – 35 (12 Dry, 23 FDD)
> USX has covered – 40 (19 Dry, 21 FDD)
> MP Projection – 17
> Capacity – Can cover 23+

Forecast based on USX Percentage this week:

CONFIDENTIAL

USX0223122

Thursday –projection 75 capacity 82
Friday – projection 74 capacity 82
Saturday – projection 87 capacity 82
Sunday – projection 86 capacity 82

Next Week Driver Requirement – 86
Next Week Anticipated Driver Count – 85 + 10 OTR

**Terrell Update:**
Dedicated Drivers – 72
OTR Drivers – 27

Fleet has covered – 13 FDD
NFI has covered – 10 FDD
USX has covered – 16 FDD
MP Projection – 48 + 11 Next Day
Capacity – Can Cover 8 over Projection
Forecast based on 30 to Walmart and at least 10 to NFI:
Thursday – 9 over
Friday – 20 over
Saturday – 30 over
Sunday – 29 over

**Pageland Update:**
Dedicated Drivers – 81
OTR Drivers – 15

Fleet has covered 0 FDD and 47 Dry
Ceva has covered – 12 FDD and 13 Dry
USX has covered 28 FDD and 25 DRY
MP Projection – 41
Capacity – All will be covered

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD. Ceva not included:
Thursday – 6 short
Friday – 10 short
Saturday – 7 short
Sunday – 3 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com

60

CONFIDENTIAL

USX0223123



**From:** Shane Weeks
**Sent:** Friday, April 13, 2018 10:23 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

Looking good today. We will be requesting to move Hammond offices over so that the USX team and manager can get settled into position. We will be covering 60% of freight next week.

Hammond, Terrell, and Pageland, all, have had a good week on capacity and should cover next week with no issues.

Two have been hired for G'Ville and 8 scheduled for next week.

**Hammond Update:**
Current Week Driver Requirement – 60
Dedicated Drivers – 50
OTR Drivers – 14
Hired Pending On-Site Orientation – 10
Schedule for Corporate Orientation – 7 hired yesterday with 7 in orientation now and 37 on the schedule for next week

Fleet has covered – 40 Dry
Swift has covered – 33 (10 Dry, 23 FDD)
USX has covered – 44 (19 Dry, 25 FDD)
MP Projection – 24
Capacity – Can cover 19 or more depending on doubles
Forecast based on USX Percentage this week:
Friday – projection 69 capacity 62
Saturday – projection 78 capacity 62
Sunday – projection 77 capacity 62

Next Week Driver Requirement – 69
Next Week Anticipated Driver Count – 59 + 10 OTR

**Terrell Update:**
Dedicated Drivers – 74
OTR Drivers – 26

61

CONFIDENTIAL

USX0223124

Fleet has covered – 20 FDD
NFI has covered – 10 FDD
USX has covered – 14 FDD
MP Projection – 57 MP + 12 Next Day MP
Capacity – 2 over projection. This will give us a couple standby
Forecast based on 30 to Walmart and at least 10 to NFI:
Saturday – 17 over
Sunday – 11 over

**Pageland Update:**
Dedicated Drivers – 76
OTR Drivers – 15

Fleet has covered – 74 Dry
Ceva has covered – 10 FDD and 13 Dry
USX has covered 30 FDD and 16 DRY
MP Projection – 46
Capacity – 0

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD. Ceva not included:
Saturday – 3 short
Sunday – 3 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Thursday, April 12, 2018 10:44 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Good Morning,

Case 1:19-cv-00098-TRM-CHS    Document 162-13    Filed 02/03/22    Page 63 of 90
PageID #: 4448

CONFIDENTIAL                                                                          USX0223125

We are up to covering 62 at a minimum today in Hammond. It took to the end of the week, but I believe we have a better selection process now and going forward. I'll check with David and Mark next to make sure total capacity has not been impacted as a result. With the drivers completing orientation, we should be covering 70 or so loads by the end of next week.

Terrell and Pageland continue on track. Many of the Pageland drivers are beginning to shift over to Ceva: seven have left USX this week.

For Gordonsville, two drivers have been hired, three now in orientation, and 15 scheduled. Three of these will be from Schneider and one of those scheduled for the 16th.

**Hammond Update:**
Current Week Driver Requirement – 60
Dedicated Drivers – 51
OTR Drivers – 13
Hired Pending On-Site Orientation – 10
Schedule for Corporate Orientation – 17 in orientation now and 27 on the schedule for next week (classes are each Monday and Wednesday)

Fleet has covered – 44 Dry
Swift has covered – 39 (13 Dry, 26 FDD)
USX has covered – 39 (18 Dry, 21 FDD)
MP Projection – 31
Capacity – Can cover 23 or more depending on doubles
Forecast based on USX Percentage this week:
Thursday –projection 71 capacity 62
Friday – projection 69 capacity 62
Saturday – projection 78 capacity 62
Sunday – projection 77 capacity 62

Next Week Driver Requirement – 69
Next Week Anticipated Driver Count – 59 + 10 OTR (13 in orientation will start rolling in this weekend but may not be pulling freight till mid to next week)

**Terrell Update:**
Dedicated Drivers – 74
OTR Drivers – 26

Fleet has covered – 30 FDD
NFI has covered – 5 FDD
USX has covered – 10 FDD
MP Projection – 65 MP + 8 Next Day MP
Capacity – 4 over projection. This will give us a couple standby
Forecast based on 30 to Walmart and at least 10 to NFI:
Friday – 22 over
Saturday – 17 over
Sunday – 11 over

**Pageland Update:**
Dedicated Drivers – 83
OTR Drivers – 17

63

Case 1:19-cv-00098-TRM-CHS    Document 162-13    Filed 02/03/22    Page 64 of 90
PageID #: 4449

CONFIDENTIAL
USX0223126

Fleet has covered 4 FDD and 49 Dry
Ceva has covered – 9 FDD and 10 Dry
USX has covered 29 FDD and 26 DRY
MP Projection – 45
Capacity – 2 short before Ceva added in

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD. Ceva not included:

Friday – 7 short
Saturday – 3 short
Sunday – 3 short


**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Wednesday, April 11, 2018 10:39 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>; 'David Simmons GTM 6872' <David.Simmons1@walmart.com>; 'Kelly Kruse' <Kelly.Kruse@walmart.com>; 'Joe Cordasco Jr' <joe.cordasco.jr@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

We are making a little progress moving up the load count in Hammond. We have 46 drivers scheduled to work today, and with the Hammond length of haul, would typically be able to cover 80 loads or so, considering backhauls as well. The local team started a new process today and they believe this will improve as we get better with it.

**Hammond Update:**
Current Week Driver Requirement – 60
Dedicated Drivers – 51
OTR Drivers – 11
Hired Pending On-Site Orientation – 3
Schedule for Corporate Orientation – 20 Next Week

CONFIDENTIAL                                                                 USX0223127

Fleet has covered – 44 Dry
Swift has covered – 39 (13 Dry, 26 FDD)
USX has covered – 35 (15 Dry, 20 FDD)
MP Projection – 25
Capacity – Can cover 21 or more depending on doubles

Forecast based on USX Percentage this week:
Thursday –projection 71 capacity 55
Friday – projection 69 capacity 55
Saturday – projection 78 capacity 55
Sunday – projection 77 capacity 55

Next Week Driver Requirement – 69
Next Week Anticipated Driver Count – 59 + 10 OTR (14 in orientation will start rolling in this weekend but may not be pulling freight till mid to next week)

**Terrell Update:**
Dedicated Drivers – 74
OTR Drivers – 24

Fleet has covered – 30 FDD
NFI has covered – 5 FDD
USX has covered – 12 FDD
MP Projection – 59 MP + 7 Next Day MP
Capacity – Even with projection

Forecast based on 30 to Walmart and at least 10 to NFI:
Thursday – 4 over
Friday – 22 over
Saturday – 17 over
Sunday – 11 over

**Pageland Update:**
Dedicated Drivers – 83
OTR Drivers – 17

Fleet has covered 4 FDD and 68 Dry
Ceva has covered – 2 FDD and 14 Dry
USX has covered 35 FDD and 16 DRY
MP Projection – 41
Capacity – 2 short before Ceva added in

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD. Ceva not included:
Thursday – 6 short
Friday – 10 short
Saturday – 7 short
Sunday – 3 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173

65

CONFIDENTIAL                                                                                      USX0223128

szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Tuesday, April 10, 2018 10:10 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>; David Simmons GTM 6872 <David.Simmons1@walmart.com>; Kelly Kruse <Kelly.Kruse@walmart.com>; Joe Cordasco Jr <joe.cordasco.jr@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Good Morning,

We are currently running an average of 10 loads short per day relative to our ramp up plan. Part of this results from the load selection process. We have a very low utility right now for our drivers and many head home with hours. With OTR, we are 3 short of our goal of 60 for this week. With doubles, 45 drivers should be able to cover 60-65 routes with the Hammond length of haul.

Terrell freight has dropped drastically, providing an excess number of drivers available. If we believe this volume will continue, fleet share could reduce and push the % to USX and NFI.

Pageland is holding steady and the transition with Ceva is going very well.

**Hammond Update:**
     Current Week Driver Requirement – 60
     Dedicated Drivers – 47
     OTR Drivers – 10
     Hired Pending On-Site Orientation – 5
     Schedule for Corporate Orientation – 23 Next Week

     Fleet has covered – 47 Dry
     Swift has covered – 32 (7 Dry, 25 FDD)
     USX has covered – 33 (15 Dry, 18 FDD)
     MP Projection – 28
     Capacity – Can cover 18 MP
Forecast based on USX Percentage this week:
     Thursday –projection 71 capacity 53
     Friday – projection 69 capacity 53
     Saturday – projection 78 capacity 53
     Sunday – projection 77 capacity 53

     Next Week Driver Requirement – 69

66

CONFIDENTIAL          USX0223129

Next Week Anticipated Driver Count – 59 + 10 OTR (14 in orientation will start rolling in this weekend but may not be pulling freight till mid to next week)

**Terrell Update:**
Dedicated Drivers – 74
OTR Drivers – 24

Fleet has covered – 30 FDD
NFI has covered – 5 FDD
USX has covered – 5 FDD
MP Projection – 57 MP
Capacity – Can Cover 20 over Projection
Forecast based on 30 to Walmart and at least 10 to NFI:
Thursday – 4 over
Friday – 22 over
Saturday – 17 over
Sunday – 11 over

**Pageland Update:**
Dedicated Drivers – 89
OTR Drivers – 17

Fleet has covered 4 FDD and 75 Dry
Ceva has covered – 5 FDD and 14 Dry
USX has covered 30 FDD and 11 DRY
MP Projection – 41
Capacity – All will be covered

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD. Ceva not included:
Thursday – 6 short
Friday – 10 short
Saturday – 7 short
Sunday – 3 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Monday, April 09, 2018 11:40 AM

Case 1:19-cv-00098-TRM-CHS     Document 162-13     Filed 02/03/22     Page 68 of 90
PageID #: 4453

CONFIDENTIAL                                                                        USX0223130

**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

With NFI and Ceva now adding capacity, we are looking much better.

NFI has 16 trucks in Terrell and taking at least 10 loads per day.
Ceva has 17 trucks in Pageland and taking 16 – 22 loads per day. Ceva is planning on 30 trucks by the end of the week.

**Terrell Update:**
    Dedicated Drivers – 74
    OTR Drivers – 22

    Fleet has covered – 30
     NFI has covered – 5
    USX has covered – 5
    MP Projection – 49 + 5 MP Next Day
    Capacity – Can cover 6 over projection
Forecast based on 30 to Walmart and at least 10 to NFI:
    Thursday – 4 over
    Friday – 22 over
    Saturday – 17 over
    Sunday – 11 over

**Pageland Update:**
    Dedicated Drivers – 89
    OTR Drivers – 17

    Fleet has covered 4 FDD and 57 Dry
    Ceva has covered – 5 FDD and 17 Dry
    USX has covered 32 FDD and 15 DRY
    MP Projection – 38
    Capacity – 2 short for today

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD. Ceva not included:
    Thursday – 6 short
    Friday – 10 short
    Saturday – 7 short
    Sunday – 3 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421

68

CONFIDENTIAL    USX0223131

Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Friday, April 06, 2018 10:05 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Good Morning,

Our primary focus today will aim to get all OTR numbers on-site for this weekend. Pageland is only one away from goal while we do have ground to cover with Hammond and Terrell.

**Terrell Update:**
 Dedicated Drivers – 75
 OTR Drivers – 24  We continue to work with our OTR group to keep drivers at Terrell. This is the same situation for Hammond where they have 5 OTR on a need of 15.
 Support from New Caney –

 Fleet has covered – 35 FDD
 USX has covered – 6 FDD
 MP Projection – 59 +8 MP for Next Day
 Capacity – 0 right on with projections
Forecast Before Walmart Support Provided:
 Saturday – 15 short
 Sunday – 7 short

**Pageland Update:**
 Dedicated Drivers – 89
 OTR Drivers – 19

 Fleet has covered 4 FDD and 66 Dry
 USX has covered 39 FDD and 23 DRY
 MP Projection – 45
 Capacity – 4 short of projection

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD:
 Saturday – 3 short
 Sunday – 3 short

69

CONFIDENTIAL   USX0223132

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Thursday, April 05, 2018 11:19 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

Systems are back up and running in Terrell. Additionally, we have enough drivers to cover MP freight today.

We are waiting for Pageland to catch up their morning right now and will have an update for that team as soon as possible.

**Terrell Update:**
 Dedicated Drivers – 75
 OTR Drivers – 23  We continue to work with our OTR group to keep drivers at Terrell and running. As we add drivers in, others are requesting to leave. We will update our OTR situation later today.
 Support from New Caney –

 Fleet has covered – 30 FDD
 USX has covered – 15 FDD
 MP Projection – 67
 Capacity – 9 over projection
Forecast Before Walmart Support Provided:
 Friday – 22 short
 Saturday – 15 short
 Sunday – 7 short


**Pageland Update:**
 Dedicated Drivers – 91
 OTR Drivers –

70

CONFIDENTIAL

USX0223133

Case 1:19-cv-00098-TRM-CHS  Document 162-13  Filed 02/03/22  Page 71 of 90
PageID #: 4456

Fleet has covered 5 FDD and Dry
USX has covered FDD and DRY
MP Projection –
Capacity –

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD:
Friday – 7 short
Saturday – 3 short
Sunday – 3 short


**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Wednesday, April 04, 2018 10:21 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

We continue to have issues with internet and phones in Terrell. Right now, we believe we have a temporary solution in place with the USB WiFi cards and hot spots.

We will continue to work on transition timelines for both sites. Once those carriers have trucks running freight, we will work together to ensure we do not lose overall capacity between all teams involved.

**Terrell Update:**
Dedicated Drivers – 75
OTR Drivers – 23    We continue to work with our OTR group to keep drivers at Terrell and running. As we add drivers in, others are requesting to leave. We will update our OTR situation later today.
Support from New Caney –

Fleet has covered – 35 FDD
USX has covered – 9 FDD + 3 FDD from 4/3
MP Projection – 60
Capacity – 8 over projection

71

CONFIDENTIAL                                                                                                  USX0223134

Forecast Before Walmart Support Provided:

Thursday – 31 short
Friday – 22 short
Saturday – 15 short
Sunday – 7 short

**Pageland Update:**

Dedicated Drivers – 91
OTR Drivers – 16    Experiencing the same difficulty with stabilizing an OTR count

Fleet has covered 5 FDD and 73 Dry
USX has covered 36 FDD and 26 DRY
MP Projection – 44
Capacity – 2 short for today

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD:

Thursday – 10 short
Friday – 7 short
Saturday – 3 short
Sunday – 3 short

Regards,

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Tuesday, April 03, 2018 10:19 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Good Morning,

We have lost all phone and internet service in Terrell this morning. We have one computer up and running off of a cell phone hotspot. The update for this team will be delayed as a result.

72

Case 1:19-cv-00098-TRM-CHS    Document 162-13    Filed 02/03/22    Page 73 of 90
PageID #: 4458

CONFIDENTIAL                                                                    USX0223135

**Terrell Update:**
Dedicated Drivers – 77
OTR Drivers – 25 (lost 4)
Support from New Caney – 1

Fleet has covered –
USX has covered –
MP Projection –
Capacity –
Forecast Before Walmart Support Provided:
Thursday – 31 short
Friday – 22 short
Saturday – 15 short
Sunday – 7 short

**Pageland Update:**
Dedicated Drivers – 92
OTR Drivers – 21

Fleet has covered 5 FDD and 57 Dry
USX has covered 31 FDD and 25 DRY
MP Projection – 44
Capacity – 2 short for today

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD:
Thursday – 10 short
Friday – 7 short
Saturday – 3 short
Sunday – 3 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Monday, April 02, 2018 9:34 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>

73

CONFIDENTIAL

USX0223136

**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

We have a large variance in projection to capacity at Terrell; currently 40 loads short of covering. Do we anticipate fleet pulling loads at this DC?

**Terrell Update:**
Dedicated Drivers – 77
OTR Drivers – 29
Support from New Caney – 1

Fleet has covered –
USX has covered – 61 FDD
MP Projection – 53 + 10MP from last night
Capacity – 40 loads short right now
Forecast Before Walmart Support Provided:
Thursday – 31 short
Friday – 22 short
Saturday – 15 short
Sunday – 7 short

**Pageland Update:**
Dedicated Drivers – 92
OTR Drivers – 21 (added 2)

Fleet has covered 5 FDD and 69 Dry
USX has covered 35 FDD and 23 DRY
MP Projection – 38
Capacity – 2 short for today

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD:
Thursday – 10 short
Friday – 7 short
Saturday – 3 short
Sunday – 3 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



74

CONFIDENTIAL

USX0223137

**From:** Shane Weeks
**Sent:** Friday, March 30, 2018 10:11 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

Numbers for Terrell remain unclear. We believe we have around 58 FDD remaining from yesterday and 2 MP loads. The warehouse did start strong last night. By the end of MP, however, 0300 dock time were closing doors after 0700.

**Terrell Update:**
>Dedicated Drivers – 78
>OTR Drivers – 25 with 2 enroute
>Support from New Caney – 1

>Fleet has covered
>USX has covered
>MP Projection –
>Capacity – Due to warehouse delays, capacity is not able to be determined, but we do have 79 total drivers running today along with OTR.

Forecast Before Walmart Support Provided:
>Thursday –
>Friday –
>Saturday – 28 additional
>Sunday – 20 additional

**Pageland Update:**
>Dedicated Drivers – 92
>OTR Drivers – 17 (added 2)

>Fleet has covered 5 FDD and 81 Dry
>USX has covered 41 FDD and 28 DRY
>MP Projection – 47
>Capacity – 7 short for today

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD:
>Thursday –
>Friday –
>Saturday – 8 short
>Sunday – 3 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173

Case 1:19-cv-00098-TRM-CHS    Document 162-13    Filed 02/03/22    Page 76 of 90
PageID #: 4461
CONFIDENTIAL                                                                USX0223138



**From:** Shane Weeks
**Sent:** Thursday, March 29, 2018 2:16 PM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

I am back in Chattanooga and will be more timely with morning updates.

We have made progress with turnover at Terrell this week. Not 100% commitment, but much slower than where we began.

We did carry forward 13 MP from yesterday to start the day today and the warehouse started 8 hours behind.

**Terrell Update:**
> Dedicated Drivers – 78
> OTR Drivers – 22 with 4 enroute
> Support from New Caney – 1
>
> Fleet has covered 40 routes
> USX has covered  10 FDD
> MP Projection – 61 (plus 13 carry forward, for a total of 124 routes today)
> Capacity – Due to warehouse delays, capacity is not able to be determined

Forecast Before Walmart Support Provided:
> Thursday – 12 short
> Friday – 15 additional
> Saturday – 28 additional
> Sunday – 20 additional


**Pageland Update:**
> Dedicated Drivers – 92
> OTR Drivers – 15
>
> Fleet has covered 5 FDD and 68 Dry
> USX has covered 41 FDD and 24 DRY
> MP Projection – 49
> Capacity – 6 short for today

76

CONFIDENTIAL                                                                                    USX0223139

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD:

    Thursday – 10 short
    Friday – 11 short
    Saturday – 8 short
    Sunday – 3 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Wednesday, March 28, 2018 4:49 PM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; 'Sam Hall (Sam.Hall@walmart.com)' <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

Apologies for the late update. The below information is current. We continue to work with OTR for solutions to reach out support commitment for each site.

**Terrell Update:**
    Dedicated Drivers – 78
    OTR Drivers – 21 with 4 enroute
    Support from New Caney – 1

    Fleet has covered 59 routes
    USX has covered 16 FDD
    MP Actual at 61
    Capacity – No standby but all routes covered
Forecast Before Walmart Support Provided:
    Thursday – 12 short
    Friday – 15 additional
    Saturday – 28 additional
    Sunday – 20 additional

**Pageland Update:**

CONFIDENTIAL

USX0223140

Dedicated Drivers – 92
OTR Drivers – 16

Fleet has covered 5 FDD and 72 Dry
USX has covered 40 FDD and 24 DRY
MP Actual at 42
Capacity – No standby but all routes covered

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD:
Thursday – 0
Friday – 11 short
Saturday – 8 short
Sunday – 3 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Tuesday, March 27, 2018 10:26 AM
**To:** Tommy Ferguson <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>; Ann.Dyer@walmart.com; Ryan.Wolfe@walmart.com; Ronnie.Laflamme@walmart.com; Jared.Harrison@walmart.com
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

Terrell continues to be the focal point. Is there any chance of spreading freight for Wednesday and Thursday over Friday through Sunday?

**Terrell Update:**
Dedicated Drivers – 79
OTR Drivers – 25
Support from New Caney – 1

Fleet has covered 22 routes
USX has covered 31 FDD
MP Projected at 59 MP plus 10 rollover MP from Monday
Capacity – 37 loads short right now with potential for that to increase
Forecast Before Walmart Support Provided:

78

CONFIDENTIAL

USX0223141

Thursday – 12 short
Friday – 15 additional
Saturday – 28 additional
Sunday – 20 additional

**Pageland Update:**
Dedicated Drivers – 92 (We reinstated a driver that had quit)
OTR Drivers – 18

Fleet has covered 5 FDD and 75 Dry
USX has covered 40 FDD and 25 DRY
MP Projected at 45
Capacity – We are short 6 drivers for the day

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD:
Thursday – 0
Friday – 11 short
Saturday – 8 short
Sunday – 3 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com



**From:** Shane Weeks
**Sent:** Monday, March 26, 2018 1:17 PM
**To:** Tommy Ferguson <Tommy.Ferguson@walmart.com>; Kevin Dyer <kevin.dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>; Ann.Dyer@walmart.com; Ryan.Wolfe@walmart.com; Ronnie.Laflamme@walmart.com; Jared.Harrison@walmart.com
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** Re: Terrell/Pageland Update

For Terrell, we have 79 total drivers now after losing one over the weekend.

We are 23 short for today on covering freight. Additionally, Thursday is looking to be a very short day. We are looking to move driver home time from Thursday to Saturday to fill this void.

We will need to work on getting more OTR so we can get back to 30.

Regards

Case 1:19-cv-00098-TRM-CHS    Document 162-13    Filed 02/03/22    Page 80 of 90
PageID #: 4465

CONFIDENTIAL                                                                    USX0223142

On Mar 26, 2018, at 8:15 AM, Shane Weeks <szweeks@usxpress.com> wrote:

Team,

The Terrell details will be updated shortly. They are still working on getting 4 remaining MP off the yard.

**Terrell Update:**
     Dedicated Drivers –
     OTR Drivers –
     Support from New Caney –

     Fleet has covered
     USX has covered  FDD
     MP Projected at  MP
     Capacity –
Forecast Before Walmart Support Provided:
     Friday –
     Saturday –
     Sunday –


**Pageland Update:**
     Dedicated Drivers – 91
     OTR Drivers – 18

     Fleet has covered 5 FDD and 65 Dry
     USX has covered 42 FDD and 21 DRY
     MP Projected at 41
     Capacity – We are short 5 drivers for the day

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD:
     Thursday – 0
     Friday – 11 short
     Saturday – 8 short
     Sunday – 3 short


**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com

<image001.jpg>

---

**From:** Shane Weeks
**Sent:** Friday, March 23, 2018 1:20 PM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'Kevin.Dyer@walmart.com' (Kevin.Dyer@walmart.com) <Kevin.Dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>;

Case 1:19-cv-00098-TRM-CHS    Document 162-13    Filed 02/03/22    Page 81 of 90
PageID #: 4466

CONFIDENTIAL      USX0223143

'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com'
<Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

Apologies for the late update.

**Terrell Update:**
 Dedicated Drivers – 80
 OTR Drivers – 27
 Support from New Caney – 1

 Fleet has covered 27 FDD – May take another 10
 USX has covered 28 FDD
 MP Projected at 56 MP
 Capacity – We have 7 drivers available after projections
Forecast Before Walmart Support Provided:
 Friday – Excess of 7
 Saturday – 4 short
 Sunday – 5 short


**Pageland Update:**
 Dedicated Drivers – 91
 OTR Drivers – 18

 Fleet has covered 5 FDD and 71 Dry
 USX has covered 38 FDD and 22 DRY
 MP Projected at 44
 Capacity – We are short 5 drivers for the day

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry
and FDD:
 Thursday – 0
 Friday – 11 short
 Saturday – 8 short
 Sunday – 3 short


**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com

<image001.jpg>

**From:** Shane Weeks
**Sent:** Thursday, March 22, 2018 10:09 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'Kevin.Dyer@walmart.com'

Case 1:19-cv-00098-TRM-CHS Document 162-13 Filed 02/03/22 Page 82 of 90
PageID #: 4467
CONFIDENTIAL  USX0223144

(Kevin.Dyer@walmart.com) <Kevin.Dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

We continue to follow up with drivers regarding the transition incentive. So far, 17 remain to commit in Pageland, and 25 for Terrell. We did lose three more from Terrell but have stopped the bleeding at Pageland.

**Terrell Update:**
  Dedicated Drivers – 80
  OTR Drivers – 28
  Support from New Caney – 1

  Fleet has covered 20 FDD – May take another 10
  USX has covered 39 FDD
  MP Projected at 53 MP
  Capacity – We are 9 short at this moment
Forecast Before Walmart Support Provided:
  Thursday – 9 short
  Friday – Excess of 2
  Saturday – 4 short
  Sunday – 5 short


**Pageland Update:**
  Dedicated Drivers – 91
  OTR Drivers – 18 (Down 2)

  Fleet has covered 5 FDD and 69 Dry
  USX has covered 38 FDD and 22 DRY
  MP Projected at 44
  Capacity – We are able to cover projections

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD:
  Thursday – 0
  Friday – 11 short
  Saturday – 8 short
  Sunday – 3 short


**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com

CONFIDENTIAL                                                                      USX0223145

**From:** Shane Weeks
**Sent:** Wednesday, March 21, 2018 9:38 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'Kevin.Dyer@walmart.com' (Kevin.Dyer@walmart.com) <Kevin.Dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

We increased OTR support overnight. So far, we have at least 40 in Terrell that have committed to staying through the transition. We will be following up with Pageland to determine their progress.

**Terrell Update:**
    Dedicated Drivers – 83
    OTR Drivers – 30 (added 6)
    Support from New Caney – 1

    Fleet has covered 20 FDD
    USX has covered 36 FDD
    MP Projected at 57 MP
    Capacity – We are 7 short at this moment
Forecast Before Walmart Support Provided:
    Thursday – 16 short
    Friday – Excess of 5 (May consider planning to roll from Thursday?)
    Saturday – 1 short
    Sunday – 2 short

**Pageland Update:**
    Dedicated Drivers – 91
    OTR Drivers – 20 (added 3)

    Fleet has covered 5 FDD and 53 Dry
    USX has covered 38 FDD and 44 DRY
    MP Projected at 44
    Capacity – We are 6 short at this time

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD:
    Thursday – 0
    Friday – 11 short
    Saturday – 8 short
    Sunday – 3 short

I will double check the weekend numbers for Pageland since they have changed significantly.

Thanks,

83

CONFIDENTIAL    USX0223146

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com

<image001.jpg>

---

**From:** Shane Weeks
**Sent:** Tuesday, March 20, 2018 11:32 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'Kevin.Dyer@walmart.com' (Kevin.Dyer@walmart.com) <Kevin.Dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

After announcing the bonus, we have received positive feedback. We did still lose one driver from Terrell, but none this week from Pageland.

**Terrell Update:**
>Dedicated Drivers – 83
>OTR Drivers – 24
>Support from New Caney – 1
>
>Fleet has covered 20 FDD
>USX has covered 26 FDD
>MP Projected at 55 MP
>Capacity – We are 10 short at this moment

Forecast Before Walmart Support Provided:
>Thursday – 22 short
>Friday – 1 short
>Saturday – 6 short
>Sunday – 7 short

**Pageland Update:**
>Dedicated Drivers – 91
>OTR Drivers – 17
>
>Fleet has covered 5 FDD and 53 Dry
>USX has covered 36 FDD and 44 DRY
>MP Projected at 41
>Currently all MP projection is covered

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD:
>Thursday – 0

Case 1:19-cv-00098-TRM-CHS     Document 162-13     Filed 02/03/22     Page 85 of 90
PageID #: 4470

CONFIDENTIAL                                                                          USX0223147

Friday - 0
Saturday – 2 short
Sunday – 7 short


**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com

<image001.jpg>

**From:** Shane Weeks
**Sent:** Monday, March 19, 2018 5:37 PM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'Kevin.Dyer@walmart.com' (Kevin.Dyer@walmart.com) <Kevin.Dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

To combat turnover, we have announced a bonus of $3,000 to each driver that remains at Pageland and Terrell through April 30th. They will be required to have solid attendance through the transition.


**Terrell Update:**
Dedicated Drivers – 84 (5 drivers quit over the weekend)
OTR Drivers – 23
Support from New Caney – 1

Fleet has covered 20 FDD
USX has covered 26 FDD
MP Projected at 54 MP (Actual)
Capacity – We are 12 short at this moment
Forecast Before Walmart Support Provided:
Thursday – 22 short
Friday – 1 short
Saturday – 6 short
Sunday – 7 short


**Pageland Update:**
Dedicated Drivers – 91 (Pageland lost 4 last week by COB Friday, but is starting out with none lost over the weekend)
OTR Drivers – 17

Fleet has covered 5 FDD and 53 Dry
USX has covered 35 FDD and 30 DRY

85

CONFIDENTIAL                                    USX0223148

MP Projected at 35
Currently all MP projection is covered

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD:

Thursday – 0
Friday - 0
Saturday – 2 short
Sunday – 7 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com

<image001.jpg>

**From:** Shane Weeks
**Sent:** Friday, March 16, 2018 10:36 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'Kevin.Dyer@walmart.com' (Kevin.Dyer@walmart.com) <Kevin.Dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

Once we add in the fleet support for both sites, we should be solid through the weekend. However, as we approach Easter, we will see an increase to MP capacity shortage.

**Terrell Update:**
Dedicated Drivers – 89 (one quit)
OTR Drivers – 24 (6 required to arrive today)
Support from New Caney – 2

Fleet has covered 20 FDD
USX has covered 33 FDD
MP Projected at 56 MP
Capacity – We are 8 short of projection for MP
Forecast Before Walmart Support Provided:
Saturday – 7 short
Sunday – 9 short
- Fleet has been running around 20, so should have no concerns through the weekend

**Pageland Update:**
Dedicated Drivers – 91

86

CONFIDENTIAL

USX0223149

OTR Drivers – 17 (two added overnight)

Fleet has covered 5 FDD and 58 Dry
USX has covered 35 FDD and 25 DRY
MP Projected at 42
Currently all MP projection is covered
- We do have drivers on 34 today and may see weekend shortage reduce to zero once we know our MP for tonight.

Pageland Fleet is now taking 70% Dry and 5 FDD. Numbers below show shortage **AFTER** Fleet takes Dry and FDD:
Saturday – 2 short
Sunday – 7 short

Regards,

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com

<image001.jpg>

**From:** Shane Weeks
**Sent:** Thursday, March 15, 2018 10:57 AM
**To:** 'Tommy Ferguson' <Tommy.Ferguson@walmart.com>; 'Kevin.Dyer@walmart.com' (Kevin.Dyer@walmart.com) <Kevin.Dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>
**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>
**Subject:** RE: Terrell/Pageland Update

Team,

We have a very fluid morning. Terrell did have carryover loads from FDD that will impact these numbers later on today. With shorter total drivers, existing drivers are running out their clock earlier in the week and requiring more frequent resets.

**Terrell Update:**
Dedicated Drivers – 90 (two drivers quit overnight)
OTR Drivers – 27
Support from New Caney – 1 (1 driver departed, 1 driver fell off assignment, and 1 driver inbound)

Fleet has covered 20 FDD
USX has covered 32 FDD
MP Projected at 61 MP
Capacity – We are short 10 for MP projection
- 8 drivers have not returned from the south Texas Valley
- 1 OTR on 34

CONFIDENTIAL

USX0223150

- 2 drivers quit since initial assessment
- Doubles have not been included (capacity increase if doubles align)

Forecast Before Walmart Support Provided:

Friday – 0 short

Saturday – 4 short

Sunday – 6 short

- Fleet has been running around 20, so should have no concerns through the weekend

**Pageland Update:**

Dedicated Drivers – 91 (Lost a two drivers to maternity leave and an accident)

OTR Drivers – 15

Fleet has covered 5 FDD and 51 Dry

USX has covered 41 FDD and 31 DRY

MP Projected at 49

Currently short 12 for MP projection

Forecast before Walmart support provided:

Friday – 16 short

Saturday – 13 short

Sunday – 11 short

**Shane Weeks | U.S. Xpress, Inc.**

Director, Dedicated Operations

4080 Jenkins Rd | Chattanooga, TN 37421

Office: 423 510 4833 | Cell: 423 682 2173

szweeks@usxpress.com | www.usxpress.com

<image001.jpg>

**From:** Shane Weeks

**Sent:** Wednesday, March 14, 2018 9:52 AM

**To:** Tommy Ferguson <Tommy.Ferguson@walmart.com>; 'Kevin.Dyer@walmart.com' (Kevin.Dyer@walmart.com) <Kevin.Dyer@walmart.com>; Sam Hall (Sam.Hall@walmart.com) <Sam.Hall@walmart.com>; 'Ann.Dyer@walmart.com' <Ann.Dyer@walmart.com>; 'Ryan.Wolfe@walmart.com' <Ryan.Wolfe@walmart.com>; 'Ronnie.Laflamme@walmart.com' <Ronnie.Laflamme@walmart.com>; 'Jared.Harrison@walmart.com' <Jared.Harrison@walmart.com>

**Cc:** Ajay Rupramka <arupramka@usxpress.com>; Justin Harness <jcharness@usxpress.com>

**Subject:** Terrell/Pageland Update

Team,

Driver count numbers are totals and exclude drivers on 34 hour resets.

**Terrell Update:**

Dedicated Drivers – 92 (Lost no drivers yesterday)

OTR Drivers – 27

Support from New Caney – 2

Fleet has covered 20 FDD

88

CONFIDENTIAL

USX0223151

USX has covered 33 FDD
MP Projected at 57 MP
Capacity – Can cover MP with 3 standby
Forecast Before Walmart Support Provided:
    Thursday – 19 short
Friday – 0 short
Saturday – 4 short
Sunday – 6 short

**Pageland Update:**
Dedicated Drivers – 93 (Lost no drivers yesterday)
OTR Drivers – 17
Support from other Dedicated account – 3

Fleet has covered 5 FDD and 45 Dry
USX has covered 39 FDD and 36 DRY
MP Projected at 42
Currently short 9 for MP projection
Forecast before Walmart support provided:
    Thursday – 20 short
Friday – 15 short
Saturday – 12 short
Sunday – 10 short

**Shane Weeks | U.S. Xpress, Inc.**
Director, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
Office: 423 510 4833 | Cell: 423 682 2173
szweeks@usxpress.com | www.usxpress.com

<image001.jpg>

CONFIDENTIAL

USX0223152