# EXHIBIT 13

| | |
|---|---|
| **From:** | Eric Peterson |
| **Sent:** | Monday, December 17, 2018 3:37 PM |
| **To:** | Richard Wagoner (US - ASR) |
| **Subject:** | call with you and I |
| **Attachments:** | Scan_12-17-18--033502001.pdf |

Drew,

I thought the two of us could go through the attached as we discuss our path forward. Please let me know a time that works to catch up.

Thanks,

**Eric Peterson | Chief Financial Officer**
U.S. Xpress Enterprises, Inc.
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423.510.3275  Cell: 423.280.6073
epeterson@usxpress.com  |  www.usxpress.com

1

CONFIDENTIAL
USX0258382