# EXHIBIT 14

David Borgen (SBN 099354), Of Counsel
dborgen@gbdhlegal.com
James Kan (SBN 240749)
jkan@gbdhlegal.com
Raymond A. Wendell (SBN 298333)
rwendell@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel:   (510) 763-9800
Fax:   (510) 835-1417

James M. Sitkin (SBN 107650)
jsitkin@sitkinlegal.com
LAW OFFICES OF JAMES M. SITKIN
1 Kaiser Plaza, Suite 505
Oakland, CA 94612
Tel:   (415) 318-1048
Fax:   (415) 362-3268

Justin L. Swidler
jswidler@swartz-legal.com
Richard S. Swartz
rswartz@swartz-legal.com
SWARTZ SWIDLER LLC
1101 Kings Hwy. N. Ste. 402
Cherry Hill, NJ 08035
Tel:   (856) 685-7420
Fax:   (856) 685-7417

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY AYALA, individually and on behalf of all those similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>U.S. XPRESS ENTERPRISES, INC., U.S. XPRESS, INC., and DOES 1-100,<br><br>        Defendants. | Case No.: 5:16-cv-00137-GW (KKx)<br><br>**SUPPLEMENTAL DECLARATION OF JUSTIN SWIDLER IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   January 10, 2019<br>Time:   8:30 am<br>Ctrm:   9D<br>Before: Hon. George H. Wu<br><br>Trial Date: February 5, 2019 |

723887.2                    SUPPLEMENTAL DECLARATION OF JUSTIN SWIDLER – CASE NO. 5:16-CV-00137-GW (KKx)

I, Justin Swidler, declare as follows:

1.      I am a member in good standing of the State Bars of New Jersey and Pennsylvania and a Partner at Swartz Swidler, LLC.  I am admitted to practice *pro hac vice* before this Court.  I represent Plaintiff Anthony Ayala and the certified Class in this matter.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently to such facts.

2.      On November 19, 2018, USX produced to Plaintiff a great deal of data, including more than 100,000,000 text messages sent between drivers and fleet managers, bates-stamped USXA_603835.  Among these messages are many in which fleet managers or dispatchers instructed drivers to log their time as "off duty" or "sleeper berth" when they were in fact performing nondriving work..  Attached hereto as Exhibit A is a chart containing true and accurate copies of some of these messages.  Due to the enormity of the production and the limited time Plaintiff has had such data, this is no means represents all such messages, as Plaintiff has not had sufficient time to review or analyze these messages.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 6th day of December, 2018 at Cherry Hill, New Jersey

_____

Justin Swidler

# EXHIBIT A

**Driver Text Messages**

| sender co | sender | recipient co | recipient | destination type | message id | orig type | msg date | msg time | macro temp | msg body |
|---|---|---|---|---|---|---|---|---|---|---|
|  | HITCHCOCKS | 1 | 52803 | V | 941792693 | U | 2/23/2017 | 120240 | 29 | FRM: HITCHCOCKS PLEASE LOG SLEEPER BERTH TO SAVE UR 70 HR CLOCK WHILE GETTING LOADED |
| 1 | 52875 |  | CCHASTAIN | C | 850465182 | V | 2/14/2016 | 21805 | 20 | MY UNIT IS BROKE DOWN @ MI MARK HEADING   (N,S,E,W) ON HWY TIRE ISSUE N (Y/N) TIRE POSITION: FLAT N BLOWN N THER DAMAGE N (Y/N) NEAR CITY HEBUTT CURTRL# 703908 LIC# U PROBLEM RAN OUT OF DRIVE HOURS DUE TO BEING TOLD BY SAFETY TO PUT MYSELF IN SLEEPER WHILE I WAITED TO BE UNLOADED I HAD OVER 6HRS WHEN IT WAS TIME TO UNLOAD I HAD LESS THAN 2HRS BY THE TIME THEY GOT TO ME I WAS OUT |
|  | HITCHCOCKS | 1 | 52803 | V | 963138971 | U | 5/24/2017 | 83250 | 29 | FRM: HITCHCOCKS PLEASE LOG SLEEPERBERTH WHILE GETTTING LOADED TO SAVE UR 70 HOUR CLOCK |
| 1 | 52825 |  | OMNIX | P | 853237763 | V | 2/26/2016 | 24329 | 11 | TO: BWILSON  MESSAGE  : HE SHOWED UP. HAVE TO GO OFF DUTY. ILL SLOWLY MOVE TO A SAFE LOCATION AFTER IM UNLOADED |
| 1 | 52848 |  | OMNIX | P | 925264475 | V | 12/13/2016 | 74601 | 11 | TO: ESSAGE: ETA OF REPAIR TEAM 1-2HRS FROM NOW. I HAVE 2HOS LEFT FOR TDAY. CURRENTLY OFF DUTY STATUS W LOADED TRL |
|  | CSAND | 1 | 52901 | V | 858025886 | U | 3/17/2016 | 120642 | 1 | GET AS CLOSE AS YOU CAN TO DELIVERY THEN GO INTO SLEEPER BERTH, MAKE DEL ON TIME, THEN GO OFF DUTY WHILE BEING UNLOADED. YOU WILL HAVE ENOUGH TIME ON YOUR CLOCK TO GET TO A TRK STOP AFTER TO DO YOUR 34 HR RESET. THANKS! |
| 1 | 52888 |  | OMNIX | P | 822370714 | V | 10/9/2015 | 91858 | 11 | TO: SNWILSON MESSAGE : YES,BUT GOT 2 SVA-SHPR,ON IME. THEY WERE REAL BEHIND.WENT INTO SLEEPER B4 EVEN LOADED! |

**Driver Text Messages**

| sender co | sender | recipient co | recipient | destination type | message id | orig type | msg date | msg time | macro temp | msg body |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 82273 | | OMNIX | P | 38692599 | V | 3/13/2018 | 164104 | 11 | TO: MESSAGE: BEING UNLOADED, ILLEGALY OFF DUTY BECAUSE I HAVE NO HOURS. CANT JUST CAMPOUT ANYWHERE WHEN CLOCK HITS ZERO. LIKE IT DOES EVERYDAY. |
| | JSPONBERGE | 1 | 52917 | V | 968853792 | U | 6/16/2017 | 151648 | 29 | FRM: JSPONBERGE STILL UNLOADING YOU? IF THEY ARE GO OFF DUTY. |
| | JSPONBERGE | 1 | 52917 | V | 935550728 | U | 1/27/2017 | 81218 | 1 | 10-4 JUST STAY OFF DUTY, PREPLAN IS PREPLOADED, AND SHOULD GET MORE TIME |
| 1 | 52934 | | OMNIX | P | 873487037 | V | 5/18/2016 | 202359 | 11 | TO: AHAGAN MESSAGE: I HAD 4 HRS LEFT FOR TODAYSAT FROM 1500 TILL 1904 TO GET LOADED  WAS IN SLEEPER BUT MY AVAIL DRIVE TIME IS NOW 0 NEED HELP WITH LOG FIX |
| 1 | 52917 | | OMNIX | P | 970088207 | V | 6/21/2017 | 175825 | 11 | TO: JSPONEBERG MESSAGE: NO WORD ON GETTING LOADED.I HAVE 2 HOURS ON MY CLOCK LEFT.I GUESS IF I DO GET TO LOAD TONITE ILL BE OFF DUTY!!! |
| | DHAMMOND | 1 | 52924 | V | 903358500 | U | 9/15/2016 | 144601 | 1 | u need to log sleeper sir to save your 70. since they r not loading u and u r sitting |
| 1 | 52976 | | OMNIX | P | 902927514 | M | 9/13/2016 | 231824 | 11 | TO: SMCFARLAND MESSAGE   : On my sleeper break I'm supposed to pick up a load in the morning as soon as my trailer is unloaded at this same receiver |
| | MIRWIN | 1 | 53078 | V | 995216039 | U | 9/28/2017 | 191901 | 29 | FRM: MIRWIN NO, STAY OFF DUTY, GET LOADED WHEN YOU GET HOURS, CALL ME IF THAT HAPPENS |
| | SPETTY | 1 | 53024 | V | 972121115 | U | 6/29/2017 | 164253 | 1 | 10/4 TRY AND STAY IN SLEEPER WHEN YOU ARE GETTING LOADED, HELPS YOUR 70 |
| 1 | 53070 | | OMNIX | P | 894334045 | V | 8/9/2016 | 115055 | 11 | TO:  MESSAGE: CANT DO A SPLIT SLEEPER AND MAKE APPTSAND CLOCK RULES NOT WORKING FOR WINDOWPLUS ITS A PRELOADED. I HAVE NO TRL |

**Driver Text Messages**

| sender co | sender | recipient co | recipient | destination type | message id | orig type | msg date | msg time | macro temp | msg body |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 53072 | | OMNIX | P | 823501575 | M | 10/15/2015 | 20727 | 11 | TO: GHARNESS MESSAGE: I can't take a full 10 or even the split sleeper like I planned. After unloaded, I have to take a full 10 off again. |
| | KWALKER | 1 | 52999 | V | 861569542 | U | 4/1/2016 | 103651 | 1 | This one is HVP-- please follow HVP procedures. Procedures are: fuel before heading to shipper, 200mi driving before stopping after loaded, send Mac 32 when stopped. Back trailer against surface when breaking overnight to prevent doors being opened while in sleeper, |
| 1 | 53019 | | OMNIX | P | 854476019 | V | 3/2/2016 | 143109 | 11 | TO: HOS  MESSAGE: OFF DUTY TRAILER LOADED   WRONG. OVERWEIGHT ON REARS |
| 1 | 53031 | | OMNIX | P | 922226789 | V | 11/30/2016 | 232310 | 11 | TO: FM     MESSAGE   : YES THEY DID AND YES IM GOING TO GET LOADED WHENEVER THEY GET TO ME IM IN OFF DUTY MODE RIGHT NOW AND MY 8HR CLOCK IS AT 4:52 AND COUNTING |
| | HITCHCOCKS | 1 | 53063 | V | 982459862 | U | 8/10/2017 | 120637 | 29 | FRM: HITCHCOCKS RON, U NEED TO LOG SLEEPERBERTH WHILE GETTING UNLOADED U ARE BURNING UP UT |
| | DDUNBAR | 1 | 53073 | V | 23530291 | U | 1/15/2018 | 172027 | 29 | FRM: DDUNBAR PREPLAN, COVER DEADHEAD TONIGHT. MAKE SURE U GO OFF DUTY WHILE UNLOADING |
| | GKUEHN | 1 | 53082 | V | 885787634 | U | 7/6/2016 | 114441 | 1 | You are logging drive time currently. Please log off duty or sleeper while you are getting loaded. |
| | HITCHCOCKS | 1 | 53092 | V | 891230134 | U | 7/27/2016 | 160455 | 1 | please log off duty or sleeper berth while unloading to save your 70 hour clcok |
| | HITCHCOCKS | 1 | 53163 | V | 951565558 | U | 4/6/2017 | 80204 | 29 | FRM: HITCHCOCKS              MAKE SURE U LOAD SLEEPERBERTH AT THE SHIPPER GETTING LOADED |
| | HITCHCOCKS | 1 | 53163 | V | 951565598 | U | 4/6/2017 | 80223 | 29 | FRM: HITCHCOCKS             NEED U TO LOG SLEEPER SO UR 70 HOURS CLOCK DOESN'T RUN DOWN WHILE LOADING |
| | GKUEHN | 1 | 53225 | V | 880876070 | U | 6/16/2016 | 171550 | 1 | be sure to log offduty or sleeper to save your 70 while they are unloading you |

**Driver Text Messages**

| sender co | sender | recipient co | recipient | destination type | message id | orig type | msg date | msg time | macro temp | msg body |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLCRAWFORD | 1 | 82348 | V | 65454099 | U | 5/21/2018 | 115501 | 29 | FRM: CLCRAWFORD 10/4 PUT YOURSELF IN THE SLEEPER AND GIVE A SOLID ETA ONCE LOADED |
| | DDUNBAR | 1 | 53225 | V | 960391553 | U | 5/12/2017 | 150537 | 29 | FRM: DDUNBAR WHEN YOU GET LOADED AT SHIPPER, MAKE SURE YOU GO OFF DUTY |
| 1 | 53359 | | | OMNIX | P | 893899101 | V | 8/7/2016 | 143604 | 11 | TO: FM MESSAGE : I WILL BE LIVE LOADED AT 0100 AM. THEY ARE NOT READY YET. I AM STARTING A 10 HOUR SLEEPER BREAK, THANK YOU. 1186938 |
| 1 | 53229 | | | OMNIX | P | 25699136 | M | 1/23/2018 | 223737 | 11 | TO: MESSAGE : They are still loading. This is going into my sleep time. I'm should have been in sleeper last 2 hrs. This is just wrong. Now I have |
| | TGRIGSBY | 1 | 53328 | V | 859536544 | U | 3/23/2016 | 182641 | 1 | Repower driver is still being unloaded, but is still going to repower you. hang tight, go off duty to save hours if needed, and he'll be there shortly. |
| | HITCHCOCKS | 1 | 53548 | V | 973793228 | U | 7/7/2017 | 70659 | 29 | FRM: HITCHCOCKS PLEASE LOG SLEEPER BERTH WHILE BEING UNLOADED TO SAVE UR 70 HOUR CLOCK |
| | DDUNBAR | 1 | 53444 | V | 956111368 | U | 4/25/2017 | 123136 | 29 | FRM: DDUNBAR ALSO MAKE SURE YOU ARE OFF DUTY WHEN GETTING LOADED. YOUR 70 IS LOW |
| | DDUNBAR | 1 | 53456 | V | 5496135 | U | 11/6/2017 | 171144 | 29 | FRM: DDUNBAR GO OFF DUTY IF YOURE GETTING LOADED. BURNING UR CLOCK |
| | TMCENTYRE | 1 | 53492 | V | 893161611 | U | 8/4/2016 | 85305 | 1 | Running behind on loading will not be ready till noon- can driver go in sleeper or on break to save his hours or go eat and come back? Angela O'Daniel \| Let's Go Express LLCAgent of U.S. Xpress, Inc. |
| | GKUEHN | 1 | 53380 | V | 922116057 | U | 11/30/2016 | 144015 | 29 | FRM: GKUEHN ARE THEY LOADING YOU? ALSO, BE SURE TO LOG OFF DUTY WHILE AT SHIPPER. |

**Driver Text Messages**

| sender co | sender | recipient co | recipient | destination type | message id | orig type | msg date | msg time | macro temp | msg body |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 53397 | | | OMNIX | P | 809682023 | V | 8/13/2015 | 135551 | 11 | TO: SRODDY          MESSAGE  : I CANT GET LOADED UNTIL 5HRRS.FROM,NOW IT WILL BE 6PM TONIGHT THEY WILL LOAD ME IM ATMIDDLILE TOWN DOCK I HAVE TO GO ON SLEEPER BERTH OR LOO |
| | HITCHCOCKS | 1 | 53458 | V | 882868845 | U | 6/24/2016 | 105350 | 1 | LOG OFF DUTY OR SLEEPEREBERTH WHILE UNLOADING. U SHOULD HAVE TIME FOR PP |
| | MBUCKLES | 1 | 94156 | V | 57509988 | U | 4/20/2018 | 114049 | 29 | FRM: MBUCKLES          GO OFF DUTY TO SAVE YOUR 70. ARE THEY FINISHED UNLOADING? |
| 1 | 53508 | | | OMNIX | P | 823910023 | V | 10/16/2015 | 223957 | 11 | TO:          MESSAGE  : NO TELLING WHAT TIME THEY WILL GET TO ME. I SHOULD BE IN THE   SLEEPER NOT WAITING TO BE UNLOADED. |
| 1 | 53517 | | | OMNIX | P | 943585415 | V | 3/3/2017 | 42959 | 11 | TO:          MESSAGE  : WHEN I GOT LOADED  I WAS OUT OF HRS SO I WENT TO SLEEPER |
| 1 | 53557 | | | OMNIX | P | 825610680 | V | 10/26/2015 | 171301 | 11 | TO: JVANDERLIN          MESSAGE  : YEA MY 10 IS OVER N 2HR&11MIN.BUT I START AGAIN AT 2235PRETRIP TSC AT 2300 ON ROAD AT 2330 ARRIVE AT DEL.0300-0330 GO N2 SLEEPER UNLOADED BY |
| | JSPONBERGE | 1 | 53552 | V | 986191324 | U | 8/24/2017 | 154229 | 29 | FRM: JSPONBERGE          GO OFF DUTY IF THEY ARE UNLOADING YOU |
| | CPEMBERTON | 1 | 53618 | V | 912034354 | U | 10/20/2016 | 173835 | 29 | FRM: CPEMBERTON          TIP: WHEN BEING LOADED GO INTO SLEEPER IT SAVES YOUR CLOCK. |
| | JCONNALLY | 1 | 53568 | V | 814593522 | U | 9/3/2015 | 122057 | 29 | FRM: JCONNALLY          JUST MAKE SURE U GO OFF DUTY DURING UNLOADING |
| 1 | 53652 | | | OMNIX | P | 833872448 | V | 12/2/2015 | 72722 | 11 | TO:          MESSAGE  : HAVE TO MOVE TRUCK AROUND BUILDING FOR UNLOADING WHILE OFF DUTY |
| | KYACKELL | 1 | 53886 | V | 934499398 | U | 1/23/2017 | 82136 | 29 | FRM: KYACKELL          PLEASE MAKE SURE YOU ARE IN OFF DUTY WHILE BEING LOADED SO IT WILL STOP YOUR |

**Driver Text Messages**

| sender co | sender | recipient co | recipient | destination type | message id | orig type | msg date | msg time | macro temp | msg body |
|---|---|---|---|---|---|---|---|---|---|---|
| | JSPONBERGE | 1 | 53885 | V | 72794930 | U | 6/18/2018 | 155332 | 29 | FRM: JSPONBERGE          GO OFF DUTY IF YOU STILL WAITING TO GET LOADED |
| 1 | 54001 | | | OMNIX | P | 872909030 | V | 5/17/2016 | 85723 | 11 | TO: WMCDOWELL          MESSAGE : WAITIN 2 B UNLOADED NOW,GOIN OFF DUTY TIL THEN. |
| | HITCHCOCKS | 1 | 53914 | V | 854453616 | U | 3/2/2016 | 130137 | 1 | glad you made it to the Pick Up. go ahead and go off duty so you do not go into violation while youre being loaded |
| | SPETTY | 1 | 54067 | V | 971795725 | U | 6/28/2017 | 142416 | 29 | FRM: SPETTY          TAKE YOURSELF OFF DUTY UNTIL YOU ARE LOADED |
| | CMIX | 1 | 66157 | V | 11188407 | U | 11/28/2017 | 94051 | 29 | FRM: CMIX          ROLLING APRIL? LOADING AT 1000 AND YOUR SHOWING SLEEPERBERTH WITH 27 MILES |
| 1 | 54137 | | | OMNIX | P | 824890107 | V | 10/22/2015 | 122854 | 11 | TO:          MESSAGE   : SO GO OFF DUTY WHEN IM GETTING LOADED OR UNLOADED? |
| 1 | 66011 | | | OMNIX | P | 903408604 | M | 9/15/2016 | 175611 | 11 | TO: AMCDONALD          MESSAGE   : Ive already been verbaled.  Off duty till pu. No in truck while unloading, no calling store, |
| 1 | 66066 | | | OMNIX | P | 844959459 | V | 1/21/2016 | 74731 | 11 | TO: DISPATCH          MESSAGE   : SEARS IS ALREADU HERE     THEY HAVE STATED LOADING TRAILERS.   I AM STILL IN THE SLEEPER BIRTH. |
| | HITCHCOCKS | 1 | 66066 | V | 867875628 | U | 4/27/2016 | 162818 | 1 | make sure you log off duty or sleeper berth while being loaded |
| | HITCHCOCKS | 1 | 66108 | V | 884494531 | U | 6/30/2016 | 150907 | 1 | log off duty or sleeper berth while being loaded to save your 70 hout clock |
| | HITCHCOCKS | 1 | 66120 | V | 856584790 | U | 3/11/2016 | 101424 | 1 | please go off duty or sleeper berth so we don't kill the rest of the time on ur 70 while ur being unloaded so u have time to get over to the next shipper for your PP |
| | HITCHCOCKS | 1 | 54124 | V | 926856209 | U | 12/19/2016 | 104616 | 29 | FRM: HITCHCOCKS          LOG OFF DUTY OR SLEEPER BERTH WHILE BEING UNLOADED TO SAVE UR 70 HR CLOCK |

## Driver Text Messages

| sender co | sender | recipient co | recipient | destination type | message id | orig type | msg date | msg time | macro temp | msg body |
|---|---|---|---|---|---|---|---|---|---|---|
| | HITCHCOCKS | 1 | 54150 | V | 879219397 | U | 6/10/2016 | 113131 | 1 | you need to log off duty or sleeper berth while being loaded to save your 70 hour clock |
| | MMIKELL | 1 | 54150 | V | 974437392 | U | 7/10/2017 | 94858 | 29 | FRM: MMIKELL            AFTER 10 MINUTES LOG OFF DUTY WHILE UNLOADING TO SAVE 70 CLOCK. |
| | GKUEHN | 1 | 66071 | V | 32068507 | U | 2/16/2018 | 111159 | 29 | FRM: GKUEHN            PLZ DON'T FORGET TO LOG OFF DUTY OR SLEEPER WHILE BEING LOADED IF NOT WORKIN |
| | AMCDONALD | 1 | 66108 | V | 823616128 | U | 10/15/2015 | 140747 | 29 | FRM: AMCDONALD            IF U ARE WAITING TO GET LOADED GO IN SLEEPER BERTH |
| | JSPONBERGE | 1 | 66180 | V | 24588193 | U | 1/19/2018 | 134306 | 29 | FRM: JSPONBERGE            THEY UNLOADING YOU? GO OFF DUTY IF YOU ARE STILL WAITING |
| | HITCHCOCKS | 1 | 66163 | V | 974454023 | U | 7/10/2017 | 104140 | 29 | FRM: HITCHCOCKS            MAKE SURE U LOG OFF DUTY OR SLEEPER BERTH WHILE UNLOADING TO SAVE UR 70 HR |
| | NMOORE | 1 | 66170 | V | 919123430 | U | 11/17/2016 | 110813 | 29 | FRM: NMOORE            HELL OF A GOOD JOB TODAY.  MAKE SURE YOU GO OFF DUTY WHEN THEY ARE UNLOADING |
| | NMOORE | 1 | 66170 | V | 919175779 | U | 11/17/2016 | 140128 | 29 | FRM: NMOORE            MAKE SURE YOU GO OFF DUTY WHEN YOU ARE GETTING UNLOADED |
| 1 | 66263 | | OMNIX | P | 872617257 | V | 5/16/2016 | 85947 | 11 | TO: B0PPER            MESSAGE  : ARRIVED CANT B UNLOADED UNTIL 11.30 GOING TO SLEEPER |
| | DDUNBAR | 1 | 66195 | V | 962031405 | U | 5/19/2017 | 120456 | 29 | FRM: DDUNBAR            GO OFF DUTY WHILE THEY ARE LOADING YOU |
| 1 | 66212 | | OMNIX | P | 822003927 | V | 10/7/2015 | 164904 | 11 | TO: AAYALA            MESSAGE  : SINCE IM NOT GOING TO GET UNLOADED BEFORE IM OUT OF HOURS, IM   PUTTING MYSELF IN SLEEPER BERTH.     NO WORD FROM PLANNER? |
| | TBAUCOM | 1 | 66275 | V | 926098020 | U | 12/16/2016 | 114 | 29 | FRM: TBAUCOM            MAKE SURE TO GO OFF DUTY WHILE UR BEING LOADED TO CONSERVE UR DRIVE TIME |

**Driver Text Messages**

| sender co | sender | recipient co | recipient | destination type | message id | orig type | msg date | msg time | macro temp | msg body |
|---|---|---|---|---|---|---|---|---|---|---|
| | APOWELL | 1 | 66309 | V | 936661342 | U | 2/1/2017 | 84437 | 29 | FRM: APOWELL   WHEN THEY'RE UNLOADING U, U CAN LOG OFF DUTY TO SAVE YOUR 70 HOUR CLOCK |
| | JSPONBERGE | 1 | 66291 | V | 33585222 | U | 2/22/2018 | 92642 | 29 | FRM: JSPONBERGE   ARE THE Y UNLOADING YOU? GO OFF DUTY. |
| 1 | 66298 | | OMNIX | P | 886225607 | V | 7/7/2016 | 215356 | 11 | TO:   MESSAGE  : IM AT THE DOCK WAITING TO BE UNLOADED STILL. I HAD TO GO OFF DUTY SO I WOULDNT VIOLATE MY LOGS. |
| | JSPONBERGE | 1 | 66291 | V | 31736856 | U | 2/15/2018 | 93730 | 29 | FRM: JSPONBERGE   GO OFF DUTY WHILE THEY ARE UNLOADINGYOU. YOU DON'T HAVE TO BE ON DUTY |
| 1 | 66347 | | OMNIX | P | 856197524 | V | 3/9/2016 | 215745 | 11 | TO: TCOBB   MESSAGE  : STILL BEING LOADED IM GONNA EDIT,MYSELF TO SLEEPER THAT WAY I CAN ROLL AT 0200 |
| | JSPONBERGE | 1 | 66313 | V | 26163516 | U | 1/25/2018 | 112339 | 29 | FRM: JSPONBERGE   REMEMBER TO STAY OFF DUTY GETTING LOADED |
| 1 | 66423 | | OMNIX | P | 837455897 | M | 12/16/2015 | 225851 | 11 | TO:   MESSAGE  : We left the shipper at 0745 it's the first on duty log after off duty while getting loaded. 0745 departure.  Arrival was about 0710. |
| 1 | 66358 | | OMNIX | P | 84200385 | V | 8/1/2018 | 165206 | 11 | TO:   MESSAGE  : I PUT MYSELF SLEEPERBIRTH SO I CAN RUN THIS LOADED TRAILER AT  2:30AM TOMARROW IN HOPES TO BE THERE  AT 12:30 |
| | JSPONBERGE | 1 | 66390 | V | 987675488 | U | 8/30/2017 | 142514 | 29 | FRM: JSPONBERGE   THEY STILL LOADING YOU? SEND IN MAC 14. GO OFF DUTY |
| | KZACHER | 1 | 66411 | V | 73990248 | U | 6/22/2018 | 154322 | 29 | FRM: KZACHER   YOU CAN STAY OFF DUTY WHILE BEING LOADED. |
| | DHAMMOND | 1 | 66398 | V | 978052769 | U | 7/24/2017 | 161202 | 29 | FRM: DHAMMOND   MAKE SURE U LOG SLEEPER WHILE GETTING LOADED SO U CAN MAKE THIS DEL TONIGHT |

## Driver Text Messages

| sender co | sender | recipient co | recipient | destination type | message id | orig type | msg date | msg time | macro temp | msg body |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 66437 | | OMNIX | P | 986359025 | V | 8/25/2017 | 81343 | 11 | TO: RHENDRY          MESSAGE : HEY HOPE YOUR HAVING A BETTER DAY IM AT SHIPPER THE GUY IS ALONETODAY IN OFFICE AND WAREHZ BUT IM WAITING TO GET LOADED HAD TO GO OFF DUTY B |
| 1 | 66466 | | OMNIX | P | 1581834 | V | 10/23/2017 | 93246 | 11 | TO:              MESSAGE  : THIS LOAD IN WINDCOR,CT   IS A DROP&HOOK NOW HAVE LOADED TRLR   400354 ALREADY DROPPED EMPTY TRLR830542 BUT SLEEPER TIME NOT FINISH YET |
| 1 | 66514 | | OMNIX | P | 82426823 | V | 7/25/2018 | 192749 | 11 | TO: MLARSON          MESSAGE : IM STILLL WAITING TO BE LOADED NOT SURE ABOUT THE 10PM TIME CLOCK RUNNING AND IM OFF DUTY |
| | HITCHCOCKS | 1 | 66534 | V | 924983961 | U | 12/12/2016 | 82148 | 29 | FRM: HITCHCOCKS          LOG OFF DUTY OR SLEEPER BERTH TO SAVE UR 70 HOUR CLOCK WHILE BEING UNLOADED |
| 1 | 66588 | | OMNIX | P | 108142547 | V | 11/1/2018 | 122738 | 11 | TO: CLCRAWFORD          MESSAGE : I FORGOT TO PUT MYSELF OFF DUTY WHEN I WAS BEING UNLOADED THANKS |
| 1 | 66558 | | OMNIX | P | 804568427 | V | 7/22/2015 | 183058 | 11 | TO: GHARNESS          MESSAGE : GATE CLOSES AT 2.... ITS 4 US EXPRESS TRUCKS HERE LEFT NOBODY GETTING LOADED.. I BEEN OFF DUTY SINCE 3:10 APP WAS 5 |
| | HHENDRICKS | 1 | 66582 | V | 892654823 | U | 8/2/2016 | 131222 | 1 | please go into sleeper status, looks like it might be a while to get loaded, send macro 14's and get in and out times |
| | MMORRISON | 1 | 66612 | V | 7993857 | U | 11/15/2017 | 114522 | 29 | FRM: MMORRISON          PLEASE GO IN OFF DUTY WHILE BEING LOADED |
| | HITCHCOCKS | 1 | 66594 | V | 983928935 | U | 8/16/2017 | 83551 | 29 | FRM: HITCHCOCKS          WHEN U GET TO THE RECEIVER LOG SLEEPER BERTH WHILE UNLOADING TO SAVE UR 70 |
| | MLANGSTON | 1 | 66677 | V | 812902033 | U | 8/27/2015 | 101615 | 29 | FRM: MLANGSTON          MAKE SURE YOU ARE OFF DUTY WHILE BEING UNLOADED AFTER 30 MIN |

## Driver Text Messages

| sender co | sender | recipient co | recipient | destination type | message id | orig type | msg date | msg time | macro temp | msg body |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 66663 | | OMNIX | P | 852327192 | V | 2/22/2016 | 141743 | 11 | TO:                MESSAGE   : HELLO JUST GOT LOADED AT SHIPPER I ONLY HAVE 5HRS OF DRIVE T8ME EFT FOR TODAY DUE TO BEING OFF DUTY WAITING FOR SHIPPER I WONT BE ABLE TO MA |
| | JSPONBERGE | 1 | 66621 | V | 999048955 | U | 10/13/2017 | 110706 | 29 | FRM: JSPONBERGE          GO OFF DUTY WHILE YOU WAIT TO GET LOADED |
| | HITCHCOCKS | 1 | 66693 | V | 866061947 | U | 4/20/2016 | 154811 | 1 | once you get to the receiver please log off duty or sleeper berth to save the time on your 70 while you are being unloaded |
| | LBRAMLETT | 1 | 66695 | V | 903136453 | U | 9/14/2016 | 171852 | 1 | PLease make sure to log off duty while you are being loaded |
| | HITCHCOCKS | 1 | 66708 | V | 882957594 | U | 6/24/2016 | 154901 | 1 | please log off duty or sleeper berth while being loaded to save your 70 hour clock |
| 1 | 66706 | | OMNIX | P | 942842503 | V | 2/28/2017 | 101549 | 11 | TO: FM                MESSAGE   : I HAD 6 HOURS LEFT WHEN I WENT INTO SLEEPER. THEY LOADED ME AT 6THIS MORNING |
| | HITCHCOCKS | 1 | 66708 | V | 881946207 | U | 6/21/2016 | 90757 | 1 | log off duty or sleeper berth while being unloaded to save your 70 hour clock |
| | MLCHANDLER | 1 | 66723 | V | 919510089 | U | 11/18/2016 | 162432 | 29 | FRM: MLCHANDLER          GO OFF DUTY SO YOUR CLOCK DOEST BURN GETTING LOADED |
| | JSPONBERGE | 1 | 66719 | V | 5668050 | U | 11/7/2017 | 102832 | 29 | FRM: JSPONBERGE          GO OFF DUTY WHILE YOU ARE GETTING LOADED |
| | HITCHCOCKS | 1 | 66809 | V | 878578873 | U | 6/8/2016 | 95126 | 1 | please go ahead and head to the shipper and they may be able to work u in when you arrive. just make sure to log off duty or sleeper berth while there being loaded so you don't lose time on your 70 hour clcock |
| | HITCHCOCKS | 1 | 66809 | V | 879204286 | U | 6/10/2016 | 104609 | 1 | you need to log off duty or sleeper berth while dropping your trailer or unloading to save your 70 hour clock |

**Driver Text Messages**

| sender co | sender | recipient co | recipient | destination type | message id | orig type | msg date | msg time | macro temp | msg body |
|---|---|---|---|---|---|---|---|---|---|---|
| | DDUNBAR | 1 | 66833 | V | 46885578 | U | 4/13/2018 | 140546 | 29 | FRM: DDUNBAR          CAN THEY GET U LOADED WITHIN 3 HOURS? IF YOU STAY OFF DUTY, UR 70 WONT BURN |
| 1 | 66897 | | | OMNIX | P | 58200335 | V | 4/23/2018 | 142149 | 11 | TO: MMIKELL          MESSAGE : YES WHOLE TIME OFF DUTY BEEN GETTING UNLOADED |
| | HITCHCOCKS | 1 | 66917 | V | 983320904 | U | 8/14/2017 | 63940 | 29 | FRM: HITCHCOCKS          MAKE SURE TO LOG SLEEPER BERTH WHILE GETTING LOADED TO SAVE UR 70 HR CLCOK |
| | HITCHCOCKS | 1 | 66917 | V | 977367268 | U | 7/21/2017 | 125506 | 29 | FRM: HITCHCOCKS          WAYNE U NEED TO LOG SLEEPERBERTH WHILE UNLOADING U ARE BURNING UP UR 70 |
| | HITCHCOCKS | 1 | 66917 | V | 977367460 | U | 7/21/2017 | 125550 | 29 | FRM: HITCHCOCKS          LOG SLEEPER BERTH OR UR 70 HR CLOCK IS GOING TO RUN DOWN WHILE UNLOADING |
| | HITCHCOCKS | 1 | 66917 | V | 978178276 | U | 7/25/2017 | 63908 | 29 | FRM: HITCHCOCKS          MAKE SURE U LOG SLEEPERBERTH WHILE GETTING UNLOADED AT THE RECEVIER |
| | HITCHCOCKS | 1 | 66917 | V | 983339729 | U | 8/14/2017 | 83217 | 29 | FRM: HITCHCOCKS          MAKE SURE TO LOG SLEEPER BERTH WHILE GETTING LOADED TO SAVE UR 70 HR CLOCK |
| | KYACKELL | 1 | 66971 | V | 924355490 | U | 12/9/2016 | 75137 | 29 | FRM: KYACKELL          NEED TO BE IN OFF DUTY IF YOU ARE WAITING TO BE UNLOADED. NO POINT IN |
| | HITCHCOCKS | 1 | 66994 | V | 967617409 | U | 6/12/2017 | 91806 | 29 | FRM: HITCHCOCKS          ARE U BEING UNLOADED? LOG SLEEPER BERTH TO SAVE UR 70 HR CLCOK |
| 1 | 66994 | | | OMNIX | P | 965868677 | V | 6/5/2017 | 40715 | 11 | TO: SAM          MESSAGE : AT PEPSI IN WICHITA.CAN NOT GET UNLOADED UNTIL AT LEAST 0800 LOCAL,NO DROP&HOOK.IN SLEEPER...FOR NOW |
| | GKUEHN | 1 | 67063 | V | 963717803 | U | 5/26/2017 | 95509 | 29 | FRM: GKUEHN          PLZ LOG OFF DUTY TO SAVE YOUR 70 HOUR CLOCK WHILE FINISHING UNLOADING |

## Driver Text Messages

| sender co | sender | recipient co | recipient | destination type | message id | orig type | msg date | msg time | macro temp | msg body |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 67115 | | OMNIX | P | 920503016 | M | 11/22/2016 | 195915 | 11 | TO: SAFETYMSG         MESSAGE  : I going to put me in sleeper berth because they going to load the trailer like 2 hours loaded i have 2H in my lock |
| | JSPONBERGE | 1 | 67103 | V | 995059216 | U | 9/28/2017 | 101012 | 29 | FRM: JSPONBERGE        GO OFF DUTY WHILE THEY UNLOAD YOU...LET ME KNOW WHEN THEY START UNLOADING U |
| | JSPONBERGE | 1 | 67219 | V | 26198001 | U | 1/25/2018 | 131448 | 29 | FRM: JSPONBERGE         REMEMBER TO SAY OFF DUTY WHEN GETTING LOADED TO STOPYOUR 70 |
| 1 | 67163 | | OMNIX | P | 882802046 | M | 6/24/2016 | 63915 | 11 | TO: HHENDRICKS         MESSAGE  : The  gard wakes me up to make me unhook  from loaded trailer that is breaking the federal dot law waking some one out of sleeper berth and |
| | MLANGSTON | 1 | 67208 | V | 888831968 | U | 7/18/2016 | 152812 | 1 | If you go off duty while being loaded it will save what is left of your 70 hour clock unless you are out of the truck . |
| 1 | 67220 | | OMNIX | P | 814866511 | V | 9/4/2015 | 123847 | 11 | TO:             MESSAGE  : I DON,T WANT TO COME OUT OF SLEEPER TILL LOADED BUT IM AT SHIPPER |
| | KYACKELL | 1 | 67258 | V | 938560407 | U | 2/9/2017 | 74523 | 29 | FRM: KYACKELL          YOU NEED TO BE IN OFF DUTY STATUS IF YOU ARE WAITING OT BE LOADED |
| | JSPONBERGE | 1 | 67257 | V | 977062644 | U | 7/20/2017 | 115618 | 29 | FRM: JSPONBERGE         WHEN YOU GET TO SHIPPER TO GET LOADED, GO OFF DUTY BECAUSE THAT IS A LIVE |
| | HITCHCOCKS | 1 | 67328 | V | 962902430 | U | 5/23/2017 | 111350 | 29 | FRM: HITCHCOCKS         U NEED TO LOG OFF DUTY OR SLEEPER BERTH WHILE BEING UNLOADED TO SAVE UR 70 |
| | JSPONBERGE | 1 | 67258 | V | 37130530 | U | 3/7/2018 | 162817 | 29 | FRM: JSPONBERGE         GO OFF DUTY IF THEY ARE STILL UNLOADING YOU. THAT SAVES YOUR 70 |

## Driver Text Messages

| sender co | sender | recipient co | recipient | destination type | message id | orig type | msg date | msg time | macro temp | msg body |
|---|---|---|---|---|---|---|---|---|---|---|
| | JLANTHRIPP | 1 | 67405 | V | 889718980 | U | 7/21/2016 | 160905 | 1 | I see you were on duty for an hour and a half in S. Holland, IL. If the customer allows you to wait in your truck while unloading, you can hop in the sleeper berth, log sleeper berth, and knock out your 30 minute break and save hours on your 70. |
| 1 | 68014 | | OMNIX | P | 936245027 | V | 1/30/2017 | 160817 | 11 | TO: JSPONBERGE        MESSAGE  : GUESS IM GOING TO JUST BREAK HERE AFTER LOADED, STILL HAVENT GOT TO ME YET, MAKES MORE SENSE TO STAY OFF DUTY SO IM NOT PUSHING LATE |
| | HITCHCOCKS | 1 | 68036 | V | 968854243 | U | 6/16/2017 | 151857 | 29 | FRM: HITCHCOCKS        MAKE SURE TO LOG SLEEPER BERTH WHILE BEING LOADED TO SAVE UR 70 HR CLOCK |
| 1 | 68041 | | OMNIX | P | 27644497 | V | 1/31/2018 | 71809 | 11 | TO:        MESSAGE  : IM AT TERMINAL CALLED IN TO GET TRAILER # WAS TOLD PRE LOADED TRAILER MAY BE GETTING SENT HERE.GOING OFF DUTY UNTIL FURTHER NOTIFIED OF TRL# |
| | JSPONBERGE | 1 | 68054 | V | 64244085 | U | 5/16/2018 | 142011 | 29 | FRM: JSPONBERGE        GO OFF DUTY PLEASE IF THEY ARE STILL LIVE LOADING YOU |
| | JSPONBERGE | 1 | 68062 | V | 977109536 | U | 7/20/2017 | 144110 | 29 | FRM: JSPONBERGE        THEY STILL UNLOADING YOU? IF SO GO OFF DUTY. |
| | HITCHCOCKS | 1 | 68106 | V | 940231833 | U | 2/16/2017 | 125640 | 29 | FRM: HITCHCOCKS        LOG SLEEPER BERTH TO SAVE UR 70 HOUR CLOCK WHILE BEING LOADED |
| | LWILLMON | 1 | 68206 | V | 915844475 | U | 11/4/2016 | 83437 | 1 | 10*4 YOU ARE SHOWING ON DUTY. NEED TO BE OFF DUTY WHILE UNLOADING |
| 1 | 68145 | | OMNIX | P | 3963219 | V | 10/31/2017 | 184728 | 11 | TO: DISPATCH        MESSAGE  : STILL WAITING TO GET    LOADED GOING OFF DUTY RUNNING OUT OF  HOURS |
| | JSPONBERGE | 1 | 68201 | V | 993178836 | U | 9/21/2017 | 81147 | 29 | FRM: JSPONBERGE        MAKE SURE YOU STAY OFF DUTY WHEN THEY ARE LOADING YOU |

## Driver Text Messages

| sender co | sender | recipient co | recipient | destination type | message id | orig type | msg date | msg time | macro temp | msg body |
|---|---|---|---|---|---|---|---|---|---|---|
| | HITCHCOCKS | 1 | 68271 | V | 976759585 | U | 7/19/2017 | 104023 | 29 | FRM: HITCHCOCKS       WHEN U GET TO THE SHIPPER LOG SLEEPER BERTH WHILE BEING LOADED TO SAVE UR |
| | JHOSKINS | 1 | 68267 | V | 821782044 | U | 10/6/2015 | 175532 | 1 | STAY OFF DUTY UNTIL THEY ARE ACTIVELY LOADING YOU. |
| | HITCHCOCKS | 1 | 68271 | V | 976772945 | U | 7/19/2017 | 112453 | 29 | FRM: HITCHCOCKS       LOG SLEEPER BERTH AT THE SHIPPER WHILE GETTING LOADED TO SAVE THE TIME ON UR |
| 1 | LP0552 | | OMNIX | P | 85746476 | V | 8/7/2018 | 191428 | 11 | TO: SGERMANN       MESSAGE : PUT MYSELF IN SLEEPER LOADING/UNLOADING AS SOON AS I GOTTO  SHIPPER |
| | ZCARVER | 1 | 68316 | V | 885597871 | U | 7/5/2016 | 171438 | 1 | If you are waiting you should be off duty, whether you are waiting to be loaded or unloaded. And if you don't have a load you shouldn't be on duty at all, that burns your hours out and accomplishes nothing |
| 1 | 68363 | | OMNIX | P | 809267429 | V | 8/11/2015 | 233847 | 11 | TO: SWBARGER       MESSAGE : THEY UNLOADING ME NOW,IM  OFF DUTY,BUT ONCE IM UNLOADED I HAVE  2 LEAVE AND I HAVE 2 START MY CLOCK   ALL OVER AGAIN,THE TRK STP IS 5 MILES |
| 1 | 68334 | | OMNIX | P | 846915360 | V | 1/29/2016 | 132036 | 11 | TO: WMCDOWELL       MESSAGE : YES I WAS OFF DUTY WAITING TO GET UNLOADED |
| | MLCHANDLER | 1 | 68338 | V | 56345450 | U | 4/16/2018 | 153732 | 29 | FRM: MLCHANDLER       MAKE SURE YOU RUN IT SMART AND GO OFF DUTY FOR CHANGING TRLS AND LOADING |
| | GKUEHN | 1 | 68403 | V | 880878556 | U | 6/16/2016 | 172451 | 1 | When you make stops and are getting loaded on this one, be sure to log off duty or sleeper berth to save your 70 hour clock. |
| | MLANGSTON | 1 | 68408 | V | 813816123 | U | 8/31/2015 | 134740 | 1 | MAKE SURE YOU ARE OFF DUTY WHEN BEING LOADED |
| | HITCHCOCKS | 1 | 68460 | V | 975251931 | U | 7/13/2017 | 84454 | 29 | FRM: HITCHCOCKS       MAKE SURE U LOG SLEEPER BERTH WHEN UNLOADING TO SAVE UR 70 HR CLOCK |

## Driver Text Messages

| sender co | sender | recipient co | recipient | destination type | message id | orig type | msg date | msg time | macro temp | msg body |
|---|---|---|---|---|---|---|---|---|---|---|
| | HITCHCOCKS | 1 | 68442 | V | 931868288 | U | 1/11/2017 | 144330 | 29 | FRM: HITCHCOCKS          LOG OFF DUTY OR SLEEPER WHILE BEING UNLOADED TO SAVE UR 70 HOUR CLOCK |
| 1 | 68774 | | OMNIX | P | 35165937 | V | 2/28/2018 | 105734 | 11 | TO:                    MESSAGE  : LOGS TELLS US TO GO INTO SLEEPER BRK WHILE UNLOADING OR LOADING |
| | HITCHCOCKS | 1 | 68460 | V | 978558959 | U | 7/26/2017 | 115607 | 29 | FRM: HITCHCOCKS          LOG OFF DUTY OR SLEEPER WHILE LOADING TO SAVE UR 70 HR CLOCK |
| | NMOORE | 1 | 68477 | V | 943177775 | U | 3/1/2017 | 135559 | 29 | FRM: NMOORE             YOU ARE SHOWING A STATUS OF DRIVING. IF YOU ARE GETTING UNLOADED GO OFF DUTY |
| | JHAYMAN | 1 | 68486 | V | 941596513 | U | 2/22/2017 | 160240 | 29 | FRM: JHAYMAN             LOADING OR UNLOADING IS OFF DUTY EXCEPT 15 MINUTES FOR BILLS |
| | HITCHCOCKS | 1 | 68760 | V | 953329316 | U | 4/13/2017 | 121440 | 29 | FRM: HITCHCOCKS          ALSO LOG SLEEPER AT THE SHIPPER WHEN GETTING LOADED TO SAVE UR 70 HR CLOCK |
| | HITCHCOCKS | 1 | 74193 | V | 968523903 | U | 6/15/2017 | 131415 | 29 | FRM: HITCHCOCKS          PLEASE LOG SLEEPER BERTH WHILE BEING UNLOADED TO SAVE UR 70 HR CLOCK |
| | DDUNBAR | 1 | 74119 | V | 967095066 | U | 6/9/2017 | 134509 | 29 | FRM: DDUNBAR             GO OFF DUTY WHILE GETTING LOADED |
| | MLCHANDLER | 1 | 74141 | V | 63871742 | U | 5/15/2018 | 102032 | 29 | FRM: MLCHANDLER          I WOULD GO OFF DUTY WHILE BEING LOADED SO 70 DOENT RUN |
| | GKUEHN | 1 | 74113 | V | 893467365 | U | 8/5/2016 | 104300 | 1 | 48 MILES. BE SURE TO LOG OFF DUTY OR SLEEP WHILE BEING LOADED. |
| | JSPONBERGE | 1 | 74193 | V | 59322112 | U | 4/27/2018 | 104535 | 29 | FRM: JSPONBERGE          ARE THEY LOADING YOU? GO OFF DUTY IF STILL WAITING. |
| | JSPONBERGE | 1 | 74297 | V | 72102516 | U | 6/15/2018 | 133015 | 29 | FRM: JSPONBERGE          GO OFF DUTY WHILE GETTING LOADED. |
| | TJSTEWART | 1 | 74217 | V | 915016859 | U | 11/1/2016 | 120326 | 29 | FRM: TJSTEWART           BE SURE TO LOG OFF DUTY IF YOU HAVE TO WAIT TO BE LOADED PLEASE TO SAVE CLOC |
| | JSPONBERGE | 1 | 74242 | V | 36412238 | U | 3/5/2018 | 94054 | 29 | FRM: JSPONBERGE          GO OFF DUTY GETTING LOADED |

## Driver Text Messages

| sender co | sender | recipient co | recipient | destination type | message id | orig type | msg date | msg time | macro temp | msg body |
|---|---|---|---|---|---|---|---|---|---|---|
| | CPEMBERTON | 1 | 74260 | V | 956120925 | U | 4/25/2017 | 130630 | 1 | GO OFF DUTY AT SHIPPER THEN SHUT DOWN AS SOON AS YOU ARE LOADED RUN AT NIGHT |
| | HITCHCOCKS | 1 | 74252 | V | 914679275 | U | 10/31/2016 | 82753 | 29 | FRM: HITCHCOCKS          NEED U TO STAY OFF DUTY WHILE BEING UNLOADED IF U CAN |
| | CSAND | 1 | 74390 | V | 38402088 | U | 3/12/2018 | 170202 | 29 | FRM: CSAND          IS ONLY 250 MILES AWAY AND STILL HAVE 4. PUT SELF IN SLEEPER UNTIL LOADED. |
| | JSPONBERGE | 1 | 74428 | V | 38923567 | U | 3/14/2018 | 125340 | 29 | FRM: JSPONBERGE          GO OFF DUTY WHILE THEY ARE LOADING YOU, STOPS YOUR 70 |
| | HITCHCOCKS | 1 | 74316 | V | 966284128 | U | 6/6/2017 | 152107 | 29 | FRM: HITCHCOCKS          LOG SLEEPER BERTH TO SAVE UR 70 HR CLOCK WHILE BEING UNLOADED |
| | JSPONBERGE | 1 | 74428 | V | 37091274 | U | 3/7/2018 | 140758 | 29 | FRM: JSPONBERGE          GO OFF DUTY, THEY UNLOADING YOU? |
| | MLARSON | 1 | 76106 | V | 69275929 | U | 6/5/2018 | 91104 | 29 | FRM: MLARSON          IF WE STAY OFF DUTY WHEN GETTING UNLOADED WE SHOULD HAVE THE TIME TO MAKE IT |
| 1 | 76084 | | OMNIX | P | 31129738 | M | 2/13/2018 | 95218 | 11 | TO:          MESSAGE  : I am going off duty as I am out of hours. I will finish this load. At receiver and we be unloaded around 10:45 or so. thanks |
| | JLANTHRIPP | 1 | 76084 | V | 31130104 | U | 2/13/2018 | 95332 | 29 | FRM: JLANTHRIPP          10-4, YOU CAN GO SLEEPER BERTH WHILE UNLOADING, THAT'S FINE |
| | DDERRYBERR | 1 | 76107 | V | 30078513 | U | 2/9/2018 | 25950 | 29 | FRM: DDERRYBERR          SO ONCE YOU GET THERE AND AREN'T ROLLING GO OFF DUTY UNTIL UNLOADED |
| 1 | 76307 | | OMNIX | P | 35104117 | V | 2/28/2018 | 72211 | 11 | TO: DISPATCH          MESSAGE  : I WENT TO SLEEPER, CUSTOMER UNLOADING, TY |
| 1 | T1124 | | OMNIX | P | 885660513 | V | 7/5/2016 | 230019 | 11 | TO:          MESSAGE  : GOING OFF DUTY TO SAVE THE CLOCK, DOCKED, RED LITE, NOT LOADING YET. |
| | MLANGSTON | 1 | 42329 | V | 824252914 | U | 10/19/2015 | 115016 | 29 | FRM: MLANGSTON          IF YOU GO OFF DUTY, YOU CAN SAVE YOUR 70 WHILE YOU GET LOADED |

## Driver Text Messages

| sender co | sender | recipient co | recipient | destination type | message id | orig type | msg date | msg time | macro temp | msg body |
|---|---|---|---|---|---|---|---|---|---|---|
| | HITCHCOCKS | 1 | 52012 | V | 969629468 | U | 6/20/2017 | 80708 | 29 | FRM: HITCHCOCKS          MAKE SURE U LOG SLEEPER BERTH AT THE SHIPPER WHILE BEING LOADED |
| | DDUNBAR | 1 | 52048 | V | 949667377 | U | 3/29/2017 | 122227 | 29 | FRM: DDUNBAR          GO OFF DUTY TO SAVE 70 WHEN YOU ARE GETTING LOADED |
| | DDUNBAR | 1 | 52048 | V | 949928366 | U | 3/30/2017 | 113306 | 29 | FRM: DDUNBAR          MAKE SURE WHEN YOU ARE GETTING LOADED, GO OFF DUTY |
| | HITCHCOCKS | 1 | 52097 | V | 915020660 | U | 11/1/2016 | 121506 | 29 | FRM: HITCHCOCKS          PLZ MAKE SURE TO LOG OFF DUTY OR SLEEPER BERTH AT THE SHIPPER GETTING LOADED |
| 1 | 52116 | | OMNIX | P | 34506875 | M | 2/26/2018 | 72845 | 11 | TO:          MESSAGE   : of course it's working now. I did arrived and sleeperbirth unloading. I will let you Know if I need help. Thanks |
| | HITCHCOCKS | 1 | 52265 | V | 902778400 | U | 9/13/2016 | 122012 | 1 | LOG OFF DUTY OR SLEEPER BERTH WHILE YOURE GETTING UNLOADED TO SAVE YOUR 70 |
| 1 | 52122 | | OMNIX | P | 905335171 | M | 9/23/2016 | 173528 | 11 | TO: DHAMMOND          MESSAGE : Copy that walking back to the truck to switch to off duty.....how long gone should I wait before contacting you? Still not loaded |
| | HITCHCOCKS | 1 | 52156 | V | 962892758 | U | 5/23/2017 | 104311 | 29 | FRM: HITCHCOCKS          LOG OFF DUTY OR SLEEPER BERTH TO SAVE UR 70 HOUR CLOCK WHILE BEING LOADED |
| | HITCHCOCKS | 1 | 52265 | V | 902778602 | U | 9/13/2016 | 122051 | 1 | u need to be in off duty or sleeper berth status to save your 70 hour clock while being unloaded. your PPLs don't PU until tomorrow., log off duty or sleeper berth |
| | TJSTEWART | 1 | 52265 | V | 902803158 | U | 9/13/2016 | 135046 | 1 | NO HE WAS SAYING TO BE OFF DUTY OR SLEEPER WHEN LOADING/UNLOADING TO SAVE |
| | KYACKELL | 1 | 52382 | V | 930689059 | U | 1/6/2017 | 92807 | 29 | FRM: KYACKELL          MAKE SURE YOU ARE IN OFF DUTY STATUS WHILE WAITING TO BE UNLOADED PLEASE. |

## Driver Text Messages

| sender co | sender | recipient co | recipient | destination type | message id | orig type | msg date | msg time | macro temp | msg body |
|---|---|---|---|---|---|---|---|---|---|---|
| | JSPONBERGE | 1 | 52304 | V | 958653105 | U | 5/5/2017 | 130250 | 29 | FRM: JSPONBERGE          THEY UNLOADING YOU? GO OFF DUTY IF YOU HAVEN'T ALL READY. |
| | PHORNE | 1 | 52342 | V | 841780386 | U | 1/7/2016 | 95127 | 29 | FRM: PHORNE          SHOW OFF DUTY OR SLEEPER WHILE BEING LOADED SO 14 CLOCK DOSE NOT GET HIT |
| 1 | 52374 | | OMNIX | P | 968281896 | V | 6/14/2017 | 154947 | 11 | TO: DDUNBAR          MESSAGE : AT SHIPPER OFF DUTY WONT GET LOADED TILL 5 PM |
| | JSPONBERGE | 1 | 52291 | V | 62368919 | U | 5/9/2018 | 110359 | 29 | FRM: JSPONBERGE          REMEMBER TO SAY OFF DUTY WHEN LOADING AND UNLOADING TO SAVE 70 HR CLOCK |
| | HITCHCOCKS | 1 | 52331 | V | 976504751 | U | 7/18/2017 | 125656 | 29 | FRM: HITCHCOCKS          NEED U TO LOG SLEEPERBERTH TO SAVE UR 70 HR CLOCK WHILE LOADING |
| | KYACKELL | 1 | 52382 | V | 923870017 | U | 12/7/2016 | 134603 | 29 | FRM: KYACKELL          NEED TO BE IN OFF DUTY STATUS IF YOU ARE STILL WAITING TO BE LOADED PLEASE. |
| | KWALKER | 1 | 52558 | V | 836820954 | U | 12/14/2015 | 150332 | 29 | FRM: KWALKER          TO 1ST STOP TOMORROW AND GO OFF DUTY WAITING TO BE UNLOADED. |
| 1 | 52527 | | OMNIX | P | 830959502 | V | 11/18/2015 | 172957 | 11 | TO: JCONNALLY          MESSAGE : WAITING FOR CALL AS TO WHAT DOCK TO BACK INTO TO GET UNLOADED, IWENT OFF DUTY TO SAVE CLOCK.LAST TIME IWAS HERE I WAITED 6 HOURS! |
| | TWHITWORTH | 1 | 52590 | V | 5342270 | U | 11/6/2017 | 85813 | 29 | FRM: TWHITWORTH          YOU GETTING UNLOADED? MAKE SURE WE GO OFF DUTY WHEN NOT WORKING TO SAVE 70 |
| | DDUNBAR | 1 | 52691 | V | 940448455 | U | 2/17/2017 | 103654 | 29 | FRM: DDUNBAR          WHEN YOU ARE GETTING UNLOADED, YOU CAN GO OFF DUTY |
| | JHAYMAN | 1 | 52670 | V | 942690325 | U | 2/27/2017 | 161632 | 29 | FRM: JHAYMAN          PUT YOURSELF OFF DUTY UNLESS YOURE ACTIVELY LOADING THE TRUCK URSELF |