# EXHIBIT 15

CONFIDENTIAL

| From: | Devendorf, Don (IBD) [don.devendorf@morganstanley.com] |
|---|---|
| Sent: | 6/11/2018 10:51:15 PM |
| To: | Garcia Belmonte, Lauren (GCM) [lauren.garcia.belmonte@morganstanley.com] |
| CC: | Walsh, Nelson (IBD) [nelson.walsh@morganstanley.com]; Montero, Jeff (IBD) [jeff.montero@morganstanley.com]; Donahue, Paul (GCM) [paul.donahue@morganstanley.com]; Agarwal, Akanksha (GCM) [akanksha.agarwal@morganstanley.com]; McCullough, Daniel (GCM) [daniel.mccullough@morganstanley.com] |
| Subject: | Re: USXpress |

Ok. Let's talk about attendees for pricing meeting. They will be making decision about discretionary fee component at that meeting so would be good to have some ECM rep in the room.

Think Eric and Eric are in a pretty good spot. I exchanged text msgs with Eric P after the update call, and they are focused on getting this done. I will connect with Nelson about calling Max.

On Solebury, I will give Lee a call to make sure he is feeling ok.

**Don Devendorf, Managing Director**
Morgan Stanley | Investment Banking Division
1585 Broadway, 33rd Floor | New York, NY  10036
Phone: +1 212 761-7644
Fax: +1 646 290-2644
Don.Devendorf@morganstanley.com

On Jun 11, 2018, at 6:15 PM, Garcia Belmonte, Lauren (GCM) <Lauren.Garcia.Belmonte@morganstanley.com> wrote:

Exactly right Don – good that we are covered and that the comps seem to have stabilized versus last Monday but we have certainly faced some headwinds in engaging more of the quality long-only names so our book right now while technically further along than where we were with Schneider, lesser quality with many hedge funds as opposed to Long Only investors. We still have a lot of feedback to come from Boston and tomorrow's Chicago meetings are key but it was notable that there was little mutual fund engagement from NY for example.

Max Fuller dialed into the update call this evening – first time we have heard him announce himself. No questions from him but may make sense for you and Don to put in a call to him at some point to take pulse as we have been focusing most of our efforts on Eric Fuller and Eric Peterson on the roadshow.

I have been talking to Solebury on the side and generally they seem ok although always happy for others to help manage that side too.

Finally for pricing on Wednesday we actually have another deal, Charah (with Rick Polhemus) slated to price same day so we may have members of our ECM team dialed in rather than in person.

Happy to discuss further anytime. Also adding in Paul, AK and Danny.

**Lauren Garcia Belmonte, Executive Director**
Morgan Stanley | Global Capital Markets
1585 Broadway, 4th Floor | New York, NY  10036
Phone: +1 212 761-0075
Mobile: +1 347 401-1832
Fax: +1 212 404-9033
Lauren.Garcia.Belmonte@morganstanley.com

**From:** Devendorf, Don (IBD)
**Sent:** Monday, June 11, 2018 5:59 PM
**To:** Walsh, Nelson (IBD); Garcia Belmonte, Lauren (GCM)

Case 1:19-cv-00098-TRM-CHS    Document 162-16    Filed 02/03/22    Page 2 of 3
PageID #: 4501

CONFIDENTIAL                                                                                    MS0031745

CONFIDENTIAL

**Cc:** Montero, Jeff (IBD)
**Subject:** RE: USXpress

Feels like it is coming at middle or bottom of the range at this point. Orders next 36 hours will be critical.

**Don Devendorf, Managing Director**
Morgan Stanley | Investment Banking Division
1585 Broadway, 33rd Floor | New York, NY 10036
Phone: +1 212 761-7644
Fax: +1 646 290-2644
Don.Devendorf@morganstanley.com

Be carbon conscious. Please consider our environment before printing this email.

---

**From:** Devendorf, Don (IBD)
**Sent:** Monday, June 11, 2018 5:55 PM
**To:** Walsh, Nelson (IBD); Garcia Belmonte, Lauren (GCM)
**Cc:** Montero, Jeff (IBD)
**Subject:** RE: USXpress

We are pricing Wednesday. Seems to be going ok. Still need to get some of the higher quality names that are still doing work into the book. Team is finishing in LA today, Jeff is with them in Chicago tomorrow, then they are back in NY on Wednesday for pricing.
Pricing meeting likely at BAML on Wednesday afternoon if you are available to join. I will forward you the calendar hold.

**Don Devendorf, Managing Director**
Morgan Stanley | Investment Banking Division
1585 Broadway, 33rd Floor | New York, NY 10036
Phone: +1 212 761-7644
Fax: +1 646 290-2644
Don.Devendorf@morganstanley.com

Be carbon conscious. Please consider our environment before printing this email.

---

**From:** Walsh, Nelson (IBD)
**Sent:** Monday, June 11, 2018 5:46 PM
**To:** Devendorf, Don (IBD); Garcia Belmonte, Lauren (GCM)
**Subject:** USXpress

Don- I forgot to ask you this morning. How's USXpress going? What's our targeted day of pricing? Pls let me know how I can help

N

**Nelson S. Walsh, Vice Chairman**
Morgan Stanley | Investment Banking Division
1585 Broadway, 33rd Floor | New York, NY 10036
Phone: +1 212 761-7656
Mobile: +1 917 847-7916 or +1 917 757-7360
Nelson.Walsh@morganstanley.com

MS0031746