# EXHIBIT 16

| | |
|---|---|
| **From:** | Eric Fuller |
| **Sent:** | Wednesday, June 6, 2018 7:27 AM |
| **To:** | don.devendorf@morganstanley.com; smukherjee@baml.com; Eric Peterson; Brian Baubach |
| **Subject:** | IMG_0558.jpeg |
| **Attachments:** | IMG_0558.jpeg; ATT00001.txt |

Text last night between Andrew Davis and my brother Craig last night. They are close and talk a lot. Andrew is who we are meeting this morning at T Rowe

Case 1:19-cv-00098-TRM-CHS   Document 162-17   Filed 02/03/22   Page 2 of 4 PageID #: 4504

CONFIDENTIAL                                                                                          USX0171624

   
Great news, glad to hear it

Yesterday 9:15 PM

I'm seeing your brother tomorrow morning on their IPO road show.  They may need to price this cheap to the comps to take this public

Why is that?

Trucks are already expensive, pricing acceleration has peaked and wage inflation still likely takes driver pay higher. All that = peak and that means multiples likely compress.

I can't discuss anything

But I hear what you are saying

Delivered

Oh I know but that's just my general view

  iMessage

      

CONFIDENTIAL

USX0171625

Sent from my iPhone

CONFIDENTIAL

USX0171626