# EXHIBIT 17

| From: | Eric Fuller |
|---|---|
| **Sent:** | Monday, September 17, 2018 2:46 PM |
| **To:** | tracey.rosser@wal-mart.com |
| **Cc:** | Justin Harness |
| **Subject:** | FW: Gordonsville and Henderson Walmart Operations |

Tracey, Here is an update from your text. If you'd like further information reach out to Justin Harness. I have copied Justin on this email. Thanks

**Eric Fuller | U.S. Xpress Enterprises, Inc.**

**From:** Justin Harness
**Sent:** Monday, September 17, 2018 10:41 AM
**To:** Eric Fuller <efuller@usxpress.com>
**Subject:** Gordonsville and Henderson Walmart Operations

Gordonsville VA – the only impact here was really Wednesday night into Thursday morning when we didn't run 14 loads into the Norfolk area due to the possibility of the storm hitting further north.  Once the storm made landfall in NC Thursday morning, we resumed operations into Norfolk area all the way into Thursday night.  At that time we did stop just Thursday night into Friday morning again due to the projected storm surge hitting that area causing flooding.  As of Friday morning we have been running all areas serviced out of the Gordonsville DC with full driver staffing with the exception of the small amount of freight that goes into coastal NC out of that building.  Our challenge right now is that we have 99 permanent drivers on the account, 45 OTR, and 20 supporting from other dedicated locations in there and we aren't getting enough freight to keep them busy.  We are having conversations locally with WM management to push more freight our way or we are going to start peeling off some of the OTR support trucks.  We are seeing reasonably good success with our hiring efforts here of late with 8-12 drivers in class weekly.

Henderson NC – as expected, we have been severely impacted here by the hurricane.  We were not able to deliver anything east of I-95 from Wednesday night through Saturday morning.  The decision was made by our safety group on Saturday to open those areas back up where roads were accessible so we resumed normal operations with the exception of a few associates who were impacted personally by the storm and have taken off to care for their families.  As of last night, our safety team made the decision to put in a curfew for all trucks east of I-95 to shut down at 7:00 due to the rising flood waters throughout the extreme eastern NC and SC areas.  We do have solid driver and office staffing in place running daylight hours today and expect to hear from our safety department at 4:00 pm today on the continuation of the curfew tonight or if that will be lifted.

Here is a high level overview of the directive given to operations by our safety department.

## UPDATE:  Monday, September 17, 2018 | 10:00 AM Eastern Time

Widespread flooding throughout North Carolina and parts of South Carolina will impact travel this week.  600 roads are closed in North Carolina and many locations are under mandatory curfews.  All routes need to be verified in advance and drivers need to use extreme caution operating in the impacted areas.

## USX TRAVEL RESTRICTIONS

Case 1:19-cv-00098-TRM-CHS    Document 162-18    Filed 02/03/22    Page 2 of 3
PageID #: 4508

CONFIDENTIAL

USX0197939

**!! Travel east of I-95 in North Carolina restricted to DAYLIGHT HOURS ONLY !!**

**!! Travel into Wilmington, NC prohibited until further notice !!**

**!! Student drivers prohibited from operating in North Carolina until further notice !!**

**Be advised of the following major road closures:**

- **I-95  CLOSED NEAR FAYETTEVILLE, NC**
  All Lanes of I-95 are closed over a 60-mile stretch from just north of Fayetteville, NC to US-64

- **I-95 CLOSED NEAR LUMBERTON, NC**
  All Lanes of I-95 are closed from I-74 to just north of 301 near Lumberton, NC (mile markers 13-22)

- **I-95 CLOSED NEAR DILLON, SC**
  All Lanes of I-95 are closed from Exit 181 to Exit 190 near Dillon, SC

- **I-40 CLOSED BETWEEN WILMINGTON AND I-95**
  All Lanes of I-40 are closed in both directions near Warsaw between Exit 364 (NC-24) and Exit 369 (US-117) due to flooding

- **US-501 CLOSED NEAR MYRTLE BEACH BETWEEN US-378 and the WACCAMAW RIVER BRIDGE**
  All Lanes of US-501 are closed in both directions just north of Myrtle Beach, SC (mile markers 13.1 – 14.4)

**Justin Harness | U.S. Xpress, Inc.**
SVP, Dedicated Operations
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423 510 3279
Cell: 423 618 7432
www.usxpress.com | www.usxjobs.com
**SERVICE THAT MATTERS – DRIVEN BY INNOVATION**

Inbound Logistics G75
Green Supply Chain Partner

2

CONFIDENTIAL

USX0197940