# EXHIBIT 18

| From: | /o=u.s. xpress enterprises/ou=usxent/cn=recipients/cn=epeterson |
|---|---|
| Sent: | Thursday, October 18, 2018 3:16 PM |
| To: | Lisa Pate; Danna Bailey |
| Subject: | RE: first stab profit sharing message |

**Eric Peterson | U.S. Xpress Enterprises, Inc.**
Chief Financial Officer
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423 510 3275 | Mobile: 423 280 6073
**epeterson@usxpress.com** | **www.usxpress.com**

**SERVICE THAT MATTERS – DRIVEN BY INNOVATION**

**From:** Lisa Pate
**Sent:** Thursday, October 18, 2018 2:23 PM
**To:** Danna Bailey <dbailey@usxpress.com>; Eric Peterson <epeterson@usxpress.com>
**Subject:** RE: first stab profit sharing message

Initial comments:

When I was texting Eric last night he mentioned including lower than planned utilization along with the lower than planned seated truck count and insurance costs. We may want to use the term "the cost of accident related insurance claims" or something including the word accident to make it clear to the masses what kind of insurance costs we are talking about. I hope that would be obvious, but you never know.

**Lisa Pate**
**U.S. Xpress Enterprises, Inc.**
**Chief Administrative Officer**
**4080 Jenkins Road | Chattanooga, TN 37421**
**Office: 423.510.3241 | Mobile: 423.667.7543**
**Fax: 423.510.6314**
lpate@usxpress.com| www.usxpress.com

**From:** Danna Bailey
**Sent:** Thursday, October 18, 2018 11:04 AM
**To:** Eric Peterson <epeterson@usxpress.com>; Lisa Pate <lpate@usxpress.com>
**Subject:** first stab profit sharing message

Here's my first stab at a message from Eric on Q3 profit sharing. This is the non-proofed, non-Heidi'ed version for your initial reactions. Once I get your feedback, I'll get with Heidi and button it up to go to Eric F for review.

We should also consider how this corresponds with the other message from Eric that will be coming out Monday – send together as one message? As two separate messages? I'm not sure I have a recommendation on this but will keep thinking.

###

Case 1:19-cv-00098-TRM-CHS     Document 162-19     Filed 02/03/22     Page 2 of 3
PageID #: 4511

CONFIDENTIAL                                                                              USX0168302

Subject line/headline: 3rd Quarter Profit Sharing Results

Earlier this year, we announced a quarterly profit sharing plan for all full-time office and shop employees at U.S. Xpress, Inc.

You may remember that we have three different Operating Ratio goals each quarter:

Bronze = solid performance
Silver = good performance
Gold = awesome performance

I'm disappointed to report that, after hitting Bronze in first quarter (January-March) and Silver in second quarter (April-June), our U.S. Xpress, Inc. Operating Ratio (OR) of over 95 wasn't low enough for us to pay out profit sharing for 3rd quarter (July-September).

The most notable factor in 3rd quarter was the fact that we had 100 fewer drivers than we had in the 2nd quarter. The combination of lower-than-planned seated truck count and some insurance claims from years past added up to a relatively bleak period for U.S. Xpress, Inc.

Even though we didn't meet our goals for 3rd quarter, there's plenty of time for us to do great work in these last three months of the year. Since it is typically our busiest time of the year, our goals for 4th quarter (October-December) are the most aggressive of the year:

To meet **Bronze** we need to hit **94%** OR
To meet **Silver** we need to hit **92.5%** OR
To meet **Gold** we need to hit **88%** OR

There's still opportunity to bring it home in the 4th quarter. For starters, we've already increased our U.S. Xpress, Inc. truck count to XXXX as of today and have had several weeks of positive seated truck growth, a great start for this busy timeframe.

Also, now that we have Eve deployed in most of our trucks, we're getting better at coaching drivers to practice safe driving which ultimately should help us not only keep everyone safer, but also reduce costly insurance claims.

Let's focus on winning the week (with an extra emphasis on retaining professional drivers) and go after Silver or Gold in 4th quarter.

If you have any questions about U.S. Xpress, Inc. 3rd quarter results or how you can help in 4th quarter, talk with your supervisor or HR business partner. Want to refresh your memory on the details of our profit sharing plan and how it can affect you individually? Click here.

Remember, the financial results we report on our quarterly earnings calls with investors are not the same results as what I'm sharing here. Our profit sharing plan is based only on U.S. Xpress, Inc. numbers and our quarterly filings are based on U.S. Xpress Enterprises which includes Total Transportation and Xpress Internacional.


**Danna Bailey | U.S. Xpress, Inc.**
Vice President, Corporate Communications
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423 510 3810
dbailey@usxpress.com | www.usxpress.com

2

Case 1:19-cv-00098-TRM-CHS     Document 162-19     Filed 02/03/22     Page 3 of 3
PageID #: 4512

CONFIDENTIAL

USX0168303