# EXHIBIT 20

Message
_____

**From:** Stephenie Jackson [sjackson@usxpress.com]
**Sent:** 12/8/2018 12:54:55 PM
**To:** Shannon Bigner [sbigner@usxpress.com]
**CC:** Shane Weeks [szweeks@usxpress.com]; Walmart Hammond [walmarthammond@usxpress.com]
**Subject:** Re: CAPACITY REPORT


Thanks Shannon.

Stephenie Jackson / U.S. Xpress, Inc.
Regional Manager, Dedicated Ops
C: 1.765.506.3431

On Dec 8, 2018, at 07:54, Shannon Bigner <sbigner@usxpress.com<mailto:sbigner@usxpress.com>> wrote:

There are about 10 that are either requested, emergency, hours of service, drill, wedding, bad PTA. I'm working on it.

From: Stephenie Jackson <sjackson@usxpress.com<mailto:sjackson@usxpress.com>>
Sent: Saturday, December 8, 2018 6:35 AM
To: Shannon Bigner <sbigner@usxpress.com<mailto:sbigner@usxpress.com>>
Cc: Shane Weeks <szweeks@usxpress.com<mailto:szweeks@usxpress.com>>; Walmart Hammond
<walmarthammond@usxpress.com<mailto:walmarthammond@usxpress.com>>
Subject: Re: CAPACITY REPORT

Team.

We should have well above 100 domiciled drivers available, on a Saturday.  Is the roster correct this morning?  Who is off that doesn't have
Saturday's as their scheduled day?
Stephenie Jackson / U.S. Xpress, Inc.
Regional Manager, Dedicated Ops
C: 1.765.506.3431

On Dec 8, 2018, at 07:33, Shannon Bigner <sbigner@usxpress.com<mailto:sbigner@usxpress.com>> wrote:
96 Available drivers
88 domicile Running 08 OTR =  96 total
Potential for 46 doubles today
Capacity is 142
USX Assigned
43 Dry
52 FDD
MP Projection is 45
Potential to Cover  47  MP tonight with the 46 doubles. This number does not include any potential MP doubles.


Shannon Bigner | U.S. Xpress, Inc
Load Planner Hammond, LA | Dedicated Operations
sbigner@usxpress.com<mailto:sbigner@usxpress.com> | www.usxpress.com<http://www.usxpress.com/>

CONFIDENTIAL                                                                                          USX0122612