# EXHIBIT 21

Case 1:19-cv-00098-TRM-CHS    Document 162-22    Filed 02/03/22    Page 1 of 10
PageID #: 4517

# Load Planning Workshop Summary

*Workshop conducted 10/25/17*





Case 1:19-cv-00098-TRM-CHS    Document 162-22    Filed 02/03/22    Page 2 of 10
PageID #: 4518

USX0004403



# Summary

**DRAFT**

## Workshop Approach and Goals:

- Align on key roles and responsibilities of load planners
- Review current day-to-day planning activities and tasks performed by planners
- List pain points and discuss potential solutions
- Develop "proactive" activity workflow to help address pain points

## Key Findings:

- Planners currently spend over 30-50% of their day reading and responding to email, 90% of which is unnecessary as the planner will address their underlying issues as part of their normal workflow
- There is significant duplication of work between planners and CSR/FM (e.g. confirm rates are good enough, PTA, etc.)

## Workshop Outcome:

- A list of "Do Not Email" topics was developed to reduce email volume from FM / CSR to planners; the list consist of topics where an email doesn't impact issue resolution but distracts planners from their pro-active daily tasks
- A preliminary activity workflow was developed to maximize time planners spend on "proactive" activities

## Next Steps:

- Further develop and validate preliminary workflow
- Communicate and enforce "Do Not Email" List



Case 1:19-cv-00098-TRM-CHS     Document 162-22     Filed 02/03/22     Page 3 of 10
PageID #: 4519

USX0004404



# Workshop Outputs (1/2)

**DRAFT**

## "Do Not Email" List

| Topics | Next Steps *(Led by Steve Phillips)* |
|---|---|
| • CSR and Fleet Management operations groups must refrain from emailing (or Cc'ing) Load Planners about the following topics:<br><br>– Assigned load for next day<br><br>– Request to stack freight for next day (anything for next-day PTA)<br><br>– Request for customer pick-up number<br><br>– Ask if driver can deliver early or late<br><br>– Communicate that the driver needs miles<br><br>– Ask if a trailer is available<br><br>– Next-day trailer needs (non-urgent bobtail requests) | • Communicate "Do Not Email" List to CSR / FM<br><br>• Track adherence |



USX0004405



## Load Planner Daily Workflow

### Proactive Emails

**Proactive email to CSR's requesting next day's:**

- Customer priority list (includes lane-specific requirements, customer-specific fines, must-deliver loads)
- Update on load balance
- Trailer update

   *To be sent at 2pm each day*

**EOD handoff email to extended coverage outlining:**

- Pending market issues
- Repowers needed / in-progress
- Trailer needs
- Priority fall-offs

   *To be sent at end of every day*

### Daily Workflow – *Preliminary (to be further developed and validated)*



**Respond to emails**

- *To be validated*

**Plan loads**

- *To be addressed in follow-up with Kyle*

**Review DE freight**

- PTA/ETA
- Home Time
- Service
- HOS
- Driver load acceptance
- Dwell
- DH

**Review assigned freight**

- PTA/ETA
- Home Time
- Service
- HOS
- Driver load
- acceptance
- Dwell
- DH
- Trailer solutions

**Review inbound / AV trucks**

- Home Time
- Proactive repower issues
- Bobtail requests

**U.S. XPRESS ENTERPRISES**
SERVICE THAT MATTERS – DRIVEN BY INNOVATION



# Appendix

- Outcome by Exercise



USX0004407

# ☐ Exercise 1: Load Planner Roles and Responsibilities

## Recap of Exercise *(Facilitator-led discussion of the following questions)*

**What are the responsibilities of a load planner?**

## Summary of Reponses

*Participants outlined a list of overall roles and activities:*

- "It's like paying Tetris all day"
- Plan every truck within your region (for certain time period)
- Touch and know what's going on with every single truck
- Touch every load in your region
- Learn customer characteristics within your region
- Manage trailers
- Match the best plan with the best truck
- Revisit every truck and every load on a constant basis
- Manage customer objectives (OTD and OTPU)
- Manage driver home time
- Manage equipment objectives

*Which were summarized by the group into the following:*

**Plan every truck in your region by managing and matching the following three elements:**

1. **Driver**
2. **Load**
3. **Customer**



# Exercise 2: Key Activities Performed

DRAFT

## Recap of Exercise *(Facilitator-led discussion of the following questions)*

**What activities do Load Planners perform?**
**Which activities are proactive vs. reactive?**
**Which activities overlap with other operations groups?**

## Summary of Reponses[1] *(Categorized by ops group Planners work with, or overlap with, to conduct activity)*

| CSR | Load Planning | Fleet Management | Driver |
|---|---|---|---|
| • Stay close to load balances<br>• Track trailers<br>• Review rates<br>• Review LOH/mile<br>• Coordinate with CSR on loads we may miss<br>• Explain/defend load assignments<br>• Read and respond to emails | • Create capacity<br>• Load/shift excess capacity to over-booked markets<br>• Approve bobtail requests<br>• Stack freight<br>• Monitor assigned screen<br>• Help dedicated cover freight if their trucks are down | • Review all trucks to check PTA/ETA, HOS, etc.<br>• Manage home time<br>• Verbals<br>• Routing trucks for BPM's, upgrades, terminal requests, or student upgrades<br>• Manage repowers<br>• Create a load for a driver close to turnover<br>• Explain/defend load assignments<br>• Read and respond to emails | • Assist with fall-offs<br>• Explain/defend load assignments |

**~50% of planner's day is spent doing things that are not their direct responsibility**

1. Proactive activities noted in **bold**

**U.S. XPRESS ENTERPRISES**
SERVICE THAT MATTERS – DRIVEN BY INNOVATION

Case 1:19-cv-00098-TRM-CHS   Document 162-22   Filed 02/03/22   Page 8 of 10   PageID #: 4524

USX0004409

# DRAFT
## ☐ Exercise 3: List and Address Key Pain Points

| Recap of Exercise *(Facilitator-led discussion of the following questions)* |
|---|

**What are the key pain points along the operations lifecycle?**
**Brainstorm: Solutions to address pain points and overlaps with other operations groups**

| Pain Point | Discussed solutions |
|---|---|
| **PTA accuracy** | • New pilot FM workflow should address this |
| **Excessive email volume** *(Up to ~500/day)* | • Develop list of issues about which other operations groups must not email Planners (e.g., issues that will be addressed through their normal workflow)<br>• Steve will communicate and enforce this list across operations, to be implemented next week |
| **Management of bobtail requests** | • Planners should review bobtail request screen every 15 minutes as part of their workflow<br>• IT solution: Create pop-up in dispatch screen if a bobtail request was sent |
| **Unclear customer priorities** | • Proactive email to CSR's requesting customer priorities (e.g., lane-specific requirements, customer-specific fines, must-deliver loads) |
| **Disconnect between day and night shift** | • Proactive handoff email to extended coverage before EOD that outlines pending market issues, repowers, trailer needs, priority fall-offs |
| **Insufficient notice for addressing non-urgent repowers** | • [No solution developed] |



Case 1:19-cv-00098-TRM-CHS    Document 162-22    Filed 02/03/22    Page 9 of 10
PageID #: 4525

USX0004410

# DRAFT

## ☐ Exercise 4: Build Daily Workflow Checklists

### Recap of Exercise *(Facilitator-led discussion of the following questions)*

**If pain points are addressed, what activities would you do to be more effective at your job? Which activities can we de-prioritize? Build daily workflow checklists**

### Proactive Emails

**Proactive email to CSR's requesting next day's:**

- Customer priority list (includes lane-specific requirements, customer-specific fines, must-deliver loads)
- Update on load balance
- Trailer update

*To be sent at 2pm each day*

**EOD handoff email to extended coverage outlining:**

- Pending market issues
- Repowers needed / in-progress
- Trailer needs
- Priority fall-offs

*To be sent at end of every day*

### Daily Workflow – *Preliminary (to be further developed and validated)*



**Respond to emails**

- *To be validated*

**Plan loads**

- *To be addressed in follow-up with Kyle*

**Review inbound / AV trucks**

- Home Time
- Proactive repower issues
- Bobtail requests

**Review DE freight**

- PTA/ETA
- Home Time
- Service
- HOS
- Driver load acceptance
- Dwell
- DH

**Review assigned freight**

- PTA/ETA
- Home Time
- Service
- HOS
- Driver load
- acceptance
- Dwell
- DH
- Trailer solutions

**U.S. XPRESS ENTERPRISES**
SERVICE THAT MATTERS – DRIVEN BY INNOVATION