# EXHIBIT 22

**From:** Aquanis Johnson [ajohnson@usxpress.com]
**Sent:** 11/12/2018 9:30:09 AM
**To:** Joseph O'Neal [joneal@usxpress.com]; Stephenie Jackson [sjackson@usxpress.com]; Shane Weeks [szweeks@usxpress.com]
**CC:** Walmart Hammond [walmarthammond@usxpress.com]
**Subject:** RE: Capacity Report

Update, we are sitting at 97 total drivers. Today I plan to send some of the drivers doing the turkey runs with loads going to the coast in order to create more capacity.

Aquanis Johnson | U.S. Xpress, Inc.
Dedicated Planner - Walmart Hammond
45346 Parkway Blvd. | Robert, LA. 70455-2221
Office: 877-510-3239
ajohnson@usxpress.com<mailto:ajohnson@usxpress.com> | www.usxpress.com<http://www.usxpress.com/>

From: Aquanis Johnson
Sent: Monday, November 12, 2018 7:47 AM
To: Joseph O'Neal <joneal@usxpress.com>; Stephenie Jackson <sjackson@usxpress.com>; Shane Weeks <szweeks@usxpress.com>
Cc: Walmart Hammond <walmarthammond@usxpress.com>
Subject: Capacity Report

91 Available drivers
91 domicile Running  OTR = 91 total
Potential for 40 doubles today
Capacity is 131
USX Assigned
35 Dry
42 FDD
14 Turkey Loads
MP Projection is 51
Potential to Cover  40  MP tonight with the 40 doubles. This number does not include any potential MP doubles.

Aquanis Johnson | U.S. Xpress, Inc.
Dedicated Planner - Walmart Hammond
45346 Parkway Blvd. | Robert, LA. 70455-2221
Office: 877-510-3239
ajohnson@usxpress.com<mailto:ajohnson@usxpress.com> | www.usxpress.com<http://www.usxpress.com/>

CONFIDENTIAL

USX0124019