# EXHIBIT 24

**From:**       Mark Hamm - DC6857 [Mark.Hamm0@walmart.com]

**Sent:**       11/13/2018 7:08:30 PM

**To:**         Aquanis Johnson [ajohnson@usxpress.com]; Joseph O'Neal [joneal@usxpress.com]

**CC:**         Stephenie Jackson [sjackson@usxpress.com]; Shane Weeks [szweeks@usxpress.com]; Kelly Kruse [Kelly.Kruse@walmart.com]; Diane Colvin
                [diane.colvin@walmart.com]

**Subject:**    RE: Routes for tonight

The forecast is 62 this is why I have been asking. Fleet will take 5. Looks like the case count will be about 66,000

---

**From:** Aquanis Johnson [mailto:ajohnson@usxpress.com]
**Sent:** Tuesday, November 13, 2018 1:04 PM
**To:** Joseph O'Neal; Mark Hamm - DC6857
**Cc:** Stephenie Jackson; Shane Weeks; Kelly Kruse; Diane Colvin
**Subject:** EXT: RE: Routes for tonight

We can cover roughly about 55 loads.

**Aquanis Johnson | U.S. Xpress, Inc.**
Dedicated Planner -- Walmart Hammond
45346 Parkway Blvd. | Robert, LA. 70455-2221
Office: 877-510-3239
ajohnson@usxpress.com | www.usxpress.com

---

**From:** Joseph O'Neal
**Sent:** Tuesday, November 13, 2018 1:03 PM
**To:** Mark Hamm - DC6857 <Mark.Hamm0@walmart.com>
**Cc:** Aquanis Johnson <ajohnson@usxpress.com>; Stephenie Jackson <sjackson@usxpress.com>; Shane Weeks <szweeks@usxpress.com>; Kelly Kruse
<Kelly.Kruse@walmart.com>; Diane Colvin <diane.colvin@walmart.com>
**Subject:** Re: Routes for tonight

I thought it was 58 routes you were taking five and we were covering the rest. Did something change? I'm sorry I'm at home but I thought that's where we left off

Aquanis am I correct on this?

Sent from my iPhone

On Nov 13, 2018, at 12:47 PM, Mark Hamm - DC6857 <Mark.Hamm0@walmart.com> wrote:

CONFIDENTIAL                                                                                              USX0124123

We continue to ask how many routes USX can cover tonight on M&P and we cannot get an answer.

Mark Hamm
General Transportation
Manager - 6857
45346 Parkway BLVD
Robert, LA 70455
1-985-902-3087
**Mark.hamm0@walmart.com**

CONFIDENTIAL

USX0124124