# EXHIBIT 25

| | |
|---|---|
| **From:** | Michael Cowen [mcowen@usxpress.com] |
| **Sent:** | 11/13/2018 1:59:58 PM |
| **To:** | Walmart Gordonsville [walmartgordonsville@usxpress.com] |
| **CC:** | Brandlyn Bell [bpbell@usxpress.com]; Shane Weeks [szweeks@usxpress.com]; Antonio Benavides [abenavides@usxpress.com] |
| **Subject:** | Capacity 11/13 - Gordonsville |
| **Attachments:** | image001.gif; image002.jpg |

Available Drivers

Driver Key

A

D/P

Total

A

Available

70

42

112

D/P

Dispatched/Preassigned

CONFIDENTIAL                                                                                                    USX0124091

HT

Home Time, 34hr Reset

Unavailable Drivers

RA

Ride Along (New)

HT

RA

U

Total

U

Unavailable - Shop, Medical, Communication, etc

16

2

23

32

CONFIDENTIAL

USX0124092

38

Next Day Dry

11

Same Day Dry

CONFIDENTIAL

USX0124093

42

Frozen, Deli, Dairy

6

Turkey Runs

8

Dry-Dry Doubles

CONFIDENTIAL    USX0124094

6

Dry-FDD Doubles

0

FDD-FDD Doubles

9

FDD-MP Doubles

38

CONFIDENTIAL

USX0124095

Capacity for MP Routes



Thanks,
Michael Cowen | U.S. Xpress, Inc.
Dedicated Load Planner -Walmart Gordonsville
10695 James Madison Hwy Gordonsville, VA 22942
Office: 877.510.3406
Cell:  903.286.2587
mcowen@usxpress.com<mailto:mcowen@usxpress.com>  |  www.usxpress.com<http://www.usxpress.com/>

[Description: cid:image002.gif@01CD1652.1FA3CBD0]
[cid:image001.png@01CF8AE4.A7FE9650]

CONFIDENTIAL

USX0124096