# EXHIBIT 26

| | |
|---|---|
| **From:** | Rebecca Lofton [rlofton@usxpress.com] |
| **Sent:** | 11/8/2018 3:04:53 PM |
| **To:** | Antonio Benavides [abenavides@usxpress.com]; Michael Cowen [mcowen@usxpress.com]; Walmart Gordonsville [walmartgordonsville@usxpress.com] |
| **CC:** | Brandlyn Bell [bpbell@usxpress.com]; Shane Weeks [szweeks@usxpress.com] |
| **Subject:** | RE: Capacity 11/8 - Gordonsville |

46 routes as of now

**From:** Antonio Benavides <abenavides@usxpress.com>
**Sent:** Thursday, November 8, 2018 10:03
**To:** Rebecca Lofton <rlofton@usxpress.com>; Michael Cowen <mcowen@usxpress.com>; Walmart Gordonsville <walmartgordonsville@usxpress.com>
**Cc:** Brandlyn Bell <bpbell@usxpress.com>; Shane Weeks <szweeks@usxpress.com>
**Subject:** RE: Capacity 11/8 - Gordonsville

What is the projected MP for tonight?

**Tony Benavides | U.S. Xpress, Inc.**
Regional Manager, Dedicated Operations
4080 Jenkins Rd | Chattanooga, TN 37421
O: 423 510 3972 | M: 423 827 7959
abenavides@usxpress.com | www.usxpress.com
**SERVICE THAT MATTERS — DRIVEN BY INNOVATION**

**From:** Rebecca Lofton
**Sent:** Thursday, November 08, 2018 9:58 AM
**To:** Michael Cowen <mcowen@usxpress.com>; Walmart Gordonsville <walmartgordonsville@usxpress.com>
**Cc:** Brandlyn Bell <bpbell@usxpress.com>; Shane Weeks <szweeks@usxpress.com>; Antonio Benavides <abenavides@usxpress.com>
**Subject:** Capacity 11/8 - Gordonsville

| Available Drivers | | | | Driver Key | |
|---|---|---|---|---|---|
| **A** | **D/P** | **Total** | | A | Available |
| 58 | 62 | **120** | | D/P | Dispatched/Preassigned |
| | | | | HT | Home Time, 34hr Reset |
| **Unavailable Drivers** | | | | RA | Ride Along (New) |

Case 1:19-cv-00098-TRM-CHS    Document 162-27    Filed 02/03/22    Page 2 of 3
PageID #: 4551

CONFIDENTIAL

USX0123715

| HT | RA | U | Total | | U | Unavailable - Shop, Medical, Communication, etc |
|----|-----|-----|-------|--|----|------|
| 20 | 4 | 8 | 32 | | | |

| | |
|----|-----|
| 49 | Next Day Dry |
| 17 | Same Day Dry |
| 49 | Frozen, Deli, Dairy |
| 0 | Turkey Runs |

| | |
|----|-----|
| 4 | Dry-Dry Doubles |
| 11 | Dry-FDD Doubles |
| 0 | FDD-FDD Doubles |
| 10 | FDD-MP Doubles |

| | |
|----|-----|
| **30** | **Capacity for MP Routes** |

CONFIDENTIAL

USX0123716