# EXHIBIT 27

Message
_____

| | |
|---|---|
| **From**: | Shannon Bigner [sbigner@usxpress.com] |
| **Sent**: | 11/16/2018 12:21:50 PM |
| **To**: | Walmart Hammond [walmarthammond@usxpress.com]; Shane Weeks [szweeks@usxpress.com]; Stephenie Jackson [sjackson@usxpress.com] |
| **Subject**: | CAPACITY REPORT |

104 Available drivers

103 domicile Running 1 OTR =  104 total

Potential for 40 doubles today

Capacity is 144

USX Assigned

35 Dry

54 FDD

MP Projection is 58-5=53

Potential to Cover  55  MP tonight with the 40 doubles. This number does not include any potential MP doubles.

**Shannon Bigner | U.S. Xpress, Inc**
Load Planner Hammond, LA | Dedicated Operations
sbigner@usxpress.com | **www.usxpress.com**

CONFIDENTIAL                                                                                                    USX0119826