# EXHIBIT 28

CONFIDENTIAL

| | |
|---|---|
| **From:** | Michael Cowen <mcowen@usxpress.com> |
| **Sent:** | Monday, July 16, 2018 10:04 AM |
| **To:** | Kelly Kirby; Michael Larson |
| **Cc:** | Kristi Shadwick |
| **Subject:** | RE: Status of Pro 01:1512098:0   53087  MIA |
| **Attachments:** | image001.gif; image002.jpg |

He is upset because he is only making $.29 per mile and he did a 127 mile 3 stop route and it took his whole clock.  There are drivers who have the pace for this type of work and he is not one of them.

He was saying yesterday he is going back to Swift to make $.36 per mile.

Thanks,

Michael Cowen | U.S. Xpress, Inc.

Dedicated Load Planner -Walmart Gordonsville

10695 James Madison Hwy Gordonsville, VA 22942

Office: 877.510.3406

Cell:  903.286.2587

mcowen@usxpress.com<mailto:mcowen@usxpress.com>  |  www.usxpress.com<http://www.usxpress.com/>

From: Kelly Kirby
Sent: Monday, July 16, 2018 9:58 AM
To: Michael Cowen <mcowen@usxpress.com>; Michael Larson <mlarson@usxpress.com>
Cc: Kristi Shadwick <kshadwick@usxpress.com>
Subject: RE: Status of Pro 01:1512098:0 53087 MIA

1

Case 1:19-cv-00098-TRM-CHS     Document 162-29     Filed 02/03/22     Page 2 of 4
PageID #: 4556

CONFIDENTIAL     USX0008998

53087

Michael, what is going on with him?

Kelly Kirby | U.S. Xpress, Inc.

4080 Jenkins Road | Chattanooga, TN 37421

Office: 855.605.7788 ext: 3240

Fax: 423.485.7090

kkirby@usxpress.com<mailto:kkirby@usxpress.com>

From: Michael Cowen
Sent: Monday, July 16, 2018 9:34 AM
To: Kelly Kirby <kkirby@usxpress.com<mailto:kkirby@usxpress.com>>
Subject: RE: Status of Pro 01:1512098:0

Let me know what you want to do with this guy?  He No Call / No Showed last night for his load.

Thanks,

Michael Cowen | U.S. Xpress, Inc.

Dedicated Load Planner -Walmart Gordonsville

10695 James Madison Hwy Gordonsville, VA 22942

Office: 877.510.3406

Cell:  903.286.2587

mcowen@usxpress.com<mailto:mcowen@usxpress.com> | www.usxpress.com<http://www.usxpress.com/>

Case 1:19-cv-00098-TRM-CHS    Document 162-29    Filed 02/03/22    Page 3 of 4
PageID #: 4557

CONFIDENTIAL

USX0008999

From: Michael Larson
Sent: Monday, July 16, 2018 9:25 AM
To: Kelly Kirby <kkirby@usxpress.com<mailto:kkirby@usxpress.com>>; Walmart Gordonsville
<walmartgordonsville@usxpress.com<mailto:walmartgordonsville@usxpress.com>>
Subject: Status of Pro 01:1512098:0

Trk 53087 is requesting to get be removed from Gordonsville account and moved back to OTR.

Respectfully,

Mike Larson | U.S. Xpress, Inc.

Fleet Manager - Operations

1535 New Hope Church Road | Tunnel Hill, GA 30755

Office: (800) 336-3477 ext. 1276

Fax:706-673-1259

www.usxpress.com<http://www.usxpress.com/>

3

Case 1:19-cv-00098-TRM-CHS    Document 162-29    Filed 02/03/22    Page 4 of 4
PageID #: 4558

CONFIDENTIAL

USX0009000