# EXHIBIT 29

| | |
|---|---|
| **From:** | Julie Van de Kamp |
| **Sent:** | Thursday, January 25, 2018 5:50 PM |
| **To:** | Jane Kennedy |
| **Cc:** | Paul Bowman; Michael Graham |
| **Subject:** | RE: 2018 Dedicated RFP- Structure |
| **Attachments:** | Example Proposal.pdf; MichaelsStores (example rate structure).pdf |

Jane,

USX's clients use a variety of different contract/billing structures, but based on our understanding of your business, here's some recommendations we'd make for the forthcoming Dedicated RFP:

- Michael's current format uses a fixed weekly per truck, plus an adjusted variable RPM per utility tier to determine the following month's RPM.
  - We recommend a standard tiered RPM based on utility bands @ 50-mile increments (w/out a separate fixed cost component), billed/reconciled weekly based on prior week's activity
  - The calculation then is merely # of trucks/# of miles = RPM for that week
  - The tiers could start as low & go as high as you want, but Michael's should outline expected resource counts, miles/week/truck, stops, etc. so there's a reasonable expectation of the baseline activity
- In addition to the tiered rates, we'd recommend allowing a fixed minimum rate per truck per week to protect extremely low volume weeks
- The RFP should detail load volume expectations, as well as an understanding of the seasonality of the business & the carrier's expected surge amount
  - Our recommendation is defining expected surge capacity to be provided at current rate structures (20-30% is normal), then asking carriers for their available capacity and rates above this threshold.
  - 1 notable item to address is the trailer ratio for surge. The need to go to a 4:1 ratio in a short timeframe is extremely burdensome, costly & perhaps incomprehensible at some point, so any guidance around that item is appreciated
- Re: accessorials, I'd recommend pre-defining your stop & detention rates (i.e. $35/stop & $60/hour detention after 2 hours, as an example), while articulating what should be expected from a load time at each location
- Re: operating characteristics, load tendering process, service expectations, store delivery windows, unload process, etc. as much insight as available would be appreciated
- Re: term of contract, we'd recommend a minimum of 3 years, which allows some startup costs to be amortized over a greater timeframe. In addition, we'd recommend allowing for mutual discussion of rates to be done on an annual basis.

I've also attached an example template/proposal outlining this format as explained above with one linehaul rate on a tiered structure. And the second attachment shows how your schedule might look based on current effective Appendix B.

Please feel free to reach out to me to discuss as we would love to be a resource for you through this process.

Thanks.
**Julie Van de Kamp | U.S. Xpress, Inc.**
Vice President of Pricing
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423-510-3447 | Mobile: 912-308-4243

CONFIDENTIAL

USX0185719

**From:** Jane Kennedy [mailto:kennedyj@michaels.com]
**Sent:** Wednesday, January 24, 2018 8:16 AM
**To:** Julie Van de Kamp <jvandekamp@usxpress.com>
**Cc:** Paul Bowman <pbowman@usxpress.com>
**Subject:** 2018 Dedicated RFP- Structure
**Importance:** High

Good Morning Julie,

We are quickly approaching our 2018 Bid Season and looking for some insight for our dedicated program. We are considering making some changes to the contract language, rate structures, stop charges, etc. Would you be able to share with me what you might have with other customers that help to make it work well? As you know, we have a fixed/variable schedule that changes each month. We are considering moving away from this method, but want to gather any suggestions from our carrier partners as to what you might want to see, and what works really well for you!

If you are able to send rate structure samples over, we would welcome the option to review!

Again, we are building our 2018 RFP and would like our carriers to help us mold the structure.

Thanks!

Jane Kennedy
Transportation Analyst-Carrier Relations

## THE MICHAELS COMPANIES

The Michaels Companies, Inc.  |  8001 Ridgepoint Dr, Irving, TX 75063  |  (O) 972.409.7439 |  kennedyj@michaels.com

**Connect with Us**: Facebook | Instagram | Twitter | Pinterest | YouTube | Google+

*******CONFIDENTIALITY NOTICE******* This message and any attachments are confidential and only for addressed recipients. If you are not the intended recipient; printing, retaining, reproducing, disclosing or using any information contained is prohibited. If you received this in error, please contact the sender immediately and destroy the message and any attachments or copies (electronic or hard copy). This e-mail shall not be considered a legally binding agreement or amendment to any agreement. *************************************

CONFIDENTIAL                                                                                          USX0185720

*U.S. Xpress, Inc.*
*Dedicated - SBU Rate Proposal*

### Dedicated Services - Strategic Business Unit

| | | | |
|---|---|---|---|
| Customer Name: | Any Dedicated Customer | Sales Representative: | **TBD** |
| Location: | Anywhere USA | | |
| Contract Term: | **3 years** | Pricing Analyst: | **TBD** |
| | | Mileage Standard | **PCMiler** v.30 **Practical\|53** |
| Proposal Date: | **January 25, 2018** | Expiration Date: | **March 26, 2018** |

### Dedicated Resources and Key Factors

| | | | |
|---|---|---|---|
| Drivers | 8 | Estimated Weekly Miles | 15,240 |
| Tractors | 8 | Estimated Weekly Tractor Utilization | 1,905 |
| Trailers | 10 | Estimated Annual Miles | 792,480 |
| | | Estimated Weekly Billable Stops | 0 |

### Pricing

Rate per mile based on weekly mileage tractor utilization as defined in the following table

| Utilizaton | | | Rate |
|---|---|---|---|
| Low | | High | Per Mile |
| 1900 | - | 1949 | $1.86 |
| 1950 | - | 1999 | $1.83 |
| 2000 | - | 2049 | $1.80 |
| 2050 | - | 2099 | $1.75 |
| 2100 | - | 2149 | $1.72 |
| 2150 | - | 2199 | $1.69 |
| 2200 | - | 2249 | $1.67 |
| 2250 | - | 2299 | $1.65 |
| 2300 | - | 2349 | $1.63 |
| 2350 | - | 2399 | $1.60 |
| 2400 | - | 2449 | $1.58 |

**Minimum weekly charge (all miles) excluding FSC** — $3,530

### Accessorials

| | |
|---|---|
| Driver Assist Load/Unload (per trailer) | $100 |
| Driver Load/Unload | $200 |
| Extra Trailer Charge Per Week | $110 |

### Revenue Share

On 3rd party loads secured by U.S. Xpress there will be a revenue share split 75% shipper / 25% carrier. U.S. Xpress will credit back 75% of the linehaul charges and 3rd party fuel surcharge.

### Assumptions

The fleet will operate 52 weeks per year
Tolls will be invoiced as a direct pass through under a separate line item using the latest version of ALK PC Miler tolls
Shipper's freight is classified as non-Hazmat
Shipper's freight does not require temperature control

### Fuel Surcharge Program

FSC Program - $1.050 base, each $ 5.9 increase above the base is equal to $0.01 in fuel surcharge.

### Terms & Conditions

The following governing rules shall apply to all dedicated transportation services provided for Customer: (1) the U.S. Xpress Tariff USXI 100-A3 or subsequent revisions (available at www.usxpress.com), except that the rates and charges on this Dedicated Schedule A shall apply exclusively to the dedicated transportation services provided for Customer, unless and only to the extent Carrier's published rates and charges set forth in the U.S. Xpress Tariff are expressly incorporated in this Schedule; (2) the terms of the Standard Truckload Bill of Lading (non-conforming Bills of Lading shall be a receipt for goods only); (3) standard claims rules otherwise applicable to common carriers (49 C.F.R. 370); and (4) cargo claims liability as set forth in the Carmack Amendment (49 U.S.C. 14706), except that all shipments shall be subject to a maximum cargo liability of $100,000 per truckload unless by special written agreement as described in the U.S. Xpress Tariff.

**The proposed rates, charges and other expenses detailed in this pricing proposal shall remain valid for a period of 60 days following the date of the proposal. After such 60 day period, the quoted pricing structure is subject to adjustment by Carrier as necessitated by market fluctuations, operating conditions or other factors affecting the Carrier.**

| | |
|---|---|
| **Shipper:** | **Carrier:** U.S. Xpress, Inc. |
| **Name:** | **Name:** Justin Harness |
| **Title:** | **Title:** SR. VP Dedicated Operations |
| **Signature:** | **Signature:** |
| **Date:** | **Date:** |

CONFIDENTIAL

USX0185721

*U.S. Xpress, Inc.*
*Dedicated - SBU Rate Proposal*

### Dedicated Services - Strategic Business Unit

| | | | | |
|---|---|---|---|---|
| **Customer Name:** | **Michael Stores** | Sales Representative: | **Paul Bowman** | |
| Location: | **Jacksonville, FL** | | | |
| Contract Term: | **3 years** | Pricing Analyst: | **Michael Graham** | |
| | | Mileage Standard | **PCMiler** | **v.23.1** **Closed Borders** |
| Proposal Date: | | Expiration Date: | | |

### Dedicated Resources and Key Factors

| | | | |
|---|---|---|---|
| Drivers | **10** | Estimated Weekly Miles | **20,000** |
| Tractors | **10** | Estimated Weekly Tractor Utilization | **2,000** |
| Trailers | **40** | Estimated Annual Miles | **1,040,000** |
| | | Estimated Weekly Billable Stops | **62** |

### Pricing

| Utilization | | Rate |
|---|---|---|
| **Low** | **High** | **Per Mile** |
| 1500 | 1599 | $ 2.24 |
| 1600 | 1699 | $ 2.11 |
| 1700 | 1799 | $ 2.00 |
| 1800 | 1899 | $ 1.91 |
| 1900 | 1999 | $ 1.86 |
| 2000 | 2099 | $ 1.81 |
| 2100 | 2199 | $ 1.77 |
| 2200 | 2299 | $ 1.73 |
| 2300 | 2399 | $ 1.70 |
| 2400 | 2499 | $ 1.66 |
| 2500 | 2599 | $ 1.64 |
| 2600 | 2699 | $ 1.61 |
| 2700 | 2799 | $ 1.59 |

**Rate per mile is exclusive of fuel. Fuel will be billed at the Michael's Stores defined FCS program.**
**Utilization to be calculated weekly**

### Accessorials

| | |
|---|---|
| Base Stop | $20 |
| Stop Charge | $20 |
| Tolls | Pass Through Expense |

### Revenue Share

On 3rd party loads secured by U.S. Xpress there will be a revenue share split 75% shipper / 25% carrier. U.S. Xpress will credit back 75% of the linehaul charges and 3rd party fuel surcharge.

### Assumptions

The fleet will operate 52 weeks per year
Tolls will be invoiced as a direct pass through under a separate line item using the latest version of ALK PC Miler tolls
Shipper's freight is classified as non-Hazmat
Shipper's freight does not require temperature control

### Fuel Surcharge Program

FSC Program - Breakthrough Fuel $1.16 Base & 6.1 Efficiency

### Terms & Conditions

The following governing rules shall apply to all dedicated transportation services provided for Customer: (1) the U.S. Xpress Tariff USXI 100-A3 or subsequent revisions (available at www.usxpress.com), except that the rates and charges on this Dedicated Schedule A shall apply exclusively to the dedicated transportation services provided for Customer, unless and only to the extent Carrier's published rates and charges set forth in the U.S. Xpress Tariff are expressly incorporated in this Schedule; (2) the terms of the Standard Truckload Bill of Lading (non-conforming Bills of Lading shall be a receipt for goods only); (3) standard claims rules otherwise applicable to common carriers (49 C.F.R. 370); and (4) cargo claims liability as set forth in the Carmack Amendment (49 U.S.C. 14706), except that all shipments shall be subject to a maximum cargo liability of $100,000 per truckload unless by special written agreement as described in the U.S. Xpress Tariff.

**The proposed rates, charges and other expenses detailed in this pricing proposal shall remain valid for a period of 60 days following the date of the proposal. After such 60 day period, the quoted pricing structure is subject to adjustment by Carrier as necessitated by market fluctuations, operating conditions or other factors affecting the Carrier.**

| | | | |
|---|---|---|---|
| **Shipper:** | | **Carrier:** | **U.S. Xpress, Inc.** |
| **Name:** | | **Name:** | **Justin Harness** |
| **Title:** | | **Title:** | **SR. VP Dedicated Operations** |
| **Signature:** | | **Signature:** | |
| **Date:** | | **Date:** | |

CONFIDENTIAL

USX0185722