# EXHIBIT 30

| **From:** | Catherine Stephas |
|---|---|
| **Sent:** | Thursday, January 4, 2018 5:24 PM |
| **To:** | Julie Van de Kamp; Brian Killian; Adam  Howard; Ajay Rupramka; Lee Thigpen; Jacob Neal; Benjamin Milovich; Dale Stewart |
| **Cc:** | Robert Wheatcroft; Dan Fassnacht; Rob Chancey; Gordon Thornhill; Shawn Lance; John White |
| **Subject:** | WalMart 2018 Prebid Meeting Summary |
| **Attachments:** | WalMart DCs rankings.xlsx |

Good afternoon team-
Thank you for taking the time to come together and discuss our internal bid strategy for Walmart going into 2018.  Here's a recap of what we discussed and take-aways.  If I am missing anything, or if you would like to add something additional please let us know.

- Currently at $6.7MM run rate not including spot business

- Will only bid on lanes that show less than 5% hazmat except Centerpoint locations and at that case stay less than 10% haz

- Will see if we can discuss daily commitments vs weekly as they currently bulk tender and have heavy ship days of week due to CDD

- Shawn and Gordon to see if we can get face to face meeting

- Will be cautions on md-length of haul (200 to 250 miles) and discuss transit with them before final award

- Main focus through bid is to have more density into fewer locations that are best fits for network.

- Remember that all Sams DCs are live unload other than Sanger and Hagerstown and grocery DCs charge $50 spotting fees

- ***Dale and Shawn working to get us complete list of DC descriptions

- Will submit pricing on almost all lanes but DC's that are red will be at significantly high rates and backup level pricing with the thought that we will be a backup provider and brokerage can look at the turndowns

- Brokerage looking at IB Laredo as well as a few focus lanes/DCs that are not focus areas for assets

- Avoid "Maize, KS" to Sealy, TX as higher volume of hazmat shipments

- Portland, TN to Woodland, PA- avoid or get transit expectations upfront- currently haul and transit too tight for solo (600+ mile LOH)

- Service issues out of Edwardsville, IL, Cory/Blawnox, PA (PA-01 to IN/OH), Cleveland, OH area to Columbus OH, Aberdeen, MD to Greenfield, IN, SLC to Woodland, CA

- Watch out for Soil lanes on GMT

- Import/.com usually sporadic volumes

- Attached shows DCs ranked by color (red, yellow, green)

1

CONFIDENTIAL                                              USX0232021

Thanks for coming to the meeting with valuable input.  Have a great evening.

**Cat Stephas | U.S. Xpress, Inc.**
Director of Pricing
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423.510.3392 | Cell: 865.742.2048
cstephas@usxpress.com | www.usxpress.com

_____
**Solo | Team | Dedicated | Brokerage | Logistics| Expedite| LTL| International**

2

CONFIDENTIAL

USX0232022