# EXHIBIT 31

# 2018 Pre-Bid Meetings





USX0088697

# Pre-bid meetings will take place two weeks before the expected bid release date

## Pre-Bid Meeting Structure

**Objective**: To collect cross-team feedback and align on customer bidding strategy prior to receiving bid

**Attendees**: Pricing – Regional Analyst, Director (Cat), Vice President (Julie)
Customer Service – Regional CSM, Director (Ajay), Vice President (Lee)
Load Planning – Director (Kyle)
Sales – VP Sales
Other SBUs – Brokerage, Dedicated *(If applicable)*

**Agenda**:



1. Overview of Existing Business
2. Discuss Operational Characteristics
3. Align on Customer Strategy
4. Identify Next Steps

Source: Bid Strategy Workshop

**U.S. XPRESS ENTERPRISES**
SERVICE THAT MATTERS – DRIVEN BY INNOVATION

# Pre-bid meetings require structured discussions

## Guiding Questions

**1 Overview of Existing Business**
- How attractive is this customer to USX?
- What is our current business with the customer? Annual spend, top lanes, SBU, etc.?
- What are our current volume commitments?
- What are our current service requirements and performance?

**2 Discuss Operational Characteristics**
- How does this customer satisfy our overall network strategy?
- What are the operational characteristics of current business?[1]
- What are specific market dynamics the customer is subject to? Risk in availability of freight?
- Is there anything not evident in the data that pricing team should be aware of?

**3 Align on Customer Strategy**
- What is our overall company strategy for the customer (assets, brokerage, dedicated)?
- What is our award target?
- What are our growth goals for the customer?
- What is the customer's buying strategy?
- What lanes are we focused on? What lanes are we not interested in?

**4 Identify Next Steps**
- What are the action items from this meeting? Who is responsible?
  - Is there need for a follow-up meeting with a smaller group?
- What are the follow ups after bid is received from customer?

1. Including seasonality, volume volatility, balance levels, other customers in market, time of day, drop and load times, accessorials
Source: Bid Strategy Workshop

**U.S. XPRESS ENTERPRISES**
SERVICE THAT MATTERS – DRIVEN BY INNOVATION

USX0088699

# Attendees should come prepared with required information and documents

## Responsibilities

 **Sales Team**

**Preparation activities:**
- Understand customer buying strategy
- Understand customer's desire to grow in specific markets

**Documents:**
- Customer perspective on service
- Expected bid release dates, bidding rounds, feedback or grades, historic award and effective timeline

**Follow up:**
- Review post-meeting summary email
- Send bid strategy document to customer *(if applicable)*

**Primary Responsibility:** Represent customer point of view

 **Pricing Team**

**Preparation activities:**
- Summarize current business and email to meeting attendees
- Review rates, commitments, and accessorials

**Documents:**
- Summary report of current business (overlay on network plan of 36 origin markets)
- Perspective on growth areas and bidding strategy

**Follow up:**
- Draft bid strategy document *(if applicable)*
- Send out post-meeting summary email to internal teams

**Primary Responsibility:** Translate feedback into customer strategy and execute bidding accordingly

 **Operations Team**

**Preparation activities:**
- Consult CSRs and Load Planning teams and collect feedback

**Documents:**
- Annual service reports
- Actual tenders vs. commitment report
- Over-commitment reports
- Operational feedback report *(see next page)*

**Follow up:**
- Review post-meeting summary email

**Primary Responsibility:** Provide operational feedback - exceptions that may influence customer bid

**U.S. XPRESS ENTERPRISES**
SERVICE THAT MATTERS – DRIVEN BY INNOVATION

Case 1:19-cv-00098-TRM-CHS    Document 162-32    Filed 02/03/22    Page 5 of 7
PageID #: 4571

USX0088700

## The operation feedback report provides information that may influence bidding decisions

**Operational Feedback Report**

- Which current lanes are seasonal? Was there any unexpected volatility with current business?

- What are operational exceptions not captured in the data?

  - Long loading / unloading times

  - Irregular appointment times

  - Recurring issues with balance levels

  - Ability to pair with other lanes

  - Customer-specific turnover issues (ie. Bobtail)

  - Service level issues, load cancellations, claims

  - Trailer detention, loss, misload, overweight, OEM requirements

  - Transit times (dwell, accident exposure, traffic conditions)

  - Hazmat risk

- What are the actual tenders vs. commitments? Is there a need to update specific lane commitments?

- What is the extent of over-commitments and are there suggested alternatives to shift this capacity?

- Areas that have been successful and operations would like to see grow? Areas we struggle to service and why?

**U.S. XPRESS ENTERPRISES**
SERVICE THAT MATTERS – DRIVEN BY INNOVATION

USX0088701

# □ There are defined roles and responsibilities for each team during the bid process

## Roles and Responsibilities

### Bid Strategy Process

**Corporate and Network Strategy**

- Corporate strategy defined by **leadership**
- **Network strategy reviewed annually** by pricing, operations, and leadership

**Customer Strategy**

- Pricing provides guidance on **customer strategy and growth goals**
- Collects input from operations and sales teams for **top 25 accounts**

**Pricing Strategy**

- **Overall rate goals** set by pricing, accounts for leadership goals
- **Bid execution** managed in CRM by pricing and sales

**Lane-level Pricing**

- Pricing team responsible for **translation of strategy into lane-level pricing framework**
- For major accounts, exceptions **escalated to leadership**

### Recommended RASCI Roles by Step

| *(not exhaustive)* | Sales | Pricing | Operations | Leadership |
|---|---|---|---|---|
| **Review Account Strategy & Pipeline** | S | R | C | A |
| **Develop Pre-bid Strategy** | C | R | C | A |
| **Cross-team Review** | C | R | C | I |
| **Feedback Incorporated** | C | R | C | A |
| **Pricing Finalized** | I | R | I | A |
| **Award Audit & Acceptance** | C | R | I | A |

**RASCI Roles**

| | | | |
|---|---|---|---|
| R | Responsible | A | Approver |
| S | Supportive | C | Consulted | I | Informed |

**U.S. XPRESS ENTERPRISES**
SERVICE THAT MATTERS – DRIVEN BY INNOVATION