# EXHIBIT 32

| From: | Julie Van de Kamp |
|---|---|
| **Sent:** | Monday, January 22, 2018 4:06 PM |
| **To:** | Mark Pfuehler |
| **Cc:** | John White; Richard Williams |
| **Subject:** | P&G |
| **Attachments:** | Copy of Rate Review 1-22-2018.xlsx |

Mark, I spoke to John one more time and he and I are in agreement that this is what needs to be presented.  Bottom line is the $0.04 per mile was to get us through to the bid.  If we are going to lock these in for the 18 month timeframe and hold them through the bid then we need this higher increase.

- 5.8% increase on the proposed lanes.
- 58 lanes total as we do need the 4% increase on the Edwardsville to Wilmer, TX lane.
- This is $0.10 per mile overall across these lanes and a total impact over the 6 month timeframe that we ran of $574,076.
- The OB Buffalo lanes have been removed.
- Impact overall is 4.6% when looking at all lanes (not just those included in this dataset)

Attachment is good to go.

Thanks.


**Julie Van de Kamp | U.S. Xpress, Inc.**
Vice President of Pricing
4080 Jenkins Road | Chattanooga, TN 37421
Office: 423-510-3447 | Mobile: 912-308-4243
jvandekamp@usxpress.com | www.usxpress.com

1

Case 1:19-cv-00098-TRM-CHS     Document 162-33     Filed 02/03/22     Page 2 of 2
PageID #: 4575

CONFIDENTIAL

USX0232377