# EXHIBIT 33

## NEW MOUNTAIN LAKE HOLDINGS, LLC
## Minutes of the Board of Directors Meeting Held November 14, 2017

A meeting of the New Mountain Lake Holdings, LLC (the "Company") Board of Directors (the "Board") was held on Tuesday, November 14, 2017, beginning at 1:00 p.m. at U.S. Xpress Enterprises, Inc., 4080 Jenkins Road, Chattanooga, Tennessee. Notice of the meeting, the Agenda and presentation materials were sent to each Director and to the Observer prior to the meeting. The presentation materials were referred to throughout the meeting and will be attached to the signed minutes.

**Board Members Present:** Max Fuller, Chief Executive Officer, Secretary and Director; Lisa Pate, President, Treasurer and Director; Eric Fuller, Director; Brian Quinn, Director; Phillip Connors, Director; Michael Fabiano, Director.

**Also Present:** Eric Peterson, Chief Financial Officer for U.S. Xpress Enterprises, Inc. ("USXE"); Brian Baubach, Vice President, Treasury, USXE; Jason Grear, Chief Accounting Officer, USXE; Leigh Anne Battersby, Corporate General Counsel, USXE; Neil Maini (Observer, Benefit Street Partners, via telephone); Jeff Ward (A.T. Kearney); Marc El Khoury (A.T. Kearney); Frederic Ramioulle (A.T. Kearney).

**Call to Order and Approval of Minutes:** All directors being present early, Mr. M. Fuller called the meeting to order at 12:31 p.m. He asked if there were any changes or discussion on the Minutes from the August 9, 2017 Board meeting. There being none, Mr. Connors moved that the Minutes be approved, which was seconded by Mr. Fabiano, and unanimously approved by the Board members present.

**Industry Overview:** Mr. M. Fuller reported that overall the transportation market is going strong, key indicators being that spot rate is tracking $.30-.40 higher than contract rates and turndown rates being higher than usual in 4Q2017. Mr. Fuller noted that with both spot rates and turndown rates being up, contract rates would tend to follow. Mr. Fuller further noted that industry analysts are predicting contract rate increases in the high to mid single digits. In response to a question by Mr. Fabiano as to how long the Company anticipates that the upturn would last, Mr. Fuller noted that industry cycles usually last 12-18 months, but that the difficulty of adding drivers may result in a more extended upswing cycle. Mr. Fuller indicated that the Company does expect the market dynamics to continue through the next bid cycle.

Mr. Fabiano asked what impact the rate increases were likely to have on driver wages, and Mr. Fuller responded that it would likely result in driver pay increases as carriers compete for the available drivers. Mr. E. Fuller added that the major carriers are currently exercising discipline about increasing driver pay, but that eventually that will change. Mr. Connors asked whether current pressures would result in a move to more company drivers and fewer owner-operators, and Mr. Fuller responded that we are seeing more stability and less turnover on the owner-operator side, so the current trends may lead to more owner-operators.

Mr. Fuller explained that the current economics are allowing the Company to be more selective with their customer base. In response to an inquiry from Mr. Fabiano as to whether the Company is gaining any ground in obtaining the right to broker excess freight, Mr. Fuller indicated that customers are much more receptive to brokerage than they were a year ago. Mr. Fabiano questioned how morale was

2

Case 1:19-cv-00098-TRM-CHS    Document 162-34    Filed 02/03/22    Page 2 of 7
PageID #: 4577

CONFIDENTIAL                                                                    USX0126240

within the organization, and Mr. Fuller responded that it was high with the possible exception of the Maintenance group, which took the brunt of the summer headcount reductions.

**Business Review 3Q2017**: Mr. E. Fuller presented the business review. Whereas the Company fell short with seated trucks during 2Q2017, it saw growth of 100 trucks in 3Q2017 and we are maintaining and attempting to grow the truck count in 4Q2017. Mr. E. Fuller noted that several of the Company's dedicated accounts are growing, and therefore much of our recruiting efforts are being directed at hiring new dedicated drivers. We have stopped recruiting for regional drivers, moving up to 60 existing regional drivers to dedicated and moving the regional freight to the solo OTR business unit. In response to a question by Mr. Fabiano as to how the owner-operator numbers are doing, Mr. E. Fuller responded that the Company has added 250 seated lease trucks and indicated that, while it is early, we are not seeing any issues with the new lease program. Mr. M. Fuller added that the trucks running through the new lease program are still under warranty, thus minimizing contractor issues, and that we believe that we are requiring sufficient maintenance reserves to minimize difficulties for the lease purchase contractors. Mr. Connors asked whether the shortage of drivers to fill growing dedicated demand will put the Company's dedicated accounts in jeopardy, and Mr. Fuller responded that most of our competitors are in the same situation. In response to a question from Mr. Fabiano, Mr. Fuller indicated that the turnover rate for dedicated drivers is higher than we like at 80-90%, but much of that has to do with the unloading requirements on certain Dollar accounts and the location of certain WalMart accounts. Mr. E. Fuller also noted that until the latter portion of 3Q2017, demand for Team freight was tepid, but we are seeing an increased demand, and that we are attempting to meet that demand with organic growth, utilizing a post-training team up program for recently upgraded students.

Mr. E. Fuller reported that while utilization has been down, both year over year and sequentially, that is in part due to the major effect of two significant storms on the earlier periods and that we started seeing the impact of the load planning changes at the end of 3Q2017. September saw the Company's load turndown rate at a two year high, with 5,000-6,000 loads per week being turned down. Mr. E. Fuller reported that rate is up $.037 from 3Q2016 to 3Q2017, but that did not begin to hit until mid to late September with rate escalating though the quarter, and we then saw an $.08 jump from August to September. We are getting a premium of up to $1.00 per mile in spot rates as compared to contract rates. Dedicated, which is less driven by spot rates, is down $.026/mile. Mr. E. Fuller reported that the Company is being disciplined in response to the spot market environment and using the opportunity to limit our contract freight acceptance to that to which we have committed. A.T. Kearney is assisting with this operational initiative. Mr. Connors asked why the Company's rate increases were not as high as some of its peers on a percentage basis, and Mr. E. Fuller explained that given our higher mix of dedicated freight, we have less exposure to, and less opportunity to capitalize on, fluctuations in the spot market. Mr. Connors followed up, and a discussion was held regarding the relative merits of shifting the balance away from dedicated to capitalize on spot, with Mr. M. Fuller explaining that the current environment also provides opportunities to address rate with dedicated customers, albeit not as quickly as on the OTR side due to longer contract period. The Board discussed the fact that some customers are bidding all of their freight this year, rather than staggering percentages over multiple years, in order to secure capacity ahead of the anticipated capacity shortage and that the Company would have the opportunity to walk away from less desirable distribution centers and lanes if the rate was not reflective of what we require. Mr. E. Fuller further explained that in the late 3Q2017 and early 4Q2017, the Company went through a process to address underpriced lanes and approached our top

3

CONFIDENTIAL

USX0126241

100 customers with selective increases on lanes that needed to be re-priced. This had a small impact, but it will still allow the Company to be aggressive during the bid cycle.

Mr. Fuller explained that many carriers are simply walking away from their contract customers in pursuit of the spot rate, but that U.S. Xpress is attempting to be more balanced. Although we are seeking significant increases in rate on the dedicated side, we will not be seeking large increase from those customers who treated us well during market downswings. Overall, our model for 2018 anticipates a rate increase of $.055, over the full book of contract business, which we believe to be conservative.

On the cost side, Mr. E. Fuller reported on the headcount reductions in August, noting that we have experienced some continued attrition subsequent to the reductions as our operational initiatives take hold and allow the Company to operate with less headcount. Mr. Fuller also reported that maintenance costs are at a record low but recruiting costs continuing to climb. The Company currently has event recorders installed in 45-50% of our tractors with full implementation expected by April.

**Financial Review:** Mr. Peterson reviewed the financial information for the third quarter and year to date through September 30, indicating that 3Q2017 was the best quarter of the year, accounting for $11.5M of year to date income of $16.1M. Absent expenses associated with the driver wage and hour class actions, the settlement of one of those class actions, and the A.T. Kearney consulting fees, the income for the quarter would have been in the range of $15M. The breakout of the operating income between the subsidiaries is $6.838M to U.S. Xpress, Inc., $3.019M to Total Transportation of Mississippi, and $1.675M to Xpress Internacional. He also noted a slight increase in overall revenue year over year.

Mr. Peterson also reported how rates were tracking, indicating that contract rate had not moved more than $.01. He indicated that while spot rate was flat to lower through May, it was $.20+ higher than contract rate in July 2017, $.40+ higher in August and $.80+ higher in September. As the number of load turndowns increased, Mr. Peterson reported that the Company had to make a conscious effort to make sure that we capitalized on the spot market opportunities. In discussing the $6.8M Income from Operations in 3Q2017 compared to $4.6M in 3Q2016, Mr. Peterson noted that Company enjoyed a $.047 difference in the rate per mile, resulting in a $6.15M positive impact on Operating Income. This was partially offset by increases in driver costs due to turnover, increased recruiting costs, and increases in other fixed costs, much of which was also related to higher driver turnover as well as the settlement of a driver wage and hour class action and related expenses.

Mr. Peterson provided an update as of September 30, 2017 on the Company's debt and liquidity, noting that as of the end of 3Q2017 the Company held $649.44M in debt, of which approximately $194M related to the Term Loan and $371M related to equipment debt. At that same time, the Company had $68.3M in liquidity.

Mr. Peterson discussed the recent dramatic improvement in Operating Ratio for U.S. Xpress, Inc., which dropped from 99% in 1Q2017 to 98.5% in 2Q2017 to 96.8% in 3Q2017. He noted that the second half of the quarter was significantly better than the first half, with U.S. Xpress, Inc. hitting 95.8%, 92.6% and 94.6% in the last three weeks of September. The subsidiary has continued the trend into 4Q2017, with an average OR of 93.3% through the week of November 10. Mr. Peterson noted that the momentum for Total Transportation was also strong with an OR in the low 90s in September and below 90% in October. He further noted that the brokerage division had operating income of $1M per month in September and October 2017, after having $0 Operating Income for the first eight months of the year. Xpress

4

CONFIDENTIAL

USX0126242

Internacional is also performing steadily, with 2016 being their break out year. Mr. Peterson cautioned that earning for 4Q2017 would have some noise as we would have $6-7M in fuel hedges reflected in the fourth quarter earnings.

Mr. Peterson also reported that the Company continues to close the gap with its peers with regard to financial and operating performance. Looking at Swift, Werner and Schneider as peers, the Company's OR was 755 basis points higher than the average of the ORS of those three competitors in 2014, 706 basis points difference in 2015, and 568 basis points different in 2016. Through the 3Q2017, the Company has further reduced that gap to 508 basis points (comparing to Werner and Schneider only) and to 364 basis points during 3Q2017 on a stand-alone basis.

Mr. Peterson also presented a flash report for October 2017, indicating that the trends of 3Q2017 are continuing. Rate per total mile is up 4.6% or $.081 per mile over October 2016, driven by a $.61 increase in spot rates. The OR in October 2017 preliminarily landed at 96.1%; however, absent the expenses associated with the run out of the fuel hedges and the A.T. Kearney consulting fees, the OR in October would be 93.8%. Mr. Peterson indicated that the Company was reviewing the 2018 financial plan in light of the market changes and anticipated releasing it around the end of January.

**Other Business – A.T. Kearney Update:**  A.T. Kearney provided an update on the result of their consultation, noting that the Company has maintained focus on the Big 5 initiatives identified at the last meeting (Improving the OTR Operating Ratio, Improving the Yield from 8% to 12%, Enhancing Maintenance, Managing Costs, and Driver First Experience) and that the workshop environment has done well at U.S. Xpress.  Mr. Ward reported that the Company has done what they committed to the Board they would do, with the Company currently at approximately 97% of its 2017 target set by leadership of $25M in savings and over target for 2018.  Collectively on the Big Five initiatives, the Company is at approximately $24.2M in savings, with the impact on 2018 expected to be $61.8M (compared to a savings target of approximately $55M for 2018).  Mr. Ramioulle reported that 94% of the identified projects are in the implementation (M4) or realization (M5) stage.  Mr. Ward reported on the  beats and misses of specific initiatives, noting that the Company was at 150% of the 2017 target on the Yield Improvement initiative and 165% of the 2017 target on Maintenance Enhancement.  The Company experienced some headwinds on the Cost Reduction, specifically on External Spend, due to contractual commitments that were not visible at the time the goal was set.  Mr. Ward indicated that all of the savings have been vetted by the Company's accounting department.  Overall, Kearney believes that the Company has obtained good results and will now need to rebalance and assess where the next opportunities are.

The four new initiatives identified by A.T. Kearney and the Company to go forward include:

- Utilization Analysis – Growing out of the load planning project that was part of the OTR OR Improvement Initiative, this initiative will focus on implementation of a new workflow in the department to utilize the load planning tools and behavior modification, both internally and with customers, with formal measurements and accountability.  Whereas the load planning tool focused on utilizing the driver's available hours, the new project will focus on looking at the freight that is being put into the system and the appointment process to maximize efficiency.  In response to a question by Mr. Connors, the A.T. Kearney personnel explained that 95-96% of the

CONFIDENTIAL

USX0126243

Company's loads are being funneled through the new load planning tool and that A.T. Kearney is seeing a decrease in dwell time on those loads of approximately 9% overall. Mr. E. Fuller indicated that the customer service portion of the project is a 6-9 month process, but that the leverage we are experiencing due to current market conditions creates an environment where we can effect significant changes with customers. The tool is also providing visibility and accountability for performance management by the individual load planners.

- Routing Optimization -- This initiative seeks to study assigned routes by lane, focusing on whether lanes can be re-routed to decrease costs while still maintaining service requirements and accounting for safety risks of alternative lanes. The three steps of the project include enforcing compliance with routing (excluding independent contractors), minimizing route disruptions (i.e. construction zones, heavy traffic areas), and evaluating routes.

- Operations Workflow -- In looking at driver turnover, A.T. Kearney identified that drivers calling more than four times per week have less turnover than drivers who did not call as frequently. A full day workshop supported the Company's hypothesis that those drivers who called were "in the workflow" for the fleet manager, making the Fleet Manager job more reactionary to calls and emails than proactive. The Company piloted a project whereby the fleet manager job was split, with one group of fleet managers proactively working their fleet without responding to calls and emails and a second group of fleet managers handling the reactive issues that come through calls and emails. Preliminary results have been good, with a 30% decrease in the number of calls in the test fleet and an increase from 70-75% in accuracy of Projected Time of Availability to 90-95%. Mr. E. Fuller reported that the drivers in the pilot seem pleased and have had minimal complaints and that we have good buy in from operational personnel. Overall, we expect that the change in workflow will go a long way in improving job satisfaction for the fleet managers. Due to the success of the fleet manager pilot, a similar workflow pilot is being done for customer service and load planning, and the Company believes that the increased efficiency and proactive approach will ultimately allow the Company to reduce its operational headcount.

- Bid Strategy – Eric F. reported that the Company intends to use A.T. Kearney to assist in the Company's bid strategy to best capitalize on the current market conditions.

Mr. Peterson reported that A.T. Kearney's 13 week engagement is coming to an end, and that the Company is looking at how best to go forward. In an ongoing effort to continue the improvement in the Company's Cost Management initiative, the Company is currently searching for a Vice President of Procurement to standardize and more professionally vet our expenditures and that each vice president is being held accountable for managing their indirect expenses going forward.

**Other Business:**

The Company presented a brief update on the status of the divestiture of Xpress Internacional, with one interested buyer who issued an indication of interest letter. The interested party had sent a supplemental diligence request, to which the Company has been responding.

6

CONFIDENTIAL

USX0126244

Mr. Baubach reported that the Company had reached an agreement in principal with its lenders to amend the term credit agreement, adding one year to the term and adjusting some covenants to eliminate some tightness.

Mr. Baubach further reported on the Company's 2018 fleet management plan, indicating that the Company would be replacing 1,422 tractors, with about half to be replaced by Freightliners and half to be replaced by Internationals. The structure of the deal with International includes a guaranteed residual at the end of year two and the end of year four. The Company anticipates significantly lowering maintenance costs as a result. Mr. Baubach also reported that the Company replaced 6,000 trailers over the last three years and expects to replace another 2,000-2,500 in the current year.

Mr. M. Fuller reported that Senior Vice President of Maintenance Gerald Mead had resigned and that the Company had promoted Shaun Sadler to Senior Vice President of Equipment and was actively searching for a Vice President of Maintenance to work under Mr. Sadler.

Mr. Grear reported that PWC has been engaged to conduct the 2017 financial audit, and that there are currently no reportable issues or adjustments.

Ms. Battersby provided a brief update on the completion of the insurance renewal and the pending legal matters, noting that the Salinas driver wage and hour class action pending in the U.S. District Court for the Eastern District of Tennessee and the related arbitrations had settled in October 2017, leaving only the Ayala driver wage and hour class action pending in California.

**Adjournment**: There being no further business, the meeting was adjourned at 4:03 p.m.

Leigh Anne Battersby
Secretary for the Meeting

7

CONFIDENTIAL

USX0126245