# EXHIBIT 36

| | |
|---|---|
| **From:** | Jason Grear |
| **Sent:** | Monday, November 6, 2017 8:03 PM |
| **To:** | Eric Peterson |
| **Cc:** | Ian Pfeiffer |
| **Subject:** | 2017 3rd Quarter Financial Section_ (002).xlsx |
| **Attachments:** | 2017 3rd Quarter Financial Section_ (002).xlsx |

Updated as discussed.

Ian, please update the live version on sharepoint.  Thank-you.

Case 1:19-cv-00098-TRM-CHS    Document 162-37    Filed 02/03/22    Page 2 of 2 PageID #: 4594

CONFIDENTIAL                                                                      USX0215305