UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

CHATTANOOGA DIVISION

| | |
|---|---|
| LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. XPRESS ENTERPRISES, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 1:19-cv-00098-TRM-CHS <br><br> <u>CLASS ACTION</u> <br><br> Judge Travis R. McDonough <br> Magistrate Judge Christopher H. Steger |

DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPEL USX DEFENDANTS TO SUPPLEMENT
INCOMPLETE INTERROGATORY RESPONSES

I, CHRISTOPHER M. WOOD, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.      I am a member of the Bar of the State of Tennessee, and I am admitted to practice in this District.

2.      I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, serving as co-lead and class counsel in this action.  I submit this declaration to the Court in support of Plaintiffs' Motion to Compel USX Defendants to Supplement Incomplete Interrogatory Responses.

3.      Attached are true and correct copies of the following exhibits:

Exhibit 1:      Plaintiffs' First Set of Interrogatories to Defendants U.S. Xpress Enterprises, Inc., Eric Fuller, Eric Peterson, Jason Grear, Max Fuller and Lisa Quinn Pate, dated February 4, 2022; and

Exhibit 2:      USX Defendants' Responses and Objections to Plaintiffs' First Set of Interrogatories, dated March 7, 2022.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 21, 2022, at Nashville, Tennessee.

s/ Christopher M. Wood
_____
CHRISTOPHER M. WOOD

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 21, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses of the CM/ECF participants in this case.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)

Email: cwood@rgrdlaw.com