UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

CHATTANOOGA DIVISION

| | | |
|---|---|---|
| LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:19-cv-00098-TRM-CHS |
| Plaintiffs, | ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) ) | Judge Travis R. McDonough<br>Magistrate Judge Christopher H. Steger |
| U.S. XPRESS ENTERPRISES, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF PLAINTIFFS' MOTION
TO LIFT THE COURT'S STAY OF EXECUTION AND ENFORCEMENT
OF PLAINTIFFS' RULE 45 SUBPOENA ISSUED TO NON-PARTY WALMART

I, CHRISTOPHER M. WOOD, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.      I am a member of the Bar of the State of Tennessee, and I am admitted to practice in this District.

2.      I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, serving as co-lead and class counsel in this action.  I submit this declaration to the Court in support of Plaintiffs' Motion to Lift the Court's Stay of Execution and Enforcement of Plaintiffs' Rule 45 Subpoena Issued to Non-Party Walmart.

3.      Attached are true and correct copies of the following exhibits:

Exhibit 1:      U.S. Xpress Enterprises, Inc. Earnings Call Transcript, dated November 1, 2018;

Exhibit 2:      Excerpts of Transcript of Deposition of Justin Harness, dated January 14, 2021 **[FILED UNDER SEAL]**;

Exhibit 3:      U.S. Xpress Enterprises, Inc. Earnings Call Transcript, dated August 2, 2018;

Exhibit 4:      Email from Drew Wagoner to Eric Fuller, et al., dated June 18, 2018 (Bates No. USX0198951-USX0198978) **[FILED UNDER SEAL]**;

Exhibit 5:      Excerpts of Rough Draft of Transcript of Deposition of Philip Connors, dated June 17, 2022 **[FILED UNDER SEAL]**;

Exhibit 6:      Excerpts of Transcript of Deposition of Shane Weeks, dated June 9, 2022 **[FILED UNDER SEAL]**;

Exhibit 7:      Transcript of Hearing on Motion to Compel, dated February 8, 2022;

Exhibit 8:      Walmart Spreadsheet titled, "Dedicated Contract Services Round 1 Feedback" (Bates No. USX0149720) **[FILED UNDER SEAL]**;

Exhibit 9:      Email from Robert Wheatcroft to Significant Opportunities, with attachments, dated January 11, 2018 (Bates No. USX0184456-USX0184598) **[FILED UNDER SEAL]**;

Exhibit 10:     Email from Paul Bowman to Tim Johnson, dated December 14, 2017 (Bates No. USX0189305-USX0189306) **[FILED UNDER SEAL]**; and

Exhibit 11:     Email from Paul Bowman to Michael Graham, et al., dated October 6, 2017 (Bates No. USX0188674-USX0188676) **[FILED UNDER SEAL]**.

- 1 -

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 24, 2022, at Nashville, Tennessee.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 24, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses of the CM/ECF participants in this case.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
Email: cwood@rgrdlaw.com
