# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | |
|---|---|
| LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. XPRESS ENTERPRISES, INC., et al.,<br><br>Defendants. | Civil Action No. 1:19-cv-00098-TRM-CHS<br><br>CLASS ACTION<br><br>Judge Travis R. McDonough<br>Magistrate Judge Christopher H. Steger |

## ORDER AMENDING SCHEDULING ORDER TO EXTEND DISCOVERY

This matter is before the Court upon all parties' Joint Motion to Amend Scheduling Order for Brief Extensions of Fact Discovery and Expert Discovery [Doc. 203]. Counsel for the parties have represented to the Court that these brief extensions of the deadlines for fact discovery and expert discovery will not affect other deadlines set forth in the Court's Amended Scheduling Orders [Docs. 149 and 170]. By agreement of the parties and for good cause shown, it is hereby **ORDERED** that:

1. The parties' Joint Motion to Amend Scheduling Order for Brief Extensions of Fact Discovery and Expert Discovery [Doc. 203] is **GRANTED**.

2. The Court's Amended Scheduling Orders [Docs. 149 and 170] are hereby further **AMENDED** as follows:

| EVENT | CURRENT DEADLINE [Doc. 149] | NEW DEADLINE |
|---|---|---|
| Fact Discovery | August 11, 2022 | September 23, 2022 |
| Expert Testimony | September 9, 2022 | October 7, 2022 |
| Rebuttal Expert Testimony | October 21, 2022 | November 7, 2022 |
| Close of Expert Discovery | November 18, 2022 | November 23, 2022 |

3. All deadlines and instructions contained in the Court's operative Amended Scheduling Orders [Docs. 149 and 170] which are not specifically amended by this Order shall remain in full force and effect.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE