# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

LEWIS STEIN, individually and on behalf of all others similarly situated, )
)
)
)    Case No. 1:19-cv-00098-TRM-CHS
*Plaintiffs*, )
)
v. )
)
U.S. XPRESS ENTERPRISES, INC., *et al*., )
)
*Defendants*. )

## ORDER REQUIRING MEET AND CONFER BEFORE FILING MOTION TO SEAL

This Order is intended to supplement, not revise, the Court's Order Governing Sealing Confidential Information [Doc. 7]. Parties often seek to include in their various filings with the Court ("the filing party") information designated by another party ("the designating party") as confidential. When this happens, the filing party moves to file the designating parties' confidential information under seal. Many times, as it turns out, the designating party is agreeable to some—if not all—of its confidential information being filed in the public record.

Motions to seal information designated by another party as confidential are arising with more frequency before the Court and require significant Court resources to address. To address these motions more efficiently, it is hereby **ORDERED** that:

1. Before a party files a motion to seal ("the moving party") because the moving party seeks to file in the Court record information designated as confidential by another party or non-party ("the designating party"), the moving party and designating party shall meet and confer to determine exactly which information the designating party asserts meet the Sixth Circuit's sealing standards as set forth in Court's Order Governing Sealing Confidential Information [Doc. 7]. The moving party may then move to seal only such information as the designating party asserts meets the sealing standards.

2. The motion to seal MUST contain a certification by counsel for the moving party that the moving party and the designating party have met and conferred in good faith to identify the specific information which the designating party asserts merits sealing. The Meet and

Confer Certification shall be prominently placed on the first page of the motion to seal as the first paragraph and shall contain the following:

### MEET AND CONFER CERTIFICATION

I, (*undersigned attorney*), counsel for (*moving party*), do hereby certify that I have met and conferred with counsel for (*the designating party*) in good faith to determine which documents (*designating party*) asserts merit sealing. This motion to seal pertains only to those documents so identified by (*designating party*).

Failure to include the Meet and Confer Certificate is grounds for denial of the motion to seal.

3. Prior to filing a motion to seal, the moving party shall redact from the filing all personal identifiers such as addresses, social security numbers, email addresses, phone numbers, social media identifiers, minors' names, and the like unless there is a specific reason that such information is relevant to an issue in the case. Similarly, the moving party shall redact from the filing all other, irrelevant information which the Court need not rely upon to address any issue raised in the case. No motion to seal need be filed to redact information from a document which neither party wants the Court to rely upon to address an issue pending in the case.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE