# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. XPRESS ENTERPRISES, INC., et al.,<br><br>Defendants. | Civil Action No. 1:19-cv-00098-TRM-CHS<br><br>CLASS ACTION<br><br>Judge Travis R. McDonough<br>Magistrate Judge Christopher H. Steger |

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING FOR EXTENSIONS TO DISPOSITIVE & *DAUBERT* MOTIONS DEADLINE

This matter is before the Court upon Plaintiffs',[1] the USX Defendants',[2] and the Underwriter Defendants'[3] Joint Motion to Amend Scheduling Order for Brief Extensions to Dispositive and *Daubert* Motions Deadline [Doc. 211]. More specifically, the parties have jointly moved to amend the operative scheduling orders [Docs. 149 and 170] for brief extensions to the upcoming dispositive and *Daubert* motions deadline by approximately three weeks.

Having considered the materials and arguments submitted in support of the motion, and for good cause shown, it is hereby **ORDERED** that the referenced motion [Doc. 211] is **GRANTED** and the Court's scheduling orders are modified as follows:

| EVENT | CURRENT DEADLINE [Docs. 149, 170] | REVISED DEADLINE |
|---|---|---|
| Dispositive & *Daubert* Motions | December 22, 2022 | January 13, 2023 |
| Oppositions to Dispositive & *Daubert* Motions | February 3, 2023 | February 24, 2023 |

---

[1] Deirdre Terry, Charles Clowdis, and Bryan Robbins (collectively, "Plaintiffs")
[2] U.S. Xpress Enterprises, Inc. ("USX"), Eric Fuller, Eric Peterson, Max Fuller, Jason Grear, and Lisa Quinn Pate (collectively, the "USX Defendants")
[3] Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Wells Fargo Securities, LLC, Stephens, Inc., WR Securities LLC, and Stifel Nicolaus & Company, Inc. (collectively, the "Underwriter Defendants")

| | | |
|---|---|---|
| Replies in Support of Dispositive & Daubert Motions | February 24, 2023 | March 17, 2023 |
| Final Witness List | March 31, 2023 | *Unchanged* |
| Pretrial Disclosures | April 14, 2023 | *Unchanged* |
| Motions *in Limine* | April 28, 2023 | *Unchanged* |
| Responses to Motions in *Limine* | May 15, 2023 | *Unchanged* |
| Proposed Jury Instructions or Findings of Fact and Conclusions of Law | June 15, 2023 | *Unchanged* |
| Final Pretrial Conference | June 26, 2023 | *Unchanged* |
| Trial | July 10, 2023 | *Unchanged* |

All remaining deadlines and instructions set forth in the operative scheduling orders [Docs. 149 and 170] shall remain in full force and effect.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE