UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| LEWIS STEIN, et al., individually and on behalf of all others similarly situated, | Case No. 1:19-cv-98 |
| Plaintiffs, | Judge Travis R. McDonough |
| v. | Magistrate Judge Christopher H. Steger |
| U.S. XPRESS ENTERPRISES, INC., et al., | |
| Defendants. | |

## AMENDED SCHEDULING ORDER

Before the Court is the parties' joint motion to amend the scheduling order (Doc. 215). The parties represent that they require additional time to finalize a settlement agreement. (*See id.* at 1–2.) For good cause shown, the Court **GRANTS** the motion and **ORDERS** that the previous scheduling order (Doc. 212) is **AMENDED** as follows:

3. *__Other Scheduling Matters__*:

   . . .

   (b) *__Dispositive Motions__*: All dispositive motions under Rule 12 and all motions for summary judgment pursuant to Rule 56 shall be filed as soon as possible, but no later than **February 10, 2023**. The failure to timely file such motions will be grounds to summarily deny them. The parties must comply with § 5.H. of the Court's preferences concerning joint appendices relating to motions for summary judgment. Oppositions shall be filed no later than **March 7, 2023**, and replies in support shall be filed no later than **March 24, 2023**.

   (c) *__Daubert Motions__*: All motions to exclude expert testimony pursuant to Federal Rule of Evidence 702 should be filed as soon as possible but no later than **Februrary 10, 2023**. Oppositions shall be filed no later than **March 7, 2023**, and replies in support shall be filed no later than **March 24, 2023**.

All other dates in the Court's previous scheduling order (Doc. 212) remain unchanged.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**