UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| LEWIS STEIN, et al., individually and on behalf of all others similarly situated, | ) ) ) | Case No. 1:19-cv-98 |
| *Plaintiffs*, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge Christopher H. Steger |
| U.S. XPRESS ENTERPRISES, INC., et al., | ) ) ) | |
| *Defendants*. | ) | |

**ORDER**

The parties informed the Court they have reached a settlement in principle and move to vacate all deadlines in the case (Doc. 217). The motion (*id.*) is **GRANTED**. The parties must file the motion for preliminary approval of the settlement on or before **March 27, 2023**. All deadlines in the scheduling order are hereby **CONTINUED**, and will be reset after **March 27, 2023**, in the event that the parties are unable to finalize their settlement.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**