# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| The Eshe Fund, individually, and on behalf of | ) | Case No. 1:08-cv-421 |
| All Those Similarly Situated, | ) | |
| | ) | (Judge Sandra S. Beckwith) |
| Plaintiffs, | ) | (Magistrate Judge Sharon L. Ovington) |
| | ) | |
| vs. | ) | |
| | ) | |
| Fifth Third Bancorp, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER AWARDING LEAD COUNSEL'S ATTORNEYS' FEES AND EXPENSES

This matter having come before the Court on October 21, 2013, on the application of counsel for the Lead Plaintiff for an award of attorneys' fees and expenses incurred in the above-captioned action, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.    All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of April 12, 2013 (the "Stipulation"), and filed with the Court.

2.    This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3.    The Court hereby awards Lead Counsel attorneys' fees and expenses of _333_ % of the Settlement Fund in the amount of $ _5,328,000.00_ , together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Class.

4.    Any and all allocations of attorneys' fees and expenses shall be allocated among Plaintiffs' Counsel at the direction of Lead Counsel at their discretion, who shall apportion the fees and expenses based upon their assessment, in their sole discretion, of the respective contributions to the litigation made by each counsel.

1

5.      The awarded attorneys' fees and expenses and interest thereon shall immediately be paid to Lead Counsel subject to the terms, conditions, and obligations of the Stipulation, and in particular ¶6.2 thereof, which terms, conditions, and obligations are incorporated.

6.      The Court hereby awards Lead Plaintiff Edwin B. Shelton $ 49,000.00 and Proposed Class Representative Jeffrey Wacksman, M.D. $ 7,200.00 for their time spent in assisting in the prosecution of the above-captioned action.

IT IS SO ORDERED.

DATED: 11/19/13

THE HONORABLE SANDRA S. BECKWITH
UNITED STATES DISTRICT JUDGE

K:d6172517