# EXHIBIT 1

| | | |
|---|---|---|
| JACKSON COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 3:18-cv-01368 |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | Hon. William L. Campbell, Jr. |
| | ) | Magistrate Judge Alistair Newbern |
| vs. | ) ) | |
| CARLOS GHOSN, et al., | ) ) | ORDER AWARDING ATTORNEYS' FEES AND EXPENSES |
| | ) | |
| Defendants. | ) ) | |
| | ) | |

This matter having come before the Court on September 19, 2022, on Lead Counsel's motion for an award of attorneys' fees and expenses incurred in this action, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.      All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated April 22, 2022 (the "Stipulation").  ECF 241.

2.      This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3.      The Court hereby awards Lead Counsel attorneys' fees of one-third of the Settlement Amount, and litigation expenses in the amount of $170,067.83, together with the interest earned

Case 3:18-cv-01368-TRM-CHS   Document 257   Filed 11/29/22   Page 1 of 3
Case 3:18-cv-01368-TRM-CHS   Document 270   Filed 06/05/23   Page 24 of 32
PageID #: 5554

thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees and expenses shall be allocated amongst counsel in a manner which, in Lead Counsel's good faith judgment, reflects each such counsel's contribution to the institution, prosecution and resolution of the Litigation. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method considering, among other things, the following: the highly favorable result achieved for the Class; the contingent nature of Lead Counsel's representation; Lead Counsel's diligent prosecution of the Litigation; the quality of legal services provided by Lead Counsel that produced the Settlement; that the Plaintiffs appointed by the Court to represent the Class supports the requested fee; the reaction of the Class to the fee request; and that the awarded fee is in accord with Sixth Circuit precedent.

4.      The awarded attorneys' fees and expenses shall be paid to Lead Counsel immediately after the Court executes the Judgment and this Order is executed subject to the terms, conditions and obligations of the Stipulation and in particular ¶6.2 thereof, which terms, conditions and obligations are incorporated herein.

IT IS SO ORDERED.

DATED:   10/7/2022                        _____
                                        THE HONORABLE WILLIAM L. CAMPBELL, JR.
                                        UNITED STATES DISTRICT JUDGE

Case 3:19-cv-01368-TRM-CHS Document 257 Filed 12/07/22 PageID #: 5555 Page 3 of 3
Case 3:19-cv-01368-TRM-CHS Document 207 Filed 10/07/22 Page 3 of 3
PageID #: 5555