EXHIBIT C

# Google Unveils Cybersecurity-Focused AI

**Platform combines generative technology with threat intelligence for cyber analysts**

BY JAMES RUNDLE

Google's cloud unit has launched a platform integrating its threat intelligence and cybersecurity operations services with generative artificial intelligence.

The company, owned by **Alphabet** Inc., said Monday that it has combined existing services including its Mandiant cyber intelligence unit and Chronicle security operations platform with its Vertex AI infrastructure, and an AI model named Sec-PaLM, to create the Google Cloud Security AI Workbench.

The goal is to allow analysts to upload potentially harmful code to Sec-PaLM for analysis, receive breach alerts from Mandiant, and use an AI chat feature to interact with Google's library of historical security data through Chronicle.

This data includes information gathered from protecting Google's own systems as well as protecting Google Cloud customers, plus Mandiant's data and other information



An event showcasing Google artificial-intelligence products at the company's New York offices. *JOHN MINCHILLO/ASSOCIATED PRESS*

gathered from widely used products, such as Google's Chrome browser.

The generative AI, developed by Google's DeepMind unit, allows users to have conversations with the platform without having to learn specialized vocabularies, said Sunil Potti, vice president and general manager of security at Google Cloud. The AI will look at sample malware, determine ways hackers could breach a system, and produce explanations that can be read and understood quickly, he said.

"We do a lot of work around security for preserving our consumer space, as well as our enterprise customers, so we thought, can we do something in the world of generative AI-based applicability, but do it in a way that could be more than just a product?" Mr. Potti said.

The platform is also designed to be extensible, he said, which will allow other firms to plug in their data and help train the model. Consulting firm Accenture PLC has signed on as Google's first partner, and Mr. Potti said he expects to add more over the summer.

Generative AI applications have garnered attention in recent months, including AI engines that allow users to generate artwork, or more powerful programs such as ChatGPT, which can produce working computer code, write essays, summarize large amounts of data and produce other forms of text-based outputs.

These platforms, which typically respond to plain-text prompts from users who might not have any technical knowledge, have prompted controversy. Artists say that some amount to intellectual property theft and other people worry they could threaten jobs performed by humans. ChatGPT

has been temporarily banned in Italy, while regulators study potential harms to privacy.

In cybersecurity, researchers have claimed these platforms could enable new waves of cybercrime, by creative persuasive phishing emails that read as if they were written by humans, or by generating code for malware.

Security chiefs tend to be more skeptical about the immediate threat from these platforms. The code generated by AI isn't the same level an expert human coder could create, said Justin Shattuck, chief information security officer at cyber insurance business Resilience. More than that, he said, outputs are often unreliable and need to be thoroughly checked by humans.

"Simply put, I don't trust it, yet," Mr. Shattuck said.

Mr. Potti acknowledged generative AI technology has an element of mistrust among professionals. Google's platform is still in the "curation" stage, he said, and will continue to improve as it learns from data. For now, he said, it will be focused on what he termed low-risk and high-reward jobs, such as analyzing threat intelligence and writing server rules, which can be audited by humans.

But because Google's platform was trained on Google's security data, and was engineered specifically for cybersecurity, it is more effective than a chatbot, he said.

"The easy answer is to slap on what we call a chat or a conversational interface, which is useful in itself. But that would be falling short," Mr. Potti said.

---

**ADVERTISEMENT**

## The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

**CLASS ACTION**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated,

   Plaintiffs,

vs.

U.S. XPRESS ENTERPRISES, INC., et al.,

   Defendants.

Civil Action No. 1:19-cv-00098-TRM-CHS

CLASS ACTION

Judge Travis R. McDonough
Magistrate Judge Christopher H. Steger

### SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

**TO: ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED U.S. XPRESS ENTERPRISES, INC. ("USXPRESS" OR THE "COMPANY") CLASS A COMMON STOCK PURSUANT TO AND/OR TRACEABLE TO THE OFFERING DOCUMENTS FILED WITH THE SEC IN CONNECTION WITH THE OFFERING THAT COMMENCED ON JUNE 14, 2018, AND WHO WERE DAMAGED THEREBY ("CLASS" OR "CLASS MEMBERS")**

THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.

YOU ARE HEREBY NOTIFIED that a hearing will be held on July 10, 2023, at 3:00 p.m., before the Honorable Travis R. McDonough at the United States District Court, Eastern District of Tennessee, Chattanooga Division, Joel W. Solomon Federal Building and United States Courthouse, 900 Georgia Avenue, Chattanooga, TN 37402, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned Litigation as set forth in the Stipulation of Settlement ("Stipulation")[1] for $13,000,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Plaintiffs' Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amount; (4) to pay Plaintiffs their costs and expenses in representing the Class out of the Settlement Fund and, if so, in what amount; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

There exists the possibility that the Court may decide to conduct the Settlement Hearing by video or telephonic conference, or otherwise allow Class Members to appear at the hearing by phone or videoconference, without further written notice to the Class. In order to determine whether the date and time of the Settlement Hearing have changed, or whether Class Members must or may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.USXSecuritiesLitigation.com, before making any plans to attend the Settlement Hearing. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or telephonic appearances at the hearing, will also be posted to that website. Also, if the Court requires or allows Class Members to participate in the Settlement Hearing by telephone or videoconference, the access information will be posted to the Settlement website, www.USXSecuritiesLitigation.com.

IF YOU PURCHASED OR OTHERWISE ACQUIRED USXPRESS CLASS A COMMON STOCK PURSUANT AND/OR TRACEABLE TO THE JUNE 14, 2018 OFFERING, YOUR RIGHTS ARE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than August 16, 2023)** or electronically **(no later than August 16, 2023)**. Your failure to submit your Proof of Claim by August 16, 2023, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased or otherwise acquired USXpress Class A common stock pursuant and/or traceable to the June 14, 2018 Offering, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

If you have not received a copy of the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), and a Proof of Claim, you may obtain these documents, as well as a copy of the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other settlement documents, online at www.USXSecuritiesLitigation.com, or by writing to:

USXpress Securities Litigation
Claims Administrator
c/o Gilard & Co. LLC
P.O. Box 301130
Los Angeles, CA 90030-1130

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Class Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

LEVI & KORSINSKY, LLP
Shannon L. Hopkins
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
shopkins@zlk.com

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY JUNE 19, 2023**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. IF YOU REQUESTED EXCLUSION FROM THE CLASS IN CONNECTION WITH THE NOTICE OF PENDENCY OF CLASS ACTION YOU RECEIVED IN 2021, DO NOT SUBMIT ANOTHER EXCLUSION REQUEST. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY PLAINTIFFS' COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 33-1/3% OF THE $13,000,000 SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $1,500,000, AND/OR THE PAYMENT TO PLAINTIFFS FOR THEIR COSTS AND EXPENSES NOT TO EXCEED $35,000 IN THE AGGREGATE. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO CLASS COUNSEL AND DEFENDANTS' COUNSEL **BY JUNE 19, 2023**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED:    March 28, 2023

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

[1] The Stipulation can be viewed and/or obtained at www.USXSecuritiesLitigation.com.



'Fortnite' maker Epic Games alleged Apple limited competition. *SCOTT OLSON/GETTY IMAGES*

## Apple Wins App-Store Appeal

*Continued from page B1*

Wall Street Journal previously reported. In a filing last year, the department also challenged the district court's ruling in favor of Apple and cautioned that it too narrowly interpreted the Sherman Act, which prohibits behavior that suppresses competition. The department warned that the lower-court ruling could "imperil effective antitrust enforcement, especially in the digital economy."

"Fortnite" made its debut in 2017 and quickly became one of the world's most popular shooter videogames and a cultural phenomenon.

In the 2021 trial, Epic had alleged that Apple limited competition in how it controlled distribution of third-party apps on the iPhone through its App Store, which requires in-app purchases through its own payment system and allows the company to collect as much as 30% of digital revenue.

Apple disputed all monopoly claims in the case, arguing that Epic could distribute videogames in other ways and that a 30% platform fee was an industry standard.

"For the second time in two years, a federal court has ruled that Apple abides by antitrust laws at the state and federal levels," an Apple spokeswoman said. "The App Store continues to promote competition, drive innovation, and expand opportunity."

Apple or Epic could ask for a rehearing in the appeals court over a 14-day period. If a rehearing is denied, then either party has 90 days to file a petition in the Supreme Court to seek a review.

The appeals court upheld the one claim that Apple lost in the Epic case, where a judge ruled that Apple was violating California's Unfair Competition Law by not allowing app makers to steer customers to use payment methods outside the App Store.

If the appeals-court decision stands and isn't challenged further, Apple may be forced to allow a range of companies to direct their users toward payment methods outside the App Store.

Some companies, including **Netflix** Inc. and **Spotify Technology** SA, already sign up customers through alternate channels, and analysts have speculated that allowing apps to steer users to alternate payment methods on the app store isn't likely to represent a huge hit to Apple's bottom line.

Epic Chief Executive Tim Sweeney tweeted that the court's upholding of the antisteering injunction opens up app developers to do direct business with their users over the web. "We're working on next steps," he tweeted.

An Apple spokeswoman said the company disagreed with the court's ruling on that claim and is considering further review.

Apple was allowed to leave its antisteering policy in place while the Ninth Circuit reviewed the case, and the company could seek to delay making a change if it seeks a review by the Supreme Court.

In 2021, the judge rejected Epic's request to force Apple to let programs be downloaded onto the iPhone outside of the reach of the App Store's rules and policies.

Apple has since begun internally making moves to allow third-party apps and app stores to be downloaded onto iPhones without going through its App Store to comply with coming European regulations, the Journal previously reported.

## Anchor Calls Shell Harasser

*Continued from page B1*

Comcast did not name a permanent successor to Mr. Shell. Comcast President Mike Cavanagh will oversee Mr. Shell's direct reports for the time being, the company said.

Mr. Shell oversaw the NBCUniversal media portfolio, which includes the NBC broadcast network and TV stations, cable channels including CNBC, MSNBC, USA and Bravo, the Peacock streaming service and the Universal studio and theme parks.

The leadership change comes as Comcast is set to announce quarterly earnings on Thursday. Next month, the company will make a presentation to advertisers, showcasing content on its TV networks and streaming services,

as part of an annual pitch to Madison Avenue.

Mr. Shell is the second senior executive to be forced out of NBCUniversal in recent years. In 2020, NBCUniversal said it discharged Vice Chairman Ron Meyer after failing to disclose he had paid a settlement to a woman with whom he had a consensual affair several years earlier. Mr. Shell said at that time that Mr. Meyer "acted in a manner which we believe is not consistent with our company policies or values."

---

**BUSINESS OPPORTUNITIES**

## FULL-SERVICE COMMERCIAL HVAC SHEET METAL MANUFACTURER

**Mid-Atlantic Customer Base**

State-of-the-art manufacturer and installer of commercial sheet metal ductwork for construction and commercial clients. Company utilizes 38,000 ft² of space dedicated to custom sheet metal fabrication with a highly trained workforce and industry-leading software and equipment. Revenues consistently over $27 million. Sale process already underway.



Contact: Debbie Beall
(443) 951-4854
specialsituations@schgroup.com

*U.S. Bankruptcy Court, District of Delaware, Case No. 23-10354*

**CAREERS**

## M & A BUSINESS BROKERS
**Buying and Selling Businesses**

### 6 Figure Commissions
As an Independent Contractor
Our 38th Year
Gottesman Company
Work From Home / Outside Sales
Support Services & Training
Send Letter & Resume to:
brokers@gottesman-company.com

## Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be printed in said publication on April 25, 2023:

Name of Publication: The Wall Street Journal
Address: 1211 Avenue of the Americas
City, State, Zip: New York, NY 10036
Phone #: 1-800-568-7625
State of: New York

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of April 2023, at Sellersville, Pennsylvania.

Carla Peak



# Robbins Geller Rudman & Dowd LLP and Levi & Korsinsky, LLP Announce Proposed Settlement in the USXpress Securities Litigation

April 25, 2023 08:00 AM Eastern Daylight Time

SAN DIEGO--(BUSINESS WIRE)--The following statement is being issued by Robbins Geller Rudman & Dowd LLP and Levi & Korsinsky, LLP regarding the USXpress Securities Litigation:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated, | ) Civil Action No. 1:19-cv-00098-TRM-CHS |
| | ) |
| | ) CLASS ACTION |
| Plaintiffs, | ) |
| | ) Judge Travis R. McDonough |
| vs. | ) Magistrate Judge Christopher H. Steger |
| | ) |
| U.S. XPRESS ENTERPRISES, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**

TO:     ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED U.S. XPRESS ENTERPRISES, INC. ("USXPRESS" OR THE "COMPANY") CLASS A COMMON STOCK PURSUANT TO AND/OR TRACEABLE TO THE OFFERING DOCUMENTS FILED WITH THE SEC IN CONNECTION WITH THE OFFERING THAT COMMENCED ON JUNE 14, 2018, AND WHO WERE DAMAGED THEREBY ("CLASS" OR "CLASS MEMBERS")

THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.

YOU ARE HEREBY NOTIFIED that a hearing will be held on July 10, 2023, at 3:00 p.m., before the Honorable Travis R. McDonough at the United States District Court, Eastern District of Tennessee, Chattanooga Division, Joel W. Solomon Federal Building and United States Courthouse, 900 Georgia Avenue, Chattanooga, TN 37402, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned Litigation as set forth in the Stipulation of Settlement ("Stipulation")[1] for $13,000,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Plaintiffs' Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amount; (4) to pay Plaintiffs for their costs and expenses in representing the Class out of the Settlement Fund and, if so, in what amount; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

There exists the possibility that the Court may decide to conduct the Settlement Hearing by video or telephonic conference, or otherwise allow Class Members to appear at the hearing by phone or videoconference, without further written notice to the Class. In order to determine whether the date and time of the Settlement Hearing have changed, or whether Class Members must or may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.USXSecuritiesLitigation.com, before making any plans to attend the Settlement Hearing. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or telephonic appearances at the hearing, will also be posted to that website. Also, if the Court requires or allows Class Members to participate in the Settlement Hearing by telephone or videoconference, the access information will be posted to the Settlement website, www.USXSecuritiesLitigation.com.

IF YOU PURCHASED OR OTHERWISE ACQUIRED USXPRESS CLASS A COMMON STOCK PURSUANT AND/OR TRACEABLE TO THE JUNE 14, 2018 OFFERING, YOUR RIGHTS ARE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than August 16, 2023)** or electronically **(no later than August 16, 2023)**. Your failure to submit your Proof of Claim by August 16, 2023, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased or otherwise acquired USXpress Class A common stock pursuant and/or traceable to the June 14, 2018 Offering, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

If you have not received a copy of the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), and a Proof of Claim, you may obtain these documents, as well as a copy of the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other settlement documents, online at www.USXSecuritiesLitigation.com, or by writing to:

*USXpress Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301130
Los Angeles, CA 90030-1130

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Class Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

LEVI & KORSINSKY, LLP
Shannon L. Hopkins
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
shopkins@zlk.com

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY JUNE 19, 2023**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. IF YOU REQUESTED EXCLUSION FROM THE CLASS IN CONNECTION WITH THE NOTICE OF PENDENCY OF CLASS ACTION YOU RECEIVED IN 2021, DO NOT SUBMIT ANOTHER EXCLUSION REQUEST. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY PLAINTIFFS' COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 33-1/3% OF THE $13,000,000 SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $1,500,000, AND/OR THE PAYMENT TO PLAINTIFFS FOR THEIR COSTS AND EXPENSES NOT TO EXCEED $35,000 IN THE AGGREGATE. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO CLASS COUNSEL AND DEFENDANTS' COUNSEL **BY JUNE 19, 2023**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: March 28, 2023
BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

[1] The Stipulation can be viewed and/or obtained at www.USXSecuritiesLitigation.com.

Contacts

Media:

Robbins Geller Rudman & Dowd LLP

Shareholder Relations Department

Greg Wood

(619) 231-1058

# Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be published as a press release by the following wire service:

Name of Publication: BusinessWire
Address: 101 California Street 20th Floor
City, ST Zip: San Francisco, CA 94111
Phone #: 415-986-4422
State of: California

The press release was distributed on April 25, 2023 to the following media circuits offered by the above-referenced wire service:

1. National Newsline

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of April 2023, at Sellersville, Pennsylvania.


_Carla Peak_
Carla Peak