# EXHIBIT D


*UXT-EXCL00001*

# Exclusion Cover Page

Case Name: U.S. Xpress Enterprises, INC. Securities Litigation

Case Code: UXT

Exclusion Deadline: October 1, 2021 (Postmarked on or before*)*

Name of Person Filing Exclusion: Bettye E Mallicoat

September 16, 2021


USX Securities Litigation
c/o Gilardi & Co. LLC
EXCLUSIONS
150 Royall Street, Suite 101
Canton, MA 02021


RE:     Stein vs U.S. Xpress Enterprises, Inc. et al,

To Whom it May Concern:

I, Bettye E. Mallicoat, ███████████████████████████████ request exclusion from the
Class Action Suit mentioned above.

I purchased 1000 shares of USX Class A common stock.

Sincerely,

*Bettye E. Mallicoat*

Bettye E. Mallicoat

Case 1:19-cv-00098-TRM-CHS    Document 234-4    Filed 06/05/23    Page 4 of 22    PageID #: 5683

Ms. Bettye Mallicoat

17 SEP 2021 PM 2 L

**Received**

SEP 2 2 2021

USX Securities Litigation
c/o Gilardi & Co. LLC
Exclusions
150 Royall St., Suite 101
Canton, MA 02021

02021-105426

 *UXT-EXCL00002*

RECEIVED
September 27, 2021
Claims Center

# Exclusion Cover Page

Case Name: U.S. Xpress Enterprises, INC. Securities Litigation

Case Code: UXT

Exclusion Deadline: October 1, 2021 (Postmarked on or before*)*

Name of Person Filing Exclusion: David Cox

9-23-2021

To Stein V. U.S X@press Enterprises, Inc., et.al);
I David Cox would like to Exclude myself
from and Lawsuit about USX.
I only had very few and can't even
Find it! I sold it long time ago, and
unsure if I even made any money on
it or not.

So I would like to Exclude myself
from the Class action Suit about USX

9-23-2021      Thank You
                David Cox

FOREVER USA

24 SEP 2021 PM 5 L

Received
SEP 27 2021

David Cox

USX Securities Litigation
c/o Gilardi & Co, LLC
EXCLUSIONS
150 Royal St, Suite 101
Canton, MA 02221

02021-105426

*UXT-EXCL00003*

RECEIVED
September 29, 2021
Claims Center

# Exclusion Cover Page

Case Name: U.S. Xpress Enterprises, INC. Securities Litigation

Case Code: UXT

Exclusion Deadline: October 1, 2021 (Postmarked on or before*)*

Name of Person Filing Exclusion: Michael V DelPrincipe Jr

*Stein V. U.S. Xpress Enterprises, Inc. et al.*

Michael Vincent DelPrincipe Junior

**I REQUEST TO BE EXCLUDED FROM THE CLASS**

Number of Shares Traded: **1 share**

X _____

Michael V. DelPrincipe Jr.

Michael Delprince

23 SEP 2021 PM 3 L

Received

SEP 29 2021

$0.53
US POSTAGE
FIRST-CLASS
06251401644
75022
000003170

UXT

USX Securities Litigation

c/o Gilardi & Co, LLC

Exclusions

150 Royall St. Ste 101

CANTON, MA 02021

02021-103423

Filed 06/05/23   Document 234-4   Case 1:19-cv-00098-TRM-CHS   PageID #: 5689



# Exclusion Cover Page

Case Name: U.S. Xpress Enterprises, INC. Securities Litigation

Case Code: UXT

Exclusion Deadline: October 1, 2021 (Postmarked on or before*)*

Name of Person Filing Exclusion: Matthew Salmon

Matthew Salmon



October 1st, 2021

USX Securities Litigation
c/o Gilardi & Co. LLC
EXCLUSIONS
150 Royall Street, Suite 101
Canton, MA 02021

Request for Exclusion of (Stein v. U.S. Xpress Enterprises, Inc. et al.);

Matthew Salmon

I request exclusion from the Class; and Stein v. U.S. Xpress Enterprises, Inc. et al.

I purchased 14 shares of USX @ 10.88 on 6/8/21. I have since sold them on 9/23/21.

Sincerely,
Matthew Salmon

10 | 1 | 21



FOREVER

F080805114609Z7

USX Securities Litigation
Notice Administrator
c/o Gilardi & Co. LLC
P.O. Box 43303
Providence, RI  02940-3303

02940-330303

Received
OCT 0 4 2021



*UXT-EXCL00005*

RECEIVED
October 4, 2021
Claims Center

# Exclusion Cover Page

Case Name: U.S. Xpress Enterprises, INC. Securities Litigation

Case Code: UXT

Exclusion Deadline: October 1, 2021 (Postmarked on or before*)*

Name of Person Filing Exclusion: E Glenn Conder



# AMPLIVERSAL

## THE ELECTRICAL FLEET SPECIALIST

## BLUE AND GREY STREAK SERVICE

9-23-21

Stein v. U.S. Expres.
Enterprises, Inc. et al.);
E. Glenn Conder

"I request exclusion from the Class"

200 shares

E. Glenn Conder

E Glenn Conder

Received

OCT 0 4 2021

25 SEP 2021 PM 3 L

Thinking of you

FOREVER / USA

USX Securities Litigation
C/o Gilardi + Co. LLC
Exclusions
150 Royall Street, Suite 101
Canton, MA 02021



RECEIVED
October 4, 2021
Claims Center

# Exclusion Cover Page

Case Name: U.S. Xpress Enterprises, INC. Securities Litigation

Case Code: UXT

Exclusion Deadline: October 1, 2021 (Postmarked on or before*)*

Name of Person Filing Exclusion: Eric Lee

Hello,

I am writing to confirm my exclusion from the "class" for the lawsuit noted below.

Stein v U.S. Xpress Enterprises, Inc., et al

I do not have any shares traceable to the "offering". All shares that I have purchased were after the "offering", with my first tranche of shares purchased in March 2020.

Thanks,

Eric Lee

Received
OCT 04 2021

30 SEP 2021 PM 1 L

Thinking
FOREVER / USA

02021054 C004

USX Securities Litigation
c/o Gilardi & Co. LLC
Exclusions
150 Royall St. Suite 101
Canton, MA 02021

02021-105426



RECEIVED
October 14, 2021
Claims Center

# Exclusion Cover Page

Case Name: U.S. Xpress Enterprises, INC. Securities Litigation

Case Code: UXT

Exclusion Deadline: October 1, 2021 (Postmarked on or before)

Name of Person Filing Exclusion: Adrian Mendiola Reyes



October 04, 2021

USX Securities Litigation
c/0 Gilardi & Co. LLC
EXCLUSIONS
150 Royall Street, Suite 101
Canton, MA 02021

To Whom it May Concern:

I, Adrian Mendiola Reyes, request exclusion from the Class under the lawsuit *Stein v. Xpress Enterprises, Inc., et al.* Although the notifition deadline for exclusion is on October 1, 2021, the class action notification letter arrived at my P.O. Box location on October 4, 2021; which did not provide me sufficient time to respond to the exclsuion deadline on October 1, 2021.

Number of USX shares purchased at any given time is 200 on July 31, 2020. Number of USX shares sold at any given time is 200 on August 5, 2020.

Regards,

*Adrian Reyes*

Adrian Mendiola Reyes

USX Securities Litigation
c/o Gilardi & Co. LLC
EXCLUSIONS
150 Royal Street, Suite 101
Canton, MA 02021

02021$1054 C004

Received
OCT 14 2021

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131

© USPS 2016

OCT 04 2021
USPS
FOREVER