# EXHIBIT A

**EXHIBIT A**

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS
Robbins Geller Rudman & Dowd LLP
Expense Summary
Inception through April 19, 2023

| CATEGORY | | AMOUNT |
|---|---|---|
| Filing, Witness and Other Fees | | $ 11,494.21 |
| Class Action Notices | | 49,239.32 |
| Transportation, Hotels & Meals | | 51,509.89 |
| Telephone | | 342.96 |
| Messenger, Overnight Delivery | | 8,628.94 |
| Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography | | 130,442.87 |
| Witness Counsel | | 30,128.05 |
| Oberheiden P.C. | $ 16,129.55 | |
| Sims Funk, PLC | 13,998.50 | |
| Experts/Consultants/Investigators | | 595,963.25 |
| William H. Purcell Consulting, Inc. | $ 329,248.77 | |
| BVA Group LLC | 198,576.13 | |
| L.R. Hodges & Associates, Ltd. | 53,772.35 | |
| Sound Science, Inc. | 7,125.00 | |
| Crowninshield Financial Research, Inc. | 5,741.00 | |
| The Expert Institute Group, LLC | 1,500.00 | |
| Photocopies | | 2,490.40 |
| In-House Photocopies(2,635 copies at $0.15 per page) | $ 395.25 | |
| Outside | 2,095.15 | |
| Online Legal and Financial Research | | 14,206.52 |
| eDiscovery Database Hosting | | 15,402.30 |
| Mediation Fees (Phillips ADR Enterprises, P.C.) | | 375.00 |
| **TOTAL** | | **$ 910,223.71** |