# EXHIBIT B

**EXHIBIT B**

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS
Robbins Geller Rudman & Dowd LLP

Filing, Witness and Other Fees: $11,494.21

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 08/20/19 | Clerk of Court | Certificates of Good Standing for K. Sciarani and W. Radcliffe |
| 08/24/19 | Courts/USDC-TN-E Knoxville | 08/23/19 *Pro hac vice* applications for K. Sciarani and W. Radcliffe |
| 08/27/19 | Class Action Research & Litigation Support Services, Inc. | 08/21/19 Obtain copies of *Southeastern Pennsylvania Transportation Authority v. U.S. Xpress Enterprises, Inc.* ECF 1, 27, 30; *Lyons, et al. v. U.S. Xpress Enterprises, Inc.* ECF 1, 8, 11; *Babbidge v. U.S. Xpress Enterprises, Inc.* ECF 1, 34, 37, 42, 43, and 55-63 |
| 10/10/19 | Courts/USDC-TN-E Knoxville | 10/09/19 Filing fee for C. Wood |
| 02/11/20 | Clerk of Court | Certificate of Good Standing for H. Deshmukh |
| 03/03/20 | Courts/USDC-TN-E Knoxville | 03/02/20 *Pro hac vice* application for H. Deshmukh |
| 08/14/20 | Courts/USDC-CA Southern District | Certificate of Good Standing for D. Bakshi |
| 08/27/20 | Courts/USDC-CA Los Angeles | 08/26/20 Certificate of Good Standing for D. Bakshi |
| 08/29/20 | Courts/USDC-CO Denver | 08/28/20 Certificate of Good Standing for D. Bakshi |
| 08/31/20 | Class Action Research & Litigation Support Services, Inc. | 07/28/20 Obtain copies of ECF 61-63 |
| 09/02/20 | Calbar Web-SF San Francisco | 09/01/20 Certificate of Good Standing for D. Bakshi |
| 09/11/20 | Courts/USDC-TN-E Knoxville | 09/10/20 *Pro hac vice* application for D. Bakshi |
| 09/21/20 | Class Action Research & Litigation Support Services, Inc. | Personal service: Benefit Street Partners L.L.C., BMO Harris Bank, N.A., FS Investment Solutions, LLC, Regions Bank, U.S. Bank National Association, Associated Bank, N.A., Wells Fargo Bank National Association: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A |

| DATE | VENDOR | PURPOSE |
|---|---|---|
| 09/22/20 | Class Action Research & Litigation Support Services, Inc. | Obtain copies of ECF 34, 37, 38 and 43 |
| 09/24/20 | Class Action Research & Litigation Support Services, Inc. | Personal service: Amazon.com Inc., Dollar General Corp., Dollar Tree Stores, Inc., FedEx Corporation, Home Depot U.S.A., Inc., Target Corporation, The Kroger Co., The Proctor & Gamble Distributing Company, Tractor Supply Co., Walmart, Inc.: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A |
| 12/23/20 | Class Action Research & Litigation Support Services, Inc. | Personal service: A.T. Kearney, Inc.: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A |
| 02/10/21 | Class Action Research & Litigation Support Services, Inc. | Personal service: Solebury Trout, LLC: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A |
| 02/25/21 | Clerk of Court | Certificate of Good Standing for J. Reise |
| 03/11/21 | Courts/USDC-TN-E Knoxville | Motion for Leave to Appear *pro hac vice* for J. Reise |
| 03/25/21 | Courts/Florida Southern District Court | Certificate of Good Standing for R. Robbins |
| 06/02/21 | Class Action Research & Litigation Support Services, Inc. | Obtain copies of ECF 75, 77 and 79 |
| 10/20/21 | Class Action Research & Litigation Support Services, Inc. | Courtesy copy for mediator: Plaintiffs' Mediation Statement; Appendix of Exhibits |
| 11/13/21 | Class Action Research & Litigation Support Services, Inc. | Courtesy copy for mediator: Plaintiffs' Mediation Response; Appendix of Exhibits |
| 11/30/21 | Courts/USDC-ND-CA San Francisco | Certificate of Good Standing for N. Lakosil |
| 02/02/22 | Courts/USDC-TN-E Knoxville | 02/01/22 *Pro hac vice* application for N. Lakosil |
| 02/07/22 | Class Action Research & Litigation Support Services, Inc. | Courtesy Copy for Chambers: Reply in Support of Plaintiffs' Motion to Compel the USX Defendants to Produce Text Messages and Relevant Documents |

| DATE | VENDOR | PURPOSE |
|---|---|---|
| 02/16/22 | Courts/USDC-CA Los Angeles | Certificate of Good Standing for B. O'Mara |
| 03/17/22 | Courts/USDC-TN-E Knoxville | *Pro hac vice* application for B. O'Mara |
| 04/02/22 | Courts/USDC-TN-E Knoxville | 04/01/22 *Pro hac vice* application for S. Khandeshi |
| 04/19/22 | Courts/USDC-ND-CA San Francisco | 04/18/22 Previous *pro hac vice* application for S. Khandeshi denied |
| 04/26/22 | Courts/USDC-TN-E Knoxville | 04/25/22 Fee for re-Application for S. Khandeshi |
| 05/02/22 | Class Action Research & Litigation Support Services, Inc. | Personal service and witness fees advanced: Two witnesses: Subpoena to Testify at a Deposition in a Civil Action |
| 05/26/22 | Class Action Research & Litigation Support Services, Inc. | Personal service and witness fees advanced: D. McBride and K. Schrader: Subpoena to Testify at a Deposition in a Civil Action |
| 05/27/22 | Class Action Research & Litigation Support Services, Inc. | Personal service and witness fees advanced: C. Kibler and P. Bowman: Subpoena to Testify at a Deposition in a Civil Action |
| 05/31/22 | Class Action Research & Litigation Support Services, Inc. | Personal service and witness fees advanced: B. Baubach and J. Harness: Subpoena to Testify at a Deposition in a Civil Action |
| 06/10/22 | Class Action Research & Litigation Support Services, Inc. | Personal service and witness fees: Walmart, Inc.: Subpoena to Testify at a Deposition in a Civil Action |
| 07/11/22 | Class Action Research & Litigation Support Services, Inc. | Personal service: P. Quinn: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A |
| 07/12/22 | Class Action Research & Litigation Support Services, Inc. | Personal service: returned not served: M. Fabiano: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A

Personal service and witness fees: Scudder Law Firm and M. Scudder: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A and Subpoena to Testify at a Deposition in a Civil Action |

| DATE | VENDOR | PURPOSE |
|---|---|---|
| 07/16/22 | Class Action Research & Litigation Support Services, Inc. | Personal service: M. Fabiano: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A |
| 08/11/22 | Class Action Research & Litigation Support Services, Inc. | Filing: Plaintiffs' Motion for Leave to File Under Seal and Plaintiffs' Motion to Compel, with supporting documentation |
| 08/24/22 | Courts/USDC-NE-PG Omaha | 08/23/22 Admission for H. Deshmukh to District of Nebraska for Nonparty Subpoena Motion to Compel |
| 08/27/22 | Courts/USDC-TN-E Knoxville | Certificate of good standing and *pro hac vice* application for W. Radcliffe |
| 08/27/22 | Courts/USDC-CA Los Angeles | 08/26/22 *Pro hac vice* application for H. Deshmukh |
| 08/29/22 | California Central District Court | Certificate of Good Standing for K. Sciarani |
| 09/01/22 | Courts/USDC-TN-E Knoxville | *Pro hac vice* application for K. Sciarani |
| 03/31/23 | Clerk of Court | Certificate of Good Standing for E. Gusikoff Stewart |
| 04/03/23 | Courts/USDC-TN-E Knoxville | *Pro hac vice* application for E. Gusikoff Stewart |