# EXHIBIT C

Case 1:19-cv-00098-TRM-CHS    Document 235-3    Filed 06/05/23    Page 1 of 3
PageID #: 5717

**EXHIBIT C**

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS
Robbins Geller Rudman & Dowd LLP

Transportation, Hotels & Meals: $51,509.89

| NAME | DATE | DESTINATION | PURPOSE |
|------|------|-------------|---------|
| Wood, Christopher | 08/27/19-08/30/19 | San Francisco, CA | Team meeting; draft complaint |
| Sciarani, Kevin | 08/28/19-08/29/19 | San Francisco, CA | Team meeting; draft complaint |
| Khandeshi, Snehee | 05/25/22-05/27/22 | Omaha, NE | S. Phillips deposition |
| Sciarani, Kevin | 05/25/22-05/27/22 | Omaha, NE | S. Phillips deposition |
| Lakosil, Natalie | 06/08/22-06/09/22 | Chattanooga, TN | S. Weeks deposition |
| O'Mara, Brian | 06/08/22-06/09/22 | Chattanooga, TN | S. Weeks deposition |
| Wood, Christopher | 06/14/22-06/15/22 | Ponte Vedra Beach, FL | J. White deposition |
| Sciarani, Kevin | 06/14/22-06/16/22 | Ponte Vedra Beach, FL | J. White deposition |
| Khandeshi, Snehee | 06/16/22-06/17/22 | Orange, NJ | P. Connors deposition |
| Radcliffe, Willow | 06/16/22-06/17/22 | Orange, NJ | P. Connors deposition |
| Wood, Christopher | 06/17/22 | Ponte Vedra Beach, FL | Witness deposition preparation |
| O'Mara, Brian | 06/26/22-06/27/22 | Dallas, TX | Witness deposition |
| Wood, Christopher | 06/27/22 | Dallas, TX | Witness deposition |
| Lakosil, Natalie | 07/07/22-07/09/22 | Chattanooga, TN | B. Baubach deposition |
| Sciarani, Kevin | 07/18/22-07/21/22 | Chattanooga, TN | J. Harness deposition |
| O'Mara, Brian | 07/20/22-07/21/22 | Chattanooga, TN | J. Harness deposition |
| Peters, Camielle | 07/27/22-07/28/22 | Chattanooga, TN | L. Pate deposition |
| Radcliffe, Willow | 07/27/22-07/28/22 | Chattanooga, TN | L. Pate deposition |
| Sciarani, Kevin | 07/31/22-08/01/22 | Chattanooga, TN | M. Graham deposition |
| Lakosil, Natalie | 08/01/22-08/03/22 | Chattanooga, TN | M. Graham deposition |

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Sciarani, Kevin | 08/02/22-08/06/22 | New York, NY | Merrill Lynch Rule 30(b)(6) deposition |
| Deshmukh, Hadiya | 08/10/22-08/12/22 | Chattanooga, TN | E. Fuller deposition |
| Wood, Christopher | 08/10/22-08/12/22 | Chattanooga, TN | E. Fuller deposition |
| Radcliffe, Willow | 08/17/22-08/19/22 | Chattanooga, TN | M. Scudder deposition |
| Rhodes, Matthew N. | 08/17/22-08/19/22 | Chattanooga, TN | M. Scudder deposition |
| Hierholzer, Jesse | 08/21/22-08/22/22 | Dallas, TX | Witness deposition |
| O'Mara, Brian | 08/21/22-08/22/22 | Dallas, TX | Witness deposition |
| Sciarani, Kevin | 09/19/22-09/21/22 | Rogers, AR | Walmart Rule 30(b)(6) deposition |