# EXHIBIT D

**EXHIBIT D**

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS
Robbins Geller Rudman & Dowd LLP

Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography: $130,442.87

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 10/06/2020 | Roy M. Curry Jr. dba Elite Reporting Services | Hearing transcript |
| 10/08/2020 | Veritext Corp. | C. Clowdis deposition and transcript |
| 10/12/2020 | Veritext Corp. | J. Terry deposition and transcript |
| 10/14/2020 | Veritext Corp. | D. Terry deposition and transcript |
| 10/21/2020 | Veritext Corp. | B. Robbins deposition and transcript |
| 01/12/2021 | Aptus Court Reporting, LLC | A. Thompson deposition and transcript |
| 01/14/2021 | Aptus Court Reporting, LLC | J. Harness deposition and transcript |
| 01/19/2021 | Aptus Court Reporting, LLC | B. Baubach Rule 30(b)(6) deposition and transcript |
| 02/07/2022 | Fouraker Reporting Service, Inc. | Hearing transcript |
| 03/03/2022 | Aptus Court Reporting, LLC | Hearing transcript |
| 05/20/2022 | Stephanie Fernandez | Hearing transcript |
| 05/26/2022 | Aptus Court Reporting, LLC | S. Phillips deposition and transcript |
| 06/09/2022 | Aptus Court Reporting, LLC | S. Weeks deposition and transcript |
| 06/15/2022 | Veritext Corp. | J. White deposition and transcript |
| 06/17/2022 | Veritext Corp. | P. Connors deposition and transcript |
| 06/29/2022 | Veritext Corp. | Witness deposition and transcript |
| 07/08/2022 | Veritext Corp. | B. Baubach deposition and transcript |
| 07/19/2022 | Veritext Corp. | P. Bowman deposition and transcript |
| 07/21/2022 | Veritext Corp. | J. Harness deposition and transcript |
| 07/26/2022 | Veritext Corp. | E. Peterson deposition and transcript |
| 07/28/2022 | Veritext Corp. | L. Quinn Pate deposition and transcript |
| 08/02/2022 | Veritext Corp. | M. Graham deposition and transcript |
| 08/04/2022 | Veritext Corp. | D. Devendorf Rule 30(6)(b) deposition and transcript |
| 08/05/2022 | Veritext Corp. | K. Patterson Rule 30(6)(b) deposition and transcript |
| 08/09/2022 | Veritext Corp. | J. Grear deposition and transcript |
| 08/11/2022 | Veritext Corp. | E. Fuller deposition and transcript |
| 08/12/2022 | Veritext Corp. | M. Fuller deposition and transcript |
| 08/19/2022 | Veritext Corp. | M. Scudder deposition and transcript |
| 08/22/2022 | Veritext Corp. | Witness deposition and transcript |
| 09/01/2022 | Veritext Corp. | J. Ward Rule 30(b)(6) deposition and transcript |
| 09/09/2022 | Veritext Corp. | M. Vemula Rule 30(b)(6) deposition and transcript |

| DATE | VENDOR | PURPOSE |
|---|---|---|
| 09/20/2022 | Veritext Corp. | T. Ferguson Rule 30(b)(6) deposition and transcript |
| 11/16/2022 | Veritext Corp. | 11/23/22 W. Purcell deposition and transcript |
| 11/18/2022 | Veritext Corp. | P. Zurek deposition and transcript |
| 11/22/2022 | Veritext Corp. | G. Lawrence deposition and transcript A. Rose deposition and transcript S. Dalrymple deposition and transcript |
| 12/05/2022 | Veritext Corp. | W. Purcell deposition and transcript |