# EXHIBIT E

**EXHIBIT E**

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, Case No. 1:19-cv-00098-TRM-CHS
Robbins Geller Rudman & Dowd LLP

Photocopies: $2,490.40
      In-house black and white: $395.25 (2,635 copies at $0.15 per copy)
      Outside Photocopies: $2,095.15 (detailed below)

| DATE | VENDOR | PURPOSE |
|------|--------|---------|
| 11/10/2020 | Regions Bank | Research time charges |
| 05/26/2022 | BT*PrintWithMe, Chicago IL | S. Phillips deposition exhibits copies |
| 06/14/2022 | Kevin S. Sciarani | J. White deposition exhibits copies |
| 06/16/22 | Class Action Research & Litigation Support Services, Inc. | Document preparation: four sets of 35 different documents |
| 07/17/2022 | Kevin S. Sciarani | P. Bowman and J. Harness depositions exhibits copies |