# EXHIBIT A

# EXHIBIT A

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS
Levi & Korsinsky, LLP
Inception through May 25, 2023

| *CATEGORY* | *AMOUNT* |
|---|---|
| Filing Fees | $ 424.00 |
| Transportation, Hotels & Meals | $ 11,312.97 |
| Postage | $ 13.82 |
| Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography | $ 1,774.40 |
| Experts/Consultants/Investigators (William H. Purcell Consulting) | $ 329,248.76 |
| Photocopies | $ 2,116.07 |
| Online Legal and Financial Research | $ 9,088.62 |
| Mediation Fees (Phillips ADR Enterprises, P.C.) | $ 2,250.00 |
| *TOTAL* | *$ 356,228.64* |