# EXHIBIT B

**EXHIBIT B**

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS
Levi & Korsinsky, LLP

Filing Fees: $424.00

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 3/8/2019 | SDNY | Certificate of Good Standing for Shannon L. Hopkins |
| 6/11/2019 | SDNY | Certificate of Good Standing for Shannon L. Hopkins and Nancy Kulesa |
| 8/1/2019 | SDNY | Certificate of Good Standing for Shannon L. Hopkins and Nancy Kulesa |
| 8/29/2020 | SDNY | Pro Hac Vice Fee for Sebastian Tornatore |
| 10/27/2020 | Connecticut Superior Court | Certificate of Good Standing for Sebastian Tornatore |
| 5/18/2022 | California Superior Court | Certificate of Good Standing for David Jaynes |
| 5/20/2022 | SDNY | Certificate of Good Standing for Andrew Lencyk |
| 5/25/2022 | D. Tenn. | Pro Hac Vice Fee for Andrew Lencyk |
| 5/25/2022 | D. Tenn. | Pro Hac Vice Fee for David Jaynes |