# EXHIBIT C

# EXHIBIT C

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS
Levi & Korsinsky, LLP

Transportation, Hotels & Meals: $11,312.97

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| David Jaynes | 07/02/2022 | Chattanooga, TN | Brian Baubach Deposition |
| David Jaynes | 07/02/2022 | Salt Lake City, UT | Brian Baubach Deposition |
| David Jaynes | 07/26/2022 | Salt Lake City, UT | Don Devendorf and Kristen Patterson Deposition |
| Shannon Hopkins | 07/27/2022 | Chattanooga, TN | Eric Peterson Deposition |
| David Jaynes | 07/19/2022 | Chattanooga, TN | Eric Peterson Deposition |
| Shannon Hopkins | 07/08/2022 | Bangor, ME | Eric Peterson Deposition |
| Shannon Hopkins | 07/08/2022 | Chattanooga, TN | Eric Peterson Deposition |
| David Jaynes | 07/29/2022 | NYC | Don Devendorf and Kristen Patterson Deposition |
| David Jaynes | 12/06/2022 | Salt Lake City, UT | Daubert Motion |
| Shannon Hopkins | 07/27/2022 | Chattanooga, TN | Eric Peterson Deposition |
| Shannon Hopkins | 07/25/2022 | Bangor, ME | Eric Peterson Deposition |
| David Jaynes | 06/24/2022 | Stamford, CT | Eric Peterson Depo Preparation |
| David Jaynes | 07/26/2022 | Chattanooga, TN | Eric Peterson Depo |
| David Jaynes | 07/10/2022 | Salt Lake City, UT | Brian Baubach Deposition |
| David Jaynes | 08/07/2022 | NYC | Don Devendorf and Kristen Patterson Deposition |
| David Jaynes | 08/03/2022 | NYC | Don Devendorf and Kristen Patterson Deposition |
| David Jaynes | 08/03/2022 | Stamford, CT | Don Devendorf and Kristen Patterson Deposition |
| David Jaynes | 08/03/2022 | Stamford, CT | Don Devendorf and Kristen Patterson Deposition |
| Shannon Hopkins | 07/25/2022 | Chattanooga, TN | Eric Peterson Depo |
| Shannon Hopkins | 7/27/2022 | Chattanooga, TN | Eric Peterson Depo |
| Shannon Hopkins | 7/25/2022 | Chattanooga, TN | Eric Peterson Depo |
| Shannon Hopkins | 7/25/2022 | Chattanooga, TN | Eric Peterson Depo |
| Levi & Korsinsky Litigation Team | 07/01/2022 | Stamford, CT | Working lunch |
| Levi & Korsinsky Litigation Team | 06/20/2022 | Stamford, CT | Working lunch |

| Levi & Korsinsky Litigation Team | 06/22/2022 | Stamford, CT | Working dinner |
|---|---|---|---|
| Levi & Korsinsky Litigation Team | 06/23/2022 | Stamford, CT | Working lunch |
| Levi & Korsinsky Litigation Team | 06/22/2022 | Stamford, CT | Working lunch |
| Levi & Korsinsky Litigation Team | 06/15/2022 | Stamford, CT | Working lunch |
| Levi & Korsinsky Litigation Team | 11/12/2022 | Stamford, CT | Working lunch |
| Levi & Korsinsky Litigation Team | 11/17/2022 | Stamford, CT | Working lunch |
| Levi & Korsinsky Litigation Team | 11/11/2022 | Stamford, CT | Working lunch |
| Levi & Korsinsky Litigation Team | 06/24/2022 | Stamford, CT | Working lunch |