# EXHIBIT D

**EXHIBIT D**

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS
Levi & Korsinsky, LLP

Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography: $1,774.40

| DATE | VENDOR | PURPOSE |
|---|---|---|
| 11/30/2020 | Veritext | Deirdre Terry Deposition |
| 11/30/2020 | Veritext | Deirdre Terry Deposition |
| 11/06/2020 | Veritext | John Terry Deposition |
| 11/06/2020 | Veritext | John Terry Deposition |
| 10/29/2020 | Veritext | Deirdre Terry Deposition |
| 10/29/2020 | Veritext | Deirdre Terry Deposition |
| 10/29/2020 | Veritext | Deirdre Terry Deposition |
| 10/29/2020 | Veritext | Deirdre Terry Deposition |
| 10/24/2020 | Veritext | John Terry Deposition |
| 10/24/2020 | Veritext | John Terry Deposition |
| 10/24/2020 | Veritext | John Terry Deposition |
| 10/24/2020 | Veritext | John Terry Deposition |