# EXHIBIT E

**EXHIBIT E**

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS

Levi & Korsinsky, LLP

Photocopies: $2,116.07

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 07/27/2022 | Acro Photo Print, inc. | Peterson Deposition Exhibits |
| 07/07/2022 | Acro Photo Print, inc. | Baubach Deposition Exhibits |