# EXHIBIT A

# EXHIBIT A

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS
Barrett Johnston Martin & Garrison, PLLC
Inception through September 1, 2022

| *CATEGORY* | *AMOUNT* |
|---|---|
| Filing, Witness and Other Fees | $180.00 |
| In-House: (201 copies at $0.20 per page) | $40.20 |
| Online Legal and Financial Research | $39.50 |
| *TOTAL* | *$259.70* |

4857-5365-3855.v1