# EXHIBIT B

**EXHIBIT B**

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS
Barrett Johnston Martin & Garrison, PLLC

Filing, Witness and Other Fees: $180.00

| DATE | VENDOR | PURPOSE |
|---|---|---|
| 7/31/2019 | Court | PHV Motion for N. Kulesa |
| 7/31/2019 | Court | PHV Motion for S. Hopkins |