BARRETT JOHNSTON MARTIN
  & GARRISON, PLLC
JERRY E. MARTIN, #20193
DAVID GARRISON, #24968
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

*Local Counsel*

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD, #032977
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com

*Class Counsel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

CHATTANOOGA DIVISION

| | |
|---|---|
| LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>   vs.<br><br>U.S. XPRESS ENTERPRISES, INC., et al.,<br><br>                    Defendants. | Civil Action No. 1:19-cv-00098-TRM-CHS<br><br><u>CLASS ACTION</u><br><br>Judge Travis R. McDonough<br>Magistrate Judge Christopher H. Steger |

DECLARATION OF LAWRENCE P. EAGEL FILED ON
BEHALF OF BRAGAR EAGEL & SQUIRE, P.C. IN SUPPORT
OF APPLICATION FOR AWARD OF LITIGATION EXPENSES

I, Lawrence P. Eagel, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1. I am a partner and shareholder with the firm of Bragar Eagel & Squire, P.C. ("Bragar Eagel" or the "Firm"). I am submitting this declaration in support of the application for an award of litigation expenses/charges ("expenses") in connection with services rendered in the above-entitled action.

2. This Firm is counsel of record for plaintiffs Charles Clowdis and Bryan K. Robbins.

3. The information in this declaration regarding the Firm's expenses is taken from expense reports and supporting documentation prepared and/or maintained by the Firm in the ordinary course of business. I am the partner who oversaw and/or conducted the day-to-day activities in the litigation and I reviewed these reports (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries as well as the necessity for, and reasonableness of, the expenses committed to the litigation. I believe that the expenses for which payment is sought herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the litigation.

4. My Firm seeks an award of $5,016.23 in expenses and charges in connection with the prosecution of the litigation. Those expenses and charges are summarized by category in Exhibit A.

5. The following is additional information regarding certain of these expenses:

(a) Filing, Witness and Other Fees: $180.00. These expenses have been paid to the Court for pro hac vice filing fees.

Case 1:19-cv-00098-TRM-CHS    Document 238    Filed 06/05/23    Page 2 of 4    PageID #: 6005

(b)     Transportation, Hotels & Meals: $1,439.98. In connection with the prosecution of this case, the Firm has paid for travel expenses to, among other things, take the deposition of Jason Greer in Chattanooga, TN, on August 9, 2022.

(c)     Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography: $1,896.25. The vendors who were paid for hearing and deposition transcripts are Veritext, Inc.

(d)     Mediation Fees: $1,500.00. These are fees of the mediator who conducted multiple mediation sessions leading to the settlement of the litigation.

6.     The expenses pertaining to this case are reflected in the books and records of this Firm. These books and records are prepared from receipts, expense vouchers, check records, and other documents and are an accurate record of the expenses.

7.     The identification and background of my Firm and its partners is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of June, 2023, at New York, New York.

_____
Lawrence P. Eagel

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 5, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses of the CM/ECF participants in this case.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com