# EXHIBIT A

# EXHIBIT A

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS
**BRAGAR EAGEL & SQUIRE, P.C.**
Inception through May 22, 2023

| CATEGORY | AMOUNT |
|---|---|
| Filing, Witness and Other Fees | $180.00 |
| Transportation, Hotels & Meals | $1,439.98 |
| Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography | $1,896.25 |
| Mediation Fees (Phillips ADR) | $1,500.00 |
| **TOTAL** | **$5,016.23** |