BARRETT JOHNSTON MARTIN
  & GARRISON, PLLC
JERRY E. MARTIN, #20193
DAVID GARRISON, #24968
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

*Local Counsel*

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD, #032977
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com

*Class Counsel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

CHATTANOOGA DIVISION

| | |
|---|---|
| LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. XPRESS ENTERPRISES, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 1:19-cv-00098-TRM-CHS

<u>CLASS ACTION</u>

Judge Travis R. McDonough
Magistrate Judge Christopher H. Steger

DECLARATION OF J. GERARD STRANCH, IV FILED ON BEHALF OF STRANCH,
JENNINGS & GARVEY, PLLC (FORMERLY KNOWN AS BRANSTETTER, STRANCH &
JENNINGS, PLLC) IN SUPPORT OF APPLICATION FOR AWARD OF EXPENSES

4871-1070-7807.v1
4871-3355-4021, v. 1

I, J. Gerard Stranch, IV, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1. I am the managing member of the firm of Stranch, Jennings & Garvey, PLLC (formerly known as Branstetter, Stranch & Jennings, PLLC ("Firm"). I am submitting this declaration in support of the application for an award of expenses/charges ("expenses") in connection with services rendered in *Babbidge, et al. v. U.S. Xpress Enterprises, Inc. et al, Case No. 18C1303 (consolidated with 18C1303, 19C191, 19C209), Circuit Court of Hamilton County, TN.*

2. This Firm is counsel of record for plaintiffs Linda Babbidge and lead Plaintiff Southeastern Pennsylvania Transportation Authority, and the Putative Class in *Babbidge, et al. v. U.S. Xpress Enterprises, Inc. et al, Case No. 18C1303 (consolidated with 18C1303, 19C191, 19C209), Circuit Court of Hamilton County, TN.*

3. The information in this declaration regarding the Firm's expenses is taken from expense reports and supporting documentation prepared and/or maintained by the Firm in the ordinary course of business. I am the partner who oversaw the day-to-day activities in the litigation and I reviewed these reports (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries as well as the necessity for, and reasonableness of, the expenses committed to the litigation. Based on this review and the adjustments made, I believe that the expenses for which payment is sought herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the litigation.

4. My Firm seeks an award of $4,239.04 in expenses and charges in connection with the prosecution of the litigation. Those expenses and charges are summarized by category in Exhibit A.

5. The following is additional information regarding certain of these expenses:

4871-5355-4021, v. 1

(a)     Filing fees, Witness and Other Fees: $1,451.00.  These expenses have been paid to the Court for filing fees and to attorney service firms or individuals who (i) served process of the complaint or subpoenas.  The vendors who were paid for these services are set forth in Exhibit B.

(b)     Transportation, Hotels & Meals: $1,231.51.  In connection with the prosecution of this case, the Firm has paid for travel expenses to, among other things: attend court hearings, and take or defend depositions.  The date, destination, and purpose of each trip is set forth in Exhibit C.

(c)     Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography: $1,556.53.  The vendors who were paid for hearing and deposition transcripts are listed in Exhibit D.

6.     The expenses pertaining to this case are reflected in the books and records of this Firm.  These books and records are prepared from receipts, expense vouchers, check records, and other documents and are an accurate record of the expenses.

7.     The identification and background of my Firm and its partners is attached hereto as Exhibit E.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 19th day of May, 2023 at Nashville, Tennessee.

_____
J. GERARD STRANCH, IV

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 5, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses of the CM/ECF participants in this case.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com