# EXHIBIT A

# EXHIBIT A

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS
Stranch, Jennings & Garvey, PLLC (fka Branstetter, Stranch & Jennings, PLLC)
Inception through 11/28/2021

| CATEGORY | AMOUNT |
|---|---|
| Filing, Witness and Other Fees | 1,451.00 |
| Transportation, Hotels & Meals | 1,231.51 |
| Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography | 1,556.53 |
| *TOTAL* | 4,239.04 |