# EXHIBIT B

# EXHIBIT B

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS
Stranch, Jennings & Garvey, PLLC (fka Branstetter, Stranch & Jennings, PLLC)

Filing, Witness and Other Fees: $1,451.00

| Date | Vendor | Purpose |
|---|---|---|
| 01/31/2019 | Hamilton Co. Circuit Court | Filing fee Complaint |
| 02/04/2019 | Hamilton County Circuit Court Clerk | Courier Service - package to Hamilton County Circuit Court Clerk |
| 02/06/2019 | Fedex | Courier Service - package from Ben Gastel to Nicole V |
| 02/12/2019 | Hamilton County Circuit Court Clerk | Filing fee |
| 02/14/2019 | Hamilton County Circuit Court Clerk | Courier Service - package to Hamilton County Circuit Court Clerk |
| 02/25/2019 | Hamilton County Circuit Court Clerk | Filing fee re Notice of Continuance |
| 02/25/2019 | Hamilton County Circuit Court Clerk | Filing fee re Plaintiff's Motion to Transfer |
| 02/25/2019 | Hamilton County Circuit Court Clerk | Filing fee re Plaintiff's Notice of Continuance |
| 02/28/2019 | Fedex | Courier Service - package to Hamilton County Circuit Court |
| 03/01/2019 | Fedex | Courier Service - package to Hamilton County Circuit Court |
| 03/05/2019 | Fedex | Courier Service - package to Hamilton County Circuit Court |
| 03/11/2019 | Hamilton County Circuit Court Clerk | Filing fee for Linda Babbidge & SE PA Trans Authority Motion to Intervene |
| 03/11/2019 | Hamilton County Circuit Court Clerk | Filing fee Intervening Plaintiffs' Motion to Transfer and Consolidate - Filing Fee |

| Date | Payee | Description |
|---|---|---|
| 03/11/2019 | Fedex | Courier Service - package to Hamilton County Circuit Court |
| 03/12/2019 | Fedex | Courier Service - - package to Hamilton County Circuit Court |
| 04/02/2019 | Hamilton County Circuit Court Clerk | Filing fee for Linda Babbidge and SE PA Transportation Authority's Memo of Law ISO Their Renewed Motion to Consolidate and Appoint Co-Lead Plaintiff and Co-Lead Counsel - Filing Fee |
| 04/02/2019 | Hamilton County Circuit Court Clerk | Filing fee for Linda Babbidge and SE PA Transportation Authority's Notice of Withdrawal of Motion to Consolidate and Appoint Co-Lead Plaintiffs and Co-Lead Counsel - Filing Fee |
| 04/02/2019 | Hamilton County Circuit Court Clerk | Filing fee for Linda Babbidge and SE PA Transportation Authority's Renewed Motion to Consolidate and Appoint Co-Lead Plaintiffs and Co-Lead Counsel - Filing Fee |
| 04/03/2019 | Fedex | Courier Service - package to Kathy, Hamilton County Circuit Court |
| 04/10/2019 | Hamilton County Circuit Court Clerk | Fax filing fee - Opposition to Defendants' Motion to Stay Proceedings - |
| 04/10/2019 | Fedex | Courier Service - package to Hamilton County |
| 04/16/2019 | Hamilton County Circuit Court Clerk | COMMUNITY PIE-6326-041619 - BG - Us xpress consolidated matter |
| 04/22/2019 | Fedex | Courier Service - package to Hamilton County |
| 05/09/2019 | Fedex | Courier Service - packag to Hamilton County Circuit Court |

| Date | Party | Description |
|---|---|---|
| 05/10/2019 | Fedex | Courier Service - package to Hamilton County Circuit Court |
| 05/13/2019 | Fedex | Courier Service - to Hamilton County Circuit Court Clerk |
| 06/07/2019 | Fedex | FedEX Office-6326-060719 - BG - Shipping Motion |
| 07/18/2019 | Fedex | Courier Service - package to Hamilton County CC |
| 10/01/2020 | Hamilton County Circuit Court Clerk | HAMILTON COUNTY CIRCUIT COURT-10012020 Filing fee in re Lead Plaintiffs' Motion Requesting a Status Conference - Filing Fee |
| 10/19/2020 | Hamilton County Circuit Court Clerk | HAMILTON COUNTY CIRCUIT COURT-10192020 Lead Plaintiffs' Notice of Setting Status Conference - Filing Fee |
| 10/20/2020 | Hamilton County Circuit Court Clerk | Larry L. Henry, Clerk-10202020 Lead Plaintiffs' Notice of Setting Status Conference - Filing Fee |
| 10/28/2020 | Hamilton County Circuit Court Clerk | HAMILTON COUNTY CIRCUIT COURT-10282020 Lead Plaintiffs' Notice of Resetting Status Conference - Filing Fee |
| 12/06/2020 | Hamilton County Circuit Court Clerk | HAMILTON COUNTY CIRCUIT COURT-12062020 Stipulated Protective Order - Filing Fee |
| 03/08/2021 | Hamilton County Circuit Court Clerk | HAMILTON COUNTY CIRCUIT COURT-03142021 Unopposed Motion for Admission Pro Hac Vice of Melissa C. Wright and Agreed Order Granting |

| | | Motion for Admission-18C1303 - Filing Fee |
|---|---|---|
| 03/09/2021 | Hamilton County Circuit Court Clerk | HAMILTON COUNTY CIRCUIT COURT-03092021 Filing fee - Filing Fee |
| 05/02/2021 | Hamilton County Circuit Court Clerk | HAMILTON COUNTY CIRCUIT COURT-05022021 Plaintiff's Motion for Class Certification - Filing Fee |
| 05/02/2021 | Hamilton County Circuit Court Clerk | HAMILTON COUNTY CIRCUIT COURT-05022021 Declaration of Ex Kano S. Sams II in Support of Plaintiff's Motion for Class Certification - Filing Fee |
| 05/02/2021 | Hamilton County Circuit Court Clerk | HAMILTON COUNTY CIRCUIT COURT-05022021 Declaration of Stephen R. Basser in Support of Plaintiff's Motion for Class Certification - Filing Fee |
| 05/05/2021 | Fedex | FEDERAL EXPRESS-7-361-94123 4.30.21 Courier Service - package to Hamilton County Circuit Court |
| 07/26/2021 | Hamilton County Circuit Court Clerk | HAMILTON COUNTY CIRCUIT COURT-07262021 Fee for subpoena - Witness Fee |
| 08/04/2021 | Fedex | FEDERAL EXPRESS-7-457-69097 Courier service - Courier Service -- |
| 08/23/2021 | Fedex | FEDERAL EXPRESS-7-464-70026 Courier Service - Courier Service -- |

| | | |
|---|---|---|
| 11/21/2021 | Hamilton County Circuit Court Clerk | HAMILTON COUNTY CIRCUIT COURT-11192021 Lead Plaintiff's Reply Brief ISO its Motion for Class Certification for Filing Under Seal - Filing Fee |
| 11/28/2021 | Fedex | FEDERAL EXPRESS-7-576-62097 Courier Service - Courier Service -- |
| 11/28/2021 | Fedex | FEDERAL EXPRESS-7-576-62097 Courier Service - Courier Service -- |