# EXHIBIT C

**EXHIBIT C**

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS
Stranch, Jennings & Garvey, PLLC (fka Branstetter, Stranch & Jennings, PLLC)

Transportation, Hotels & Meals: $1,231.51

| NAME | DATE | LOCATION/DESTINATION | PURPOSE |
|---|---|---|---|
| Gastel, Ben | 03/11/2019 | Hamilton Co Circuit Court | Travel to Chattanooga for hearing on Mtn to Transfer |
| Gastel, Ben | 03/12/2019 | Hamilton Co Circuit Court | Travel to Chattanooga for hearing on Mtn to Transfer |
| Gastel, Ben | 03/25/2019 | Hamilton Co Circuit Court | Travel to Chattanooga for hearing on Mtns to Intervene and Transfer and Consolidation |
| Gastel, Ben | 03/25/2019 | Hamilton Co Circuit Court | Travel to Chattanooga for hearing on Mtns to Intervene and Transfer and Consolidation |
| Gastel, Ben | 03/25/2019 | Hamilton Co Circuit Court | Travel to Chattanooga for hearing on Mtns to Intervene and Transfer and Consolidation |
| Gastel, Ben | 04/22/2019 | Hamilton Co Circuit Court | Attendance at hearing |
| Leniski, Joe | 06/10/2019 | Hamilton Co Circuit Court | Attendance at Motion to Stay Discovery |
| Leniski, Joe | 06/11/2019 | Hamilton Co Circuit Court | Attendance at Motion to Stay Discovery |
| Leniski, Joe | 06/11/2019 | Hamilton Co Circuit Court | Attendance at Motion to Stay Discovery |
| Leniski, Joe | 06/11/2019 | Hamilton Co Circuit Court | Attendance at Motion to Stay Discovery |
| Leniski, Joe | 06/12/2019 | Hamilton Co Circuit Court | Attendance at Motion to Stay Discovery |
| Stranch, J. Gerard | 06/23/2019 | Hamilton Co Circuit Court | Attendance at Motion to join USX Mtn for PO |
| Stranch, J. Gerard | 06/24/2019 | Hamilton Co Circuit Court | Attendance at Motion to join USX Mtn for PO |
| Stranch, J. Gerard | 06/24/2019 | Hamilton Co Circuit Court | Attendance at Motion to join USX Mtn for PO |

| Stranch, J. Gerard | 06/24/2019 | Hamilton Co Circuit Court | Attendance at Motion to join USX Mtn for PO |
|---|---|---|---|
| Stranch, J. Gerard | 06/25/2019 | Hamilton Co Circuit Court | Attendance at Motion to join USX Mtn for PO |
| Gastel, Ben | 08/08/2019 | Hamilton Co Circuit Court | Attendance at Hearing on Def Mtn to Dismiss |
| Gastel, Ben | 08/08/2019 | Hamilton Co Circuit Court | Attendance at Hearing on Def Mtn to Dismiss |
| Gastel, Ben | 08/08/2019 | Hamilton Co Circuit Court | Attendance at Hearing on Def Mtn to Dismiss |
| Gastel, Ben | 08/09/2019 | Hamilton Co Circuit Court | Attendance at Hearing on Def Mtn to Dismiss |
| Gastel, Ben | 08/10/2019 | Hamilton Co Circuit Court | Attendance at Hearing on Def Mtn to Dismiss |