# EXHIBIT D

**EXHIBIT D**

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS
Stranch, Jennings & Garvey, PLLC (fka Branstetter, Stranch & Jennings, PLLC)

Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography: $1,556.23

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 3/25/19 | Wilson Reporting | Court reporting fee for transcrip0t |
| 4/20/19 | Wilson Reporting | Appearance and transcript for 4/15/19 motion hearing |
| 6/24/19 | Wilson Reporting | Transcript of Motion |
| 1/27/20 | Wilson Reporting | Attendance before Judge Hedrick – transcript |
| 11/22/20 | Alpha Reporting Corp | Court reporting fee – motion hearing |