BARRETT JOHNSTON MARTIN &
GARRISON, PLLC
JERRY E. MARTIN, #20193
DAVID GARRISON, #24968
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

*Local Counsel*

ROBBINS GELLER RUDMAN
& DOWD LLP
CHRISTOPHER M. WOOD, #032977
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-203
615/252-3798 (fax)
cwood@rgrdlaw.com

*Class Counsel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

CHATTANOOGA DIVISION

| | |
|---|---|
| LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiffs, ) ) vs. ) ) U.S. XPRESS ENTERPRISES, INC., et al., ) ) Defendants. ) ) | Civil Action No. 1:19-cv-00098-TRM-CHS <u>CLASS ACTION</u> Judge Travis R. McDonough Magistrate Judge Christopher H. Steger |

**DECLARATION OF STEPHEN R. BASSER FILED ON BEHALF
OF BARRACK, RODOS & BACINE IN SUPPORT OF
<u>APPLICATION FOR AN AWARD OF LITIGATION EXPENSES</u>**

I, Stephen R. Basser, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1. I am a partner in the firm of Barrack, Rodos & Bacine ("Barrack" or "Firm"). I am submitting this declaration in support of the application for an award of litigation expenses/charges ("expenses") in connection with services rendered relative to the above-entitled action.

2. The Barrack Firm is counsel for plaintiff Southeastern Pennsylvania Transportation Authority Inc., which is a lead Plaintiff in the companion and related action in the Circuit Court of Hamilton County, Tennessee, case number 18 C1303, asserting claims arising under Section 11 of the Securities Act of 1933 ("Section 11 claims"), and which action is also being settled by virtue of the stipulation of settlement filed of record herein.

3. The expenses for which Barrack seeks reimbursement were necessarily expended or absorbed in connection with prosecuting the claims arising under Section 11, which are being settled herein. To that end, Barrack attorneys attended and argued motions before the Hamilton County Circuit Court, and also participated in document and deposition discovery advancing Section 11 claims, which discovery was done in a coordinated fashion with the above captioned action.

4. The information in this declaration regarding the Firm's expenses is taken from expense reports and supporting documentation prepared and/or maintained by the Firm in the ordinary course of business. I am the partner who oversaw and/or conducted the day-to-day activities in the litigation, and I reviewed these reports (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries as well as the necessity for, and reasonableness of, the expenses committed to the litigation. As a result of this review, some reductions were made to expenses in the exercise of billing judgment. Based on this review and

- 1 -

the adjustments made, I believe that the expenses for which payment is sought herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the litigation.

5.      My Firm seeks an award of $47,311.93 in expenses and charges in connection with the prosecution of the litigation. Those expenses and charges are summarized by category in Exhibit A.

6.      The following is additional information regarding certain of these expenses:

(a)     Filing, Witness and Other Fees: $1,598.63. These expenses have been paid to the Court for filing fees, pro hac vice fees and/or attorney service firms or individuals for filings. The vendors/individuals who paid for these services are set forth in Exhibit B.

(b)     Transportation, Hotels & Meals: $10,456.98. In connection with the prosecution of this case, the Firm has paid for travel expenses to, among other things, attend court hearings in Chattanooga, and meet with local/opposing counsel. The date, destination, and purpose of each trip is set forth in Exhibit C.

(c)     Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography: $2,325.31. The vendors who were paid for hearing and deposition transcripts are listed in Exhibit D.

(d)     Photocopies: $4,161.30. In connection with this case, the Firm made 41,613 in-house photocopies, charging $0.10 per copy for a total of $4,161.30. Each time an in-house copy machine is used, our billing system requires that a case or administrative billing code be entered and that is how the 41,613 copies were identified as related to this case. A breakdown of these outside charges by date and vendor is set forth in Exhibit E.

(e)     Online Legal and Financial Research: $18,920.71. This category includes vendors such as Westlaw, Courtlink, Pacer, and Lexis-Nexis. These resources were used to obtain

- 2 -

access to factual databases, legal research, and resources for cite-checking of briefs. This expense represents what was incurred by Barrack, Rodos & Bacine for use of these services in connection with prosecuting the Section 11 claims relevant to this litigation and being settled herein. The charges for these vendors vary depending upon the type of services requested.

(f)  Mediation Fees: $1,875.00. These are the fees of the mediator, Phillips ADR, who conducted mediation sessions leading to the settlement of the litigation.

7.  The expenses pertaining to this case are reflected in the books and records of this Firm. These books and records are prepared from receipts, expense vouchers, check records, and other documents and are an accurate record of the expenses.

8.  The identification and background of my Firm and its partners is attached hereto as Exhibit F.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of May, 2023, at San Diego, California.

_____
Stephen R. Basser

Case 1:19-cv-00098-TRM-CHS  Document 240  Filed 06/05/23  Page 4 of 5  PageID #: 6072

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 5, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses of the CM/ECF participants in this case.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com