# EXHIBIT A

# EXHIBIT A

## Stein v. U.S. Xpress Enterprises, Inc., et al.
## No. 1:19-cv-00098-TRM-CHS
## Barrack, Rodos & Bacine
## Inception through April 30, 2023

| CATEGORY | AMOUNT |
|---|---|
| Filing, Witness and Other Fees | $1,598.63 |
| Transportation, Hotels & Meals | $10,456.98 |
| Telephone | $7,664.51 |
| Postage | $31.84 |
| Messenger, Overnight Delivery | $277.65 |
| Court Hearing, Transcripts and Deposition Reporting, Transcripts and Videography | $2,325.31 |
| Photocopies: In-House: 41,613 copies at $0.10 per copy) | $4,161.30 |
| OnLine Legal and Financial Research | $18,920.71 |
| Mediation Fees - Phillips ADR | $1,875.00 |
| Miscellaneous | |
| TOTAL: | $47,311.93 |