# EXHIBIT B

## EXHIBIT B

*Stein v. U.S. Xpress Enterprises, Inc., et al.*
No. 1:19-cv-00098-TRM-CHS
Barrack, Rodos & Bacine

| Filings, Witness and Other Fees: | $1,598.63 | | |
|---|---|---|---|
| | | | |
| | Date | Purpose | Vendor |
| | | | |
| | 02-20-2019 | Certificate of Good Standing for Lisa Port | Petty Cash |
| | 03-08-2019 | pro hac vice admission to Tennessee | Stephen Basser |
| | 03-12-2019 | pro hac vice - State of Tennessee | Jeffrey Barrack |
| | 03-15-2019 | pro hac vice - Supreme Court of Tennessee | Lisa Port |
| | 04-29-2019 | Cert of Good Standing for Samuel Ward | Gavin O'Hara |
| | 10-10-2019 | Notary fee for pro hac vice application | Samuel Ward |
| | 12-07-2020 | pro hace vice Supreme Court of Tennessee | Stephen Basser |
| | 12-09-2021 | PHV Renewal - Tennessee | Stephen Basser |
| | 01-11-2022 | pro hac vice - annual renewal | Samuel Ward |
| | 11-11-2022 | pro hac vice - annual renewal | Stephen Basser |
| | 11-23-2022 | pro hac vice - annual renewal fee | Jeffrey Barrack |
| | 04-06-2023 | pro hac vice - renewal Supreme Court Tennessee | Samuel Ward |