# EXHIBIT C

# EXHIBIT C

## Stein v. U.S. Xpress Enterprises, Inc., et al.
## No. 1:19-cv-00098-TRM-CHS
## Barrack, Rodos & Bacine

| Transportation, Hotels & Meals: | $10,456.98 | | |
|---|---|---|---|
| Name/Payee | Date | Destination | Purpose |
| American Express | 04-14-2019 | Chattanooga, TN | Lisa Port - Attend Hearing -- American Air from PHL to Charlotte to Chattanooga (agency). |
| American Express | 04-14-2019 | Chattanooga, TN | Stephen Basser - Attend Hearing -- Delta from San Diego to Atlanta to Chattanooga to Atlanta to San Diego (agency). |
| Stephen Basser | 04-15-2019 | Chattanooga, TN | Stephen Basser - reimbursment for trip re: argue and oppose motion to stay filed by defendants; motion to consolidate and support lead counsel. |
| American Express | 06-08-2019 | Chattanooga, TN | Stephen Basser - Attend Hearing on Motion to Stay Discovery and pre-argument preparation with L. Port and local counsel - Delta from San Diego to Atlanta to Chattanooga to Atlanta to San Diego (agency). |
| American Express | 06-09-2019 | Chattanooga, TN | Lisa Port - Attend Hearing - Delta from Phila to Atlanta to Chattanooga to Phila (agency). |
| Lisa Port | 06-12-2019 | Chattanooga, TN | Lisa Port - reimbursement for trip re: attend Hearing. |
| Stephen Basser | 06-10-2019 | Chattanooga, TN | Stephen Basser - reimbursement for trip re: hearing on Motion to Stay Discovery and pre-argument preparation with L. Port and local counsel. |
| American Express | 08-05-2019 | Chattanooga, TN | Stephen Basser - Argue opposition to defendants' motions to dismiss -- Southwest from San Diego to Nashville for SRB |
| Stephen Basser | 08-08-2019 | Chattanooga, TN | Stephen Basser - reimbursement for trip re: hearing re: argue opposition to defendants' motions to dismiss |
| American Express | 08-06-2019 | Chattanooga, TN | Lisa Port - attend hearing -- American Air from Phila to Chattanooga to Phila (agency) |
| Lisa Port | 08-08-2019 | Chattanooga, TN | Lisa Port - reimbursement for trip re: hearing on motions to dismiss. |