# EXHIBIT D

# EXHIBIT D

*Stein v. U.S. Xpress Enterprises, Inc., et al.*
No. 1:19-cv-00098-TRM-CHS
Barrack, Rodos & Bacine

| Court Hearing, Transcripts and Deposition Reporting, Transcripts and Videography: | $2,325.31 | | |
|---|---|---|---|
| | Date | Vendor | Purpose |
| | 06-10-2019 | Hall & Associates Court Reporters | Reporter's Appearance Circuit Court Division INV#75737 |
| | 08-29-2019 | Wilson Reporting Agency | Reporter's Appearance @ Hearing on 8/7/2019 INV#19341 |
| | 11-25-2021 | Veritext Corp. Services, Inc. | Certified Client Deposition Transcript 9/29/2021 INV#5327064 |