# EXHIBIT E

# EXHIBIT E

## Stein v. U.S. Xpress Enterprises, Inc., et al.
### No. 1:19-cv-00098-TRM-CHS
### Barrack, Rodos & Bacine

| Photocopies: | | |
|---|---|---|
| | In-House: 41,613 copies at $0.10 per copy): | $4,161.30 |
| | Outside Photocopies: | $0.00 |