BARRETT JOHNSTON MARTIN
    & GARRISON, PLLC
JERRY E. MARTIN, #20193
DAVID GARRISON, #24968
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2202
615/252-3798 (fax)

*Local Counsel*

ROBBINS GELLER RUDMAN
    & DOWD LLP
CHRISTOPHER M. WOOD, #032977
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com

*Class Counsel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

CHATTANOOGA DIVISION

| | |
|---|---|
| LEWIS STEIN, et al., Individually and on Behalf of All Others Similarly Situated, | ) Civil Action No. 1:19-cv-00098-TRM-CHS |
| Plaintiffs, | ) <br> ) <u>CLASS ACTION</u> <br> ) |
| vs. | ) Judge Travis R. McDonough <br> ) Magistrate Judge Christopher H. Steger |
| U.S. XPRESS ENTERPRISES, INC., et al., | ) <br> ) |
| Defendants. | ) <br> ) |

**DECLARATION OF EX KANO S. SAMS II FILED ON BEHALF OF GLANCY
PRONGAY & MURRAY LLP IN SUPPORT OF APPLICATION FOR AN AWARD OF
LITIGATION EXPENSES**

I, Ex Kano S. Sams II, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.      I am a partner in the law firm of Glancy Prongay & Murray LLP ("GPM" or the "Firm"). I am submitting this declaration in support of the application for an award of litigation expenses/charges ("expenses") in connection with services rendered in the above-entitled action.

2.      This Firm is Co-Lead Counsel in the companion and related action in the Circuit Court of Hamilton County, Tennessee, Case Number 18 C1303, asserting claims arising under Section 11 of the Securities Act of 1933 ("Action"). This Action is also being settled by virtue of the stipulation of settlement filed of record herein.

3.      The expenses for which GPM seeks reimbursement were necessarily expended in connection with prosecuting the claims in the Action. In connection with prosecuting the Action, attorneys at GPM attended hearings and engaged in motion practice before the Hamilton County Circuit Court. Attorneys at GPM also participated in document and deposition discovery advancing the claims alleged in the Action. This discovery was conducted in a coordinated manner with the above-referenced action.

4.      The information in this declaration regarding the Firm's expenses is taken from expense reports and supporting documentation prepared and/or maintained by the Firm in the ordinary course of business. I am the partner who oversaw and/or conducted the day-to-day activities in the litigation, and I reviewed these reports (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries as well as the necessity for, and reasonableness of, the expenses committed to the litigation. As a result of this review, reductions were made to expenses in the exercise of billing judgment. Based on this review and the

- 1 -

adjustments made, I believe that the expenses for which payment is sought herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the litigation.

5. My Firm seeks an award of $44,884.26 in expenses and charges in connection with the prosecution of the litigation. Those expenses and charges are summarized by category in Exhibit A.

6. The following is additional information regarding certain of these expenses:

(a) Filing, Service of Process, Courier Fees, Investigations, Press Releases, and Other Fees: $4,746.49. These expenses have been paid for filing fees, service of process, courier fees, investigations, press releases, and other fees. These fees are set forth in Exhibit B;

(b) Transportation, Hotels & Meals: $8,395.89. In connection with the prosecution of this case, the Firm has paid for travel expenses to, among other things, attend court hearings in Chattanooga, attend depositions, and to meet with local and/or opposing counsel. The date, destination, and purpose of each trip is set forth in Exhibit C;

(c) Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography: $4,114.86. These fees are listed in Exhibit D;

(d) Document Management: $20,167.25. In connection with this case, the Firm spent $20,167.25 for document management related to the Action. These fees are set forth in Exhibit E;

(e) Online Legal and Financial Research: $5,584.77. This category includes vendors such as Westlaw and Pacer. These resources were used to obtain access to factual databases, legal research, and resources for cite-checking for briefs. This expense represents the expense incurred by GPM for use of these services in connection with this litigation. The charges for these vendors vary depending upon the type of services requested; and

- 2 -

(f)     Mediation Fees: $1,875.00. These are the fees of the mediator, Phillips ADR, who conducted mediation sessions leading to the settlement of the litigation.

7.     The expenses pertaining to this case are reflected in the books and records of this Firm. These books and records are prepared from receipts, expense vouchers, check records, and other documents, and are an accurate record of the expenses.

8.     The identification and background of my Firm and its partners is attached hereto as Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of May, 2023, at Los Angeles, California.

                                   Ex Kano S. Sams II

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 5, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses of the CM/ECF participants in this case.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com