# EXHIBIT A

# EXHIBIT A

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS
Glancy Prongay & Murray LLP
Inception through May 23, 2023

| *CATEGORY* | *AMOUNT* |
|---|---|
| Filing, Service of Process, Courier Fees, Investigations, Press Releases, and Other Fees: | $4,746.49 |
| Transportation, Hotels & Meals: | $8,395.89 |
| Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography: | $4,114.86 |
| Document Management: | $20,167.25 |
| Online Legal and Financial Research: | $5,584.77 |
| Mediation Fees (Phillips ADR): | $1,875.00 |
| | |
| **TOTAL** | **$44,884.26** |