# EXHIBIT B

**EXHIBIT B**

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS
Glancy Prongay & Murray LLP

Filing, Service of Process, Courier Fees, Investigations, Press Releases, and Other Fees: $4,746.49

| 2/16/2021 | FedEx | USXpressSection11 | Hamilton Counrt Circuit Court 2/1/2021 | COURIER | 35.49 |
|---|---|---|---|---|---|
| 2/16/2021 | First Legal Network LLC | USXpressSection11 | GPM LLP, Obtain COGS for Melissa C. Wright 1/22/2021 | COURT FILING FEES | 124.35 |
| 5/6/2019 | Dees Research | USXpressSection11 | TranUnion-month of April 2019 | INVESTIGATIONS | 61.80 |
| 5/6/2019 | Dees Research | USXpressSection11 | INV 2019-0503, 22.5 Hours & $65/hr | INVESTIGATIONS | 1,462.50 |
| 5/17/2019 | Dees Research | USXpressSection11 | INV 2019-0513, 25.5 Hours & $65/hr | INVESTIGATIONS | 1,657.50 |
| 9/20/2022 | Dees Research | USXpressSection11 | FINAL INV 25.5 @ $45/hr. | INVESTIGATIONS | 1,147.50 |
| 12/4/2018 | Business Wire | USXpressSection11 | Glancy Prongay & Murray LLP | PRESS RELEASES | 130.00 |
| 3/1/2019 | First Legal | USXpressSection11 | INV 10200955, CAL SUPREME COURT, RESEARCH, 2/12/2019 | SERVICE OF PROCESS | 127.35 |