# EXHIBIT C

# EXHIBIT C

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS
Glancy Prongay & Murray LLP

Transportation, Hotels & Meals: $8,395.89

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Ex Kano S. Sams II | 4/15/19 | Chattanooga, TN | Hearing for Lead and Motion to Stay |
| Ex Kano S. Sams II | 6/9/19 | Chattanooga, TN | Hearing on Motion for Protective Order |
| Ex Kano S. Sams II | 8/7/19 | Chattanooga, TN | Hearing on Motion to Dismiss |
| Melissa C. Wright | 9/30/21 | Philadelphia, PA | Deposition of Lead Plaintiff |
| Melissa C. Wright | 5/26/22 | Omaha, NE | Deposition of Stephen Phillips |