# EXHIBIT D

**EXHIBIT D**

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS
Glancy Prongay & Murray LLP

Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography: $4,114.86

| 2/16/2021 | Aptus Court Reporting | USXpressSection11 | INV 1080304 | TRANSCRIPTS | 996.15 |
|---|---|---|---|---|---|
| 2/16/2021 | Aptus Court Reporting | USXpressSection11 | INV 1079855 | TRANSCRIPTS | 1,270.90 |
| 2/16/2021 | Aptus Court Reporting | USXpressSection11 | INV 1080232 | TRANSCRIPTS | 1,847.81 |