# EXHIBIT E

# EXHIBIT E

*Stein v. U.S. Xpress Enterprises, Inc., et al.*, No. 1:19-cv-00098-TRM-CHS
Glancy Prongay & Murray LLP

Document Management: $20,167.25

| 3/22/2021 | CS Disco Inc. | USXpressSection11 | INV 120609, Disco Discovery Platform, MARCH | DOCUMENT MANAGEMENT | 500.00 |
|---|---|---|---|---|---|
| 4/22/2021 | CS Disco Inc. | USXpressSection11 | INV 124059, Disco Discovery Platform, APRIL | DOCUMENT MANAGEMENT | 308.12 |
| 5/19/2021 | CS Disco Inc. | USXpressSection11 | INV 127895, Disco Discovery Platform, MAY | DOCUMENT MANAGEMENT | 283.86 |
| 6/20/2021 | CS Disco Inc. | USXpressSection11 | INV 131531, Disco Discovery Platform, JUNE | DOCUMENT MANAGEMENT | 531.46 |
| 7/22/2021 | CS Disco Inc. | USXpressSection11 | INV 134539, Disco Discovery Platform, JULY | DOCUMENT MANAGEMENT | 281.46 |
| 8/9/2021 | CS Disco Inc. | USXpressSection11 | INV 137717, Disco Discovery Platform, AUGUST | DOCUMENT MANAGEMENT | 291.34 |
| 9/16/2021 | CS Disco Inc. | USXpressSection11 | INV 141016, Disco Discovery Platform, SEPTEMBER | DOCUMENT MANAGEMENT | 286.60 |
| 10/13/2021 | CS Disco Inc. | USXpressSection11 | INV 144326, Disco Discovery Platform, OCTOBER | DOCUMENT MANAGEMENT | 495.86 |
| 11/15/2021 | CS Disco Inc. | USXpressSection11 | INV 147761, Disco Discovery Platform, NOVEMBER | DOCUMENT MANAGEMENT | 1,237.10 |

| 12/8/2021 | Chase Card Services | USXpressSection11 | Box, Inc. 11/2/2021 | DOCUMENT MANAGEMENT | 600.00 |
|---|---|---|---|---|---|
| 12/27/2021 | CS Disco Inc. | USXpressSection11 | INV 151283, Disco Discovery Platform, DECEMBER | DOCUMENT MANAGEMENT | 1,267.58 |
| 1/19/2022 | CS Disco Inc. | USXpressSection11 | INV 154832, Disco Discovery Platform, JANUARY | DOCUMENT MANAGEMENT | 1,040.90 |
| 2/17/2022 | CS Disco Inc. | USXpressSection11 | INV 158472, Disco Discovery Platform, FEBRUARY | DOCUMENT MANAGEMENT | 1,040.88 |
| 3/21/2022 | CS Disco Inc. | USXpressSection11 | INV 162289, Disco Discovery Platform, MARCH | DOCUMENT MANAGEMENT | 1,040.88 |
| 4/27/2022 | CS Disco Inc. | USXpressSection11 | INV 166140, Disco Discovery Platform, APRIL | DOCUMENT MANAGEMENT | 1,041.12 |
| 5/24/2022 | CS Disco Inc. | USXpressSection11 | INV 171068, Disco Discovery Platform, MAY | DOCUMENT MANAGEMENT | 1,042.24 |
| 6/9/2022 | CS Disco Inc. | USXpressSection11 | INV 174926, Disco Discovery Platform, JUNE | DOCUMENT MANAGEMENT | 1,363.10 |
| 7/23/2022 | CS Disco Inc. | USXpressSection11 | INV 182918, Disco Discovery Platform, JULY | DOCUMENT MANAGEMENT | 1,202.36 |
| 8/25/2022 | CS Disco Inc. | USXpressSection11 | INV 186957, Disco Discovery Platform, AUGUST | DOCUMENT MANAGEMENT | 1,202.36 |
| 9/12/2022 | CS Disco Inc. | USXpressSection11 | INV 191068, Disco Discovery Platform, SEPTEMBER | DOCUMENT MANAGEMENT | 1,202.36 |

| 10/20/2022 | CS Disco Inc. | USXpressSection11 | INV 195293, Disco Discovery Platform, OCTOBER | DOCUMENT MANAGEMENT | 1,202.36 |
|---|---|---|---|---|---|
| 11/9/2022 | CS Disco Inc. | USXpressSection11 | INV 199627, Disco Discovery Platform, NOVEMBER | DOCUMENT MANAGEMENT | 1,202.36 |
| 12/13/2022 | CS Disco Inc. | USXpressSection11 | INV 204105, Disco Discovery Platform, DECEMBER | DOCUMENT MANAGEMENT | 1,202.36 |
| 1/11/2023 | CS Disco Inc. | USXpressSection11 | INV 208627, Disco Discovery Platform, JANUARY | DOCUMENT MANAGEMENT | 300.59 |