**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | |
|---|---|
| LEWIS STEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. XPRESS ENTERPRISES, INC., *et al.*,<br><br>    Defendants. | Civil Action No. 1:19-cv-00098<br>Judge Travis R. McDonough<br>Magistrate Judge Christopher H. Steger |

**DECLARATION OF BRANDON R. KEEL REGARDING COMPLIANCE**
**WITH THE CLASS ACTION FAIRNESS ACT OF 2005, 28 U.S.C. § 1715**

I, Brandon R. Keel, declare as follows:

1.      I am an attorney with the law firm of King & Spalding LLP and am admitted *pro hac vice* in this case as counsel for Defendants U.S. Xpress Enterprises, Inc., Eric Fuller, Eric Peterson, Jason Grear, Max Fuller, and Lisa Quinn Pate (collectively, the "USX Defendants"). I make this declaration based on my personal knowledge. If called as a witness, I could and would competently testify to the facts set out below.

2.      On March 27, 2023, counsel for Plaintiffs in the above-captioned action filed the parties' Stipulation of Settlement (the "Stipulation") with this Court setting forth the terms upon which the parties proposed to settle this action (the "Proposed Settlement").

3.      On April 6, 2023, pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), I caused notice of the Proposed Settlement (the "CAFA Notice") to be mailed on behalf of all Defendants in the action to the appropriate federal and state officials, including the United States Attorney General and the Attorneys General of all states, the District of Columbia,

and related U.S. Territories. The CAFA Notice contained the documents and information required by 28 U.S.C. § 1715(b)(1)–(8) to the extent known as of the date of filing.

4.   A true and correct copy of the CAFA Notice (without the enclosed CD) is attached hereto as Exhibit A. Should the Court request it, a copy of the CD enclosed with each of the CAFA Notice letters also will be provided.

5.   A true and correct copy of the distribution list, listing the federal and state officials to whom Defendants sent the CAFA Notice, is attached as Exhibit B. The officials listed on Exhibit B are the appropriate recipients of such a notice under 28 U.S.C. § 1715(a)(1)(2).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of June, 2023.

/s/ Brandon R. Keel
Brandon R. Keel
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309
(404) 572-4600
bkeel@kslaw.com

*Counsel for USX Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to all attorneys of record.

/s/ *Brandon R. Keel*
Brandon R. Keel