# Exhibit A

# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: +1 404 572 4600
Fax: +1 404 572 5100
www.kslaw.com

Brandon R. Keel
Direct Dial: +1 404 572 2780
Direct Fax: +1 404 572 5100
bkeel@kslaw.com

April 6, 2023

To:     All Appropriate Federal and State Officials, as set forth in 28 U.S.C. § 1715 (*see* attached Distribution List)

Re:     **CAFA Notice for the Proposed Settlement in Lewis Stein, Individually and on Behalf of All Others Similarly Situated v. U.S. Xpress Enterprises, Inc., et al., Case No. 1:19-cv-00098 (Eastern District of Tennessee) (the "Action")**

Dear Sir or Madam:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1711, *et seq.* ("CAFA"), Defendants U.S. Xpress Enterprises, Inc. ("USX"), Eric Fuller, Eric Peterson, Jason Grear, Max Fuller, and Lisa Quinn Pate (collectively, the "USX Individual Defendants" and together with USX, the "USX Defendants"), and Merrill Lynch, Pierce, Fenner & Smith Inc., Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Wells Fargo Securities, LLC, Stephens Inc., Stifel, Nicolaus & Company, Inc., and WR Securities, LLC (collectively, the "Underwriter Defendants" and together with USX Defendants, the "Defendants") hereby serve you with this notice of a proposed settlement of the Action.[1]

The proposed settlement resolves claims for alleged violations of (a) Section 11 of the Securities Act of 1933 (the "Securities Act") against all Defendants, and (b) Section 15 of the Securities Act against USX Defendants. The proposed settlement is on behalf of all persons and entities who purchased or otherwise acquired USX Class A common stock pursuant and/or traceable to the offering documents filed with the U.S. Securities & Exchange Commission in connection with the offering that commenced on June 14, 2018, and who were damaged thereby. Excluded from the Class are Defendants and their immediate families, the officers and directors and affiliates of Defendants, at all relevant times, and the members of their immediate families and their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest.

In the Action, Plaintiffs Deirdre Terry, Charles Clowdis, and Bryan K. Robbins alleged, among other things, that Defendants violated the Securities Act because the offering documents for USX's June 2018 initial public offering contained materially false or misleading statements

---

[1] Terms with initial capitalization not otherwise defined herein have the meanings defined in the Stipulation and Agreement of Settlement, dated as of March 27, 2023, which has been filed with the Court in the Action (the "Stipulation") and a copy of which is enclosed herewith.

April 6, 2023
Page 2

and/or failed to disclose adverse information regarding USX's business and operations. Defendants have denied, and continue to deny, Plaintiffs' claims and all allegations of wrongdoing, fault, liability, or damage of any kind to Plaintiffs or the Class.

As summarized in the Stipulation (at pages 1-4), prior to reaching their agreement to settle the Action, the parties litigated Plaintiffs' claims for more than three years, briefed a motion to dismiss and motion for class certification, and conducted extensive fact and expert discovery. On November 16, 2021, the parties engaged in a mediation supervised by David M. Murphy, Esq. In connection with the mediation, the parties engaged in numerous telephonic discussions. On December 15, 2022, the parties agreed in principle to settle the Action. The terms of the settlement, which include USX Defendants' agreement to pay or cause to be paid the sum of Thirteen Million U.S. Dollars ($13,000,000) for the benefit of the Class, are set forth in the Stipulation.

### Notice and Enclosed Copies of Settlement Materials

Pursuant to 28 U.S.C. § 1715(b), we have enclosed a CD containing:

1. Copies of (a) the Class Action Complaint for Violations of the Federal Securities Laws, and (b) Lead Plaintiff's Amended Complaint. *See* 28 U.S.C. § 1715(b)(1).

2. A copy of the order preliminarily approving the Settlement. As set forth in the order, the Settlement Fairness Hearing to determine whether the Settlement should be approved and the Action dismissed with prejudice has been scheduled to occur on July 10, 2023, at 3:00 p.m., at the United States District Court for the Eastern District of Tennessee, Chattanooga Division, Joel W. Solomon Federal Building and United States Courthouse, 900 Georgia Avenue, Chattanooga, TN 37402. *See* 28 U.S.C. §§ 1715(b)(2), (8).

3. Copies of: (a) the Proposed Notice of Proposed Settlement of Class Action; and (b) Summary Notice of Proposed Settlement. *See* 28 U.S.C. § 1715(b)(3).

4. A copy of the Stipulation setting forth the terms of the settlement. *See* 28 U.S.C. §§ 1715(b)(4), (5).[2]

5. A copy of the Proposed Judgment Approving Class Action Settlement. *See* 28 U.S.C. § 1715(b)(6).

It is not possible at this time to identify the names and addresses of Class Members residing in each state, to make a reasonable estimate of the number residing in each state, or to provide an estimated proportionate share of the claims of such Class Members to the entire

---

[2] USX Defendants have the right to terminate the settlement if Class Members owning a previously negotiated amount of USX common stock elect to opt out of the Class. The threshold amount is set forth in a separate, confidential agreement that will not be filed with the Court unless USX Defendants choose to exercise their right to terminate.

April 6, 2023
Page 3

settlement. *See* 28 U.S.C. § 1715(b)(7). This is because, although there is an ownership registration process, most of USX's publicly-traded shares were held through nominees or in "street name" and therefore anonymously as to the actual beneficial purchasers and owners. Only after the Claims Administrator eventually calculates each Class Member's allocation of the net proceeds of the Settlement Amount pursuant to the Plan of Allocation will any proportionate recovery be subject to calculation—and even then, only based on the identity of Class Members who actually submit Proof of Claim Forms. Because of these circumstances, this notice is being transmitted to all State Attorneys General. Upon the conclusion of the claims process, the Claims Administrator will provide, if requested by you, the information described in 28 U.S.C. § 1715(b)(7).

If you have any questions about this notice, the Action, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Sincerely,

Brandon R. Keel
Jessica P. Corley
Lisa R. Bugni
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Telephone: 404-572-2780
bkeel@kslaw.com
jpcorley@kslaw.com
lbugni@kslaw.com

*Attorneys for USX Defendants*

cc:

Jonathan Rosenberg
William Sushon
O'Melveny & Myers LLP (NYC)
7 Times Square
New York, NY 10036
212-326-2000
jrosenberg@omm.com
wsushon@omm.com

*Attorneys for Underwriter Defendants*