**U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA**

**CIVIL MINUTES - GENERAL**

**CASE NO.** 1:19-cv-98

**STYLE:** Stein v.

U.S. Xpress Enterprises, Inc.

**PRESENT:** Honorable Travis R. McDonough ☑ U.S. District Judge ☐ U.S. Magistrate Judge

| DeAndra Hinton | Elizabeth Coffey | |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Interpreter(s)**<br>☐ **SWORN** |

**FTR** ☐ **1B** ☐ **4**

**Attorney(s) for Plaintiff(s):** Christopher Wood, Ellen Stewart, Jerry Martin and Shannon Hopkins

**Attorney(s) for Defendant(s):** Stephen Powers, Jessica Corley and Crew Townsend

**PROCEEDINGS:**

Stipulation of Settlement and Final Settlement of Class Action Approval-All parties approved.
The court will enter the submitted settlement order.

Time: 3:00 to 3:13 Time: ____ to ____

Time: ____ to ____ Time: ____ to ____

Time: ____ to ____ Time: ____ to ____

7/10/2023
Date