**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| LEWIS STEIN, et al., individually and on behalf of all others similarly situated, | ) | Case No. 1:19-cv-98 |
| | ) | |
| *Plaintiffs*, | ) | Judge Travis R. McDonough |
| | ) | |
| v. | ) | Magistrate Judge Christopher H. Steger |
| | ) | |
| U.S. XPRESS ENTERPRISES, INC., et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

## ORDER

Before the Court is class counsel's motion for attorneys' fees and expenses and plaintiffs' motion for an award pursuant to 15 U.S.C. §77z-1(a)(4) (Doc. 228). This matter having come before the Court on July 10, 2023, on Class Counsel's motion for an award of attorneys' fees and expenses incurred in this action, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore GRANTS the motion (Doc. 228). It is hereby **ORDERED**, **ADJUDGED**, AND **DECREED** that:

1.      All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated March 27, 2023 (the "Stipulation"). (Doc. 221.)

2.      This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3.     The Court hereby awards Class Counsel attorneys' fees of one-third of the Settlement Amount, and litigation expenses in the amount of $1,368,163.51, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid.  Said fees and expenses shall be allocated amongst counsel in a manner which, in Class Counsel's good faith judgment, reflects each such counsel's contribution to the institution, prosecution and resolution of the Litigation.  The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method considering, among other things, the following: the highly favorable result achieved for the Class; the contingent nature of Class Counsel's representation; Class Counsel's diligent prosecution of the Litigation; the quality of legal services provided by Class Counsel that produced the Settlement; that the Plaintiffs appointed by the Court to represent the Class support the requested fee; the reaction of the Class to the fee request; and that the awarded fee is in accord with Sixth Circuit precedent.

4.     The awarded attorneys' fees and expenses shall be paid to Class Counsel immediately after the Court executes the Judgment and this Order is executed subject to the terms, conditions and obligations of the Stipulation and in particular ¶6.2 thereof, which terms, conditions and obligations are incorporated herein.

5.     Pursuant to 15 U.S.C. §77z-1(a)(4), the Court awards $15,000 to Plaintiff Deirdre Terry, $10,000 to Plaintiff Charles Clowdis, and $7,000 to Plaintiff Bryan K. Robbins for the time they spent representing the Class.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

2